1  James H. Goetz
   J. Devlan Geddes
2  **GOETZ, GALLIK & BALDWIN, P.C.**
   35 North Grand
3  P.O. Box 6580
   Bozeman, MT 59771-6580
4  Ph:   (406) 587-0618
   Fax:  (406) 587-5144
5  E-mail: jim@goetzlawfirm.com
           devlan@goetzlawfirm.com
6
   and
7
   Bonnie Steingart
8  John W. Brewer
   **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP**
9  One New York Plaza
   New York, NY 10004
10 Ph:   (212) 859-8000
   Fax:  (212) 859-4000
11 E-mail: BreweJo@ffhsj.com

12 ATTORNEYS FOR PLAINTIFF, Magten
   Asset Management Corporation
13

14

15           IN THE UNITED STATES DISTRICT COURT
                    DISTRICT OF MONTANA
16                     BUTTE DIVISION                    05-499

17  _____
                                          )
18  MAGTEN   ASSET   MANAGEMENT           )
    CORPORATION,                          )   Cause No. CV-04-26-BU-RFC
                                          )
19              Plaintiff,                )
                                          )   **WAIVER OF SERVICE OF
20       vs.                              )   SUMMONS**
                                          )
21  MIKE J. HANSON, JACK D. HAFFEY, ERNIE J. )
    KINDT and ELLEN M. SENECHAL,          )
22                                        )
                Defendants.               )
23  _____)

24  TO:   KIMBERLY A. BEATTY, of Browning, Kaleczyc, Berry & Hoven, P.C., 139
          North Last Chance Gulch, Helena, MT 59601, in her capacity as attorney for
25        Defendants, MIKE J. HANSON, JACK D. HAFFEY, ERNIE J. KINDT and
          ELLEN M. SENECHAL.
26

27        I, Kimberly A. Betty, attorney for Defendants in this action, acknowledge receipt of your

28  request that I waive service of summons in the action.

    I have also received a copy of the *Complaint and Demand for Jury Trial* and this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of summonses and additional copies of the complaint in this lawsuit by not requiring that the Defendants be served with judicial process in the manner provided by Rule 4.

    I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court on behalf of the Defendants, except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against the Defendants if an answer or motion under Rule 12 is not served upon you within 60 days after May 11, 2004 (the date of the *Notice of Lawsuit and Request for Waiver of Service of Summons*).

    DATED this 8th day of June, 2004.

    _____
Kimberly A. Beatty, Attorney for Defendants

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.