1  James H. Goetz
   J. Devlan Geddes
2  **GOETZ, GALLIK & BALDWIN, P.C.**
   35 North Grand
3  P.O. Box 6580
   Bozeman, MT 59771-6580
4  Ph:   (406) 587-0618
   Fax:  (406) 587-5144
5  E-mail: jim@goetzlawfirm.com
           devlan@goetzlawfirm.com
6
   and
7
   Bonnie Steingart
8  John W. Brewer
   **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP**
9  One New York Plaza
   New York, NY 10004
10 Ph:   (212) 859-8000
   Fax:  (212) 859-4000
11 E-mail: BreweJo@ffhsj.com

12 ATTORNEYS FOR PLAINTIFF, Magten
   Asset Management Corporation
13

14

15            IN THE UNITED STATES DISTRICT COURT
                     DISTRICT OF MONTANA
16                     BUTTE DIVISION

17  _____
                                        )
18  MAGTEN ASSET MANAGEMENT             )
    CORPORATION,                        )   Cause No. CV-04-26-BU-RFC
19                                      )
                 Plaintiff,             )
20                                      )   **STIPULATED MOTIONS TO**
    vs.                                 )   **DISMISS WITHOUT PREJUDICE,**
21                                      )   **AND AMEND CAPTION**
    MIKE J. HANSON, JACK D. HAFFEY, ERNIE J. )
    KINDT and ELLEN M. SENECHAL,        )
22                                      )
                 Defendants.            )
23  _____)

24       COMES NOW Plaintiff, Magten Asset Management Corporation and Defendants, Jack D.

25  Haffey, Ellen M. Senechal, Mike J. Hanson and Ernie J. Kindt, and hereby jointly move the Court

26  per stipulation to dismiss Defendants Jack D. Haffey and Ellen M. Senechal without prejudice.

27       The above-named parties further jointly move the Court per Stipulation to amend the caption

28  of this litigation to reflect the dismissal of Mr. Haffey and Ms. Senechal, which amended caption is

reflected in the proposed *Order* submitted with this Stipulation.

Finally, the above-named parties jointly stipulate that execution of this Stipulation by Defendant's counsel shall not serve as a waiver of any defenses, including, but not limited to any Rule 12(b) defenses, that Defendants are otherwise entitled to assert.

A proposed *Order* is attached.

DATED this 6th day of July, 2004.

GOETZ, GALLIK & BALDWIN, P.C.

By: *J. Devlan Geddes*
J. Devlan Geddes

ATTORNEY FOR PLAINTIFF, Magten Asset Management Corporation

DATED this 2nd day of July, 2004.

BROWNING, KALECZYC, BERRY & HOVEN

By *Kimberly Beatty*
Kimberly A. Beatty

ATTORNEYS FOR DEFENDANTS, Mike J. Hanson, Jack D. Haffey, Ernie J. Kindt and Ellen M. Senechal

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served upon the following counsel of record, by the means designated below, this 6th day of July, 2004.

☒ U.S. Mail
☐ Federal Express
☐ Hand-Delivery
☐ Via Fax: (212) 859-4000

Bonnie Steingart
John W. Brewer
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004
ATTORNEYS FOR PLAINTIFF

☒ U.S. Mail
☐ Federal Express
☐ Hand-Delivery
☐ Via Fax: (406) 443-6883

Stanley T. Kaleczyc
Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven, P.C.
P. O. Box 1697
Helena, MT 59624
ATTORNEYS FOR DEFENDANTS

*J. Devlan Geddes*