Stanley T. Kaleczyc
Kimberly A. Beatty
BROWNING, KALECZYC, BERRY & HOVEN, P.C
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59624
Phone: (406) 443-6820
Fax: (406) 443-6883

Attorneys for Defendants.

RECEIVED JUL 1 3 2004 CLERK, U.S. DISTRICT COURT DISTRICT OF MONTANA BILLINGS, MONTANA

FILED JUL - 9 2004 PATRICK E. DUFFY, CLERK By Deputy Clerk

RECEIVED JUL 1 8 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MIKE J. HANSON and ERNIE J. KINDT,<br><br>Defendant | Case No.: CV-04-26-BU-RFC<br><br>**MOTION TO DISMISS** |

Defendants Michael Hanson and Ernie Kindt[1] through their attorneys of record, Browning, Kaleczyc, Berry & Hoven, P.C., hereby move this Court pursuant to Fed. R. Civ. P. 12 to dismiss this case for failure to state a claim against Defendants for which relief may be granted since: (1) as a matter of law, only NorthWestern Corporation and not the named Defendants had the legal authority to order the transfer of certain assets and liabilities from its wholly owned subsidiary to the corporate parent; (2), as a matter of law, the named Defendants owed no fiduciary duty to Magten or any other holder of QUIPS which were general creditors of

---

[1] Both Jack Haffey and Ellen Senechal retired prior to the transfer of assets and liabilities complained of by Magten. Magten has stipulated to a dismissal of Mr. Haffey and Ms. Senechal, which Stipulation and Proposed Order are currently pending before this Court.

- 1 -

1 the limited liability company; and (3) in any event, the terms of the relevant documents on which
2 Magten bases its claim permitted the transfer of the assets and liabilities at issue here from the
3 limited liability company to NorthWestern.
4     For these reasons and the reasons more fully set forth in the accompanying Memorandum
5 in Support of the Motion to Dismiss, Defendants respectfully request that the Complaint against
6 them be dismissed with prejudice.
7     Dated this 9th day of July, 2004.
8     BROWNING, KALECZYC, BERRY & HOVEN, P.C.

10     By _____
    Stanley T. Kaleczyc
11     Kimberly A. Beatty

CERTIFICATE OF SERVICE

I hereby certify that on the __1st__ day of __July__, 2004, a true and correct copy of the foregoing was mailed by first-class mail, postage prepaid, addressed to:

James Goetz
J. Devlan Geddes
Goetz, Gallik & Baldwin, P.C.
35 North Grand
P.O. Box 6580
Bozeman, MT 59771-6580

Bonnie Steingert
John W. Brewer
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, New York 10004

_Jennifer J Balsley_