LODGED

JUL - 7 2004

PATRICK E. DUFFY  CLERK
BY_____
        Deputy Clerk

FILED
BILLINGS DIV.

2004 JUL 12  PM 12 54

PATRICK D DUFFY CLERK

BY_____

DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MIKE J. HANSON and ERNIE J. KINDT<br><br>Defendants. | Cause No. CV-04-26-BU-RFC<br><br>**ORDER** |

Based upon the Stipulated Motions To Dismiss Without Prejudice, and Amend Caption,

IT IS HEREBY ORDERED that Defendants Jack D. Haffey and Ellen M. Senechal are dismissed without prejudice; the caption of this case is amended to reflect the dismissal of these parties; and the execution and filing of the Stipulated Motions by counsel for Defendants shall not be deemed a waiver of any defenses, including but not limited to any Rule 12(b) defenses, that Defendants may otherwise be entitled to assert.

DATED this _12_th day of _July_, 2004.

_____
Hon. Richard F. Cebull, District Judge

James H. Goetz/J. Devlan Geddes
Bernice Sterngart/John W. Brewer
Stanley T. Kaleczyc/Kimberly A. Beatty

RECEIVED
JUL 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05- 499