1  James H. Goetz
   J. Devlan Geddes
2  GOETZ, GALLIK & BALDWIN, P.C.
   35 North Grand
3  P.O. Box 6580
   Bozeman, MT 59771-6580
4  Ph:   (406) 587-0618
   Fax:  (406) 587-5144
5  E-mail: jim@goetzlawfirm.com
           devlan@goetzlawfirm.com
6
       and
7
   Bonnie Steingart
8  John W. Brewer
   Fried, Frank, Harris, Shriver & Jacobson, LLP
9  One New York Plaza
   New York, NY 10004
10 Ph:   (212) 859-8000
   Fax:  (212) 859-4000
11 E-mail: BreweJo@ffhsj.com

12 ATTORNEYS FOR PLAINTIFF, Magten
   Asset Management Corporation
13

14                                                              05 - 499

15              IN THE UNITED STATES DISTRICT COURT
                       DISTRICT OF MONTANA
16                       BUTTE DIVISION

17  ─────────────────────────────────
    MAGTEN   ASSET   MANAGEMENT  )
18  CORPORATION,                 )   Cause No. CV-04-26-BU-RFC
                                 )
19              Plaintiff,       )
                                 )
20  vs.                          )   **MOTION FOR ADMISSION *PRO***
                                 )            ***HAC VICE***
21  MIKE J. HANSON, JACK D. HAFFEY, ERNIE J. )
    KINDT and ELLEN M. SENECHAL, )
22                               )
                Defendants.      )
23  ─────────────────────────────────

24        COMES NOW, J. Devlan Geddes, counsel for Plaintiff and Movant herein, and moves for

25  entry of an order, pursuant to L. R. 83.3(e), admitting John W. Brewer and Bonnie Steingart *pro hac*

26  *vice* for the purposes of representing Plaintiff in the above-captioned case. In support of this motion,

27  the undersigned submits the following information:

28        1.   Movant is a member in good standing of the Bar of this Court;

2. Movant maintains an office as an attorney with the law firm of Goetz, Gallik & Baldwin, P.C., 35 North Grand Avenue, P. O. 6580, Bozeman, MT 59715;

2. Movant's telephone number is (406) 587-0618;

3. Movant is attorney of record in this case and will be actively engaged in this matter in accordance with Federal Rules of Civil Procedure and the Local Rules of this Court;

4. The *Declarations of John W. Brewer and Bonnie Steingart in Support of Motion for Admission Pro Hac Vice* are attached.

WHEREFORE, Movant respectfully requests entry of an *Order* permitting John W. Brewer and Bonnie Steingart to appear *pro hac vice* in this case.

RESPECTFULLY SUBMITTED this 19th day of July, 2004.

GOETZ, GALLIK & BALDWIN, P.C.

By: _____
J. Devlan Geddes

ATTORNEY FOR PLAINTIFF, Magten Asset Management Corporation

1
## CERTIFICATE OF SERVICE

2  The undersigned hereby certifies that the foregoing document was served upon the following
3  counsel of record, by the means designated below, this 19th day of July, 2004.

4  ☒ U.S. Mail                    Bonnie Steingart
   ☐ Federal Express              John W. Brewer
5  ☐ Hand-Delivery                Fried, Frank, Harris, Shriver & Jacobson, LLP
   ☐ Via Fax: (212) 859-4000      One New York Plaza
6                                  New York, NY 10004
                                   ATTORNEYS FOR PLAINTIFFS
7

8  ☒ U.S. Mail                    Kimberly A. Beatty
   ☐ Federal Express              Browning, Kaleczyc, Berry & Hoven, P.C.
9  ☐ Hand-Delivery                P. O. Box 1697
   ☐ Via Fax:  (406) 443-6883     Helena, MT 59624
10                                 ATTORNEYS FOR DEFENDANTS

11

12

13                                                    _____
                                                      J. Devlan Geddes

14

15

...

