


IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

05- 499

MAGTEN ASSET MANAGEMENT CORPORATION,

Plaintiff,

vs.

MIKE J. HANSON, JACK D. HAFFEY, ERNIE J. KINDT and ELLEN M. SENECHAL,

Defendants.

Cause No. CV-04-26-BU-RFC

**ORDER FOR ADMISSION *PRO HAC VICE***

Plaintiff, Magten Asset Management Corporation, has moved for the admission of John W. Brewer and Bonnie Steingart to practice before this Court in this case with James H. Goetz and J. Devlan Geddes, of Goetz, Gallik & Baldwin, P.C., Bozeman, Montana, designated as local counsel. Mr. Brewer's and Ms. Steingart's applications appear to be in compliance with L.R. 83.3(e).

IT IS HEREBY ORDERED, that the motion to allow Mr. Brewer and Ms. Steingart to appear on behalf of Plaintiff is GRANTED on the condition that James H. Goetz and J. Devlan Geddes shall serve as local co-lead counsel. Additionally, Mr. Brewer and Ms. Steingart must do their own work. They must do their own writing, sign their own pleadings, motions, briefs and other documents served or filed by them, and because they have been designed co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel must also sign all such pleadings, motions, briefs and other documents served or filed.

IT IS FURTHER ORDERED, that this *Order* will be withdrawn unless Mr. Brewer and Ms. Steingart, within fifteen (15) days of the date of this *Order*, file an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 23rd day of July, 2004.

Richard F. Cebull, United States District Judge

Copy to:

James H. Goetz
John W. Brewer
Kimberly A. Beatty