James H. Goetz
J. Devlan Geddes
**GOETZ, GALLIK & BALDWIN, P.C.**
35 North Grand Avenue
P.O. Box 6580
Bozeman, Montana 59771-6580
(406) 587-0618

Bonnie Steingart (admitted pro hac vice)
John W. Brewer (admitted pro hac vice)
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
One New York Plaza
New York, New York 10004
(212) 859-8000

ATTORNEYS FOR PLAINTIFF



IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

------------------------------------------------------------x

MAGTEN ASSET MANAGEMENT CORPORATION,

                     Plaintiff,

    - against -

MIKE J. HANSON and ERNIE J. KINDT,

                     Defendants.

------------------------------------------------------------x

Cause No. CV-04-26-BU-RFC

**ACKNOWLEDGEMENT AND ACCEPTANCE OF ADMISSION PRO HAC VICE**

05 - 499

As directed in the Court's order dated July 23, 2004, the undersigned hereby acknowledge and accept their admission to practice before the court in this case pro hac vice on the terms set forth in that order.

New York, New York
July 29, 2004

_____
Bonnie Steingart

_____
John W. Brewer

ffny02\brewejo\453137.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served upon the following counsel of record, by the means designated below, this 3rd day of August, 2004:

☒ U.S. Mail
☐ Federal Express
☐ Hand-Delivery
☐ Via Fax: (212) 859-4000

Bonnie Steingart
John W. Brewer
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004
ATTORNEYS FOR PLAINTIFFS

☒ U.S. Mail
☐ Federal Express
☐ Hand-Delivery
☐ Via Fax: (406) 443-6883

Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven, P.C.
P. O. Box 1697
Helena, MT 59624
ATTORNEYS FOR DEFENDANTS

_/s/ Patricia A. LaDue_
Patricia A. LaDue

cc: Client

CAUSE NO. CV-04-26-BU-RFC
ACKNOWLEDGMENT AND ACCEPTANCE OF ADMISSION PRO HAC VICE                PAGE 3