Stanley T. Kaleczyc
Kimberly A. Beatty
BROWNING, KALECZYC, BERRY & HOVEN, P.C
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59624
Phone: (406) 443-6820
Fax: (406) 443-6883

Attorneys for Defendants.

RECEIVED AUG 1 6 2004
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

FILED AUG 11 2004
PATRICK E. DUFFY, CLERK
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>MIKE J. HANSON, and ERNIE J. KINDT,<br><br>    Defendant | Case No.: CV-04-26-BU-RFC<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF |

Defendants, through their attorneys of record, Browning, Kaleczyc, Berry & Hoven, P.C., move this Court for an order extending the time within which they may file their Reply Brief in Support of Motion to Dismiss up to and including August 20, 2004. This extension is requested because each of the counsel for Defendants have various personal matters which necessitate their being out of the office during the week of August 9.

Plaintiff's counsel has been contacted and has no objection to this extension.

//
//

05-499

RECEIVED JUL 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

- 1 -

Dated this 11th day of August, 2004.

BROWNING, KALECZYC, BERRY & HOVEN, P.C.

By _____
Stanley T. Kaleczyc

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2004, a true and correct copy of the foregoing was mailed by first-class mail, postage prepaid, addressed to:

James H. Goetz
J. Devlan Geddes
Goetz, Gallik & Baldwin, P.C.
35 North Grand
P.O. Box 6580
Bozeman, MT 59771-6580

Bonnie Steingart
John W. Brewer
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY 10004

_____
Jennifer Madilun

- 2