LODGED
AUG 11 2004
PATRICK E. DUFFY CLERK
BY_____
Deputy Clerk

FILED
BILLINGS DIV.
2004 AUG 17 PM 2 15
PATRICK E. DUFFY CLERK
BY _Cheri Anderson_
DEPUTY CLERK

RECEIVED
AUG 16 2004
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | Case No.: CV-04-26-BU-RFC |
| Plaintiff, | |
| vs. | PROPOSED ORDER |
| MIKE J. HANSON, and ERNIE J. KINDT, | |
| Defendant | |

RECEIVED
JUL 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05 - 499

Based upon the Unopposed Motion for Extension of Time to file Reply Brief,

IT IS HEREBY ORDERED that Defendants shall have up to and including August 20, 2004 in which to file their Reply Brief in Support of Motion to Dismiss.

_Richard F. Cebull_
Hon. Richard F. Cebull, District Judge
8/17/04

CERTIFICATE OF MAILING
DATE: 8-17-04 BY: CA
I hereby certify that a copy of this order was mailed to:
James H. Goetz/J. Devlan Geddes
Bernice Sterngart/John W. Brewer
Stanley T. Kaleczyc/Kimberly A. Beatty

- 1 -