1  Stanley T. Kaleczyc
   Kimberly A. Beatty
2  BROWNING, KALECZYC, BERRY & HOVEN, P.C.
   139 North Last Chance Gulch
3  P.O. Box 1697
   Helena, MT 59604-6669
4  Phone: (406) 443-6820
   Fax: (406) 443-6883
5
   Attorneys for Defendants.
6

7
                IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE DISTRICT OF MONTANA
9
                         BUTTE DIVISION
10

11 MAGTEN ASSET MAMAGEMENT              Case No. CV-04-26-BU-RFC
   CORPORATION,
12
        Plaintiff,
13
                                        AFFIDAVIT OF KIMBERLY A.
   v.                                   BEATTY
14
   MIKE J. HANSON and ERNIE J. KINDT
15
        Defendants.
16

17

18

19 STATE OF MONTANA      )
                         : ss.
20 County of Lewis and Clark   )

21    1.    I am counsel of record for Defendants in this proceeding.

22    2.    I hereby certified that each of the following documents attached as exhibits to
   Defendants' Statement of Uncontroverted Facts submitted to this Court in support of Defendants;
23 Motion for Summary Judgment, are true and authentic copies of such documents:

24         A,    Complaint, by Magten Asset Management Corporation against Mike J.
           Hanson and Ernie J. Kindt, in the United States District Court for the district of Montana,
25         Butte Divisions, Cause No. CV-04-26-BU-RFC

26         B.    Deposition Transcript of Magten Asset Management Group by Talton
           Embry, dated July 27, 2004.
27

- 1 -

    C.    Articles of Organization of Montana Power, LLC (k/n/a Clark Fork and Blackfoot, LLC), dated September 28, 2000.

    D.    Written Consent of Sole Member and Manager to Action in Lieu of Meeting, effective as of February 15, 2002.

    E.    Written Consent of Sole Member and Manager to Action in Lieu of Meeting, dated August 7, 2002.

    F.    Asset and Stock Transfer Agreement, dated November 15, 2002, by and between NorthWestern Energy, LLC (f/k/a Montana Power, LLC) and NorthWestern Corporation..

    G.    Complaint to Avoid the Transfer of Assets of Clark Fork and Blackfoot, LLC (f/k/a NorthWestern Energy, LLC) to NorthWestern Corporation asserted by Magten Asset Management Corporation & Law Debenture Trust Company of New York against NorthWestern Corporation in the NorthWestern Corporation Chapter 11 Bankruptcy proceeding filed in United States Bankruptcy Court for the District of Delaware, Cause No. 03-12872 (CGC).

    H.    Memorandum Decision, dated July 23, 2004, issued by the Honorable Charles G. Case, II, in the NorthWestern Corporation Chapter 11 Bankruptcy proceeding filed in United States Bankruptcy Court for the District of Delaware, Cause No. 03-12872 (CGC).

    I.    Indenture for Unsecured Subordinated Debt Securities relating to Trust Securities by and between the Montana Power Company and the Bank of New York, dated November 1, 1996.

    J.    Representative electronic copy of the Second Supplemental Indenture by and between NorthWestern Energy, LLC (f/k/a Montana Power LLC), NorthWestern Corporation, and the Bank of New York dated August 13, 2002 as filed with the Securities and Exchange Commission.

    K.    Third Supplemental Indenture by and between NorthWestern Corporation and the Bank of New York, dated November 14, 2002.

Further affiant sayeth not.

_Kimberly A. Beatty_ (signature)
Kimberly A. Beatty

Subscribed and sworn to before me this 20th day of August, 2004.

_Jennifer J. Halsley_ (signature)
Notary Public for the State of Montana
Printed Name: Jennifer J. Halsley
Residing at: Helena, Montana
My Commission expires: 02/07/2005

(Notarial Seal)

**CERTIFICATE OF SERVICE**

I hereby certify that on the ⎯20th⎯ day of August, 2004, a true copy of the foregoing was mailed by first-class mail, postage prepaid, addressed as follows:

James Goetz
J. Devlan Geddes
Goetz, Gallik & Baldwin, P.C.
35 North Grand
P.O. Box 6580
Bozeman, MT 59771-6580

Bonnie Steingert
John W. Brewer
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, New York 10004

_____
BROWNING, KALECZYC, BERRY & HOVEN, P.C.