TERMED TRANSF

U.S. District Court
U.S. District Court of Montana (Butte)

CIVIL DOCKET FOR CASE #: 04-CV-26

Magten Asset v. Hanson, et al                               Filed: 04/19/04
Assigned to: Judge Richard F. Cebull          Jury demand: Plaintiff
Demand: $0,000                                Nature of Suit:  190
Lead Docket: None                             Jurisdiction: Diversity
Dkt# in other court: None

Cause: 28:1332 Diversity-Breach of Fiduciary Duty


MAGTEN ASSET MANAGEMENT,              James H. Goetz
Corporation                          [COR LD NTC ret]
      plaintiff                      James Devlan Geddes
                                     [COR LD NTC ret]
                                     GOETZ GALLIK & BALDWIN
                                     PO Box 6580
                                     Bozeman, MT 59771-6580
                                     406-587-0618
                                     FTS 587-5144

                                     John W. Brewer
                                     [COR LD NTC ret]
                                     Bonnie Steingart
                                     [COR LD NTC ret]
                                     FRIED, FRANK, HARRIS, SHRIVER &
                                     JACOBSON
                                     One New York Plaza
                                     New York, NY 10004
                                     212-820-8028


   v.


MIKE J. HANSON                       Stanley T. Kaleczyc
      defendant                      [COR LD NTC ret]
                                     Kimberly A. Beatty
                                     [COR LD NTC ret]
                                     BROWNING KALECZYC BERRY & HOVEN
                                     PO Box 1697
                                     Helena, MT 59624-1697
                                     406-443-6820
                                     FTS 443-6883


JACK D. HAFFEY
      defendant
 [term  07/12/04]


Docket as of July 12, 2005 11:16 am              Page 1

Proceedings include all events.                                    TERMED
2:04cv26 Magten Asset v. Hanson, et al

                                                                   TRANSF

ERNIE J. KINDT                      Stanley T. Kaleczyc
     defendant                      (See above)
                                    [COR LD NTC ret]
                                    Kimberly A. Beatty
                                    (See above)
                                    [COR LD NTC ret]


