1   James H. Goetz
    J. Devlan Geddes
2   **GOETZ, GALLIK & BALDWIN, P.C.**
    35 North Grand
3   P.O. Box 6580
    Bozeman, MT 59771-6580
4   Ph:    (406) 587-0618
    Fax:   (406) 587-5144
5   E-mail: jim@goetzlawfirm.com
            devlan@goetzlawfirm.com
6
7       and

8   Bonnie Steingart
    John W. Brewer
    **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP**
9   One New York Plaza
    New York, NY 10004
10  Ph:    (212) 859-8000
    Fax:   (212) 859-4000
11  E-mail: BreweJo@ffhsj.com

12  ATTORNEYS FOR PLAINTIFF, Magten
    Asset Management Corporation
13

14

15           **IN THE UNITED STATES DISTRICT COURT**
                    **DISTRICT OF MONTANA**
16                     **BUTTE DIVISION**

17  _____
                                              )
18  MAGTEN    ASSET    MANAGEMENT )
    CORPORATION,                              )   Cause No. CV-04-26-BU-RFC
                                              )
19                 Plaintiff,                 )
                                              )
20         vs.                                )   **NOTICE OF TELEPHONIC**
                                              )   **APPEARANCE**
21  MIKE J. HANSON and ERNIE J. KINDT, )
                                              )
22                 Defendants.                )
    _____)
23

24         COMES NOW J. Devlan Geddes, for and on behalf of Plaintiff, and notifies the Court and

25  Defendants, that he and New York counsel Bonnie Steingart and/or John W. Brewer, will appear

26  telephonically for the preliminary pretrial conference set in the above-captioned matter for 10:00

27  a.m., Tuesday, May 24, 2005. Counsel shall initiate their telephonic appearance by calling (406)

28  247-7766.

FILED
BUTTE, MT                29
'05 MAY 10 AM 9 46
PATRICK E. DUFFY, CLERK

DEPUTY CLERK

MAY 11 2005

05 -  499

RECEIVED
JUL 1 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DATED this 9th day of May, 2005.

GOETZ, GALLIK & BALDWIN, P.C.

By: _____
J. Devlan Geddes

ATTORNEY FOR PLAINTIFF, Magten Asset
Management Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served upon the following counsel of record, by the means designated below, this 9th day of May, 2005.

☑ U.S. Mail
☐ Federal Express
☐ Hand-Delivery
☐ Via Fax: (212) 859-4000

Bonnie Steingart
John W. Brewer
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004
ATTORNEYS FOR PLAINTIFF

☑ U.S. Mail
☐ Federal Express
☐ Hand-Delivery
☐ Via Fax:  (406) 443-6883

Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven, P.C.
P. O. Box 1697
Helena, MT 59624
ATTORNEYS FOR DEFENDANTS

_____
J. Devlan Geddes

CAUSE NO./Not. of Telephonic Appearance 5 9 05.wpd                    PAGE 2