Stanley T. Kaleczyc
Kimberly A. Beatty
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59604-1697
Phone: (406) 443-6820
Fax: (406) 443-6883

Attorneys for Defendant.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT<br><br>Defendants. | Case No. CV-04-26-BU-RFC<br><br>**NOTICE OF TELEPHONIC AND IN PERSON APPEARANCES** |

COMES NOW Kimberly A. Beatty, for and on behalf of Defendants, and notifies the Court and Plaintiff that she will appear in person and Stanley T. Kaleczyc will appear telephonically for the preliminary pretrial conference set in the above-captioned matter for 10:00 a.m., Tuesday, May 24, 2005. Pursuant to the Court's April 5, 2005 Order, counsel for Defendants shall coordinate with counsel for Plaintiff to arrange a joint conference call through which they will initiate their telephonic appearances with the Court jointly by calling (406) 247-7766.

DATED this 13th day of May, 2005.

BROWNING, KALECZYC, BERRY & HOVEN, P.C.

By _____
Stanley T. Kaleczyc
Kimberly A. Beatty

Attorneys for Defendants.

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on the _13th_ day of _May_, 2005, a true copy of the foregoing was mailed by first-class mail, postage prepaid, addressed as follows:

Bonnie Steingert
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
Newy York, NY 10004

James H. Goetz
Goetz, Madden & Dunn, P.C.
35 N. Grand
P.O. Box 6580
Bozeman, MT 59771-6580

_____
BROWNING, KALECZYC, BERRY & HOVEN, P.C.

Title

- 2 -

166319/1674.044