Stanley T. Kaleczyc
Kimberly A. Beatty
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59604-1697
Phone: (406) 443-6820
Fax: (406) 443-6883

Attorneys for Defendants.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| MAGTENASSET MANAGEMENT CORPORATION, | Case No. CV-04-26-BU-RFC |
| Plaintiff, | |
| v. | MOTION OF THE DEFENDANTS TO TRANSFER OR, IN THE ALTERNATIVE, STAY ACTION |
| MIKE J. HANSON and ERNIE J. KINDT | |
| Defendants. | |

Defendants, through their attorneys of record, Browning, Kaleczyc, Berry & Hoven, P.C. hereby move this Court for an order to transfer this case to the United States District Court for the District of Delaware pursuant to 28 U.S.C. §§ 1334 and 1404 as a matter related to a bankruptcy case pursuant to 28 U.S.C. § 1409; or, in the alternative, Defendants move that this action be stayed pending resolution of related proceedings in the District of Delaware. The factual and legal grounds for this Motion are set forth in Defendants' Memorandum, Exhibits and Affidavits which will be filed within 5 days pursuant to L.R. 7.1(c).

//

//

- 1 -

Counsel for Plaintiffs have been contacted and they oppose this Motion.

DATED this ___ day of May, 2005.

BROWNING, KALECZYC, BERRY & HOVEN, P.C.

By _____

Stanley T. Kaleczyc
Kimberly A. Beatty
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59604-1697
Phone: (406) 443-6820
Fax: (406) 443-6883

Attorneys for Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on the __17th__ day of __May__, 2005, a true copy of the foregoing was mailed by first-class mail, postage prepaid, addressed as follows:

Bonnie Steingert
John W. Brewer
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
Newy York, NY 10004

James H. Goetz
J. Devlan Geddes
Goetz, Madden & Dunn, P.C.
35 N. Grand
P.O. Box 6580
Bozeman, MT 59771-6580

_/s/ Jennifer Mahlen_
BROWNING, KALECZYC, BERRY & HOVEN, P.C.

Title                                  - 3 -                         162779.doc/1674.044