

RECEIVED

JUL 1 8 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05 - 499

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
:

In re:                                          :     Chapter 11
:
NORTHWESTERN CORPORATION,                        :
:      Case No. 03-12872 (CGC)
                      Debtor.     :

------------------------------------------------------------------ x

### NOTICE OF APPEAL

*PLEASE TAKE NOTICE*, that pursuant to Rules 8001(a) and 8002(a) of the Federal

Rules of Bankruptcy Procedure and 28 U.S.C. 158(a), Magten Asset Management Corporation,

by and through its undersigned counsel, hereby appeals to the United States District Court for the

District of Delaware from the Order Confirming Debtor's Second Amended and Restated Plan of

Reorganization Under Chapter 11 of the Bankruptcy Code, which was entered by United States

Bankruptcy Judge Charles G. Case II on October 19, 2004 (Docket No. 2237).

The names of all parties to the order appealed from and the names, addresses and

telephone numbers of their respective attorneys are as follows:

| **Parties** | **Attorneys** |
| --- | --- |
| Magten Asset Management Corporation | Mark J. Packel, Esquire<br>Elio Battista, Jr., Esquire<br>*Blank Rome LLP*<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone:   (302) 425-6400 |
|  | -and- |
|  | Bonnie Steingart, Esquire<br>Gary L. Kaplan, Esquire<br>*Fried, Frank, Harris, Shriver & Jacobson LLP*<br>One New York Plaza<br>New York, NY 10004<br>Telephone:  (212) 859-8000 |



NorthWestern Corporation

Scott D. Cousins, Esquire
William E. Chipman, Jr., Esquire
*Greenberg Traurig, LLP*
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
Telephone:  (302) 661-7000

-and-

Jesse H. Austin, III, Esquire
Karol K. Denniston, Esquire
*Paul, Hastings, Janofsky & Walker LLP*
600 Peachtree Street, Suite 2400
Atlanta, GA 30308
Telephone:  (404) 815-2400

**BLANK ROME LLP**

Mark J. Packel (DE No. 4048)
Elio Battista, Jr. (DE No. 3814)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 425-6400
Facsimile:   (302) 425-6464

-and -

**FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP**
Bonnie Steingart
Gary L. Kaplan
One New York Plaza
New York, NY 10004
Telephone:  (212) 859-8000
Facsimile:  (212) 859-4000

Counsel for Magten Asset Management
Corporation

## CERTIFICATE OF SERVICE

I, *Elio Battista, Jr.*, certify that I am not less than 18 years of age, and that on October 25, 2004, I caused service of the attached *Notice of Appeal* to be made on the parties listed on the attached service list as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Elio Battista, Jr.

# NORTHWESTERN CORPORATION
## 2002 SERVICE LIST

**BY HAND DELIVERY**

Scott D. Cousins, Esquire
Victoria W. Counihan, Esquire
William E. Chipman, Jr., Esquire
*Greenberg Traurig, LLP*
1000 West Street, Suite 1540
Wilmington, DE 19801

Frank Perch, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2313
Wilmington, DE 19801

Steve Hermann, Esquire
*Richards Layton & Finger, P.A.*
One Rodney Square
Wilmington, DE 19801

John V. Fiorella, Esquire
*Archer & Greiner, P.C.*
1300 North Market Street, Suite 700
Wilmington, DE 19801

Carl N. Kunz, III, Esquire
*Morris, James, Hitchens & Williams LLP*
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

William P. Bowden, Esquire
*Ashby & Geddes*
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
*The Bayard Firm*
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Tobey M. Daluz, Esquire
*Ballard Spahr Andrews & Ingersoll, LLC*
919 Market Street, 17th Floor
Wilmington, DE 19801

Margaret M. Manning, Esquire
*Buchanan Ingersoll, A Professional Corporation*
1201 North Market Street, Suite 1501
Wilmington, DE 19801

Neal J. Levitsky, Esquire
L. Jason Cornell, Esquire
*Fox Rothschild LLP*
919 North Market Street, Suite 1300
Wilmington, DE 19899

Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
*Landis Rath & Cobb LLP*
919 Market Street, Suite 600
Wilmington, DE 19801

Kurt G. Gwynne, Esquire
*Reed Smith LLP*
1201 Market Street, Suite 1500
Wilmington, DE 19801

Sandra R. Oritz
*Wilmington Trust Company*
1100 North Market Street
Wilmington, DE 19890

John D. Demmy, Esquire
*Stevens & Lee*
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE 19801

Frederick B. Rosner, Esquire
*Jaspan Schlesinger Hoffman LLP*
913 North Market Street, 12th FLoor
Wilmington, DE 19801

Robert S. Brady, Esquire
*Young Conaway Stargatt & Taylor*
1000 West Street, 17th Floor
Wilmington, DE 19801

A. Richard Winchester, Esquire
*McCarter & English, LLP*
919 Market Street, Suite 1800
Wilmington, DE 19899

Gregg M. Galardi, Esquire
*Skadden Arps Slate Meager & Flom*
One Rodney Square
Wilmington, DE 19801

## NORTHWESTERN CORPORATION
## 2002 SERVICE LIST

Richard G. Placey, Esquire
Noel C. Burnham, Esquire
*Montgomery McCracken Walker &*
*Rhoads, LLP*
300 Delaware Avenue, Suite 300
Wilmington, DE 19801

Jeffrey C. Wisler, Esquire
*Connolly Bove Lodge & Hutz LLP*
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Joseph H. Huston, Jr., Esquire
Thomas G. Whalen, Jr., Esquire
*Stevens & Lee, P.C.*
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Laurie Selber Silverstein, Esquire
*Potter Anderson & Corroon LLP*
1313 North. Market Street, 6th Floor
Wilmington, DE 19899

Jennifer L. Scoliard, Esquire
*Klehr, Harrison Harvey Branzburg &*
*Ellers LLP*
919 Market Street, Suite 1000
Wilmington, DE 19801

Ian Connor Bifferato, Esquire
*Bifferato Bifferato & Gentilotti*
1308 Delaware Avenue
Wilmington, DE 19899

Kimberly E. Lawson, Esquire
1201 Market Street, Suite 1500
Wilmington, DE 19801

Ellen Slights, Esquire
*United States Attorneys Office*
1007 North Orange Street, Suite 700
Wilmington, DE 19801

Mark J. Packel, Esquire
Elio Battista, Jr., Esquire
*Blank Rome LLP*
1201 Market Street, Suite 800
Wilmington, DE 19801

### BY FIRST CLASS MAIL

David Lynn, Chief Counsel
450 Fifth Street
Washington, DC 20549

Timothy R. Pohl, Esquire
Samuel Ory, Esquire
*Skadden Arps Slate Meager & Flom*
333 West Wacker Drive
Chicago, IL 60606

Rob Loh
*Credit Suisse First Boston*
Cayman Islands Branch/Syndicated Finance
Group
11 Madison Avenue, 21st Floor
New York, NY 10010

Cynthia A. Marlette
*Federal Energy Regulatory Commission*
888 First Street NE
Washington, DC 20246

Pam Bonrud, Executive Director
*South Dakota Public Utilities Commission*
Capitol Building, 1st Floor
500 East Capitol Avenue
Pierre, SD 57501

Jesse Austin, Esquire
Karol K. Denniston, Esquire
*Paul Hastings Janofsky & Walker LLP*
600 Peachtree Road, N.E.
Atlanta, GA 30308

Rob Rowe, Chairman
*Montana Public Service Commission*
1701 Prospect Avenue
Helena, MT 59620-2601

Anne C. Boyle, Chairwoman
*Nebraska Public Service Commission*
1200 N Street, Suite 300
Lincoln, NE 68508

*Bank One, NA*
Andrew D. Hall
120 South LaSalle Street, 29th Floor
Chicago, IL 60603

## NORTHWESTERN CORPORATION
## 2002 SERVICE LIST

*Bank One Corporation*
Trustee of the Montana Revenue Refunding
Bonds
Corporate Trust Administration
1 Bank One Plaza
Chicago, IL 60670

*Norwest Bank Minnesota, NA n/k/a Wells Fargo*
Trustee of the Mercer County Pollution Control
         Revenue Bonds
Attn: Corporate Trust Department
Sixth and Marquette
Minneapolis, MN 55479-0069

Alan W. Kornberg, Esquire
Marc D. Skapof, Esquire
Ephraim I. Diamond, Esquire
Tailia Gil, Esquire
*Paul Weiss Rifking Wharton & Garrison LLP*
1285 Avenue of the Americas
New York , NY 10019

Barbara A. Bevelaqua, VP
*The Bank of New York*
Co-Trustee of the Montana Mortgage Bonds
101 Barclay Street
New York, NY 10286

Jennifer L. McBrien, Esquire
Mark B. Joachim, Esquire
*Morrison & Foerster LLP*
1290 Avenue of the Americas
New York, NY 10104

