James H. Goetz
J. Devlan Geddes
**GOETZ, GALLIK & BALDWIN, P.C.**
35 North Grand Avenue
P.O. Box 6580
Bozeman, Montana 59715
(406) 587-0618

Bonnie Steingart (admitted pro hac vice)
John W. Brewer (admitted pro hac vice)
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
One New York Plaza
New York, New York 10004
(212) 859-8000

ATTORNEYS FOR PLAINTIFF



IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

------------------------------------------------------------x

MAGTEN ASSET MANAGEMENT CORPORATION,

                    Plaintiff,

- against -

MIKE J. HANSON and ERNIE J. KINDT,

                    Defendants.

------------------------------------------------------------x

Cause No. CV-04-26-BU-RFC

**STIPULATION RE: RULE 26(A)(1)(B) DISCLOSURE**



1

05- 499

COMES NOW Plaintiff Magten Asset Management Corporation and Defendants Mike J. Hanson and Ernie J. Kindt, by and through their undersigned counsel, and hereby stipulate to waive the initial disclosure otherwise required by Rule 26(a)(1)(B) but to make the rest of the initial disclosures required by Rule 26(a) no later than Tuesday, May 17.

DATED 16th day of May, 2005.

_____
James H. Goetz
J. Devlan Geddes
GOETZ, GALLIK & BALDWIN, P.C.
35 North Grand Avenue
P.O. Box 6580
Bozeman, Montana 59771-6580
Tel. (406) 587-0618
Fax. (406) 587-5144

Attorneys for Plaintiff


_____
Stanley T. Kaleczyc
Kimberly A. Beatty
BROWNING, KALECZYC, BERRY &
    HOVEN, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59624

Attorneys for Defendants

## ORDER

IT IS SO ORDERED this 23rd day of May, 2005.

_____
Honorable Richard Cebull
U.S. District Court Judge

CERTIFICATE OF MAILING
DATE: 5/23/05  BY: CA
I hereby certify that a copy
of this order was mailed to:

See Attached

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served this 17th day of May, 2005, as indicated below, upon the following:

| | |
|---|---|
| James H. Goetz<br>J. Devlan Geddes<br>**GOETZ, GALLIK & BALDWIN, P.C.**<br>35 North Grand Avenue<br>P.O. Box 6580<br>Bozeman, Montana 59715<br>(406) 587-0618 | ☒ U. S. Mail<br>☐ Federal Express<br>☐ Hand-Delivery<br>☐ Via Fax: |
| Bonnie Steingart (admitted pro hac vice)<br>John W. Brewer (admitted pro hac vice)<br>**FRIED, FRANK, HARRIS, SHRIVER &**<br>**JACOBSON LLP**<br>One New York Plaza<br>New York, New York 10004<br>(212) 859-8000<br><br>ATTORNEYS FOR PLAINTIFF | ☒ U. S. Mail<br>☐ Federal Express<br>☐ Hand-Delivery<br>☐ Via Fax: |

_/s/ Kimberly Beatty_
Kimberly A. Beatty

4