Stanley T. Kaleczyc
Kimberly A. Beatty
Aimee M. Grmoljez
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59604-1697
Phone: (406) 443-6820
Fax: (406) 443-6883

Attorneys for Defendants.



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| MAGTENASSET MANAGEMENT CORPORATION, | Case No. CV-04-26-BU-RFC |
| Plaintiff, | |
| v. | **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INITIAL DISCOVERY** |
| MIKE J. HANSON and ERNIE J. KINDT | |
| Defendants. | |

Defendants, through their attorneys of record, Browning, Kaleczyc, Berry &

Hoven, P.C. hereby request, pursuant to Rule 26 of the Federal Rules of Civil Procedure,

an extension of time to respond to Plaintiff's initial discovery, permitting Defendants a

total of sixty (60) days to respond to the recently served discovery. A Memorandum in

support of this Motion is filed simultaneously herewith.

Pursuant to L. R. 7.1(j), Defendants' counsel contacted Plaintiff's counsel

concerning this motion, and represents that Plaintiff opposes this request.

DATED this 6th day of June, 2005.

BROWNING, KALECZYC, BERRY & HOVEN, P.C.

By _Aimee Grmoljez_

Stanley T. Kaleczyc
Kimberly A. Beatty
Aimee M. Grmoljez

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2005, a true copy of the foregoing was mailed by first-class mail, postage prepaid, addressed as follows:

Bonnie Steingert
John W. Brewer
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004

James H. Goetz
J. Devlan Geddes
Goetz, Madden & Dunn, P.C.
35 N. Grand
P.O. Box 6580
Bozeman, MT 59771-6580

_Jennifer Mahlum_

BROWNING, KALECZYC, BERRY & HOVEN