Stanley T. Kaleczyc
Kimberly A. Beatty
Aimee M. Grmoljez
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59604-1697
Phone: (406) 443-6820
Fax: (406) 443-6883

Attorneys for Defendants.



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT<br><br>Defendants. | Case No. CV-04-26-BU-RFC<br><br>05- 499<br><br>**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INITIAL DISCOVERY** |

As Defendants pointed out in its Motion for Protective Order Seeking Temporary Stay of Discovery, which Motion was filed with this Court simultaneously with this Motion for Extension of Time, Plaintiff Magten Asset Management Corporation ("Magten") recently served Interrogatories and Requests for Production on each Defendant. Those discovery requests are attached to the Motion for Protective Order as Exhibits 1 through 4. The discovery is extensive and broad in scope. It will take Defendants and their counsel considerable time and effort to thoroughly identify, review and produce the documents responsive to the Requests for Production and respond to the Interrogatories. Given the scope of discovery propounded by Magten, the thirty (30) days permitted by the Rules of Civil Procedure will prove an insufficient time period within which to properly respond to discovery. Defendants, therefore, request an

extension of time, permitting them an additional thirty (30) days, for a total of sixty (60) days to respond to Magten's recently served initial discovery. For all the reasons set forth in Defendant's Motion for Protective Order, Defendants request this extended time period run from the date of the Court's Order on Defendant's pending the Motion to Transfer Venue.

Defendants' counsel contacted Plaintiff's counsel to request (1) a thirty day extension and (2) that the extension run from the date of this Court's Order on the Motion to Transfer Venue. Plaintiff declined both requests. Plaintiff instead agreed to permit Defendants a two week extension, running from the original due date for discovery responses. Defendants believe they will need the full sixty days requested to adequately respond to discovery. This request is neither unreasonable nor subjects Plaintiff to any prejudice. Moreover, for all the reasons set forth in its Motion for Protective Order, Defendants believe that responding to discovery prior to this Court's ruling on the Motion to Transfer Venue is prejudicial, does not promote judicial economy, and may well result in wasted resources.

For these reasons, Defendants respectfully request this Court permit Defendants a full sixty (60) days to respond to the discovery propounded by Plaintiff, which time shall begin as of the date of the Court's order on the Motion to Transfer Venue.

DATED this 6th day of June 2005.

BROWNING, KALECZYC, BERRY & HOVEN, P.C.

By _____
Stanley T. Kaleczyc
Kimberly A. Beatty
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the ____10th____ day of ____June____, 2005, a true copy of the foregoing was mailed by first-class mail, postage prepaid, addressed as follows:

Bonnie Steingert
John W. Brewer
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004

James H. Goetz
J. Devlan Geddes
Goetz, Madden & Dunn, P.C.
35 N. Grand
P.O. Box 6580
Bozeman, MT 59771-6580


_____
BROWNING, KALECZYC, BERRY & HOVEN