



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| MAGTENASSET MANAGEMENT CORPORATION,<br><br>        Plaintiff,<br>    v.<br><br>MIKE J. HANSON and ERNIE J. KINDT<br><br>        Defendants. | Case No. CV-04-26-BU-RFC<br><br>**ORDER** |

UPON Defendants' Motion and Memorandum for Extension of Time to Respond to Discovery and good cause appearing therefore;

IT IS HEREBY ORDERED that Defendants' Motion for Extension of Time is hereby GRANTED.

Dated this 13th day of June, 2005.

_____
Hon. Richard F. Cebull

cc: Stanley T. Kaleczyc/Kimberly A. Beatty
    Bonnie Steingert/John Brewer
    James H. Goetz/J. Devlan Geddes

CERTIFICATE OF MAILING
DATE 6/13/05  BY: ___
I hereby certify that a copy
of this order was mailed to: