Stanley T. Kaleczyc
Kimberly A. Beatty
Aimee M. Grmoljez
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59604-1697
Phone: (406) 443-6820
Fax: (406) 443-6883

Attorneys for Defendants.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| MAGTENASSET MANAGEMENT CORPORATION, | Case No. CV-04-26-BU-RFC |
|---|---|
| Plaintiff, | |
| v. | **NOTICE TO COURT AND REQUEST FOR HEARING** |
| MIKE J. HANSON and ERNIE J. KINDT | |
| Defendants. | |

Defendants, Michael J. Hanson and Ernie J. Kindt, hereby provide notice to this Court that they have filed their Reply in Support of Motion to Transfer, or in the Alternative, Stay Action, and therefore, pursuant to Local Rule 7.1(g), this matter is now fully briefed and may be submitted to the Court for determination. In addition, Defendants hereby request a hearing on the Motion to Transfer at the Court's earliest convenience.

DATED this 17th day of June, 2005.

BROWNING, KALECZYC, BERRY & HOVEN, P.C.

By _Kimberly Beatty_
Stanley T. Kaleczyc
Kimberly A. Beatty

Attorneys for Defendants

169097/1674.044

## CERTIFICATE OF SERVICE

I hereby certify that on the  17th  day of  June , 2005, a true copy of the foregoing was mailed by first-class mail, postage prepaid, addressed as follows:

Bonnie Steingert
John W. Brewer
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004

James H. Goetz
J. Devlan Geddes
Goetz, Madden & Dunn, P.C.
35 N. Grand
P.O. Box 6580
Bozeman, MT 59771-6580


_____
BROWNING, KALECZYC, BERRY & HOVEN

169097/1674.044