## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on this 10th day of August, 2005, I caused true and correct copies of the **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF STANLEY J. KALECZYC** to be served on the parties listed below by First Class Mail.

James H. Goetz
J. Devlan Geddes
Goetz, Galik & Baldwin, P.C.
35 North Grand
P.O. Box 6580
Bozeman, MT 59771-6580

Bonnie Steingart
John W. Brewer
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY 10004

                                                          _____
                                                          Denise Seastone Kraft (No. 2778)