FOR THE DISTRICT OF DELAWARE
IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION ) <br> ) <br> Plaintiff, ) <br> v. ) <br> MICHAEL J. HANSON, JACK D. HAFFEY, ERNIE J. ) <br> KINDT, and ELLEN M. SENECHAL, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 05-CV-499 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (Kimberly A. Beatty)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Kimberly A. Beatty of the law firm of Browning, Kaleczyc, Berry & Hoven, P.C., 139 North Last Chance Gulch, P.O. Box 1697, Helena, Montana 59624 to represent Defendants Michael J. Hanson and Ernie J. Kindt in this action.

Dated: August 10, 2005
Wilmington, Delaware

EDWARDS & ANGELL LLP

_____
Denise Seastone Kraft (No. 2778)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 Facsimile
dkraft@edwardsangell.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice for Kimberly A. Beatty is granted.

_____
Honorable Joseph J. Farnan

Dated:_____