IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-499-JJF |
| MIKE J. HANSON, ERNIE J. KINDT, | : |
| Defendants. | : |

### O R D E R

WHEREAS, on July 18, 2005, the above-captioned matter was transferred from the District of Montana to this District;

WHEREAS, Local Rule 81.2 requires the parties to submit a statement identifying all pending matters which require judicial action within twenty days of the filing of this case;

WHEREAS, to date, a statement has not been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall submit a statement identifying all pending matters which require judicial action by **Friday, August 19, 2005**.

August 9, 2005
DATE

UNITED STATES DISTRICT JUDGE