# EXHIBIT B

07/14/2005 09:02 FAX 406 247 7008   US DISTRICT COURT BLGS   ☒002/002

FILED
BILLINGS, MT

2005 JUL 13 PM 2 49

PATRICK E. DUFFY
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BUTTE DIVISION

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MIKE J. HANSON AND ERIE J. KINDT, | ) ) |
| Defendants. | ) ) ) |

Cause No. CV-04-26-BU-RFC (53)

**SUPPLEMENTAL ORDER**

Due to this case being transferred to Delaware for further proceedings, IT IS HEREBY ORDERED, that the current schedule in this matter is vacated and discovery is stayed.

DATED this 13th day of July, 2005.

Richard F. Cebull
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF MAILING
DATE: 7/13/05  BY: CA
I hereby certify that a copy of this order was mailed to:

Steingert
Brewer
Goetz
Hedden
Kaleczyc
Beatty
Grmoljez