## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2005, a true copy of the foregoing was mailed by first-class mail, postage prepaid, addressed as follows:

Bonnie Steingert, Esq.
John W. Brewer, Esq.
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004

Mark J. Packel
Elio Battista, Jr.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

_Denise S. Kraft_
Denise Seastone Kraft (No. 2778)