IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-CV-499 JJF |
| MICHAEL J. HANSON, *et al.*, | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorneys: Dale R. Dubé (I.D. No. 2863), Mark J. Packel (I.D. No. 4048) and Elio Battista, Jr. (I.D. No. 3814), all of the Wilmington Office of Blank Rome LLP, hereby enter their appearance on behalf of plaintiff Magten Asset Management Corporation. Please update your mailing matrix and/or service list to reflect this information.

**BLANK ROME LLP**

*/s/ Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Dube@blankrome.com

Date: August 19, 2005

**BLANK ROME LLP**

*/s/ Mark J. Packel*
Mark J. Packel (I.D. No. 4048)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Packel@blankrome.com

Date: August 19, 2005

**BLANK ROME LLP**

*/s/ Elio Battista, Jr.*
Elio Battista, Jr. (I.D. No. 3814)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Battista@blankrome.com

Date: August 19, 2005

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that copies of the foregoing **Notice of Entry of Appearance** was served this 19th day of August, 2005 upon the following, in the manner indicated:

**VIA CMF**
Denise Seastone Kraft, Esquire
EDWARDS & ANGELL LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

**VIA FACSIMILE & US MAIL**
Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
139 North Last Chance Gulch
P.O. Box 6197
Helena, Montana 59624

/s/ Dale R. Dubé
Dale R. Dubé (I.D. No. 2863)