IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 05-CV-499 JJF |
| MICHAEL J. HANSON, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Gary Kaplan, Esquire, of the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP to represent Plaintiff Magten Asset Management Corporation in this matter. Mr. Kaplan has previously paid this year's annual fee of $25.00, in accordance with the Standing Order for District Court Fund.

BLANK ROME LLP

Dated: September 2, 2005

_Dale R. Dubé_
Dale R. Dubé (I.D. No. 2863)
1201 Market Street
Suite 800
Wilmington, Delaware 19801
(302) 425-6400
dube@blankrome.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date:_____

_____
The Honorable Joseph J. Farnan, Jr.

120087.01600/40156333v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2005, I electronically filed the Motion and Order for Admission Pro Hac Vice using CM/ECF which will send notification of such filing(s) to the following:

>Denise Seastone Kraft, Esquire
>EDWARDS & ANGELL LLP
>919 N. Market Street, Suite 1500
>Wilmington, DE 19801

I also certify that, on this 2nd day of September, 2005, I served the aforementioned document, by <u>Facsimile</u> and <u>First Class Mail</u>, upon the following non-registered participants:

>Stanley T. Kaleczyc, Esquire
>Kimberly A. Beatty, Esquire
>BROWNING, KALECZYC, BERRY & HOVEN, P.C.
>139 North Last Chance Gulch
>P.O. Box 6197
>Helena, Montana 59624

>Dale R. Dubé (I.D. No. 2863)
>BLANK ROME LLP
>1201 Market Street
>Suite 800
>(302) 425-6400
>dube@blankrome.com

120087.01600/40156331v.1