## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: August 31, 2005    Signed: _____
                   Gary Kaplan
                   Fried, Frank, Harris, Shriver
                    & Jacobson LLP
                   (A Partnership Including Professional
                    Corporations)
                   One New York Plaza
                   New York, New York 10004
                   (212) 859-8000