IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. HANSON, *et al.*, )<br>)<br>Defendants. ) | C.A. No. 05-CV-499 JJF |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of John Brewer, Esquire, of the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP to represent Plaintiff Magten Asset Management Corporation in this matter. Payment of Mr. Brewer's $25.00 annual fee, in accordance with the Standing Order for District Court Fund, is being submitted upon the filing of this motion.

BLANK ROME LLP

Dated: September 2, 2005

*/s/ Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
1201 Market Street
Suite 800
Wilmington, Delaware 19801
(302) 425-6400
dube@blankrome.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date:_____

_____
The Honorable Joseph J. Farnan, Jr.

120087.01600/40156334v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2005, I electronically filed the Motion and Order for Admission Pro Hac Vice using CM/ECF which will send notification of such filing(s) to the following:

> Denise Seastone Kraft, Esquire
> EDWARDS & ANGELL LLP
> 919 N. Market Street, Suite 1500
> Wilmington, DE 19801

I also certify that, on this 2nd day of September, 2005, I served the aforementioned document, by <u>Facsimile</u> and <u>First Class Mail</u>, upon the following non-registered participants:

> Stanley T. Kaleczyc, Esquire
> Kimberly A. Beatty, Esquire
> BROWNING, KALECZYC, BERRY & HOVEN, P.C.
> 139 North Last Chance Gulch
> P.O. Box 6197
> Helena, Montana 59624

/s/ Dale R. Dubé
_____
Dale R. Dubé (I.D. No. 2863)
BLANK ROME LLP
1201 Market Street
Suite 800
(302) 425-6400
dube@blankrome.com

120087.01600/40156334v.1