```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE


IN RE:                           :
                                 : Chapter 11
NORTHWESTERN CORPORATION,        :
                                 : Bankruptcy Case No. 03-12872
        Debtor.                  :
                                 :
_____:_____
MAGTEN ASSET MANAGEMENT CORP.    :
                                 :
        Appellant,               :
                                 :
   v.                            : Civil Action No. 04-1279-JJF
                                 :
PAUL HASTINGS JANOFSKY & WALKER  :
LLP,                             :
                                 :
        Appellee.                :
                                 :
_____:_____
MAGTEN ASSET MANAGEMENT CORP.    :
                                 :
        Appellant,               :
                                 :
   v.                            : Civil Action No. 04-1389-JJF
                                 :
NORTHWESTERN CORP.,              :
                                 :
        Appellee.                :
                                 :
_____:_____
MAGTEN ASSET MANAGEMENT CORP.,   :
et al.,                          :
                                 :
        Appellants,              :
                                 :
   v.                            : Civil Action No. 05-209-JJF
                                 :
NORTHWESTERN CORP., et al.,      :
                                 :
        Appellees                :
_____:_____
```

```
MAGTEN ASSET MANAGEMENT CORP.        :
                                     :
        Appellant,                   :
                                     :
    v.                               :  Civil Action No. 05-398-JJF
                                     :
PAUL HASTINGS JANOFSKY & WALKER      :
LLP,                                 :
                                     :
        Appellee.                    :
_____:_____
MAGTEN ASSET MANAGEMENT CORP.,       :
                                     :
        Plaintiff,                   :
                                     :
    v.                               :  Civil Action No. 05-499-JJF
                                     :
MIKE J. HANSON and ERNIE J.          :
KLINDT,                              :
                                     :
        Defendants.                  :
```

## O R D E R

WHEREAS, several issues in the above captioned matters are substantially interrelated;

NOW THEREFORE, IT IS HEREBY ORDERED that a status conference in the above captioned matters shall be held on **Friday, October 21, 2005** at **9:30 a.m.** in Courtroom No. 4B on the 4th floor, Boggs Federal Building, Wilmington.

September 26, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE