# Edwards & Angell LLP

919 North Market Street   Wilmington, DE 19801   302.777.7770   *fax* 302.777.7263

Denise S. Kraft
302.425.7106
*fax* 888.325.9741
dkraft@edwardsangell.com

October 27, 2005

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street
Lockbox 27
Wilmington, DE 19801

    Re:   *Magten Asset Management Corp. v. Hanson and Kindt*
           Case No. 05-499-JJF

Dear Judge Farnan:

We are writing on behalf of our clients, Michael J. Hanson and Ernie J. Kindt, in response to the letter dated October 25, 2005 from Magten Asset Management Corp. ("Magten") concerning the proposed appointment of Judge Louis C. Bechtle as Special Master in this and other pending cases.

Messrs, Hanson and Kindt concur in the letter dated October 26, 2005 which you received from Mr. Joseph Pizzurro, counsel for NorthWestern Corporation. Messrs Hanson and Kindt have no objection to the appointment of Judge Bechtle and are confident that, if Judge Bechtle believes there is a conflict, he will recuse himself. Finally, our clients concur that appointment of a Special Master is appropriate and desirable in all these cases.

Respectfully,

Denise S. Kraft

DSK/jkg

cc:    Joseph D. Pizzurro
       Gary L. Kaplan, Esq.
       David A. Jenkins, Esq.
       Kathleen M. Miller, Esq.
       Bijan Amini, Esq.
       William E. Chipman, Jr., Esq.
       Neil B. Glassman, Esq.

WLM_503154_1/DKRAFT

# Edwards & Angell LLP

October 27, 2005
Page 2

      Charlene D. Davis, Esq.
      Adam G. Landis, Esq.
      Robert J. Dehney, Esq.
      Curtis S. Miller, Esq.
      David L. Finger, Esq.
      Jesse H. Austin, III, Esq.
      Karol K. Denniston, Esq.
      Amanda Darwin, Esq.
      John V. Snellings, Esq.
      Alan W. Kornberg, Esq.
      Margaret A. Phillips, Esq.
      Stanley T. Kaleczyc, Esq.
      Kim Beatty, Esq.
      Office of the United States Trustee

WLM_503154_1/DKRAFT