## AFFIDAVIT OF SERVICE

      I hereby certify that on November 4, 2005, a true and correct copy of the *Letter from Joseph D. Pizzurro, Esq. on behalf of Northwestern Corporation to the Honorable Joseph J. Farnan, Jr., dated November 4, 2005,* was served upon the parties on the attached list in the manner indicated thereon:

Sworn to before me this
4th day of November 2005

/s/ James V. Drew
  Notary Public

**JAMES V. DREW**
**Notary Public, State of New York**
**No. 02DR6079092**
**Qualified in Kings County**
**Commission Expires August 12, 2006**

                                                          /s/ Virginia Guzman
                                                            **Virginia Guzman**

**SERVICE LIST**

| | |
|---|---|
| Gary L. Kaplan<br>Bonnie Steingart<br>Fried, Frank, Harris, Shriver &<br>  Jacobson LLP<br>By Email:<br>kaplaga@friedfrank.com<br>steinbo@friedfrank.com | David A. Jenkins<br>Kathleen M. Miller<br>Smith, Katzenstein & Furlow LLP<br>By Email:<br>daj@skfdelaware.com<br>kmiller@skfdelaware.com |
| Bijan Amini<br>Storch, Amini & Munves PC<br>By Email:<br>bamini@samlegal.com | William E. Chipman, Jr., Esq.<br>Greenberg Traurig LLP<br>By E-Mail:<br>chipman@gtlaw.com |
| Neil B. Glassman<br>Charlene D. Davis<br>The Bayard Firm<br>By E-Mail:<br>nglassman@bayardfirm.com<br>cdavis@bayardfirm.com | Adam G. Landis<br>Landis Rath & Cobb LLP<br>By E-Mail:<br>landis@lrclaw.com |
| Robert J. Dehney<br>Curtis S. Miller<br>Morris, Nichols, Arsht & Tunnell<br>By E-Mail:<br>rdehney@mnat.com<br>cmiller@mnat.com | David L. Finger<br>Finger & Slanina LLC<br>By E-Mail:<br>dfinger@delawgroup.com |
| Karol K. Denniston<br>Jesse H. Austin, III, Esq.<br>Paul, Hastings, Janofsky &<br>  Walker LLP<br>By E-Mail:<br>karoldenniston@paulhastings.com<br>jessaustin@paulhastings.com | Amanda Darwin<br>John V. Snellings<br>Nixon Peabody LLP<br>By E-Mail:<br>adarwin@nixonpeabody.com<br>jsnellings@nixonpeabody.com |
| Alan W. Kornberg<br>Margaret A. Phillips<br>Paul, Weiss, Rifkind, Wharton<br>  & Garrison LLP<br>By E-Mail:<br>akornberg@paulweiss.com<br>mphillips@paulweiss.com | Stanley T. Kaleczyc<br>Browning, Kaleczyc, Berry &<br>  Hoven, P.C.<br>By E-Mail:<br>stan@bkbh.com |

| | |
|---|---|
| Denise Seastone Kraft<br>Edwards & Angell<br>By E-Mail:<br>dkraft@edwardsangell.com | Office of the United States Trustee<br>Delaware Bankruptcy Court for<br>　the District of Delaware<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE  19801<br>By Federal Express |