# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

FRANKFURT    MUSCAT
HOUSTON     LONDON
MEXICO CITY  PARIS
MILAN       STAMFORD
            WASHINGTON

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
VOICE MAIL 212-696-6028
E-MAIL INFO@CM-P.COM
INTERNET WWW.CM-P.COM

WRITER'S DIRECT:
TELEPHONE 212-696-6196
E-MAIL JPIZZURRO@CM-P.COM

November 10, 2005

**_BY FEDERAL EXPRESS_**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *In re NorthWestern Corporation*
      **Bankruptcy Case No.: 03-12872 (JLP)**

Dear Judge Farnan:

We write on behalf of NorthWestern Corporation ("NorthWestern") to report on the status of the parties' efforts to arrange for mediation of the various actions involving Magten Asset Management Corp. ("Magten"), NorthWestern and other parties (the "Actions"), which are pending before this Court, pursuant to this Court's October 24, 2005 Order.

We are pleased to report that the parties have agreed to select Alan B. Miller, Esq. of Weil, Gotshal & Manges LLP as mediator for the Actions. Mr. Miller has agreed to this appointment, and is in the process of reviewing any potential conflicts. We expect to hear from

2577386v1

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Page 2

Hon. Joseph J. Farnan, Jr.
November 10, 2005

him shortly confirming his ability to serve. We will advise the Court as soon as we obtain confirmation from Mr. Miller.

Respectfully Submitted,

Joseph D. Pizzurro

cc:  Clerk of Court (*Via CMF*)
Bonnie Steingart, Esq. (*Via* E-Mail)
Gary L. Kaplan, Esq. (*Via* E-Mail)
David A. Jenkins, Esq. (*Via* E-Mail)
Kathleen M. Miller, Esq. (*Via* E-Mail)
Bijan Amini, Esq. (*Via* E-Mail)
William E. Chipman, Jr., Esq. (*Via* E-Mail)
Neil B. Glassman, Esq. (*Via* E-Mail)
Charlene D. Davis, Esq. (*Via* E-Mail)
Adam G. Landis, Esq. (*Via* E-Mail)
Robert J. Dehney, Esq. (*Via* E-Mail)
Curtis S. Miller, Esq. (*Via* E-Mail)
David L. Finger, Esq. (*Via* E-Mail)
Jesse H. Austin, III, Esq. (*Via* E-Mail)
Karol K. Denniston, Esq. (*Via* E-Mail)
Amanda Darwin, Esq. (*Via* E-Mail)
John V. Snellings, Esq. (*Via* E-Mail)
Alan W. Kornberg, Esq. (*Via* E-Mail)
Margaret A. Phillips, Esq. (*Via* E-Mail)
Stanley T. Kaleczyc, Esq. (*Via* E-Mail)
Denise Seastone Kraft, Esq. (*Via* E-Mail)
Office of the United States Trustee (*Via* Federal Express)

2577386v1