# EXHIBIT "A"

Case 1:05-cv-00499-JJF    Document 90-2    Filed 12/16/2005    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 04-1494-JJF |
| NORTHWESTERN CORPORATION, | : | |
| Defendant. | : | |
| MAGTEN ASSET MANAGEMENT CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-1256-JJF |
| PAUL HASTINGS JANOFSKY & WALKER, LLP, | : | |
| Defendant. | : | |
| MAGTEN ASSET MANAGEMENT CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-0499-JJF |
| MIKE J. HANSON and ERNIE J. KINDT, | : | |
| Defendants. | : | |

## DISCOVERY ORDER

WHEREAS the parties' repeated efforts at mediation have failed; now therefore:

IT IS HEREBY ORDERED that discovery in the above-captioned cases shall commence and proceed on a consolidated basis.

Dated: December ___, 2005

_____
JOSEPH J. FARNAN, JR.
United States District Judge

120087.01600/40158629v.1