# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Curtis S. Miller
302 351 9412
302 425 3080 Fax
cmiller@mnat.com

December 20, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

  Re *In re NorthWestern Corporation*
    Magten Asset Management Corp. v. Paul Hastings Janofsky & Walker LLP,
    Civil Action No. 04-1256-JJF

Dear Judge Farnan:

  This firm is co-counsel for Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), along with the firm of Davis Polk & Wardwell, in the above-referenced action, No. 04-1256-JJF.

  We write in response to the letter dated December 16, 2005 sent to Your Honor by counsel for plaintiff Magten Asset Management Corporation ("Magten") and the letter dated December 19, 2005 sent to Your Honor by counsel for NorthWestern Corporation ("NorthWestern"), defendant in a related action (Civil Action No. 04-1494-JJF).

  In particular, we write to express our concurrence in the views stated in the December 19, 2005 letter sent to Your Honor by counsel for NorthWestern: Paul Hastings, like NorthWestern, has no objection to the appointment of Judge Louie C. Bechtle as Special Master. Moreover, Paul Hastings concurs in NorthWestern's view that it would be premature and inappropriate for Magten to submit proposed orders or request that the Court fix deadlines with respect to discovery in advance of the conference required by Rule 26(f) of the Federal Rules of Civil Procedure.

The Honorable Joseph J. Farnan, Jr.
December 20, 2005
Page 2

   If Your Honor has any questions with regard to the foregoing, please feel free to contact me or Paul Spagnoletti, Esq., 212-450-4577.

              Respectfully submitted,

              Curtis S. Miller

cc: Clerk of Court
   Alan Miller, Esq.
   Bonnie Steingart, Esq.
   Gary L. Kaplan, Esq.
   David A. Jenkins, Esq.
   Kathleen M. Miller, Esq.
   Bijan Amini, Esq.
   Neil B. Glassman, Esq.
   Charlene D. Davis, Esq.
   Adam G. Landis, Esq.
   Robert J. Dehney, Esq.
   David L. Finger, Esq.
   Jesse H. Austin, III, Esq.
   Karol K. Denniston, Esq.
   Amanda Darwin, Esq.
   John V. Snellings, Esq.
   Alan W. Kornberg, Esq.
   Margaret A. Phillips, Esq.
   Stanley T. Kaleczyc, Esq.
   Denise Seastone Kraft, Esq.
   Paul Spagnoletti, Esq.
   Dennis A. Meloro, Esq.
   Joseph D. Pizzurro, Esq.
   Steven J. Reisman, Esq.
   Miriam J. Harwood, Esq.
   William C. Chipman, Jr., Esq.
   Office of the United States Trustee

498636