## CERTIFICATE OF SERVICE

I, Curtis S. Miller, certify that I am not less than 18 years of age, and that service of the foregoing **Letter from Curtis S. Miller, Esq. on behalf of Paul, Hasting, Janofsky & Walker LLP to the Honorable Joseph J. Farnan, Jr., dated December 20, 2005** was caused to be made on December 20, 2005, in the manner indicated upon the entities on the attached list.

Date: December 20, 2005

/Curtis S. Miller (No. 4583)