IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-0499-JJF |
| MIKE J. HANSON and ERNIE J. KINDT, | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 24, 2006, PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS FOR DEFENDANT MIKE J. HANSON was served upon the counsel listed below, in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

Kathleen M. Miller, Esquire
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899
kmm@skfdelaware.com

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
counihanv@gtlaw.com
melorod@gtlaw.com

Denise Seastone Kraft, Esquire
EDWARDS ANGELL PALMER &
  DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
dkraft@edwardsangell.com

David A. Jenkins, Esquire
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899
daj@skfdelaware.com

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
MORRIS NICHOLS ARSHT
  & TUNNELL
1201 Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
rdehney@mnat.com
cmiller@mnat.com

120087.01600/40159411v.1

**BY E-MAIL AND FEDERAL EXPRESS**

| | |
|---|---|
| John V. Snellings, Esquire<br>Amanda D. Darwin, Esquire<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110-1832<br>jsnellings@nixonpeabody.com<br>adarwin@nixonpeabody.com<br><br>Steven J. Reisman, Esquire<br>Joseph D. Pizzurro, Esquire<br>Nancy E. Delaney, Esquire<br>Miriam K. Harwood, Esquire<br>CURTIS, MALLET-PREVOST,<br>  COLT & MOSLE LLP<br>101 Park Avenue<br>New York, New York 10178-0061<br>sreisman@cm-p.com<br>jpizzurro@cm-p.com<br>ndelaney@cm-p.com<br>mharwood@cm-p.com | Bijan Amini, Esquire<br>Avery Samet, Esquire<br>STORCH AMINI & MUNVES PC<br>2 Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, New York 10017<br>bamini@samlegal.com<br>asamet@samlegal.com<br><br>Dennis E. Glazer, Esquire<br>Paul Spagnoletti, Esquire<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue, Room 3004<br>New York, NY 10017<br>dennis.glazer@dpw.com<br>paul.spagnoletti@dpw.com<br><br>Stanley T. Kaleczyc, Esquire<br>Kimberly A. Beatty, Esquire<br>BROWNING, KALECZYC, BERRY<br>  & HOVEN, P.C.<br>139 North Last Chance Gulch<br>P.O. Box 1697<br>Helena, Mt 59624<br>stan@bkbh.com<br>kim@bkbh.com |

 

_/s/ Dale R. Dubé_
Dale R. Dubé  (I.D. No. 2863)
Elio Battista, Jr.  (I.D. No. 3814)
BLANK ROME LLP
1201 Market Street
Suite 800
(302) 425-6400
dube@blankrome.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2006, I electronically filed the Notice of Service using CM/ECF which will send notification of such filing(s) to the following:

### BY E-MAIL AND HAND DELIVERY

Kathleen M. Miller, Esquire
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899
kmm@skfdelaware.com

David A. Jenkins, Esquire
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899
daj@skfdelaware.com

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
counihanv@gtlaw.com
melorod@gtlaw.com

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
MORRIS NICHOLS ARSHT
  & TUNNELL
1201 Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
rdehney@mnat.com
cmiller@mnat.com

Denise Seastone Kraft, Esquire
EDWARDS ANGELL PALMER &
  DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
dkraft@edwardsangell.com

I also certify that, on this 24th day of January, 2006, I served the aforementioned document, by e-mail and Federal Express, upon the following non-registered participants:

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110-1832
jsnellings@nixonpeabody.com
adarwin@nixonpeabody.com

Bijan Amini, Esquire
Avery Samet, Esquire
STORCH AMINI & MUNVES PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
bamini@samlegal.com
asamet@samlegal.com

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
sreisman@cm-p.com
jpizzurro@cm-p.com
ndelaney@cm-p.com
mharwood@cm-p.com

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
DAVIS POLK & WARDWELL
450 Lexington Avenue, Room 3004
New York, NY 10017
dennis.glazer@dpw.com
paul.spagnoletti@dpw.com

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
BROWNING, KALECZYC, BERRY
 & HOVEN, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624
stan@bkbh.com
kim@bkbh.com

/s/ Dale R. Dubé
Dale R. Dubé  (I.D. No. 2863)
dube@blankrome.com