IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: :<br>: Chapter 11<br>NORTHWESTERN CORPORATION, :<br>: Bankruptcy Case No. 03-12872<br>    Debtor. : | |
| MAGTEN ASSET MANAGEMENT CORP. :<br>Suing individually and :<br>derivatively on behalf of CLARK :<br>FORK AND BLACKFOOT, LLC, :<br>: :<br>    Plaintiff, :<br>: Civil Action No. 04-1256-JJF<br>    v. :<br>: :<br>PAUL HASTINGS JANOFSKY & WALKER :<br>LLP, :<br>: :<br>    Defendant. : | |
| MAGTEN ASSET MANAGEMENT CORP. and :<br>LAW DEBENTURE TRUST COMPANY OF :<br>NEW YORK, :<br>: :<br>    Plaintiffs, :<br>: Civil Action No. 04-1494-JJF<br>    v. :<br>: :<br>NORTHWESTERN CORPORATION, :<br>: :<br>    Defendant. : | |
| MAGTEN ASSET MANAGEMENT CORP., :<br>: :<br>    Plaintiff, :<br>: :<br>    v. : Civil Action No. 05-499-JJF<br>: :<br>MIKE J. HANSON and ERNIE J. :<br>KLINDT, :<br>: :<br>    Defendants. : | |

**O R D E R**

WHEREAS, the Court anticipates the appointment of John E. James, Esquire, of Potter Anderson & Corroon, LLC, as Special Master in the above-captioned matters;

WHEREAS, the Court has received a letter from John E. James, Esquire presenting a disclosure regarding his possible appointment as Special Master;

NOW THEREFORE, IT IS HEREBY ORDERED that Counsel in the above-captioned matters shall review the attached letter and shall submit any objections regarding Mr. James' possible appointment no later than **Monday, February 6, 2006.**

_January 25, 2006_  
DATE

_/s/ Joseph J. Farnan_  
UNITED STATES DISTRICT JUDGE