# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 03-12872 (CGC) |
| | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | ) | |
| | ) | |
| MAGTEN ASSET MANAGEMENT CORPORATION & LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) ) ) ) | |
| Plaintiffs, | ) ) | Adv. Pro. No. 04-53324 (CGC) |
| v. | ) ) | |
| NORTHWESTERN CORPORATION, | ) ) | |
| Defendant. | ) | |

**ORDER ALLOWING THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO INTERVENE IN AN ADVERSARY PROCEEDING**

Upon the motion (the "Motion") of The Official Committee of Unsecured Creditors (the "Committee") for entry of an Order allowing the Committee to intervene in the above-captioned adversary proceeding (the "Adversary Proceeding"), and it appearing that the Committee has a right to intervene, and due and proper notice having been given; it is hereby

ORDERED, that the Motion granted; and it is further

ORDERED, that the Committee is hereby allowed to intervene in the Adversary Proceeding.

Dated: June 15, 2004

_____
United States Bankruptcy Judge