# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Curtis S. Miller
302 351 9412
302 425 3080 Fax
cmiller@mnat.com

February 6, 2006

**BY CMF AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King St.
Wilmington, DE 19801

    Re:    Magten Asset Mgmt. Corp. et al. v. Northwestern Corp., C.A. No. 04-1494 JJF
Magten Asset Mgmt. Corp. et al. v. Paul Hastings Janofsky & Walker, LLP, C.A. No. 04-1256 JJF
Magten Asset Mgmt. Corp. v. Mike J. Hanson and Ernie J. Klindt, C.A. No. 05-499 JJF

Dear Judge Farnan:

    We are counsel to Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"). Pursuant to the Court's order dated January 25, 2006, the parties in the above-captioned cases are required to notify the Court of any objections to the appointment of John E. James, Esquire, as Special Master. By this letter, Paul Hastings provides notice that it has no objection to the appointment of Mr. James as Special Master.

    Should the Court have any questions regarding this letter, I am available at the Court's convenience.

Respectfully,

Curtis S. Miller

cc    See Attached List

505277

The Honorable Joseph J. Farnan, Jr.
February 6, 2006
Page 2

Bonnie Steingart, Esquire
John W. Brewer, Esquire
Gary L. Kaplan, Esquire
Jordanna L. Nadritch, Esquire
Joanna I. Palacios, Esquire
Dale R. Dube, Esquire
Elio Battista, Jr., Esquire
John W. Snellings, Esquire
Amanda D. Darwin, Esquire
Kathleen M. Miller, Esquire
Bijon Amini, Esquire
Avery Samet, Esquire
David A. Jenkins, Esquire
Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Victoria W. Counihan, Esquire
Dennis A. Meloro, Esquire
Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Denise Seastone Kraft, Esquire