## CERTIFICATE OF SERVICE

I, Curtis S. Miller, certify that I am not less than 18 years of age, and that service of the foregoing **Letter from Curtis S. Miller, Esq. on behalf of Paul, Hasting, Janofsky & Walker LLP to the Honorable Joseph J. Farnan, Jr., dated February 6, 2006**, was caused to be made on February 6, 2006, in the manner indicated upon the entities on the attached list.

Date: February 6, 2006

_____
Curtis S. Miller (No. 4583)

490308v2

## SERVICE LIST

### BY HAND DELIVERY

Office Of The United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

U.S. District Court
Clerk's Office
884 N. King Street
Wilmington, DE 19801

Victoria W. Counihan, Esq..
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

David A. Jenkins, Esq.
Kathleen M. Miller, Esq.
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

David L. Finger, Esq.
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

Denise Seastone Kraft, Esq.
Edwards & Angell, LLP
919 North Market Street
Wilmington, DE 19801

Dale R. Dubè, Esq.
Elio Battista, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

### BY FACSIMILE AND FIRST CLASS MAIL

Gary Kaplan, Esq.
Bonnie Steingart, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Fax: 212-859-4000

Bijan Amini, Esq.
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
Fax: 212-490-4208

Jesse H. Austin, III, Esq.
Karol K. Denniston, Esq.
Paul Hastings Janofsky & Walker LLP
600 Peachtree Street, N.E.
Atlanta, GA 30308
Fax: 404-815-2424

Amanda D. Darwin, Esq.
John V. Snellings, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Fax: 617-345-1300

Alan W. Kornberg, Esq.
Margaret A. Phillips, Esq.
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019
Fax: 212-757-3990

Stanley T. Kaleczyc, Esq.
Browning Kaleczyc Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59624
Fax: 406-443-6883

Miriam Harwood, Esq.
Steven J. Reisman, Esq.
Joseph D. Pizzurro, Esq.
Curtis, Mallet-Prevose, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
Fax: 212-697-1559

Dennis E. Glazer, Esq.
Paul Spagnoletti, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Fax: 212-450-3800

Alan B. Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Fax: 212-310-8007

490306v4