THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
MAGTEN ASSET MANAGEMENT CORPORATION :
and LAW DEBENTURE TRUST COMPANY OF :
NEW YORK, :
:
Plaintiffs, :
:
v. : C.A. No. 04-1494 JJF
:
NORTHWESTERN CORPORATION, :
:
Defendant. :
---------------------------------------------------------------x
MAGTEN ASSET MANAGEMENT CORPORATION, :
:
Plaintiff, :
:
v. : C.A. No. 04-1256 JJF
:
PAUL, HASTINGS, JANOFSKY & WALKER LLP, :
:
Defendant. :
---------------------------------------------------------------x
MAGTEN ASSET MANAGEMENT CORPORATION, :
:
Plaintiff, :
:
v. : C.A. No. 05-0499 JJF
:
MIKE J. HANSON & ERNIE J. KINDT, :
:
Defendants. :

**PAUL, HASTINGS, JANOFSKY & WALKER LLP'S JOINDER TO DEFENDANT NORTHWESTERN CORPORATION'S MOTION FOR A PROTECTIVE ORDER**

Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings") hereby joins (the "Joinder") in Defendant Northwestern Corporation's Motion for a Protective Order and Memorandum of Law in Support of its Motion for a Protective Order dated February 2, 2006 (D.I. 55, 56 in C.A. No. 04-1494) (together, the "Motion"), and requests the relief sought therein, for substantially the

same reasons set forth in the Motion.[1]  Paul Hastings expressly reserves all rights to participate in additional briefing or argument on this matter.

Date:  February 10, 2006

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Robert J. Dehney (#3578)
Curtis S. Miller (#4583)
1201 North Market Street,
18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

**DAVIS POLK & WARDWELL**
Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
Catherine Lifeso, Esquire
450 Lexington Avenue
New York, NY  10017
Telephone:  (212) 450-4000

Counsel for Paul, Hastings, Janofsky & Walker LLP

---

[1]  Paul Hastings is filing this Joinder in the three above-captioned civil actions because, although no order has formally been entered, it understands that these cases have been consolidated for the purpose of discovery.

2