## CERTIFICATE OF SERVICE

I, Curtis S. Miller, certify that I am not less than 18 years of age, and that service of the foregoing **Paul, Hastings, Janofsky & Walker LLP's Joinder To Defendant Northwestern Corporation's Motion For A Protective Order**, was caused to be made on February 10, 2006, in the manner indicated upon the entities on the attached list.

Date: February 10, 2006

_____
Curtis S. Miller (No. 4583)

490308v3