UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>    Plaintiffs,<br><br>  v.<br><br>NORTHWESTERN CORPORATION,<br><br>    Defendant. | : | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>PAUL HASTINGS JANOFSKY & WALKER, LLP,<br><br>    Defendant. | : | C.A. No. 04-1256-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>MIKE J. HANSON and ERNIE J. KINDT,<br><br>    Defendants. | : | C.A. No. 05-0499-JJF |

**AFFIDAVIT OF SERVICE**

I hereby certify that on June 6, 2006, a true and correct copy of the *Letter from Joseph D. Pizzurro, Esq. on behalf of Northwestern Corporation to the Honorable Joseph J. Farnan, Jr.,*

*dated June 6, 2006,* was served upon the parties on the attached list in the manner indicated thereon:

Sworn to before me this
6th day of June 2006

/s/ James V. Drew
  Notary Public

**JAMES V. DREW**
**Notary Public, State of New York**
**No. 02DR6079092**
**Qualified in Kings County**
**Commission Expires August 12, 2006**

                                                                  /s/ Virginia Guzman
                                                                   **Virginia Guzman**

## SERVICE LIST

Gary L. Kaplan
Bonnie Steingart
John W. Brewer
Jordanna L. Nadritch
Joanna Palacios
Fried, Frank, Harris, Shriver &
 Jacobson LLP
By Email:
kaplaga@friedfrank.com
steinbo@friedfrank.com
brewejo@friedfrank.com
nadrijo@friedfrank.com
joanna.palacios@friedfrank.com

Kathleen M. Miller
David A. Jenkins
Smith, Katzenstein & Furlow LLP
By Email:
daj@skfdelaware.com
kmiller@skfdelaware.com

Bijan Amini
Avery Samet
Storch, Amini & Munves PC
By Email:
bamini@samlegal.com
asamet@samlegal.com

Dale Dube
Elio Battista, Jr.
Blank Rome LLP
By Email:
dube@blankrome.com
battista@blankrome.com

Neil B. Glassman
Charlene D. Davis
The Bayard Firm
By E-Mail:
nglassman@bayardfirm.com
cdavis@bayardfirm.com

Adam G. Landis
Landis Rath & Cobb LLP
By E-Mail:
landis@lrclaw.com

Robert J. Dehney
Curtis S. Miller
Morris, Nichols, Arsht & Tunnell
By E-Mail:
rdehney@mnat.com
cmiller@mnat.com

David L. Finger
Finger & Slanina LLC
By E-Mail:
dfinger@delawgroup.com

Karol K. Denniston
Jesse H. Austin, III, Esq.
Paul, Hastings, Janofsky &
  Walker LLP
By E-Mail:
karoldenniston@paulhastings.com
jessaustin@paulhastings.com

Alan W. Kornberg
Kelley A. Cornish
Margaret Phillips
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
By E-Mail:
akornberg@paulweiss.com
kcornish@paulweiss.com
mphillips@paulweiss.com

Denise Seastone Kraft
Edwards & Angell
By E-Mail:
dkraft@edwardsangell.com

Paul Spagnoletti
Dennis E. Glazer
Davis Polk & Wardwell
By E-Mail:
paul.spagnoletti@dpw.com
dennis.glazer@dpw.com

Amanda Darwin
John V. Snellings
Nixon Peabody LLP
By E-Mail:
adarwin@nixonpeabody.com
jsnellings@nixonpeabody.com

Stanley T. Kaleczyc
Kimberly Beatty
Browning, Kaleczyc, Berry &
  Hoven, P.C.
By E-Mail:
stan@bkbh.com
kim@bkbh.com

Victoria W. Counihan
Dennis A. Meloro
Greenberg Traurig LLP
By E-Mail:
counihanv@gtlaw.com
melorod@gtlaw.com