

**BLANK ROME** LLP
COUNSELORS AT LAW

*Phone:*   *(302) 425-6467*
*Fax:*     *(302) 425-6464*
*Email:*   *dube@blankrome.com*

October 17, 2006

**BY CM/ECF and HAND DELIVERY**

John E. James, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

      Re:  • *Magten Asset Management Corp. and Law Debenture Trust Co. v. Northwestern Corp.*; C.A. No. 04-1494-JJF
           • *Magten Asset Management Corp. v. Mike J. Hanson and Ernie J. Kindt*; C.A. No. 05-0499-JJF
           • *Magten Asset Management Corp. v. Paul Hastings Janofsky & Walker, LLP*; C.A. No. 04-1256-JJF

Dear Special Master James:

    We write on behalf of the Plaintiffs in the above-captioned actions, which have been consolidated for discovery. Discovery in these cases had been stayed by Local Rule 30.2 since February, because all defendants had joined in Northwestern's Motions for protective orders. By Orders dated September 29, 2006 (copies of which are attached as Exhibit A), the Court denied those motions in their entirety. The Court also denied the Plan Committee's motion to intervene in these cases (Exhibit B).

    By letter to the Court yesterday, Plaintiffs proposed a revised schedule of approximately 4-5 months to complete fact discovery. Plaintiffs write today to request that the Special Master conduct a conference with the Parties for the purpose of setting a discovery procedures order, or otherwise discussing your preferences for bringing disputes before the Special Master. If the Special Master's calendar permits, the Plaintiffs respectfully request that the conference be held in-person to permit counsel to become acquainted with the Special Master.



John E. James, Esquire
October 17, 2006
Page 2

Counsel is available by telephone, should the Special Master have any questions.

Respectfully submitted,

Dale R. Dubé
I.D. No. 2863

- and -

Bonnie Steingart
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, NY 10004

DRD/pb
cc: Clerk of Court (via hand delivery)
    Bijan Amini, Esquire  (via e-mail and Federal Express)
    Jesse H. Austin, III, Esquire  (via e-mail and Federal Express)
    Kimberly A. Beatty, Esquire  (via e-mail and Federal Express)
    Philip Bentley, Esquire  (via e-mail and Federal Express)
    John W. Brewer, Esquire
    Rebecca L. Butcher, Esquire (via e-mail and hand delivery)
    Brenda Cooke, Esquire
    Victoria W. Counihan, Esquire  (via e-mail and hand delivery)
    Amanda Darwin, Esquire  (via e-mail and Federal Express)
    Robert J. Dehney, Esquire  (via e-mail and hand delivery)
    Nancy E. Delaney, Esquire  (via e-mail and Federal Express)
    Karol K. Denniston, Esquire  (via e-mail and Federal Express)
    Bonnie Glantz Fatell, Esquire
    Dennis E. Glazer, Esquire  (via e-mail and Federal Express)
    Miriam K. Harwood, Esquire  (via e-mail and Federal Express)
    David A. Jenkins, Esquire  (via e-mail and hand delivery)
    Stanley T. Kaleczyc, Esquire (via e-mail and Federal Express)
    Gary L. Kaplan, Esquire



John E. James, Esquire
October 17, 2006
Page 3

      Denise Seastone Kraft, Esquire (via e-mail and hand delivery)
      Adam G. Landis, Esquire (via e-mail and hand delivery)
      Dennis A. Meloro, Esquire  (via e-mail and hand delivery)
      Curtis S. Miller, Esquire  (via e-mail and hand delivery)
      Kathleen M. Miller, Esquire  (via e-mail and hand delivery)
      Kerri K. Mumford, Esquire (via e-mail and hand delivery)
      Jordanna L. Nadritch, Esquire
      Joanna I. Palacios, Esquire
      Joseph D. Pizzurro, Esquire  (via e-mail and Federal Express)
      Steven J. Reisman, Esquire  (via e-mail and Federal Express)
      Avery Samet, Esquire  (via e-mail and Federal Express)
      Bradley F. Silverman, Esquire  (via e-mail and Federal Express)
      John V. Snellings, Esquire  (via e-mail and Federal Express)
      Paul Spagnoletti, Esquire  (via e-mail and Federal Express)
      Matthew J. Williams, Esquire  (via e-mail and Federal Express)