IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and<br>LAW DEBENTURE TRUST COMPANY OF NY,<br>    Plaintiffs,<br>v.<br>NORTHWESTERN CORPORATION,<br>    Defendant. | ) ) ) ) ) ) ) | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORP.,<br>    Plaintiff,<br>v.<br>PAUL HASTINGS JANOFSKY & WALKER, LLP,<br>    Defendant. | ) ) ) ) ) ) ) | C.A. No. 04-1256-JJF |
| MAGTEN ASSET MANAGEMENT CORP.,<br>    Plaintiff,<br>v.<br>MICHAEL J. HANSON, et al.,<br>    Defendants. | ) ) ) ) ) ) ) ) | C.A. No. 05-CV-499 JJF |

### NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that on November 9, 2006, a subpoena in the form attached hereto at Tab 1 was served upon PricewaterhouseCoopers LLP, 1300 SW Fifth Avenue, Suite 3100, Portland, Oregon 97201 by leaving a copy of the subpoena with its agent Kristy Jackson.

BLANK ROME LLP

*Dale R. Dubé*

Dale R. Dubé (DE No. 2863)
Bonnie Glantz Fatell (DE No. 3809)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 425-6400
Facsimile:   (302) 425-6464

- and -

120087.01600/40165739v.1

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
Bonnie Steingart
Gary L. Kaplan
John W. Brewer
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Dated: November 21, 20006

Counsel for Magten Asset Management
Corporation

2

120087.01600/40165739v.1