IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORP., and ) | | |
| LAW DEBENTURE TRUST COMPANY OF NY, ) | | |
| Plaintiffs, ) | | |
| v. ) | C.A. No. 04-1494-JJF | |
| NORTHWESTERN CORPORATION, ) | | |
| Defendant. ) | | |
| _____) | | |
| MAGTEN ASSET MANAGEMENT CORP., ) | | |
| Plaintiff, ) | | |
| v. ) | C.A. No. 04-1256-JJF | |
| PAUL HASTINGS JANOFSKY & WALKER LLP,) | | |
| Defendant. ) | | |
| _____) | | |
| MAGTEN ASSET MANAGEMENT CORP., ) | | |
| Plaintiff, ) | | |
| v. ) | C.A. No. 05-CV-499 JJF | |
| MICHAEL J. HANSON, et al., ) | | |
| Defendants. ) | | |
| _____) | | |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that on February 6, 2006, a subpoena in the form attached hereto at Tab 1 was served upon Arthur Anderson LLP, 33 W. Monroe Street, Chicago, IL 60603, by leaving a copy of the subpoena with Kristine Rybarski, Administrative Assistant and Authorized Person.

SMITH, KATZENSTEIN & FURLOW, LLP

David A. Jenkins (ID No. 932)
Kathleen M. Miller (ID No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
Phone: (302) 652-8400
Fax: (302) 652-8405

-And-

10020092.WPD

-2-

Bijan Amini, Esq.
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017

*Attorneys for Magten Asset Management Corporation*

Dated: November 30, 2006