## CERTIFICATE OF SERVICE

I hereby certify that on this **30th** day of **November 2006**, a copy of the foregoing **NOTICE OF SERVICE OF SUBPOENA**, using CM/ECF which will send notification of such filing(s) to the following:

Denise Seastone Kraft, Esq.
Edwards Angell Palmer & Dodge, LLP
919 North Market Street
Wilmington, DE 19801
dkraft@edwardsangell.com

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Rebecca L. Butcher, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
landis@lrclaw.com
mumford@lrclaw.com
butcher@lrclaw.com

Victoria W. Counihan, Esq.
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
counihanv@gtlaw.com
melorod@gtlaw.com

Robert J. Dehney, Esq.
Curtis S. Miller, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801
rdehney@mnat.com
cmiller@mnat.com

Dale R. Dubè, Esq.
Elio Battista. Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
dube@blankrome.com

10020135.WPD

I also certify that, on this 30th day of November, I served the aforementioned document by regular U.S. mail, upon the following non-registered participants:

Miriam Harwood. Esq.
Steven J. Reisman, Esq.
Nancy E. Delaney, Esq.
Joseph D. Pizzurro, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Jesse H. Austin, III, Esq.
Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, Suite 2400
Atlanta, GA 30308

Paul Spagnoletti. Esq.
Davis Polk & Wardwell
1600 El Camino Real
Menlo Park, CA 94025

Bonnie Steingart, Esq.
Gary Kaplan, Esq.
John W. Brewer, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Stanley T. Kaleczyc, Esq.
Kimberly A. Beatty, Esq.
Browning Kaleczyc Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59624

John V. Snellings, Esq.
Amanda D. Darwin, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Philip Bentley, Esq.
Matthew J. Williams, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

_____
Kathleen M. Miller (I.D. No. 2898)