**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORP., and | ) | |
| LAW DEBENTURE TRUST COMPANY OF NY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 04-1494-JJF |
| NORTHWESTERN CORPORATION, | ) | |
| Defendant. | ) | |
| | ) | |
| MAGTEN ASSET MANAGEMENT CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-1256-JJF |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | ) | |
| Defendant. | ) | |
| | ) | |
| MAGTEN ASSET MANAGEMENT CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-CV-499 JJF |
| MICHAEL J. HANSON, *et al.,* | ) | |
| Defendants. | ) | |
| | ) | |

<u>NOTICE OF SERVICE OF SUBPOENA</u>

PLEASE TAKE NOTICE that on January 31, 2006, a subpoena in the form attached hereto at Tab 1 was served upon Deloitte & Touche LLP, 120 South 6th Street, Suite 400, Minneapolis, MN 55402, by handing to and leaving a copy of the subpoena with Patrick Prunty, Partner.

SMITH, KATZENSTEIN & FURLOW, LLP

David A. Jenkins (ID No. 932)
Kathleen M. Miller (ID No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Phone: (302) 652-8400
Fax: (302) 652-8405

-And-

10020094.WPD

Bijan Amini, Esq.
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017

*Attorneys for Magten Asset Management Corporation*

Dated: November 30, 2006