IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP., and )<br>LAW DEBENTURE TRUST COMPANY OF NY, )<br>      Plaintiffs, )<br>   v. )<br>NORTHWESTERN CORPORATION, )<br>      Defendant. )<br>_____ ) | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORP., )<br>      Plaintiff, )<br>   v. )<br>PAUL HASTINGS JANOFSKY & WALKER LLP,)<br>      Defendant. )<br>_____ ) | C.A. No. 04-1256-JJF |
| MAGTEN ASSET MANAGEMENT CORP., )<br>      Plaintiff, )<br>   v. )<br>MICHAEL J. HANSON, et al., )<br>      Defendants. )<br>_____ ) | C.A. No. 05-CV-499 JJF |

**NOTICE OF SERVICE OF SUBPOENA**

PLEASE TAKE NOTICE that on January 31, 2006, a subpoena in the form attached hereto at Tab 1 was served upon Houlihan Lokey Howard & Zukin Financial Advisors, 225 South 6th Street, #4950, Minneapolis, MN 55402, by handing to and leaving a copy of the subpoena with Luke Beltnick, Associate.

                      SMITH, KATZENSTEIN & FURLOW, LLP

                      David A. Jenkins (ID No. 932)
                      Kathleen M. Miller (ID No. 2898)
                      800 Delaware Avenue, 7th Floor
                      P.O. Box 410
                      Wilmington, DE  19899
                      Phone: (302) 652-8400
                      Fax: (302) 652-8405

-And-

-2-

Bijan Amini, Esq.
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017

*Attorneys for Magten Asset Management Corporation*

Dated: November 30, 2006