# **<u>Exhibit B</u>**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-1494-JJF |
| | : | |
| v. | : | |
| | : | |
| NORTHWESTERN CORPORATION, | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-1256-JJF |
| | : | |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-0499-JJF |
| | : | |
| MIKE J. HANSON & ERNIE J. KINDT, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT NORTHWESTERN CORPORATION'S
MOTION FOR A PROTECTIVE ORDER**

NorthWestern Corporation ("NorthWestern"), defendant in the above-captioned

action styled *Magten Asset Management Corp. et al. v. NorthWestern Corp.*, C.A. 04-1494-JJF,

by and through its counsel, Greenberg Traurig, LLP and Curtis, Mallet-Prevost, Colt & Mosle

2686958v4

LLP, hereby moves, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for a

Protective Order limiting discovery in connection with the above-captioned actions, for the

reasons set forth in NorthWestern's Memorandum of Law and accompanying Affidavit of Joseph

D. Pizzurro, both filed contemporaneously herewith.

Dated: Wilmington, Delaware
       February 2, 2006

                                    **GREENBERG TRAURIG, LLP**

                              By :  /s/ Victoria W. Counihan
                                     Victoria Counihan (No. 3488)
                                     Dennis Meloro (No. 4435)
                                     The Nemours Building
                                     1007 North Orange Street
                                     Suite 1200
                                     Wilmington, Delaware 19801
                                     Tel:  (302) 661-7000
                                     Fax:  (302) 661-7360

                                           -and-

                              **CURTIS, MALLET-PREVOST,**
                                    **COLT & MOSLE LLP**

                                     Joseph D. Pizzuro, Esq.
                                     Steven J. Reisman, Esq.
                                     Nancy E. Delaney, Esq.
                                     Miriam K. Harwood, Esq.
                                     101 Park Avenue
                                     New York, New York  10178-0061
                                     Tel:  (212) 696-6000
                                     Fax:  (212) 697-1559

                                     *Counsel for Defendant*
                                     *NorthWestern Corporation*