# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : |
| | : Bankruptcy Case No. 03-12872 |
| Debtor. | : |
| MAGTEN ASSET MANAGEMENT CORP. Suing individually and derivatively on behalf of CLARK FORK AND BLACKFOOT, LLC, | : : : : : |
| Plaintiff, | : |
| | : Civil Action No. 04-1256-JJF |
| v. | : |
| | : |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | : : |
| | : |
| Defendant. | : |
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : : : |
| | : |
| Plaintiffs, | : |
| | : Civil Action No. 04-1494-JJF |
| v. | : |
| | : |
| NORTHWESTERN CORPORATION, | : |
| | : |
| Defendant. | : |
| MAGTEN ASSET MANAGEMENT CORP., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-499-JJF |
| | : |
| MIKE J. HANSON and ERNIE J. KLINDT, | : : |
| | : |
| Defendants. | : |

## RULE 16 SCHEDULING ORDER

WHEREAS, the Court agrees with the parties that the

above-captioned cases should be consolidated solely for the
purposes of discovery and other pre-trial proceedings.
Additionally, the Court has reviewed the parties competing
proposed schedules and believes that the following schedule will
provide for fair and efficient management of this case.

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will
exchange within ten (10) days of the date of this Order the
information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR
16.2.

2. **Joinder of other Parties.** All motions to join
other parties shall be filed on or before **August 3, 2007.**

3. **Discovery.**

(a) All fact discovery shall be commenced so as to
be completed by **May 2, 2007.**

(b) Maximum of **25** interrogatories by each party to
any other party.

(c) Maximum of **25** requests for admission by each
party to any other party.

(d) Maximum of **10** depositions by plaintiff(s) and
**10** by defendant(s).

(e) Reports from retained experts required by Fed.
R. Civ. P. 26(a)(2) are due from the plaintiff(s) by **August 3,
2007**; from the defendant(s) by **August 18, 2007.**

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

(g) **Discovery Disputes.** Any discovery dispute shall be submitted to the Court pursuant to Fed. R. Civ. P. 37. During the course of discovery each party is limited to two (2) Rule 37 motions.

4. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before **February 2, 2007.**

5. **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **September 17, 2007.**   Briefing shall be pursuant to D. Del. LR 7.1.2.  No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

6. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.  Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing.

The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No telephone calls shall be made to Chambers.

(c) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov.  The e-mail shall provide a short statement describing the emergency.

7. **Pretrial Conference.**  A Pretrial Conference will be held on **Thursday, November 15, 2007, at 11:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

8. **Trial.**  Trial will commence at **9:30 a.m. on Monday, December 3, 2007**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

November 3, 2006
DATE

UNITED STATES DISTRICT JUDGE

# EXHIBIT B

## MAGTEN/NORTHWESTERN CONSOLIDATED SERVICE LIST
## (DISTRICT OF DELAWARE C.A. NOS. 04-1494 JJF; 04-1256 JJF; 05-0499 JJF)

### PLAINTIFFS' COUNSEL:

| NAME/FIRM | TELEPHONE | E-MAIL |
|---|---|---|

#### Counsel for Magten Asset Management (Case Nos. 04-1494 JJF and 05-499 JJF)

| NAME/FIRM | TELEPHONE | E-MAIL |
|---|---|---|
| Bonnie Steingart | (212) 859-8004 | steinbo@friedfrank.com |
| John W. Brewer | (212) 859-8736 | brewejo@friedfrank.com |
| Gary L. Kaplan | (212) 859-8812 | kaplaga@friedfrank.com |
| Jordanna L. Nadritch | (212) 859-8504 | nadrijo@ffhsj.com |
| Joanna I. Palacios | (212) 859-8682 | joanna.palacios@ffhsj.com |
| Brenda E. Cooke | (212) 859-8769 | cookebr@friedfrank.com |
| Lauren Nicole Slusser | (212) 859-8115 | slussla@friedfrank.com |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | | |
| One New York Plaza | | |
| New York, NY 10004-1980 | | |
| Main TN: (212) 859-8000 | | |
| Main Fax: (212) 859-4000 | | |
| | | |
| Dale R. Dubé | (302) 425-6467 | dube@blankrome.com |
| Bonnie G. Fatell | (302) 425-6423 | fatell@blankrome.com |
| Mark J. Packel | (302) 425-6429 | packel@blankrome.com |
| BLANK ROME LLP | | |
| 1201 Market Street, Suite 800 | | |
| Wilmington, DE 19801 | | |
| Main TN: (302) 425-6400 | | |
| Main Fax: (302) 425-6464 | | |

## Counsel for Law Debenture Trust (Case No. 04-1494 JJF)

| | | |
|---|---|---|
| John V. Snellings | (617) 345-1202 | jsnellings@nixonpeabody.com |
| Amanda D. Darwin | (617) 345-1042 | adarwin@nixonpeabody.com |
| NIXON PEABODY LLP | | |
| 100 Summer Street | | |
| Boston, Massachusetts 02110-2131 | | |
| Main TN: (617) 345-1000 | | |
| Main Fax: (617) 345-1300 | | |

| | | |
|---|---|---|
| Kathleen M. Miller | (302) 652-8400 | kmm@skfdelaware.com |
| SMITH KATZENSTEIN & | | |
|   FURLOW LLP | | |
| 800 Delaware Avenue | | |
| P.O. Box 410 | | |
| Wilmington, DE 19899 | | |
| Main TN: (302) 652-8400 | | |
| Main Fax: (302) 652-8405 | | |

