## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1494-JJF |
| v. | : : : | |
| NORTHWESTERN CORPORATION, | : : : | |
| Defendant. | : : | |
| MAGTEN ASSET MANAGEMENT CORPORATION, | : : | |
| Plaintiff, | : : | |
| v. | : : : | C.A. No. 04-1256-JJF |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | : : | |
| Defendant. | : : | |
| MAGTEN ASSET MANAGEMENT CORPORATION, | : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 05-0499-JJF |
| MIKE J. HANSON & ERNIE J. KINDT, | : : | |
| Defendants. | : : | |

### CERTIFICATE OF SERVICE

Victoria Watson Counihan, being duly sworn according to law, deposes and says that she is a shareholder of Greenberg Traurig, LLP, which is counsel for Defendant, Northwestern Corporation, and on the 5th day of January 2007, caused copies of the following documents to be served upon the attached Service List via Electronic Mail upon all parties, via Hand Delivery upon Local Counsel and via First Class, United States Mail on the remaining parties.

- Joint Response of Defendants Northwestern Corporation, Michael J. Hanson And Ernie J. Kindt to the Motion of Plaintiffs Magten Asset Management Corporation And Law Debenture Trust Company of New York To Compel Production of Documents And For Expenses; and
- Declaration of Nancy E. Delaney.

Dated: January 5, 2007

Victoria Watson Counihan (DE No. 3488)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware  19801
(302) 661-7000

Counsel for Northwestern Corporation