IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT,<br><br>    Defendants. | :<br>:<br>:  Case No. 05-499 (JJF)<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

IT IS HEREBY ORDERED this ____ day of February, 2007 that Defendants' Motion for Leave to File a Dispositive Motion and Brief in Support is GRANTED.

IT IS FURTHER ORDERED that the Dispositive Motion shall be filed within 5 business days of the entry of this Order on the Court Docket.

_____
Honorable Joseph J. Farnan, Jr.