# Exhibit C

Case 1:05-cv-00499-JJF   Document 141-5   Filed 02/01/2007   Page 1 of 3



January 30, 2007

**VIA EMAIL AND FEDERAL EXPRESS**

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

      Re:   *Magten Asset Management Corp. v. Mike J. Hanson and Ernie J. Kindt*;
            C.A. No. 05-0499-JJF

Dear Counsel:

    This will confirm receipt of your letter of January 29, 2007 requesting that Magten voluntarily dismiss with prejudice the above-referenced litigation.

    Magten agrees to consider your request, but it is unable to complete its evaluation within the time requested. We therefore request that you allow Magten until Friday, February 9, 2007 to respond.

                              Sincerely,

                              Dale R. Dubé

                              - and -

                              Bonnie Steingart
                              FRIED, FRANK, HARRIS, SHRIVER &
                                  JACOBSON LLP
                              One New York Plaza
                              New York, NY 10004

DRD/pb
cc:   Bijan Amini, Esquire (via e-mail and Federal Express)
       Jesse H. Austin, III, Esquire (via e-mail and Federal Express)
       John W. Brewer, Esquire



Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
January 30, 2007
Page 2

        Brenda E. Cooke, Esquire
        Victoria W. Counihan, Esquire  (via e-mail and hand delivery)
        Amanda Darwin, Esquire  (via e-mail and Federal Express)
        Robert J. Dehney, Esquire  (via e-mail and hand delivery)
        Nancy E. Delaney, Esquire  (via e-mail and Federal Express)
        Bonnie G. Fatell, Esquire
        Dennis E. Glazer, Esquire  (via e-mail and Federal Express)
        Miriam K. Harwood, Esquire  (via e-mail and Federal Express)
        David A. Jenkins, Esquire  (via e-mail and hand delivery)
        Gary L. Kaplan, Esquire
        Denise Seastone Kraft, Esquire  (via e-mail and hand delivery)
        Dennis A. Meloro, Esquire  (via e-mail and hand delivery)
        Curtis S. Miller, Esquire  (via e-mail and hand delivery)
        Kathleen M. Miller, Esquire  (via e-mail and hand delivery)
        Jordanna L. Nadritch, Esquire
        Joanna I. Palacios, Esquire
        Joseph D. Pizzurro, Esquire  (via e-mail and Federal Express)
        Steven J. Reisman, Esquire  (via e-mail and Federal Express)
        Avery Samet, Esquire  (via e-mail and Federal Express)
        Bradley F. Silverman, Esquire (via e-mail and Federal Express)
        Lauren Nicole Slusser, Esquire
        John V. Snellings, Esquire  (via e-mail and Federal Express)
        Paul Spagnoletti, Esquire  (via e-mail and Federal Express)