# Exhibit D



| | | |
|---|---|---|
| G. ANDREW ADAMEK<br>CHAD E. ADAMS<br>DANIEL J. AUERBACH<br>KIMBERLY A. BEATTY<br>SARA S. BERG<br>LEO BERRY<br>BRAND G. BOYAR<br>MARK D. ETCHART<br>OLIVER H. GOE<br>AIMEE GRMOLJEZ<br>J. DANIEL HOVEN | Mailing Address<br>POST OFFICE BOX 1697<br>HELENA, MONTANA 59624<br>TELEPHONE (406) 443-6820<br>bkbh@bkbh.com | Street Address<br>139 NORTH LAST CHANCE GULCH<br>HELENA, MONTANA 59601<br>TELEFAX (406) 443-6883<br>www.bkbh.com | STANLEY T. KALECZYC<br>KATI G. KINTLI<br>MATTHEW KUNTZ<br>CATHERINE A. LAUGHNER<br>DAVID M. MCLEAN<br>MARK R. TAYLOR<br>W. JOHN TIETZ<br>TREVOR L. UFFELMAN<br>CHAD R. VANISKO<br>STEVEN T. WADE<br>LEO S WARD<br>RYAN C. WILLMORE<br><br>ED BARTLETT, Of Counsel<br>R. STEPHEN BROWNING, Retired |

January 30, 2007

Dale R. Dubé                                                           *Via Email and First Class Mail*
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

     RE:    *Magten Asset Management Corp. v. Hanson and Kindt*; CA No. 05-0499-JJF

Dear Dale:

    We are in receipt of your letter dated today informing us that Magten is considering our request to voluntarily dismiss with prejudice the above-referenced litigation, but requesting additional time within which to consider our request.

    We will agree to give Magten until Friday, February 9 to respond to our request, provided, however, that in the event Magten reaches a decision prior to February 9, you agree to inform us of that decision immediately, rather than waiting until February 9 to do so. We look forward to hearing your decision promptly.

                     Sincerely,

                     BROWNING, KALECZYC, BERRY & HOVEN, P.C.

                     By *[signature]*
                     Stanley T. Kaleczyc
                     Kimberly A. Beatty

Dale R. Dube
RE: Magten Asset Management Corp. v. Hanson and Kindt
January 30, 2007
Page 2

cc:  John E. James, Esq.
     Bonnie Steingart, Esq.
     Gary L. Kaplan, Esq.
     John W. Brewer, Esq.
     Bijan Amini, Esq.
     Jesse H. Austin, III, Esq.
     Victoria W. Counihan, Esq.
     Karol K. Denniston, Esq.
     Dennis E. Glazer, Esq.
     David A. Jenkins, Esq.
     Paul Spagnoletti, Esq.
     Adam G. Landis, Esq.
     Dennis A. Meloro, Esq.
     Curtis S. Miller, Esq.
     Kathleen M. Miller, Esq.
     John V. Snellings, Esq.
     Joseph D. Pizzurro, Esq.
     Denise Seastone Kraft, Esq.