# Exhibit E

Fried, Frank, Harris, Shriver & Jacobson LLP

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line: 212.859.8736
Fax: 212.859.8584
brewejo@ffhsj.com

January 31, 2007

**VIA E-MAIL**

Stanley T. Kaleczyc
Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59624

      Re:    Magten Asset Management Corp. v. Mike J. Hanson and
                Ernie J. Kindt, C.A. No. 05-499-JJF

Dear Counsel:

      In beginning to analyze the position set forth in your January 29 letter regarding the impact of Judge Farnan's decision compared to that of the prior decisions of Judge Cebull, we have become mindful of the impending February 2 deadline for motions for leave to amend the complaint. Without prejudice to anyone's respective or potential positions as to the sufficiency of the existing complaint versus any alleged futility of any amendment thereto, we believe that everyone's interests would be served by agreement to a stipulation extending that deadline (for 05-499 only) through February 9. While we do not believe that the February 2 deadline is applicable to any potential joinder in this action by Law Debenture Trust Company of New York as a co-plaintiff, we would want to be clear that the deadline, to the extent it might be deemed applicable to that issue, is also extended as to that issue.

      Under these exigent circumstances, we ask that you respond to this request by 5 p.m. Eastern time tomorrow, February 1. Ms. Steingart will be in Delaware tomorrow for a hearing on a motion NorthWestern has made in the Bankruptcy Court, but if you'd like to discuss any aspect of this proposal, I will be reachable by telephone in New York. Thank you in advance for your consideration.

New York • Washington DC • London • Paris • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

Fried, Frank, Harris, Shriver & Jacobson LLP

January 31, 2007
Page 2

Sincerely,

*[signature]*

John W. Brewer

cc:  Bijan Amini
     Jesse H. Austin, III
     Brenda E. Cooke
     Victoria W. Counihan
     Amanda Darwin
     Robert J. Dehney
     Nancy E. Delaney
     Dale R. Dubé
     Bonnie G. Fatell
     Dennis E. Glazer
     Miriam K. Harwood
     David A. Jenkins
     Gary L. Kaplan
     Denise Seastone Kraft
     Dennis A. Meloro
     Curtis S. Miller
     Kathleen M. Miller
     Jordanna L. Nadritch
     Mark J. Packel
     Joseph D. Pizzurro
     Steven J. Reisman
     Avery Samet
     Bradley F. Silverman
     Lauren N. Slusser
     John V. Snellings
     Paul Spagnoletti
     Bonnie Steingart