# Exhibit F



G. ANDREW ADAMEK
CHAD E. ADAMS
DANIEL J. AUERBACH
KIMBERLY A. BEATTY
SARA S. BERG
LEO BERRY
BRAND G. BOYAR
MARK D. ETCHART
OLIVER H. GOE
AIMEE GRMOLJEZ
J. DANIEL HOVEN

STANLEY T. KALECZYC
KATI G. KINTLI
MATTHEW KUNTZ
CATHERINE A. LAUGHNER
DAVID M. MCLEAN
MARK R. TAYLOR
W. JOHN TIETZ
TREVOR L. UFFELMAN
CHAD R. VANISKO
STEVEN T. WADE
LEO S. WARD
RYAN C. WILLMORE

ED BARTLETT; Of Counsel
R. STEPHEN BROWNING; Retired

Mailing Address
POST OFFICE BOX 1697
HELENA, MONTANA 59624
TELEPHONE (406) 443-6820
bkbh@bkbh.com

Street Address
139 NORTH LAST CHANCE GULCH
HELENA, MONTANA 59601
TELEFAX (406) 443-6883
www.bkbh.com

February 1, 2007

John W. Brewer
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 1004-1980

*Via E-Mail Only
and First Class Mail*

    RE:    <u>Magten Asset Management Corp. v. Hanson and Kindt</u>

Dear John:

    We are in receipt of your January 31 letter in which you note the impending February 2 deadline to file a motion for leave to amend your Complaint, and in which you request the parties to the above-referenced litigation agree to an extension of that deadline until February 9.

    We are not agreeable to any extension of this deadline.

    This case has been pending for several years and the parties have had ample time to consider any necessary amendments to the pleadings. As Ms. Steingart has mentioned in numerous conferences with counsel, the Special Master, and the Court, these deadlines must be complied with if the litigation is to stay on course. We agree that it is important to keep this case on track and adhere to the schedule set by the Court if this case is not otherwise going to be dismissed.

    Further, because we believe your letter contains the implicit admission that our request to dismiss this matter in light of Judge Farnan's recent decision has merit, we believe your letter is a transparent attempt to use a procedural device to obtain more time within which to try to correct your defective pleading. The impact of Judge Farnan's recent ruling is clear: Magten has no viable claims against Messrs. Hanson and Kindt, either under the Complaint as it currently stands, or under any amendments you might try to craft.

    Finally, under no circumstances will we negotiate with you to reach any agreements with respect to the rights or obligations of non-parties to this litigation. Law Debenture Trust Company of New York is not a party to this case, despite the fact that it has had ample

msi LEGAL & ACCOUNTING
NETWORK WORLDWIDE

249503.doc/1674.044

Browning, Kaleczyc, Berry & Hoven, P.C. is a member of MSI, a network of Independent Professional Firms

John W. Brewer
RE: Magten v. Hanson and Kindt
February 1, 2007
Page 2

opportunity over the past nearly three years to join this case. However, whether or not the impending February 2 deadline applies to Law Debenture is, in our opinion, irrelevant because we believe the applicable statute of limitations has run and therefore any claims by Law Debenture against Messrs. Hanson and Kindt are time barred.

For all of these reasons, we cannot agree to any extension of this important deadline. Because our good faith effort to extend professional courtesies to you by allowing you additional time to consider our dismissal request has been met by your attempt to create an advantage to Magten by obtaining additional time to circumvent our meritorious motion by amending your Complaint at the eleventh hour, we hereby rescind our agreement to that extension of time. We will file appropriate motions seeking dismissal. In those motions, we will, of course, represent to the Court that your clients oppose such motions at this time. If, after you give further consideration to our dismissal request, you believe a dismissal is appropriate or inevitable, we will be happy to withdraw our motion upon your filing of the appropriate dismissal papers.

Should you wish to discuss this letter or our request for dismissal further, please do not hesitate to contact us by phone, email or letter.

Sincerely,

BROWNING, KALECZYC, BERRY & HOVEN, P.C.

By _/s/ Kimberly Beatty_
Stanley T. Kaleczyc
Kimberly A. Beatty

cc: John E. James, Esq.
Bonnie Steingart, Esq.
Gary L. Kaplan, Esq.
Dale R. Dubé, Esq.
Bijan Amini, Esq.
Jesse H. Austin, III, Esq.
Victoria W. Counihan, Esq.
Karol K. Denniston, Esq.
Dennis E. Glazer, Esq.
David A. Jenkins, Esq.
Paul Spagnoletti, Esq.
Adam G. Landis, Esq.
Dennis A. Meloro, Esq.
Curtis S. Miller, Esq.
Kathleen M. Miller, Esq.
John V. Snellings, Esq.
Joseph D. Pizzurro, Esq.
Denise Seastone Kraft, Esq.

249503.doc/1674.044