## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on this 1st day of February, 2007, I caused true and correct copies of **Motion Defendants Michael J. Hanson And Ernie J. Kindt For Leave To File a Dispositive Motion and Brief In Support** to be served on the parties listed below in the manner indicated.

| VIA FAX & U.S. FIRST CLASS MAIL | VIA HAND DELIVERY |
|---|---|
| Bonnie Steingart, Esquire<br>Gary Kaplan, Esquire<br>John W. Brewer, Esquire<br>Fried, Frank, Harris, Shriver & Jacobsen, LLP<br>One New York Plaza<br>New York, NY 10004<br>Fax: (212) 859-4000 | Dale R. Dubé, Esquire<br>Mark J. Packel, Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 |

Denise Seastone Kraft (No. 2778)