IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. HANSON, *et al.*, )<br>)<br>Defendants. ) | C.A. No. 05-CV-499 JJF |

## ORDER

AND NOW, upon the Joint Motion of Plaintiff Magten Asset Management Corporation and (Proposed Co-Plaintiff) Law Debenture Trust Company of New York (collectively, the "Movants") for Leave to Amend the Complaint and/or, in the Alternative, for Extension of Time to Seek Leave to Amend the Complaint (the "Motion"), and having considered the parties' arguments with respect thereto;

IT IS HEREBY ORDERED that:

_____ The Motion to amend the complaint is GRANTED. Movants shall file and serve their amended complaint within ten (10) business days from the entry of this Order; or

_____ The Motion for extension of time is GRANTED. The Court will stay consideration of whether leave to amend should be granted until such time as the Court has had the opportunity to consider on the merits the proposed case dispositive motion to be filed by Defendants Hanson and Kindt ("Defendants' Proposed Motion") and, in the interim, extends the date for Movants to file a motion to amend until ten (10) business days following the entry of the Court's order addressing the merits of Defendants' Proposed Motion.

2

SO ORDERED this _____ day of _____, 2007.

_____
Hon. Joseph J. Farnan, Jr.
United States District Court Judge