IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-499-JJF |
| ) | |
| MIKE J. HANSON and ERNIE J. KINDT, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND PROPOSED ORDER RE: BRIEFING FOR DOCKET ITEM 142**

The parties hereto, by and through their undersigned counsel and subject to the Court's approval, hereby stipulate and agree to amend the briefing schedule for the Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York (the "Movants") for Leave to Amend the Complaint and/or, in the Alternative, for Extension of Time to Seek Leave to Amend the Complaint [D.I. 142], as follows:

1. The opposition brief of Defendants Mike J. Hanson and Ernie J. Kindt will be filed by February 28, 2007; and

2. The reply brief of the Movants will be filed by March 9, 2007.

| BLANK ROME LLP | SMITH KATZENSTEIN & FURLOW LLP |
|---|---|
| /s/ Dale R. Dubé | /s/ Kathleen M. Miller |
| Dale R. Dubé (DE No. 2863) | Kathleen M. Miller (DE No. 2898) |
| Bonnie G. Fatell (DE No. 3809) | 800 Delaware Avenue |
| 1201 Market Street, Suite 800 | P.O. Box 410 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| *Attorneys for Plaintiff Magten Asset Management Corp.* | *Attorneys for Co-Movant Law Debenture Trust Company of New York* |

120087.01600/40167255v.1

EDWARDS ANGELL PALMER &
   DODGE LLP


/s/ Mark D. Olivere
Denise Seastone Kraft (DE No. 2778)
Mark D. Olivere (DE No. 4291)
919 North Market Street, 15th Floor
Wilmington, DE 19801
Phone: (302) 425-7106

*Attorneys for Defendants Mike J. Hanson
   and Ernie J. Kindt*


SO ORDERED this _____ day of _____, 2007.


_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2007, I served by hand delivery and electronic filing the **STIPULATION AND PROPOSED ORDER RE: BRIEFING FOR DOCKET ITEM 142** using CM/ECF which will send notification of such filing(s) to the following:

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

David A. Jenkins, Esquire
SMITH KATZENSTEIN &
  FURLOW LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
MORRIS NICHOLS ARSHT
  & TUNNELL LLP
1201 Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

2

I also certify that, on this 15th day of February, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

Bijan Amini, Esquire
Avery Samet, Esquire
Bradley F. Silverman, Esquire
<u>STORCH AMINI & MUNVES PC</u>
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017

Jesse H. Austin, Esquire
PAUL, HASTINGS, JANOFSKY &
   WALKER, LLP
600 Peachtree Street, N.E.
Atlanta, GA  30308

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
CURTIS, MALLET-PREVOST,
   COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
DAVIS POLK & WARDWELL
450 Lexington Avenue, Room 3004
New York, NY 10017

_/s/ Dale R. Dubé_
Dale R. Dubé  (I.D. No. 2863)

2

120087.01600/40167255v.1