28

CAUSE NO./Motion for Admission Pro Hac Vice 7 04.wpd                              PAGE 3

James H. Goetz
J. Devlan Geddes
Goetz, Gallik & Baldwin, P.C.
35 North Grand Avenue
P.O. Box 6580
Bozeman, Montana 59771
(406) 587-0618

Attorneys for Plaintiff
MAGTEN ASSET MANAGEMENT CORPORATION

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

------------------------------------------------------------------------x
:
MAGTEN ASSET MANAGEMENT CORPORATION, :
:
                      Plaintiff, : Cause No. CV-04-26-BU-RFC
:
        - against - : **DECLARATION OF**
: **JOHN W. BREWER**
: **IN SUPPORT OF MOTION**
MIKE J. HANSON and ERNIE J. KINDT, : **FOR ADMISSION**
: **PRO HAC VICE**
:
                     Defendants. :
:
------------------------------------------------------------------------x

## DECLARATION OF JOHN W. BREWER

I, JOHN W. BREWER, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1.    This declaration is made in support of the Motion for Admission *Pro Hac Vice* made on my behalf by J. Devlan Geddes of the law firm of Goetz, Gallik & Baldwin, P.C., 35 North Grand Avenue, P.O. Box 6580, Bozeman, Montana 59771-6580, telephone (406) 587-0618.

2. I am a resident of the State of New York and Special Counsel to the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, NY 10004, telephone (212) 859-8000.

3. I am a member in good standing of the Bar of the following Courts:

   a. State of New York—admitted May 2, 1994

   b. U.S. District Court for the Southern District of New York—admitted June 26, 1996;

   c. U.S. District Court for the Eastern District of New York—admitted July 17, 1996;

   d. U.S. District Court for the Western District of New York—admitted May 4, 1998;

   e. U.S. Bankruptcy Court for the Western District of New York—admitted June 12, 1998;

   f. U.S. Court of Appeals for the 3rd Circuit—admitted July 2, 1993.

   g. U.S. Court of Appeals for the 11th Circuit—admitted June 5, 2003.

4. I am not currently suspended or disbarred in any court.

5. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d) or (g) or their state equivalent.

6. I have not previously made a *pro hac vice* application to this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2004 in New York, New York.

John W. Brewer

2

James H. Goetz
J. Devlan Geddes
Goetz, Gallik & Baldwin, P.C.
35 North Grand Avenue
P.O. Box 6580
Bozeman, Montana 59771
(406) 587-0618

Attorneys for Plaintiff
MAGTEN ASSET MANAGEMENT CORPORATION

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

------------------------------------------------------------------x
MAGTEN ASSET MANAGEMENT CORPORATION,

       Plaintiff,

 - against -

MIKE J. HANSON, and ERNIE J. KINDT,

       Defendants.
------------------------------------------------------------------x

Cause No. CV-04-26-BU-RFC

**DECLARATION OF BONNIE STEINGART IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

## DECLARATION OF BONNIE STEINGART

  I, BONNIE STEINGART, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

  1. This declaration is made in support of the Motion for Admission *Pro Hac Vice* made on my behalf by J. Devlan Geddes of the law firm of Goetz, Gallik & Baldwin, P.C., 35 North Grand Avenue, P.O. Box 6580, Bozeman, Montana 59771-6580, telephone (406) 587-0618.

2. I am a resident of the State of New York and a partner in the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, NY 10004, telephone (212) 859-8000.

3. I am a member in good standing of the Bar of the following Courts:

   a. State of New York—admitted April 7, 1980

   b. U.S. District Court for the Southern District of New York—admitted June 6, 1980;

   c. U.S. District Court for the Eastern District of New York—admitted June 5, 1980;

   d. U.S. District Court for the Eastern District of Michigan—admitted March 3, 1988;

   e. U.S. Court of Appeals for the 4th Circuit—admitted March 17, 1988;

   f. U.S. Court of Appeals for the 2nd Circuit—admitted May 12, 1988;

   g. U.S. Supreme Court—admitted January 9, 1985.

4. I am not currently suspended or disbarred in any court.

5. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d) or (g) or their state equivalent.

6. I have not previously made a *pro hac vice* application to this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2004 in New York, New York.

                                                Bonnie Steingart