ELLEN M. SENECHAL
     defendant
  [term  07/12/04]

```
Proceedings include all events.                        TERMED
2:04cv26 Magten Asset v. Hanson, et al
                                                        TRANSF
MAGTEN ASSET MANAGEMENT, Corporation

              plaintiff


    v.

MIKE J. HANSON; JACK D. HAFFEY; ERNIE J. KINDT; ELLEN M.
SENECHAL

              defendant
```

```
Proceedings include all events.                               TERMED
2:04cv26 Magten Asset v. Hanson, et al
                                                              TRANSF
4/19/04   1     COMPLAINT and Demand for Jury Trial (crm)

4/19/04   --    SUMMONS issued as to defendant Mike J. Hanson, defendant
                Jack D. Haffey, defendant Ernie J. Kindt, defendant Ellen
                M. Senechal. (4) Orig and (8) cpy mailed to pla cnsl in
                Bozeman (crm)

4/19/04   --    FILING FEE PAID: on 4/26/04  in the amount of $ 150.00,
                receipt # 30316. (crm)

4/19/04   --     FILE DELIVERED to c/c in Billings by cert mail 7002 2030
                0000 8022 1199 (crm)

4/20/04   --    RECEIVED file in Billings clerk's office from Butte. (poc)

4/20/04   --     FILE DELIVERED to clerk's shelf (poc)

6/14/04   2     WAIVER OF SERVICE acknowledged/received by defendant Mike
                J. Hanson, defendant Jack D. Haffey, defendant Ernie J.
                Kindt, defendant Ellen M. Senechal on 6/8/04 (crm)

7/7/04    --    Lodged PROPOSED Order submitted by plaintiff Magten Asset
                RE Motion #3. (ell)

7/7/04    --    REMARK - Mailed document #3 with copy  and Proposed Order
                to Clerk's office in Blgs for Review by Judge Cebull. (ell)

7/7/04    3     MOTION by plaintiff Magten Asset for order dismissing
                defts Haffey & Senechal with prej & amending caption (rmw)
                [Entry date 07/12/04]

7/8/04    --     FILE DELIVERED to RFC for review of Mot to dismiss and
                amend caption (snyb)

7/9/04    4     MOTION by defendant Mike J. Hanson, defendant Ernie J.
                Kindt to dismiss (ell) [Entry date 07/12/04]

7/9/04    5     MEMORANDUM/BRIEF by defendant Mike J. Hanson, defendant
                Ernie J. Kindt  in support of motion to dismiss [4-1] (ell)
                [Entry date 07/12/04]

7/12/04   --    REMARK - Mailed document #4 and 5 with copies in Red Folder
                to Clerk's Office in Billings. (ell)

7/12/04   6     ORDER  by Judge Richard F. Cebull  granting Plaintiff motion
                for order dismissing defts Haffey & Senechal without prej &
                amending caption [3-1] dismissing party Ellen M. Senechal,
                party Jack D. Haffey without prej and caption of case is
                amended and the execution & filing of Stipulated Motions by
                co for defts shall not be deemed a waiver of any defenses
                included but not limited to any Rule 12(b) defenses that
                defts may otherwise be entitled to assert (cc: all counsel)
                (rmw) [Edit date 07/12/04]

Docket as of July 12, 2005 11:16 am                    Page 4
```

```
Proceedings include all events.                                TERMED
2:04cv26 Magten Asset v. Hanson, et al
                                                               TRANSF
7/20/04   7      MOTION by plaintiff Magten Asset for attorney JOHN W.
                 STEWART to appear pro hac vice, and for attorney BONNIE
                 STEINGART to appear pro hac vice (crm)

7/20/04   --     PROPOSED ORDER re[7-1], re[7-2] submitted by plaintiff
                 Magten Asset, (crm)

7/20/04   --     REMARK phoned atty Geddes office for phv fee (crm)

7/21/04   --      FILE DELIVERED to RFC for review of prop order (snyb)

7/23/04   8      ORDER  by Judge Richard F. Cebull  granting  motion for
                 attorney JOHN W. STEWART to appear pro hac vice [7-1],
                 granting  motion for attorney BONNIE STEINGART to appear
                 pro hac vice [7-2] (cc:  all counsel) (snyb)
                 [Entry date 08/04/04]

8/2/04    9      RESPONSE by plaintiff Magten Asset to motion to dismiss
                 [4-1] (ell) [Edit date 08/04/04]

8/2/04    --     REMARK - Mailed document #8 with copy to Clerk's Office in
                 Blgs. (ell)

8/4/04    10     ACKNOLEDGEMENT AND ACCEPTANCE OF ADMISSION PRO HAC VICE/