Lawrence O'Brien VP
*JPMorgan Chase Bank*
Trustee of the South Dakota Mortgage Bonds
450 West 33rd Street, 15th Floor
New York, NY 10001

Marybeth A. Lewicki
*The Bank of New York*
Co-Trustee of the Montana Mortgage Bonds
101 Barclay Street
New York, NY 10286

O'Bahachewsky, VP
*Citibank, N.A.*
Indenture Trustee
120 Wall Street
New York, NY 10043

*Wesco*
949 South Montana Street
Butte, MT 59702-3027

*ADP Investors Communication Service*
51 Mercede Way
Edgewood, NY 11717

*Orcom Solutions*
1001 SW Disk Drive
Bend, OR 97702

*Bell Lumber & Pole Company*
P.O. Box 748
Conway, WA 98238

Mr. John Reid
*Howard Industries Inc.*
P.O. Box 1588
Laurel, MS 39440

*Rocky Mountain Contractors Inc*
2214 US Hwy 2 East
Kalispell, MT 59904

*Howard Industries Inc*
1728 Solutions Center
Chicago, IL 60677-1007

*Montana Electric Supply*
1723 Lampmann Drive
Billings, MT 59104

Richard E. Moyer, Litigation Manager
*Automotive Rentals, Inc.*
9000 Midatlantic Drive
P.O. Box 5039
Mt. Laurel, NJ 08054

Matthew J. Troy, Esquire
*United States Department of Justice -*
*Civil Division*
1100 L Street, N.W., Room 10006
Washington, DC 20005

Marc Barreca, Esquire
*Preston Gates & Ellis LLP*
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

## NORTHWESTERN CORPORATION
## 2002 SERVICE LIST

Craig E. Freeman, Esquire
*Thelen Reid & Priest LLP*
875 Third Avenue
New York, NY 10022-62225

Monica L. Clark, Esquire
*Dorsey & Whitney LLP*
50 South Street, Suite 1500
Minneapolis, MN 55402-1498

Stephan J. Feder, Esquire
Kathrine A. McLendon, Esquire
David Kovel, Esquire
*Simpson Thacher & Bartlett LLP*
425 Lexington Avenue
New York, NY 10017

James S. Carr, Esquire
Robert L. LeHane, Esquire
*Kelley Drye & Warren LLP*
101 Park Avenue
New York, NY 10178

Zack A. Clement, Esquire
Jonathan C. Bolton, Esquire
*Fulbrighte & Jaworski LLP*
1301 McKinney Street, Suite 4100
Houston, TX 77010

Lisa J. Mellencamp, Esquire
Assistant General Counsel
*Duke Energy Trading and Marketing LLC*
5400 Westheimer Court
Houston, TX 77056-5310

Lee S. Attanasio, Esquire
*Sidley Austin Brown & Wood LLP*
787 Seventh Avenue
New York, NY 10019

Kathrine A. McLendon, Esquire
David Kovel, Esquire
*Simpson Thacher & Bartlett LLP*
725 Lexington Avenue
New York, NY 10017

George B. South, Esquire
Stefanie Birbrower, Esquire
*King & Spalding LLP*
1185 Avenue of the Americas
New York, NY 10036-4003

Carl A. Eklund, Esquire
*Ballard Spahr Andrews & Ingersoll, LLC*
1225, 17th Street, Suite 2300
Denver, CO 80202-5596

Bennett G. Young, Esquire
*Leboeuf, Lamb, Greene & Macrae LLP*
One Embarcadero Center, Suite 400
San Francisco , CA 94111

Jack L. Smith, Esquire
Donald A. Allen, Esquire
*Holland & Hart LLP*
555 Seventeenth Street, Suite 3200
P.O. Box 8749
Denver, CO 80202

David L. Bell, Esquire
Senior Legal Counsel
*Atlantic Richfield Company*
4101 Winfield Road
Mail Code 4 West
Warrenville, IL 60555

Walter H. Curchack, Esquire
*Bryan Cave LLP*
1290 Avenue of the Americas
New York, NY 10104

Daniel H. Reiss, Esquire
*Levene, Neale, Bender, Rankin & Brill, LLP*
1801 Avenue of the Stars, Suite 1120
Los Angeles, CA 90067

C. MacNeil Mitchell, Esquire
*Winston & Strawn LLP*
200 Park Avenue
New York, NY 10166

Romano Peluso, VP
*JPMorgan Chase Bank*
4 New York Plaza, 15th Floor
New York, NY 10004

George M. Kelakos, Esquire
Scott W. MacCormack, Esquire
*Heller Ehrman White & McAuliffe LLP*
120 West 45th Street, 21st Floor
New York, NY 10036

# NORTHWESTERN CORPORATION
## 2002 SERVICE LIST

Eric A. Schaffer, Esquire
*Reed Smith, LLP*
435 Sixth Avenue
Pittsburgh, PA 15219

Jeffrey Kurtzman, Esquire
*Klehr, Harrison, Harvey Branzburg &*
*Ellers LLP*
260 South Broad Street
Philadelphia, PA 19102-5003

Andrew H. Sherman, Esquire
*Sills, Cummis, Radin, Tischman, Epstein*
*& Gross*
One Riverfront Plaza
Newark, NJ 07102

Michael S. Etkin, Esquire
Ira M. Levee, Esquire
*Lowenstein Sandler PC*
65 Livingston Avenue
Roseland, NJ 07068

Darren J. Robbins, Esquire
Reed R. Kathrein, Esquire
*Milberg Weiss Bershad Hynes & Lerach LLP*
108 Pine Street, Suite 2600
San Francisco, CA 94111

Arthur Shingler, III, Esquire
*Scott & Scott, LLC*
401 B Street, Suite 307
San Diego, CA 92101

Patricia Williams Prewitt
*Locke Liddell & Sapp LLP*
3400 JP Morgan Chase Tower
600 Travis Street
Houston, TX 77002-3095

Evan C. Hollander, Esquire
*White & Case LLP*
1155 Avenue of the Americas
New York, NY 10036

C. MacNeil Mitchell, Esquire
*Winston & Strawn LLP*
200 Park Avenue
New York, NY 10166

Tina Niehold Moss, Esquire
Constantine Potamianos, Esquire
*Pryor Cashman Sherman & Flynn LLP*
410 Park Avenue
New York, NY 10022

Robert A. Conrad, VP
*HSBC Bank USA*
10 East 40th Street
New York, NY 10016

Patrick R. Martin, Esquire
Barbara Jean D'Aquila, Esquire
Cynthia Ann Bremer, Esquire
*Flynn Gaskins & Bennett LLP*
333 South 7th Street, Suite 2900
Minneapolis, MN 55402

Cass S. Weil, Esquire
*Moss & Barnett, P.A.*
4800 Wells Fargo Center
90 South Seventh Street,
Minneapolis, MN 55402-4129

James W. Heatherington
217 Pioneer Road
Sapulpa, OK 74066

David Karchere
Special Handling Group
*IBM Credit LLC*
North Castle Drive
Armonk, NY 10504

*Daily Insights*
225 W 34th Street, Suite 403
New York, NY 10122

Jason M. Weynand, Esquire
*Pension Benefit Guaranty Corporation*
Office of General Counsel
1200 K Street N.W.
Washington, DC 20005

Robin A. McHugh, Esquire
Al Brogan, Esquire
*Montana Public Service Commission*
1701 Prospect Avenue
P.O. Box 202601
Helena, MT 59620-2601

## NORTHWESTERN CORPORATION
## 2002 SERVICE LIST

John P. Coyle, Esquire
*Duncan & Allen*
1575 Eye Street, NW., Suite 300
Washington, DC  20005-1175

Robert A. Nelson, Esquire
*Montana Consumer Counsel*
616 Helena Avenue
Helena, MT  59620-1703

Maxon R. Davis, Esquire
*Davis, Hatley Haffeman & Tighe, P.C.*
P.O. Box 2103
Great Falls, Montana  59403-2103

Gary L. Barnhart, Esquire
*Missouri Department of Revenue*
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475

Natalie D. Ramsey, Esquire
Baldo M. Carnecchia, Esquire
Simon E. Fraser, Esquire
*Montgomery McCracken Walker &*
*Rhoads, LLP*
123 South Broad Street, 24th Floor
Avenue of the Arts
Philadelphia, PA  19109

Michael P. Massad, Jr., Esquire
*Hunton & Williams LLP*
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, TX  75201

Scott H. Clark, Esquire
*Ray Quinney & Nebeker*
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT  84145-0385

Carolyn R. Hancock, Esquire
(James Donnell and Jennifer Gore)
*Andrews Kurth LLP*
600 Travis, Suite 4200
Houston, TX  77002