## Counsel for Magten Asset Management (Case No. 04-1256):

| | | |
|---|---|---|
| Bijon Amini | (212) 490-4100 | bamini@samlegal.com |
| Avery Samet | (212) 490-4100 | asamet@samlegal.com |
| Bradley F. Silverman | | bsilverman@samlegal.com |
| STORCH AMINI & MUNVES PC | | |
| 2 Grand Central Tower | | |
| 140 East 45th Street, 25th Floor | | |
| New York, New York 10017-2131 | | |
| Main TN: (212) 490-4100 | | |
| Fax: (212) 490-4208 | | |

| | | |
|---|---|---|
| David A. Jenkins | (302) 652-8400 | daj@skfdelaware.com |
| SMITH KATZENSTEIN & | | |
|   FURLOW LLP | | |
| 800 Delaware Avenue | | |
| P.O. Box 410 | | |
| Wilmington, DE 19899 | | |
| Main TN: (302) 652-8400 | | |
| Main Fax: (302) 652-8405 | | |

2

120087.01600/40159298v.1

**DEFENDANTS' COUNSEL:**

| NAME/FIRM | TELEPHONE | E-MAIL |
|---|---|---|

**Counsel for Northwestern Corp (All cases):**

| NAME/FIRM | TELEPHONE | E-MAIL |
|---|---|---|
| Steven J. Reisman | (212) 696-6065 | sreisman@cm-p.com |
| Joseph D. Pizzurro | (212) 696-6196 | jpizzurro@cm-p.com |
| Nancy E. Delaney | (212) 696-6939 | ndelaney@cm-p.com |
| Miriam K. Harwood | (212) 696-6078 | mharwood@cm-p.com |
| CURTIS, MALLET-PREVOST, | | |
| COLT & MOSLE LLP | | |
| 101 Park Avenue | | |
| New York, New York 10178-0061 | | |
| Main TN: (212) 696-6000 | | |
| Fax: (212) 697-1559 | | |
| | | |
| Victoria W. Counihan | (302) 661-7000 | counihanv@gtlaw.com |
| Dennis A. Meloro | (302) 661-7395 | melorod@gtlaw.com |
| GREENBERG TRAURIG LLP | | |
| The Nemours Building | | |
| 1007 North Orange Street, Suite 1200 | | |
| Wilmington, DE 19801 | | |
| Main TN: (302) 661-7000 | | |
| Main Fax: (302) 661-7360 | | |

3

120087.01600/40159298v.1

## Counsel for Paul Hastings Janofsky & Walker (Case No. 04-1256:

| | | |
|---|---|---|
| Dennis E. Glazer | 212-450-4900 | dennis.glazer@dpw.com |
| Paul Spagnoletti | 212-450-4577 | paul.spagnoletti@dpw.com |
| DAVIS POLK & WARDWELL | | |
| 450 Lexington Avenue, Room 3004 | | |
| New York, NY 10017 | | |
| Main TN: (212) 450-4000 | | |
| Main Fax: (212) 450-3800 | | |
| | | |
| Jesse H. Austin, III | (404) 815-2208 | jessaustin@paulhastings.com |
| PAUL, HASTINGS, JANOFSKY & | | |
| WALKER LLP | | |
| 600 Peachtree Street, Suite 2400 | | |
| Atlanta, GA 30308 | | |
| Main TN: (404 815 2400 | | |
| Main Fax: (404) 815 2424 | | |
| | | |
| Robert J. Dehney | (302) 351-9353 | rdehney@mnat.com |
| Curtis S. Miller | (302) 351-9412 | cmiller@mnat.com |
| MORRIS NICHOLS ARSHT & | | |
| TUNNELL LLP | | |
| 1201 Market Street | | |
| P.O. Box 1347 | | |
| Wilmington, DE 19899-1347 | | |
| Main TN: (302) 658-9200 | | |
| Fax: (302) 425-4673 (R. Dehney) | | |
| Fax: (302) 425-3080 (C. Miller) | | |

120087.01600/40159298v.1

**Counsel for Mike Hanson and Ernie Kindt (Case No. 05-499):**

Stanley T. Kaleczyc                              (406) 443-6820              stan@bkbh.com
Kimberly A. Beatty                               (406) 443-6820              kim@bkbh.com
BROWNING, KALECZYC, BERRY
  & HOVEN, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624
Main TN: (406) 443-6820
Main Fax: (406) 443-6883

Denise Seastone Kraft                            (302) 425-7106             dkraft@edwardsangell.com
EDWARDS ANGELL PALMER
  & DODGE LLP
919 North Market Street
15th Floor
Wilmington, DE 19801
Main TN: (302) 777-7770
Main Fax: (888) 325-9741

5

120087.01600/40159298v.1