                 NOTICE by plaintiff Magten Asset (ell)
                 [Edit date 08/05/04]

8/4/04    --     REMARK - Mailed document #9 with 2 copies to Clerk's Office
                 in Billings. (ell)

8/11/04   11     MOTION by defendants Ernie J. Kindt to extend time for dft
                 to file Reply Brief in Support of Motion To Dismiss to
                 8/20/04 (ell) [Entry date 08/12/04]

8/11/04   --     Lodged PROPOSED Order submitted by defendant Ernie J. Kindt
                 RE Motion #11. (ell) [Entry date 08/12/04]

8/12/04   --     REMARK - Mailed document #11 with copy and proposed Order
                 w/envl to Clerks ofc in Billings. (ell)

8/16/04   --      FILE DELIVERED to RFC chambers for review of Motion for
                 Extension of Time to File Reply Brf (poc)

8/17/04   12     ORDER  by Judge Richard F. Cebull  granting  motion to
                 extend time for dft to file Reply Brief in Support of
                 Motion To Dismiss to 8/20/04 [11-1] (cc:  all counsel) (caa)
                 [Entry date 08/18/04]

8/20/04   13     REPLY by defendant Mike J. Hanson, defendant Ernie J. Kindt
                 to response to motion to dismiss [4-1]   file delivered to:
                 Judge Cebull (snyb) [Entry date 08/27/04]

8/20/04   14     MOTION by defendant Mike J. Hanson, defendant Ernie J. Kindt
                 for summary judgment (snyb) [Entry date 08/27/04]
```

```
Proceedings include all events.                          TERMED
2:04cv26 Magten Asset v. Hanson, et al
                                                         TRANSF
                  [Edit date 08/27/04]

8/20/04  15    MEMORANDUM/BRIEF by defendant Mike J. Hanson, defendant
               Ernie J. Kindt  in support of motion for summary judgment
               [14-1] (snyb) [Entry date 08/27/04]

8/20/04  16    AFFIDAVIT of Kimberly A. Beatty re [14-1] (snyb)
               [Entry date 08/27/04]

8/20/04  17    STATEMENT of uncontroverted facts by defendant Mike J.
               Hanson, defendant Ernie J. Kindt in support of [14-1] (snyb)
               [Entry date 08/27/04]

8/20/04  --    ******* BEGIN VOLUME #2 WITH DOCUMENT # 17 ********** (snyb)
               [Entry date 08/27/04]

8/27/04  --     FILE DELIVERED to RFC for review of fully brfd M/Dismiss
               (snyb)

9/13/04  18    RESPONSE by plaintiff Magten Asset to motion for summary
               judgment [14-1] (ell)

9/13/04  19    STATEMENT of facts by plaintiff Magten Asset in support of
               [18-1] (ell)

9/13/04  20    DECLARATION of J. Devlan Geddes by plaintiff Magten Asset
               re [18-1] (ell)

9/13/04  --    REMARK - Mailed document #18, 19 and 20 w/copies to Clerk's
               Office in Blgs. (ell)

9/27/04  21    REPLY by defendant Mike J. Hanson, defendant Ernie J. Kindt
               to response to motion for summary judgment [14-1]   file
               delivered to: RFC (crm) [Entry date 09/28/04]

1/27/05  22    ORDER  by Judge Richard F. Cebull  denying dft's  motion
               for summary judgment [14-1] (cc:  all counsel) (snyb)

2/23/05  --     FILE DELIVERED to clerk's ofc for refiling (caa)

3/25/05  23    STATUS REPORT by defendant Mike J. Hanson, defendant Ernie
               J. Kindt (ell) [Entry date 03/28/05]

3/28/05  --    REMARK - Mailed document #23 w/cpy to Clk in Blgs. (ell)

3/28/05  --    REMARK Volume 3 begins with Document #23 (caa)
               [Entry date 04/26/05]

3/31/05  --     FILE DELIVERED to RFC for review of status report (snyb)

3/31/05  24    STATUS REPORT by plaintiff Magten Asset (ell)

3/31/05  --    REMARK - Mailed document #24 w/cpy to Blgs. (ell)
```

```
Proceedings include all events.                                TERMED
2:04cv26 Magten Asset v. Hanson, et al
                                                               TRANSF
4/1/05    25    ORDER  by Judge Richard F. Cebull  denying motion to
                dismiss [4-1] (cc: all counsel) (caa)

4/4/05    --     FILE DELIVERED to RFC (am) for review (snyb)

4/5/05    26    PRELIMINARY Pre-trial Conference Order  by Judge Richard F.
                Cebull ; Preliminary Pretrial Conf set for 10:00 5/24/05
                PPT Statement due: 5/17/05;  Joint Discovery plan due:
                5/17/05; (cc: all counsel) (snyb)