John R. Harney, Esquire
National Pension Fund and International
Training Fund
*O'Donoghue & O'Donoghue LLP*
4748 Wisconsin Avenue, N.W.
Washington, DC  20016

Mr. Richard Hylland
P.O. Box 88708
Sioux Falls, SD  57109

Colleen E. McManus, Esquire
*Piper Rudnick, LLP*
203 North LaSalle Street, Suite 1800
Chicago, IL  60601

*IOS Capital, LLC*
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Michael R. Enright, Esquire
*Robinson & Cole LLP*
280 Trumbull Street
Hartford, CT  06103

Thomas A. Lee III, Esquire
*Becket and Lee, LLP*
P.O. Box 3001
Malvern, PA  19355-0701

Matthew W. Morrison, Esquire
Kim J. Sabo, Esquire
*U.S. Department of Justice -*
*Environmental and Natural Resources Division*
P.O. Box 7611
Washington, DC  20044

Henry Elsen, Esquire
*U.S. Environmental Protection Agency*
8MO Operations Office Federal Building
10 West 15th Street, Suite 3200
Helena, MT  59626

Michael McGrath, Esquire
Rob Collins, Esquire
Office of the Attorney General
*Montana Department of Justice*
215 North Sanders Street, 3rd Floor
P.O. Box 201401
Helena, MT  59620-1401

## NORTHWESTERN CORPORATION
## 2002 SERVICE LIST

Rex D. Rainach
3622 Government Street
Baton Rouge, LA 70806-5720

Patricia Schrage, Esquire
*Securities & Exchange Commission*
New York District Office
Branch of Reorganization
Woolworth Building
233 Broadway
New York, NY 10279

Charles E. Boulbol, Esquire
26 Broadway 17th Floor
New York, NY 10004

Vernon E. Inge, Jr., Esquire
Christopher A. Jones, Esquire
*LeClair Ryan*
707 East Main Street, Suite 1100
Richmond, VA 23219

Michael W. Spence, Esquire
*Ray Quinney & Nebeker*
6 South State Street
P.O. Box 45385
Salt Lake City, UT 84145-0385

John J. Fries, Esquire
*Ryley Carlock & Applewhite*
One North Central Avenue, Suite 1200
Phoenix, AZ 85004

Laura Davenport Demman, Esquire
Special Assistant Attorney General
*Nebraska Public Service Commission*
1200 N Street, Suite 300
P.O. Box 94927
Lincoln, NE 68509-4927

George Psomas
*Goldsmith Agio Helms*
430 Park Avenue, 12th Floor
New York, NY 10022-3505

Helen Kautsky
*Bennett Management, Corp.*
2 Stamford Plaza, Suite 1501
Stamford, CT 06901

Meagan E. Costello, Esquire
*Fried, Frank, Harris, Shriver & Jacobson LLP*
One New York Plaza
New York, NY 10004

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTHWESTERN CORPORATION, | : | |
| | : | Case No. 03-12872 (JLP) |
| Debtor. | : | |
| | : | |
| MAGTEN ASSET MANAGEMENT CORPORATION | : | |
| Appellant, | : | |
| v. | : | |
| | : | |
| NORTHWESTERN CORPORATION, | : | |
| | : | |
| Appellee. | : | |

**MAGTEN ASSET MANAGEMENT CORPORATION'S _AMENDED_ DESIGNATION
OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT
OF THE ISSUE TO BE PRESENTED ON APPEAL FROM THE ORDER
CONFIRMING DEBTOR'S SECOND AMENDED AND RESTATED PLAN OF
REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE
ENTERED ON OCTOBER 19, 2004 [DOCKET NO. 2238]**

Magten Asset Management Corporation (*"Magten"*), by and through its undersigned

counsel, in connection with its appeal from the Order Confirming Debtor's Second Amended and

Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the *"Plan"*), which

was entered by United States Bankruptcy Judge Charles G. Case II on October 19, 2004 (Docket

No. 2238), hereby files, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure,

this Designation of Items to be Included in the Record on Appeal and Statement of the Issues to

be Presented to the United Stated District Court for the District of Delaware.

1

0312872041108000000000003

## Designation of Items to be Included in the Record on Appeal

|   | Docket Number | Description |
|---|---|---|
| 1 | 2 | Affidavit of William M. Austin In Support of First Day Motions (including all exhibits thereto) |
| 2 | 6 | Motion For An Order Authorizing Debtor To Continue And Maintain Its (A) Consolidated Cash Management System; (B) Existing Bank Accounts; (C) Existing Business Forms; (D) Public Purpose Programs; And (E) To Pay On An Interim basis Certain limited Intercompany Obligations; And Granting Related Relief And Scheduling A Final Hearing (including all exhibits thereto) |
| 3 | 6 | Affidavit Of Kendall G. Kliewer In Support Of Motion For An Order Authorizing Debtor To Continue And Maintain Its (A) Consolidated Cash Management System; (B) Existing Bank Accounts; (C) Existing Business Forms; (D) Public Purpose Programs; And (E) To Pay On An Interim Basis Certain Limited Intercompany Obligations; And Granting Related Relief (including all exhibits thereto) |
| 4 | 21 | Order Authorizing Debtor To Continue And Maintain Its (A) Consolidated Cash Management System; (B) Existing Bank Accounts; (C) Existing Business Forms; (D) Public Purpose Programs; And (E) To Pay On An Interim Basis Certain Limited Intercompany Obligations; And Granting Related Relief And Scheduling A Final Hearing (including all exhibits thereto) |
| 5 | 197 | Order Establishing Deadlines For Filing Proofs of Claim and Approving Form and Manner of Notice Thereof |
| 6 | 331 | Amended And Restated Credit Agreement Among Northwestern Corporation As Borrower, The Several Lenders From Time To Time Parties Hereto, And Credit Suisse First Boston, Acting Through Its Cayman Islands Branch, As Administrative Agent, Lead Arranger And Sole Book Runner Originally Dated As Of December 17, 2002 And Amended And Restated As Of November 2003 |
| 7 | 449 | Third Amended Notice of Appointment of Official Committee of Unsecured Creditors |
| 8 | 455 | Final Order Authorizing Debtor To Continue And Maintain Its (A) Consolidated Cash Management System; (B) Existing Bank Accounts; (C) Existing Business Forms; (D) Public Purpose Programs; And (E) To Pay On An Interim Basis Certain Limited Intercompany Obligations; And Granting Related Relief And Schedule A Final Hearing only On The Interim Relief Granted Herein (including all exhibits thereto) |
| 9 | 456 | Final Order (I) Authorizing Debtor In Possession To Enter Into Postpetition Credit Agreement And Obtain Postpetition Financing Pursuant To Sections 363 And 364 Of The Bankruptcy Code, (II) Granting Liens, Security Interests And Superpriority Claims, (III) Authorizing Adequate Protection Payments To Debtor's Senior-Secured Debt |
| 10 | 691 | Final Order Granting Motion Pursuant To 11 U.S.C. §§ 105, 362, 363 And 364 For Entry Of An Order (A) Amending Pre-Petition Credit Facility, (B) Providing Protections Under Section 364(C)(1), On A Permanent Basis, And (C) Granting Related Relief |

2

| | Docket Number | Description |
|---|---|---|
| 11 | 913 | Motion of Magten Asset Management Corporation for Order Extending the Time for the Official Committee of Unsecured Creditors and Parties in Interest to Investigate and Object to the Liens and Claims of Credit Suisse First Boston |
| 12 | 915 | Notice of Filing of Page 5 to Motion of Magten Asset Management Corporation for an Order Extending the Time for the Official Committee of Unsecured Creditors and Parties in Interest to Investigate and Object to the Liens and Claims of Credit Suisse First Boston (which was inadvertently omitted from the original filing) |
| 13 | 930 | Debtor's Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 14 | 931 | Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor (including all exhibits thereto) |
| 15 | 932 | Exhibit G Part 4 to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor |
| 16 | 933 | Motion to Approve (a) Debtor's Proposed Disclosure Statement; (b) Establishing Procedures for Solicitation and Tabulation of Votes on Debtor's Plan of Reorganization; (c) Approving the Form and Manner of Notice; (d) Scheduling a Hearing on Confirmation; and (e) Granting Related Relief |
| 17 | 959 | Motion of Magten Asset Management Corporation for Relief from Stay to Commence Adversary Proceeding Seeking to Avoid Fraudulent Transfer (including all exhibits thereto) |
| 18 | 982 | Exhibit /Notice of Filing Exhibit F to the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor (including all exhibits thereto) |
| 19 | 1028 | Objection of Credit Suisse First Boston to Motion of Magten Asset Management Corporation for an Order Granting Relief from the Automatic Stay to Commence Adversary Proceeding Seeking to Avoid Fraudulent Transfer |
| 20 | 1032 | Objection of Credit Suisse First Boston to Motion of Magten Asset Management Corporation for an Order Extending the Time for the Official Committee of Unsecured Creditors and Parties in Interest to Investigate and Object to the Liens and Claims of Credit Suisse First Boston |
| 21 | 1034 | Joinder of McGreevey Class Action Claimants in Magten's Motion for Relief From Automatic Stay |
| 22 | 1036 | Debtor's Objection to the Motion of Magten Asset Management Corporation for an Order Extending Time for The Official Committee of Unsecured Creditors and Parties in Interest to Investigate and Objection to the Liens and Claims of Credit Suisse First Boston |
| 23 | 1039 | Response of Official Committee of Unsecured Creditors to Magten Asset Management Corporation's Request for Order Extending Time to Investigate Liens and Claims of Credit Suisse First Boston |
| 24 | 1040 | Debtor's Objection and Support Brief to the Motion of Magten Asset Management Corporation for an Order Granting Relief from the Automatic Stay to Commence Adversary Proceeding Seeking to Avoid Fraudulent Transfer (including all exhibits thereto) |