4/21/05   27    ANSWER by defendant Mike J. Hanson, defendant Ernie J.
                Kindt  complaint [1-1] (crm) [Entry date 04/22/05]

4/26/05   --     FILE DELIVERED to RFC (EA) for setting of ppt (caa)

4/27/05   --     FILE DELIVERED to clerk's ofc for refiling (caa)

5/5/05    28    JOINT DISCOVERY PLAN by plaintiff Magten Asset (ell)

5/5/05    --    REMARK - Mailed document #28 with copy to Blgs. (ell)

5/9/05    --    FILE DELIVERED to Clerk's office for re-shelving (hmm)

5/10/05   29    NOTICE OF TELEPHONIC APPEARANCE for ppt set for 5/24/05 by
                plaintiff Magten Asset (crm)

5/13/05   30    NOTICE OF TELEPHONIC AND IN PERSON APPEARANCES by defendant
                Mike J. Hanson, defendant Ernie J. Kindt (crm)
                [Entry date 05/16/05]

5/17/05   --     FILE DELIVERED to RFC for review (clr)

5/17/05   31    PRELIMINARY PRETRIAL STATEMENT by plaintiff Magten Asset
                (crm)

5/17/05   32    PRELIMINARY PRETRIAL STATEMENT by defendant Mike J. Hanson,
                defendant Ernie J. Kindt (crm) [Entry date 05/18/05]

5/17/05   33    MOTION by defendant Mike J. Hanson, defendant Ernie J.
                Kindt to transfer case this case to the District of
                Delaware, or in the alternative to stay case pending
                resolution of related proceedings in the District of
                Delaware (crm) [Entry date 05/18/05]

5/17/05   --    PROPOSED STIPULATION RE: RULE 26(A)(1)(B) DISCLOSURE
                submitted by plaintiff Magten Asset, defendant Mike J.
                Hanson, defendant Ernie J. Kindt (crm) [Entry date 05/18/05]

5/19/05   --    Lodged proposed Order and FILE DELIVERED to RFC for review
                (caa)
```

```
Proceedings include all events.                          TERMED
2:04cv26 Magten Asset v. Hanson, et al
                                                         TRANSF
5/19/05  34    MEMORANDUM/BRIEF by defendant Mike J. Hanson, defendant
               Ernie J. Kindt  in support of motion to transfer case this
               case to the District of Delaware [33-1], of motion to stay
               case pending resolution of related proceedings in the
               District of Delaware [33-2] (crm) [Entry date 05/20/05]

5/19/05  35    AFFIDAVIT of KIMBERLY A. BEATTY re [33-1], re [33-2] (crm)
               [Entry date 05/20/05]

5/23/05  36    STIPULATION and ORDER  by Judge Richard F. Cebull regarding
               disclosures. (cc: all counsel) (caa)

5/25/05  37    SCHEDULING ORDER by Judge Richard F. Cebull; jury trial set
               for 9:00 2/12/07 with a 7-member jury and is expected to
               last 6 days; Preliminary Pretrial Conference held on
               5/25/05 ; final pretrial conference set for 10:00 2/1/07 ;
               motion in limine ddl is 1/22/07; Motion filing ddl:
               10/23/06; Discovery due: 1/31/06; last date to amend
               pleadings is 7/29/05.  (See order for other specifics) (cc:
               all counsel) (caa) [Entry date 05/26/05]

5/25/05  --    REMARK - Volume 4 begins with Document #37. (caa)
               [Entry date 05/26/05]

5/25/05  38    AFFIDAVIT of Thomas Knapp re [33-1] which is the Motion to
               Transfer Venue or in the alternative, stay action. (caa)
               [Entry date 05/26/05]

5/26/05  --     FILE DELIVERED to motions drawer for response due 6/6/05
               (caa)

6/2/05   39    RESPONSE by plaintiff Magten Asset to motion to transfer
               case this case to the District of Delaware [33-1], to
               motion to stay case pending resolution of related
               proceedings in the District of Delaware [33-2] (ell)
               [Entry date 06/03/05]

6/3/05   40    DECLARATION by plaintiff Magten Asset re [39-1] of Bonnie
               Stingart in support of Magtens Opposition to dfts Motion
               for Transfer or in the Alternative Stay Action. (ell)

6/3/05   --    REMARK - Mailed document #39 and 40 w/copies to Blgs. (ell)

6/3/05   41    RETURN OF SERVICE by plaintiff Magten Asset  of Subpoena
               (ell)

6/3/05   --    REMARK - mailed document #41 to Blgs. (ell)

6/6/05   42    MOTION by defendant Mike J. Hanson, defendant Ernie J. Kindt
               to extend time to respond to pla's initial discovery (crm)
               [Entry date 06/07/05] [Edit date 06/07/05]
```