120087.01600/40146948v1

| | Docket Number | Description |
|---|---|---|
| 25 | 1041 | Limited Response of Official Committee of Unsecured Creditors to Magten Asset Management Corporation's Motion for Relief from the Automatic Stay to Commence Adversary Proceeding Seeking to Avoid Fraudulent Transfer |
| 26 | 1046 | Joinder of Comanche Park in Magten's Motion for Relief From Automatic Stay |
| 27 | 1070 | Debtor's Objection to the Joinder of Comanche Park LLC in Magten's Motion for Relief from Automatic Stay |
| 28 | 1071 | Debtor's Objection to the Joinder of the McGreevey Class Action Claimants in Magten's Motion for Relief from Automatic Stay |
| 29 | 1073 | Joinder of McGreevey Class Action Claimants in Magten's Motion for Order Extending the Time for The Official Committee of Unsecured Creditors and Parties in Interest to Investigate and Object to the Liens and Claims of Credit Suisse First Boston, and Alternative Motion for Relief from Final DIP Order (including all exhibits thereto) |
| 30 | 1123 | Complaint by Magten Asset Management Corporation, Law Debenture Trust Company of New York against Northwestern Corporation |
| 31 | 1142 | Transcript of Hearing on March 10, 2004 |
| 32 | 1169 | Debtor's Motion For Order Pursuant to Bankruptcy rule 9019 Approving Memorandum of Understanding (including all exhibits thereto) |
| 33 | 1185 | McGreevey Class Action Claimants' Objection to Disclosure Statement |
| 34 | 1186 | Objection of Law Debenture Trust Company to Debtor's Motion to Approve Disclosure Statement |
| 35 | 1187 | Limited Objection of Wells Fargo Bank Minnesota, National Association, In Its Capacity As Indenture Trustee, To Disclosure Statement Pursuant To Section 1125 Of The Bankruptcy Code For The Plan Of Reorganization Of The Debtor |
| 36 | 1193 | Objection of Indenture Trustee to Debtor's Motion for Order Approving Disclosure Statement |
| 37 | 1201 | Joinder by Harbert Management Corporation in Objection of Indenture Trustee to Debtor's Motion for Order Approving Disclosure Statement |
| 38 | 1202 | Objection of RCG Carpathia Master Fund, Ltd. to Disclosure Statement |
| 39 | 1203 | Objection of Magten Asset Management Corporation to the Debtor's Motion for an Order (a) Approving Debtor's Proposed Disclosure Statement; (b) Establishing Procedures for Solicitation and Tabulation of Votes on Debtor's Plan of Reorganization; (c) Approving the Form and Manner of Notice; (d) Scheduling a Hearing on Confirmation; and (e) Granting Related Relief |
| 40 | 1204 | Motion to File Under Seal (Filed by RCG Carpathia Master Fund) |
| 41 | 1219 | Objection of Magten Asset Management Corporation to the Debtor's Motion for an Order Pursuant to Bankruptcy Rule 9019 Approving Memorandum of Understanding |

4

|  | Docket Number | Description |
|---|---|---|
| 42 | 1223 | Appointment of Official Committee (Fifth Amended Notice of Appointment of Official Committee of Unsecured Creditors) |
| 43 | 1250 | Debtor's Motion for Order Approving Stipulation Among Debtor, Clark Fork and Blackfoot, LLC, Atlantic Richfield Company, United States, State of Montana, and the Confederated Salish and Kootenai Tribes Filed by NorthWestern Corporation (including Exhibit A thereto) |
| 44 | 1258 | Order Denying Motion of Magten Asset Management Corporation for an Order Extending Time for the Official Committee of Unsecured Creditors and Parties in Interest to Investigate and Object to the Liens and Claims of Credit Suisse First Boston |
| 45 | 1259 | Order Denying Joinder of Comanche Park LLC in Magten's Motion for Relief From the Automatic Stay |
| 46 | 1260 | Order Denying Joinder of the McGreevey Class Action Claimants in Magten's Motion for Relief From the Automatic Stay |
| 47 | 1272 | Statement Pursuant to Section 328(c) Regarding Paul Hastings Janofsky & Walker LLP |
| 48 | 1292 | Transcript of Hearing on April 22, 2004 |
| 49 | 1295 | First Amended Plan Filed by NorthWestern Corporation (including all exhibits thereto) |
| 50 | 1297 | Amended Disclosure Statement Filed by NorthWestern Corporation (including all exhibits thereto) |
| 51 | 1301 | Notice of Amended Exhibit E to The Motion for an Order (A) Approving Debtor's Proposed Disclosure Statement; (B) Establishing- Procedures for Solicitation and Tabulation of Votes on Debtor's Plan of Reorganization; (C) Approving the Form and Manner of Notice; (D) Scheduling a Hearing on Confirmation; and (E) Granting Related Relief (including all exhibits thereto) |
| 52 | 1302 | Omnibus Response to Objections to Debtor's Disclosure Statement in Respect of Debtor's Plan of Reorganization (including all exhibits thereto) |
| 53 | 1305 | First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor - Blacklined |
| 54 | 1306 | Amended Plan Filed by NorthWestern Corporation |
| 55 | 1307 | Chapter 11 Plan Of Reorganization Re Debtor's First Amended Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code (Blacklined) |
| 56 | 1317 | Transcript of Hearing on April 8, 2004 |
| 57 | 1351 | First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (including all exhibits thereto) |
| 58 | 1352 | First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code For the Plan of Reorganization of the Debtor (including all exhibits thereto) |

5

| | Docket Number | Description |
|---|---|---|
| 59 | 1373 | Order (I) Approving First Amended Disclosure Statement, (II) Authorizing the Solicitation of Votes, (III) Scheduling a Hearing on Confirmation of the Joint Plan of Reorganization, (IV) Establishing Notice Requirements Regarding the Confirmation Hearing and Approving the Form and Manner of Notice, and (V) Granting Related Relief Respecting the Debtor's First Amended Plan of Reorganization (including all exhibits thereto) |
| 60 | 1374 | Transcript of Hearing on May 17, 2004 |
| 61 | 1390 | Harbert Management Corporation's Objection to Debtor's Motion for Order Pursuant to Bankruptcy Rule 9019 Approving Memorandum of Understanding |
| 62 | 1394 | Objection of Magten Asset Management Corporation to Debtor's Motion for an Order Approving Stipulation Among Debtor, Clark Fork and Blackfoot, LLC, Atlantic Richfield Company, United States, State of Montana and the Confederated Salish and Kootenai Tribes (including all exhibits thereto) |
| 63 | 1395 | Debtor's Response to Statement Pursuant to 11 U.S.C. Sec. 328(c) filed by Magten Asset Management Corporation (including all exhibits thereto) |
| 64 | 1481 | Memorandum Decision Regarding the McGreevey Motion |
| 65 | 1482 | Memorandum Decision Regarding Comanche's Motion for Relief From Stay |
| 66 | 1488 | Second Supplemental Affidavit of Jesse H. Austin, III in Connection with Paul Hastings Janofsky & Walker LLP's Employment as Attorneys for Debtor and Debtor in Possession |
| 67 | 1490 | Stipulation of Settlement Between NorthWestern Corporation and Settling Parties |
| 68 | 1502 | Motion of Magten Asset Management Corporation to Disqualify Paul, Hastings, Janofsky & Walker LLP (including all exhibits thereto) |
| 69 | 1529 | Transcript of Hearing on May 12, 2004 |
| 70 | 1578 | Motion For Order Approving Amendment No. 4 to the Postpetition Credit Agreement between the Debtor and Bank One, NA (including all exhibits thereto) |
| 71 | 1586 | Transcript of Hearing on June 9, 2004 |
| 72 | 1622 | Debtor's Response to Magten Asset Management Corporation's Motion To Disqualify Paul, Hastings, Janofsky & Walker LLP (including all exhibits thereto) |
| 73 | 1623 | Joinder in the Memorandum of Law in Opposition to Magten Asset Management Corporation's Motion to Disqualify Paul, Hastings, Janofsky & Walker LLP and Opposition to Motion to Disqualify Paul, Hastings, Janofsky & Walker LLP |
| 74 | 1624 | Response to Magten Asset Management Corporation's Motion to Disqualify Paul, Hastings, Janofsky & Walker LLP (Corrected) (including all exhibits thereto) |