Proceedings include all events.                                    TERMED
2:04cv26 Magten Asset v. Hanson, et al
                                                                   TRANSF

6/6/05    43      MEMORANDUM/BRIEF by defendant Mike J. Hanson, defendant
                  Ernie J. Kindt  in support of motion to extend time to
                  respond to pla's initial discovery [42-1] (crm)
                  [Entry date 06/07/05]

6/6/05    --      PROPOSED ORDER re[42-1] submitted by defendant Mike J.
                  Hanson, defendant Ernie J. Kindt (crm) [Entry date 06/07/05]

6/6/05    44      MOTION by defendant Mike J. Hanson, defendant Ernie J.
                  Kindt for protective order seeking temporary stay of
                  discovery, and for expedited consideration and hearing (crm)
                  [Entry date 06/07/05]

6/6/05    45      MEMORANDUM/BRIEF by defendant Mike J. Hanson, defendant
                  Ernie J. Kindt  in support of motion for protective order
                  seeking temporary stay of discovery [44-1], of motion for
                  expedited consideration and hearing [44-2] (crm)
                  [Entry date 06/07/05]

6/13/05   46      ORDER  by Judge Richard F. Cebull  granting  motion to
                  extend time to respond to pla's initial discovery [42-1]
                  (cc:  all counsel) (caa) [Entry date 06/14/05]

6/16/05   47      REPLY by defendant Mike J. Hanson, defendant Ernie J. Kindt
                  to response to motion to transfer case this case to the
                  District of Delaware [33-1], motion to stay case pending
                  resolution of related proceedings in the District of
                  Delaware [33-2]    file delivered to: RFC (crm)
                  [Entry date 06/17/05] [Edit date 06/17/05]

6/17/05   48      MOTION by defendant Mike J. Hanson, defendant Ernie J.
                  Kindt for hearing re motion  to transfer (ell)
                  [Entry date 06/20/05]

6/17/05   --      Lodged PROPOSED Order submitted by defendant Mike J.
                  Hanson, defendant Ernie J. Kindt RE Motion #48. (ell)
                  [Entry date 06/20/05]

6/20/05   --      REMARK - Mailed document #48 with copy and proposed Order
                  to Clk in Billings. (ell)

6/20/05   49      RESPONSE by plaintiff Magten Asset to motion for protective
                  order seeking temporary stay of discovery [44-1] (ell)
                  [Entry date 06/22/05]

6/20/05   50      DECLARATION  of John W. Brewer by plaintiff Magten Asset re
                  [49-1] (ell) [Entry date 06/22/05]

6/20/05   --      Lodged PROPOSED Order submitted by plaintiff Magten Asset
                  (ell) [Entry date 06/22/05]

6/22/05   --       FILE DELIVERED to RFC for review of prop order for hrg
                  (snyb)

Docket as of July 12, 2005 11:16 am                  Page 9

```
Proceedings include all events.                                 TERMED
2:04cv26 Magten Asset v. Hanson, et al
                                                                TRANSF
6/22/05  --      REMARK - Mailed document #49 and 50 with copies and PO to
                 Clk in Blgs. (ell)

6/23/05  --       FILE DELIVERED to RFC for review of 2 prop orders (snyb)

7/1/05   51      REPLY by defendant Mike J. Hanson, defendant Ernie J. Kindt
                 to response to motion for protective order seeking
                 temporary stay of discovery [44-1], motion for expedited
                 consideration and hearing [44-2]   file delivered to: RFC
                 (crm) [Entry date 07/07/05]

7/11/05  52      ORDER  by Judge Richard F. Cebull  finding the motion for
                 hearing re motion  to transfer [48-1]  moot., finding the
                 motion for protective order seeking temporary stay of
                 discovery [44-1]  moot., finding the motion for expedited
                 consideration and hearing [44-2]  moot., granting  motion
                 to transfer case this case to the District of Delaware
                 [33-1], finding the motion to stay case pending resolution
                 of related proceedings in the District of Delaware [33-2]
                 moot. Case transferred to Dist of: Delaware, Original
                 documents 1-51 and a certified cpy of this Order mailed by
                 delivery confirmation. (cc: all counsel) (caa)
                 [Entry date 07/12/05]
```