6

|  | Docket Number | Description |
|---|---|---|
| 75 | 1625 | Affidavit of Jesse H. Austin, III, in Connection with Paul, Hastings, Janofsky & Walker, LLP's Employment as Attorneys for Debtor and Debtor-in-Possession |
| 76 | 1632 | Official Committee of Unsecured Creditors' Objection to Motion of Magten Asset Management Corporation to Disqualify Paul, Hastings, Janofsky & Walker LLP (including all exhibits thereto) |
| 77 | 1653 | Transcript of Hearing held on June 21, 2004 before the Honorable Charles G. Case, II. |
| 78 | 1664 | Motion of Magten Asset Management Corporation for Leave to File a Reply in Support of Its Motion to Disqualify Paul, Hastings, Janofsky & Walker LLP (related docket nos. 1624 and 1625) (including all exhibits thereto) |
| 79 | 1666 | Exhibit A (the Reply which was omitted from the filing at docket no. 1664) to Motion of Magten Asset Management Corporation for Leave to file Reply Filed by Magten Asset Management Corporation |
| 80 | 1674 | Order Approving (1) Stipulation Between Debtor, Clark Fork And Blackfoot, LLC, Atlantic Richfield Company, United States, State Of Montana, And Salish And Kootenai Tribes And (2) Debtor's Motion For Order Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement Among Debtor, Clark Fork And Blackfoot, LLC, And Atlantic Richfield Company |
| 81 | 1685 | Order Approving Amendment No. 4 to the Postpetition Credit Agreement Between the Debtor and Bank One, NA (including exhibits thereto) |
| 82 | 1700 | Notice of Contracts the Debtor Intends to Assume and/or Reject Pursuant to Section IV.F. of the Debtor's First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization |
| 83 | 1707 | Order Granting Motion of Magten Asset Management Corporation for Leave to File a Reply in Support of its Motion to Disqualify Paul, Hastings, Janofsky & Walker LLP. |
| 84 | 1713 | Post-Trial Brief in Support of Harbert Management Corporation's Objection to Debtor's Motion for Order Pursuant to Bankruptcy Rule 9019 Approving Memorandum of Understanding |
| 85 | 1723 | Transcript of Hearing held on July 14, 2004 before the Honorable Charles G. Case, II. |
| 86 | 1751 | Memorandum Decision. (Re: Motion to Disqualify Paul, Hastings, Janofsky & Walker LLP) |
| 87 | 1760 | Objection to Post-Trial Brief in Support of Harbert Management Corporation's Objection to Debtor's Motion for Order Pursuant to Bankruptcy Rule 9019 Approving Memorandum of Understanding |
| 88 | 1766 | Northwestern Corporation's Sur Reply In Support of Its Motion For Order Pursuant to Bankruptcy Rule 9019 Approving Memorandum of Understanding (docket No. 1169) In Opposition to Post Trial Brief In Support of Harbert Management's Objections Thereto |
| 89 | 1777 | Reply Memorandum on Behalf of the Securities Litigation Plaintiffs in Further Support of the Debtor's Motion for an Order Pursuant to Bankruptcy Rule 9019 Approving a Memorandum Of Understanding Settling the Securities Litigation |

7

|  | Docket Number | Description |
|---|---|---|
| 90 | 1779 | Objection of Stephen Helfin to Revised the Confirmation of the Amended Chapter 11 Plan |
| 91 | 1780 | Limited Objection of Wells Fargo Bank, National Association, In Its Capacity As Indenture Trustee, to Debtor's First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 92 | 1781 | Limited Objection of U.S. Bank National Association, In Its Capacity as Indenture Trustee, to Debtor's First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 93 | 1784 | Limited Objection of PPL Montana LLC to Confirmation of the Debtor's First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (including all exhibits thereto) |
| 94 | 1789 | Objection of Indenture Trustee to Confirmation of Debtor's First Amended Plan of Reorganization |
| 95 | 1790 | Objection by Harbert Management Corporation to Confirmation of the Debtor's First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 96 | 1791 | Objection to Debtor's First Amended Plan of Reorganization by Official Committee of Unsecured Creditors in Chapter 11 Case of Touch America Holdings, Inc. |
| 97 | 1793 | Limited Objection of Richard R. Hylland to Confirmation of the Debtors' First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 98 | 1795 | Objection of Goldman, Sachs & Co. to Confirmation of Debtor's First Amended Plan of Reorganization |
| 99 | 1797 | Objection to Plan of RCG Carpathia Master Fund, Ltd. and Kellogg Capital Group, LLC f/k/a Performance Capital to Debtor's First Amended Plan of Reorganization (REDACTED) |
| 100 | 1798 | Motion of RCG Carpathia Master Fund, Ltd. and Kellogg Capital Group, LLC f/k/a Performance Capital for Authority to File Portions of Objection to the Debtor's First Amended Plan of Reorganization Under Seal (including all exhibits thereto) |
| 101 | 1799 | Motion for Reconsideration of the Court's Order Denying Magten Asset Management Corporation's Motion to Disqualify Paul Hastings Janofsky & Walker LLP (including all exhibits thereto) |
| 102 | 1800 | Objection of David Fishel to Debtor's First Amended Plan of Reorganization and Joinder of David Fishel to Objection of RCG Carpathia Master Fund, Ltd. and Kellogg Capital Group, LLC f/k/a Performance Capital to Debtor's First Amended Plan of Reorganization |
| 103 | 1801 | Objection of Magten Asset Management Corporation to Confirmation |
| 104 | 1803 | Law Debenture Trust Company of New York's Objection to Confirmation |

8

|  | Docket Number | Description |
|---|---|---|
| 105 | 1804 | Objection of Yellowstone Energy Limited Partnership to Cure Amounts Stated in Exhibit A-5 of Notice of Contracts the Debtor Intends to Assume and/or Reject Pursuant to Section IV.F of the Debtor's First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization |
| 106 | 1805 | Objection of Colstrip Energy Limited Partnership to Cure Amounts Stated in Exhibit A-5 of Notice of Contracts the Debtor Intends to Assume and/or Reject Pursuant to Section IV.F of the Debtor's First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization |
| 107 | 1853 | Amended Objection of Yellowstone Energy Limited Partnership to Cure Amount Stated in Exhibit A-5 of Notice of Contracts the Debtor Intends to Assume and/or Reject Pursuant to Section IV.F of the Debtor's First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization |
| 108 | 1854 | Amended Objection of Colstrip Energy Limited Partnership to Cure Amount Stated in Exhibit A-5 of Notice of Contracts the Debtor Intends to Assume and/or Reject Pursuant to Section IV.F of the Debtor's First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization |
| 109 | 1865 | Brief Of Goldman, Sachs & Co. In Opposition To Confirmation Of Debtor's First Amended Plan Of Reorganization |
| 110 | 1870 | Objection of Magten Asset Management Corporation to Confirmation of the Debtor's First Amended Plan of Reorganization (including all exhibits thereto) |
| 111 | 1871 | Memorandum of Law in Support of Law Debenture Trust Company of New York's Objection to Confirmation of Debtor's First Amended Plan of Reorganization (including all exhibits thereto) |
| 112 | 1872 | Limited Objection of Touch America Holdings, Inc. to First Amended Chapter 11 Plan of Reorganization |
| 113 | 1884 | Memorandum of Law in Opposition to Magten Asset Management Corporation's Motion for Reconsideration of Order Denying Motion to Disqualify Paul, Hastings, Janofsky & Walker, LLP (including all exhibits thereto) |
| 114 | 1895 | Notice of Completion of Briefing on Motion for Reconsideration of the Court's Order Denying Magten Asset Management Corporation's Motion to Disqualify Paul, Hastings, Janofsky & Walker LLP |
| 115 | 1896 | Confirmation Hearing Witness List of RCG Carpathia Master Fund, Ltd. and Kellogg Capital Group, LLC f/k/a Performance Capital |
| 116 | 1897 | Objection of Bonneville Power Administration to Confirmation of Debtor's First Amended Plan of Reorganization |
| 117 | 1901 | Omnibus Reply to Objections to Debtor's Plan of Reorganization Filed by NorthWestern Corporation (including all exhibits thereto) |

9

|  | Docket Number | Description |
|---|---|---|
| 118 | 1902 | Debtor's Motion For Order Pursuant to Bankruptcy Rule 9019 Approving Memorandum of Understanding (including all exhibits thereto) |
| 119 | 1913 | Motion for Leave to File a Response to (i) Objection of Magten Asset Management Corporation to Confirmation of the Debtor's First Amended Plan of Reorganization and (ii) Law Debenture Trust Company of New York's Objection to Confirmation Filed by Credit Suisse First Boston |
| 120 | 1904 | Notice of Designation of Potential Witnesses to be Called with Respect to the Confirmation Hearing Filed by Official Committee Of Unsecured Creditors |
| 121 | 1908 | Notice of Amendment to Designation of Potential Witnesses to be Called With Respect to the Confirmation Hearing |
| 122 | 1916 | Limited Joint Response of JP Morgan Chase Bank, as Indenture Trustee on Behalf of the Holders of Montana Bonds, and MBIA Corporation to Objections of Magten Asset Management Corporation and Law Debenture Trust Company of New York to the Debtor's First Amended Plan of Reorganization Filed by MBIA Insurance Corporation |
| 123 | 1919 | Emergency Motion of Law Debenture Trust Company of New York to Adjourn the Debtor's Confirmation Hearing |
| 124 | 1920 | Notice of Intent of Northwestern Corporation to Utilize 11 U.S.C. § 1129(b) In Connection With the Confirmation of the Debtor's First Amended Plan of Reorganization, As Amended (including all exhibits thereto) |
| 125 | 1921 | Debtor's Motion for an Order (A) Approving Debtor's Second Amended and Restated Disclosure Statement and Summary Disclosure Statement; (B) Establishing Procedures for Limited Resolicitation and Tabulation of Votes on Debtor's Second Amended Plan of Reorganization; (C) Approving the Form and Manner of Notice; and (D) Granting Related Relief (including all exhibits thereto) |
| 126 | 1921 | Summary Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code (including all exhibits thereto) |
| 127 | 1922 | Motion to Shorten Time for Notice and Response for Motion to Approve (A) Debtor's Second Amended and Restated Disclosure Statement and Summary Disclosure Statement; (B) Establishing Procedures for Limited Resolicitation and Tabulation of Votes on Debtor's Second Amended and Restated Plan of Reorganization; (C) Approving the Form and Manner of Notice; and (D) Granting Related Relief |
| 128 | 1924 | Debtor's Second Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (including all exhibits thereto) |
| 129 | 1925 | Blackline of Debtor's Second Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (including all exhibits thereto) |
| 130 | 1926 | Debtor's Second Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code For the Plan of Reorganization of the Debtor (including all exhibits thereto) |

10

| | Docket Number | Description |
|---|---|---|
| 131 | 1927 | Blackline of Debtor's Second Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code For the Plan of Reorganization of the Debtor (including all exhibits thereto) |
| 132 | 1928 | Memorandum of Law In Support of Confirmation of Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (including all exhibits thereto) |
| 133 | 1929 | Debtor's Request to Take Judicial Notice of Certain Pleadings and Related Documents Filed with the Court |
| 134 | 1930 | Declaration of Voting Agent Regarding Tabulation of Votes in Connection with Debtor's First Amended Plan of Reorganization (including all corresponding exhibits thereto) |
| 135 | 1931 | Part 2 to Declaration of Voting Agent Regarding Tabulation of Votes in Connection with Debtor's First Amended Plan of Reorganization (including all corresponding exhibits thereto) |
| 136 | 1932 | Offer of Proof and Outline of Evidence in Support of the Adequacy of Debtor's Procedures and Notice in Conjunction with its Second Amended and Restated Plan Of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 137 | 1936 | Certificate of No Objection re: Motion of RCG Carpathia Master Fund, Ltd. and Kellogg Capital Group, LLC f/k/a Performance Capital for Authority to File Portions of Objection to the Debtor's First Amended Plan of Reorganization Under Seal |
| 138 | 1939 | Notice of Amendment to RCG Carpathia Master Fund, Ltd. And Kellogg Capital Group, LLC f/k/a Performance Capital's Objection to Debtor's First Amended Plan of Reorganization (including all exhibits thereto) |
| 139 | 1940 | Joinder of Magten Asset Management Corporation to Emergency Motion of Law Debenture Trust Company of New York to Adjourn the Debtor's Confirmation Hearing |
| 140 | 1941 | Notice of Hearing Regarding Request for Expedited Teleconference on Emergency Motion of Law Debenture Trust Company of New York to Adjourn the Debtor's Confirmation Hearing |
| 141 | 1942 | Order Denying Motion for Reconsideration of the Court's Order Denying Magten Asset Management Corporation's Motion to Disqualify Paul Hastings Janofsky & Walker LLP |
| 142 | 1944 | Objection to Emergency Motion of Law Debenture Trust Company of New York to Adjourn the Debtor's Confirmation Hearing |
| 143 | 1947 | Complaint by NorthWestern Corporation against Magten Asset Management Corporation |
| 144 | 1956 | Confirmation Hearing Exhibit List of the Official Committee of Unsecured Creditors (including all documents referenced therein) |
| 145 | 1958 | Protective Submission of Lead Plaintiffs in the Securities Class Action with Respect to the Plan of Reorganization of the Debtor |
| 146 | 1959 | Objection of Montana Power Benefit Restoration Plan Members to Debtors' First Amended Plan of Reorganization Under Chapter 11 o f the Bankruptcy Code |

120087.01600/40146948v1

| | Docket Number | Description |
|---|---|---|
| 147 | 1961 | NorthWestern Corporation's Designation of Exhibits to be used with Respect to the Confirmation Hearing (including all documents referenced therein) |
| 148 | 1962 | Confirmation Hearing Exhibit List of RCG Carpathia Master Fund, Ltd. and Kellogg Capital Group, LLC f/k/a Performance Capital (including all documents referenced therein) |
| 149 | 1963 | Motion for Order Authorizing the Debtor to Enter Agreements for its Exit Financing Facility and to Pay Fees and Expenses and Incur Indemnification Obligations in Connection therewith pursuant to Sections 105(a), 107(b), and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9018 |
| 150 | 1964 | Motion for Order Authorizing the Debtor to File Fee Letter Under Seal with Regard to Motion for Order Authorizing the Debtor to Enter Agreements for its Exit Financing Facility and to Pay Fees and Expenses and Incur Indemnification Obligations in Connection therewith pursuant to Sections 105(a), 107(b), and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9018 (including all exhibits thereto) |
| 151 | 1969 | Objection of Milbank, Tweed, Hadley & McCloy LLP to Confirmation of Debtor's Second Amended and Restated Plan of Reorganization (including all exhibits thereto) |
| 152 | 1970 | Confirmation Hearing Amended Exhibit List of the Official Committee of Unsecured Creditors |
| 153 | 1973 | Confirmation Hearing Deposition Designations of RCG Carpathia Master Fund, Ltd. and Kellogg Capital Group, LLC f/k/a Performance Capital (including all documents referenced therein) |
| 154 | 1974 | NorthWestern Corporation's Notice of Amendment to Designation of Exhibits to be Used With Respect to the Confirmation Hearing (including all documents referenced therein) |
| 155 | 1975 | Magten Asset Management Corporation's Notice of Appeal of Motion to Disqualify Paul, Hastings, Janofsky & Walker LLP |
| 156 | 1985 | Limited Objection of Richard Hylland to Second Amended and restated Disclosure Statement and Plan |
| 157 | 1986 | Objection to the Debtor's Second Amended Disclosure Statement of Milbank, Tweed, Hadley & McCloy LLP |
| 158 | 1988 | Response of Magten Asset Management Corporation to the Debtor's Motion for an Order (A) Approving Debtor's Second Amended Disclosure Statement and Summary Disclosure Statement; (B) Establishing Procedures for Limited Resolicitation and Tabulation of Votes on Debtor's Second Amended Plan of Reorganization; (C) Approving the Form and Manner of Notice; and (D) Granting Related Relief |
| 159 | 1989 | Law Debenture Trust Company of New York's Objection to (A) the Debtor's Second Amended and Restated Disclosure Statement and Summary Disclosure Statement; and (B) Proposed Resolicitation Procedures |
| 160 | 2000 | Order Authorizing Shareholders to File Portions of Objection to Debtor's First Amended Plan Under Seal |

12

|  | Docket Number | Description |
|---|---|---|
| 161 | 2004 | Order Granting Motion of Credit Suisse First Boston, as Administrative Agent, for Order Granting Leave to File a Response to (i) Objection of Magten Asset Management Corporation to Confirmation of the Debtor's First Amended Plan of Reorganization and (ii) Law Debenture Trust Company of New York's Objection to Confirmation. |
| 162 | 2005 | Order Approving Debtor's Request to Take Judicial Notice of Certain Pleadings and Related Documents Filed With the Court |
| 163 | 2020 | Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code (including all exhibits thereto) |
| 164 | 2021 | Second Amended and Restated Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor (including all exhibits thereto) |
| 165 | 2022 | Exhibits to Second Amended and Restated Disclosure Statement (including all exhibits thereto) |
| 166 | 2023 | Summary Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code |
| 167 | 2033 | Order (A) Approving the Debtor's Second Amended and Restated Disclosure Statement and Summary Disclosure Statement, (B) Setting a Record Date for Voting Purposes, (C) Authorizing Resolicitation of Votes, (D) Scheduling a Continued Hearing on Confirmation of Second Amended and Restated Plan of Reorganization, (E) Establishing Notice Requirements Regarding the Continued Confirmation Hearing and Approving the Form and Manner of Notice, and (F) Granting Related Relief. |
| 168 | 2040 | Objection of United States Trustee to Debtors' Motion to File Exit Financing Facility Fee Letter Under Seal |
| 169 | 2041 | Magten Asset Management Corporation's Limited Objection to the Motion for Order Authorizing the Debtor to Enter Agreements for its Exit Financing Facility and to Pay Fees and Expenses and Incur Indemnification Obligations in Connection Therewith (including all exhibits thereto) |
| 170 | 2044 | Law Debenture Trust Company of New York's Limited Objection to the Debtor's Motion for an Order Authorizing it to Enter Agreements for Exit Financing Facility and to Pay Fees and Expenses and Incur Indemnification Obligations in Connection Therewith Pursuant to Section 105(A), 107(B) and 363(B) of the Bankruptcy Code and Bankruptcy Rule 9018 |
| 171 | 2046 | Magten Asset Management Corporation's Designation of the Record and Statement of the Issues on Appeal |
| 172 | 2048 | Limited Objection to of JP Morgan Chase Bank, As Indenture Trustee on behalf of the Holders of Montana Bonds and MBIA Corporation to the Debtors' Motion for Order Authorizing the Debtor to Enter Agreement for Its Exit Financing Facility and to Pay Fees and Expenses and Incur Indemnification Obligations In Connection Therewith |
| 173 | 2052 | Objection Of Goldman, Sachs & Co. To Debtor's Motion For Order Pursuant To Bankruptcy Rule 9019 Approving Memorandum Of Understanding |
| 174 | 2054 | Transcript of Hearing held on July 15, 2004 before the Honorable Charles G. Case, II |

13

| | Docket Number | Description |
|---|---|---|
| 175 | 2055 | Objection to The Debtor's Motion For Order Pursuant To Bankruptcy Rule 9019 Approving Memorandum Of Understanding |
| 176 | 2089 | Transcript of Hearing held on August 20, 2004 before the Honorable Charles G. Case, II |
| 177 | 2090 | Transcript of Hearing held on August 25, 2004 before the Honorable Charles G. Case, II (including all exhibits thereto) |
| 178 | 2102 | Notice of Filing Fee Letter in Connection with Motion for Order Authorizing the Debtor to Enter Agreements for its Exit Financing Facility and to Pay Fees and Expenses and Incur Indemnification Obligations in Connection Therewith Pursuant to Sections 105(a), 107(b) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9018 (including all exhibits thereto) |
| 179 | 2104 | Law Debenture Trust Company of New York's Supplemental Objection to Confirmation of Debtor's Second Amended Plan of Reorganization (including all exhibits thereto) |
| 180 | 2105 | Magten Asset Management's Supplemental Objection to Confirmation of the Debtor's Second Amended and Restated Plan of Reorganization (including all exhibits thereto) |
| 181 | 2109 | Order Authorizing the Debtor to Enter Into Certain Agreements Related to Exit Financing Facility and to Pay Fees in Connection Therewith |
| 182 | 2121 | Notice of Filing of Plan Supplement in Connection with Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (including all exhibits thereto) |
| 183 | 2145 | Memorandum of Law in Further Support of Confirmation of Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and in Response to Supplemental Objections to Confirmation |
| 184 | 2156 | Notice of Filing of Amended Exhibit A to the Memorandum of Law in Support of Confirmation of Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (including all exhibits thereto) |
| 185 | 2157 | Notice of Filing of Plan Supplement in Connection with Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (including all exhibits thereto) |
| 186 | 2158 | Notice Of Debtor's Appointment of Trustees of the Northwestern Corporation D & O Trust Pursuant to Section 6.2 of the Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 187 | 2165 | Debtor's Request to Take Judicial Notice of Certain Pleadings and Related Documents Filed with the Court |
| 188 | 2166 | Supplemental Offer of Proof and Outline of Evidence in Support of the Adequacy of Debtor's Procedures and Notice in Conjunction with its Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and Request to take Judicial Notice of Certain Pleadings Filed with the Court |

14

| | Docket Number | Description |
|---|---|---|
| 189 | 2167 | Notice of Amendment to Designation of Exhibits to be Used With Respect to the Confirmation Hearing (including all documents referenced therein) |
| 190 | 2168 | Limited Objection To Confirmation Of Amended Plan Limited Objection of Cornerstone Propane, L.P. and Cornerstone Propane Partners, L.P. to the Confirmation of the Debtor's Second Amended and Restated Plan of Reorganization [Entered In Error-See Docket 2172] |
| 191 | 2169 | Limited Objection to Confirmation of Amended Plan Limited Objection Of Cornerstone Propane, L.P. And Cornerstone Propane Partners, L.P. To The Confirmation Of The Debtor's Second Amended And Restated Plan Of Reorganization |
| 192 | 2170 | Affidavit of Christopher R. Schepper Regarding Tabulation of Votes in Connection with the Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code (including all exhibits thereto) |
| 193 | 2172 | Limited Objection Of Cornerstone Propane, L.P. And Cornerstone Propane Partners, L.P. To The Confirmation Of The Debtor's Second Amended And Restated Plan Of Reorganization |
| 194 | 2175 | Memorandum Decision Regarding Magten's Objection to Memorandum of Understanding |
| 195 | 2192 | Transcript of Hearing held on September 15, 2004 before the Honorable Charles G. Case, II |
| 196 | 2194 | Certification of Counsel Seeking Entry of Confirmation Order (including all exhibits thereto) |
| 197 | 2201 | Certification of Counsel Seeking Entry of Confirmation Order (including all exhibits thereto) |
| 198 | 2209 | Certification of Counsel Regarding Proposed Confirmation Order Filed by Magten Asset Management Corp. (including all exhibits thereto) |
| 199 | 2216 | Response to Certification of Counsel Regarding Proposed Confirmation Order Filed by Magten Asset Management Corporation (including all exhibits thereto) |
| 200 | 2218 | Notice of Non-Material Modification to Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code |
| 201 | 2230 | Order Approving Memorandum of Understanding |
| 202 | 2234 | Transcript of Hearing held on October 6, 2004 before the Honorable Charles G. Case, II. Hearing held in Phoenix, Arizona. |
| 203 | 2238 | Order Confirming Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code. |
| 204 | 2255 | Motion to Shorten Time for Notice and Objections and Request for an Expedited Hearing |
| 205 | 2256 | Emergency Motion To Stay Pending Appeal of the Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization (including all exhibits thereto) |
| 206 | 2259 | Plan Supplement re: Second Non-Material Modification to Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code |

15

| | Docket Number | Description |
|---|---|---|
| 207 | 2262 | Official Committee of Unsecured Creditors' Objection to Emergency Motion of Magten Asset Management Corporation for Stay Pending Appeal of Order Confirming Debtor's Second Amended and Restated Plan of Reorganization (including all exhibits thereto) |
| 208 | 2263 | Objection of the Debtor to the Emergency Motion of Magten Asset Management Corporation for a Stay Pending Appeal of the Order Confirming The Debtor's Second Amended and Restated Plan of Reorganization (including all exhibits thereto) |
| 209 | 2266 | Notice of Appeal of Confirmation Order Filed by Magten Asset Management Corp. |
| 210 | 2270 | Notice of Establishment of Claim Reserve Pursuant to Section 7.5 of Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and Paragraph 27 of the Confirmation Order |
| 211 | 2272 | Notice of (A) Entry of Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and (B) Intended Effective Date |
| 212 | 2274 | Order Denying Emergency Motion of Magten Asset Management Corporation for a Stay Pending Appeal of the Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization |
| 213 | 2276 | Transcript of Hearing held on October 8, 2004 before the Honorable Charles G. Case, II. Hearing held in Phoenix, Arizona. |
| 214 | 2277 | Notice of Appeal of Order Approving Memorandum of Understanding filed by Magten Asset Management Corp. |
| 215 | 2280 | Amended Affidavit of Brian B. Bird |
| 216 | 2285 | Magten's Objection to Debtor's Notice of Establishment of Claim Reserve Pursuant to Section 7.5 of Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and Paragraph 27 of the Confirmation Order (including all exhibits thereto) |
| 217 | 2300 | Notice of (A) Entry of Order Confirming The Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code and (B) The Occurrence of the Effective Date |
| 218 | 2330 | Transcript of Hearing held on October 25, 2004 before the Honorable Charles G. Case, II. |
| 219 | -- | Proof of Claim filed by Magten Asset Management Corporation |
| 220 | -- | Proof of Claim filed by Law Debenture Trust Company of New York |
| 221 | -- | Debtor's Exhibits re: Confirmation Hearing (08/25/04) -- All documents contained on Disc 1 |
| 222 | -- | Debtor's Exhibits re: Confirmation Hearing (08/25/04) -- All documents contained on Disc 2 |
| 223 | -- | Debtor's Exhibits re: Confirmation Hearing (08/25/04) -- All documents contained on Disc 3 |

|     | Docket Number | Description |
|-----|---------------|-------------|
| 224 | Case No. 04-53324, docket no. 1 | Complaint by Magten Asset Management Corporation, Law Debenture Trust Company of New York against Northwestern Corporation |
| 225 | Case No. 04-53324, docket no. 5 | NorthWestern Corporation's Motion, and Supporting Brief, to Dismiss the Complaint of Magten Asset Management Corporation and Law Debenture Trust Company of New York for Failure to State a Claim Upon Which Relief Can Be Granted (including all exhibits thereto) |
| 226 | Case No. 04-53324, docket no. 15 | Objection of Law Debenture Trust Company to the Motion of Northwestern Corporation to Dismiss the Complaint Seeking to Avoid the Fraudulent Transfer |
| 227 | Case No. 04-53324, docket no. 16 | Memorandum of Law in Support of Objection of Magten Asset Management Corporation to the Motion of Northwestern Corporation to Dismiss the Complaint Seeking to Avoid the Fraudulent Transfer (including all exhibits thereto) |
| 228 | Case No. 04-53324, docket no. 18 | Reply of Northwestern Corporation's Memorandum in Further Support of its Motion to Dismiss the Complaint of Magten Asset Management Corporation and Law Debenture Trust Company of New York |
| 229 | Case No. 04-53324, docket no. 20 | Notice of Filing Corrected Pages to Memorandum of Law of Magten Asset Management Corporation in Support of the Objection to the Motion of Northwestern Corporation to Dismiss the Complaint Seeking to Avoid the Fraudulent Transfer |
| 230 | Case No. 04-53324, docket no. 24 | Motion of Law Debenture Trust Company of New York to Supplement Record Regarding Debtor's Motion to Dismiss (including all exhibits thereto) |
| 231 | Case No. 04-53324, docket no. 25 | Under Advisement Decision Re: Motion to Dismiss. Signed by The Honorable Charles G. Case, II on August 20, 2004 |
| 232 | Case No. 04-53324, docket no. 27 | First Amended Complaint to Avoid the Transfer of Assets of Clark Fork and Blackfoot LLC (f/k/a Northwestern Energy LLC) to Northwestern Corporation |

## Statement of Issues to be Presented

1.      Whether the Bankruptcy Court erred in determining that the Montana Utility

Assets (the *"Montana Utility Assets"*), which were transferred to the Debtor from Clark Fork

and Blackfoot LLC (*"Clark Fork"*), the Debtor's non-debtor subsidiary, are not held in

constructive trust for the creditors of Clark Fork even though creditors of Clark Fork have

brought an action seeking to set aside the transfer of the Montana Utility Assets as a fraudulent

17

conveyance and have sought recognition that a constructive trust has been imposed over those assets.

2.    Whether the Bankruptcy Court erred in finding that the right to recover on account of the fraudulent conveyance cause of action is a "claim" under section 101(5) of the Bankruptcy Code when (i) the exclusive remedy sought as a result of the fraudulent transfer of the Montana Utility Assets is an equitable remedy that does not "give rise to a right to payment" and, (ii) §31-2-339 of the Montana Code Annotated, which governs the remedies available to creditors in seeking to set aside a fraudulent conveyance, only provides for remedies that are equitable in nature and does not provide for any form of monetary relief.

3.    Whether the Bankruptcy Court erred in finding that that Plan complies with sections 1122 and 1129(a)(1) of the Bankruptcy Code where there was no legitimate business reason for separately classifying the claims of the holders of the TOPrS and the QUIPS for principal plus interest

4.    Whether the Bankruptcy Court erred in finding that it is appropriate to force the holders of the QUIPS to forego their right to pursue the fraudulent conveyance litigation in order to receive their rightful recovery for principal plus interest on account of their QUIPS notes, while other creditors with claims of equal rank were not required to relinquish their litigation claims.

5.    Whether the Court erred in determining that the Plan did not discriminate unfairly against the holders of the QUIPS because the distributions to the QUIPS holders were a "gift" from senior creditors despite the fact that there is no authority under the Bankruptcy Code to support this line of reasoning and it is the Debtor, not the creditors, making the distributions pursuant to the Plan.

18

6.    Whether the Court erred in determining that the Plan is "fair and equitable" when subordinated holders of equity interests receive a distribution under the Plan while more senior creditors are not being paid in full and are only receiving a minimal recovery under the Plan.

7.    Whether the Court erred in finding that the proceeds of the D&O Insurance Policy are not property of the Debtor's estate when the derivative actions belong to the Debtor and not the shareholders and all damages awarded in a derivative suit inure directly to the corporation.

8.    Whether the Court erred in determining that the Debtor is not relinquishing value to the estate when the Debtor, through its release and waiver of all "Causes of Action of any nature," is abandoning every potential colorable claim and cause of action that may ultimately result in substantial value to the Debtor's estate.

9.    Whether the Bankruptcy Court erred in finding that the senior debt should not be voided or subordinated despite the fact that the Debtor's application for exemption from the Public Utility Holding Company Act *("PUHCA")* was not filed in good faith and, under PUHCA, the rights of a party to a contract made while there was a PUHCA violation – including lack of good faith filing in an application for a PUHCA exemption – are void.

Dated: November 8, 2004                    **BLANK ROME LLP**

Mark J. Packel (DE No. 4048)
Elio Battista, Jr. (DE No. 3814)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

- and -

19

**FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP**
Bonnie Steingart
Gary L. Kaplan
One New York Plaza
New York, NY 10004
Telephone:      (212) 859-8000
Facsimile:       (212) 859-4000

Counsel for Magten Asset Management
Corporation

480535

20

## CERTIFICATE OF SERVICE

I, *Elio Battista, Jr.*, certify that I am not less than 18 years of age, and that on November 85, 2004, I caused service of the attached *Magten Asset Management Corporation's Amended Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented on Appeal from the Order Confirming Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Entered on October 19, 2004 [Docket No. 2238]* to be made on the parties listed below in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Elio Battista, Jr.

### BY HAND DELIVERY

Scott D. Cousins, Esquire
Victoria W. Counihan, Esquire
William E. Chipman, Jr., Esquire
*Greenberg Traurig, LLP*
1000 West Street, Suite 1540
Wilmington, DE 19801

Frank Perch, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2313
Wilmington, DE 19801

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
*The Bayard Firm*
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Ian Connor Bifferato, Esquire
Joseph K. Koury, Esquire
*Bifferato Bifferato & Gentilotti*
1308 Delaware Avenue
Wilmington, DE 19899

### BY FIRST CLASS MAIL

Jesse Austin, Esquire
Karol K. Denniston, Esquire
*Paul Hastings Janofsky & Walker LLP*
600 Peachtree Road, N.E.
Atlanta, GA 30308

John A. Redding, Jr., Esquire
Grace A. Carter, Esquire
Karol K. Denniston, Esquire
*Paul Hastings Janofsky & Walker LLP*
55 Second Street, 24th Floor
San Francisco, CA 94015

Irena Goldstein, Esquire
*Dewey Ballantine LLP*
1301 Avenue of the Americas
New York, NY 10019

William F. Sullivan, Esquire
*Paul Hastings Janofsky & Walker LLP*
3579 Valley Centre Drive
San Diego, CA 92130



Alan W. Kornberg, Esquire
Marc D. Skapof, Esquire
Ephraim I. Diamond, Esquire
*Paul Weiss Rifking Wharton & Garrison
LLP*
1285 Avenue of the Americas
New York , NY 10019

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 32

IN RE: NORTHWESTERN CORPORATION

| | | |
|---|---|---|
| Magten Asset Management Corp. | ) | |
| | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 04-1389 KAJ |
| v. | ) | |
| | ) | |
| Northwestern Corp, et al. | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 03-12872 |

### NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 10/19/04 was docketed in the District Court on 12/10/04 :

> Order Confirming Debtors' Second Amended and Restated Plan of
> Reorganization

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

December 10, 2004

To:     U.S. Bankruptcy Court
        Counsel



0312872041210000000000001