IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-499-JJF |
| | : | |
| MIKE J. HANSON and ERNIE J. KINDT, | : | |
| | : | |
| Defendants. | : | |

## DECLARATION OF JOHN W. BREWER

JOHN W. BREWER declares as follows:

1.    I am a member of the bar of the United States District Court for the
Southern District of New York, admitted pro hac vice to the bar of this Court, and Special
Counsel with the firm of Fried, Frank, Harris, Shriver & Jacobson LLP, counsel to
Magten Asset Management Corporation ("Magten") in connection with the above
captioned action. I submit this declaration (the "Declaration") in support of the
Opposition of Magten to the Motion of Defendants Michael J. Hanson ("Hanson") and
Ernie J. Kindt ("Kindt") for Leave to File a Dispositive Motion.

2.    Attached hereto as Exhibit A is a true and correct copy of the Order
Denying Hanson & Kindt's Motion To Dismiss, entered on the United States District
Court for the District of Montana docket on or about April 1, 2005 [Docket No. 25], and
entered on this Court's docket on July 18, 2005 [Docket No. 55].

3.    Attached hereto as Exhibit B is a true and correct copy of the Order
Denying Hanson & Kindt's Motion For Summary Judgment, entered on the United States
District Court for the District of Montana docket on or about January 27, 2005 [Docket
No. 22], and entered on this Court's docket on July 18, 2005 [Docket No. 55].

4.      Attached hereto as Exhibit C is a true and correct copy of Hanson and Kindt's Memorandum in Support of the Motion to Dismiss, entered on the United States District Court for the District of Montana docket on or about July 9, 2004 [Docket No. 5], and entered on this Court's docket on July 18, 2005 [Docket No. 52].

5.      Attached hereto as Exhibit D is a true and correct copy of Hanson and Kindt's Reply Brief in Support of the Motion to Dismiss, entered on the United States District Court for the District of Montana docket on or about August 20, 2004 [Docket No. 13], and entered on this Court's docket on July 18, 2005 [Docket No. 53].

6.      Attached hereto as Exhibit E is a true and correct copy of Hanson and Kindt's Brief in Support of Motion for Summary Judgment, entered on the United States District Court for the District of Montana docket on or about August 20, 2004 [Docket No. 15], and entered on this Court's docket on July 18, 2005 [Docket No. 53].

7.      Attached hereto as Exhibit F is a true and correct copy of Hanson and Kindt's Reply Brief in Support of Motion for Summary Judgment, entered on the United States District Court for the District of Montana docket on or about September 27, 2004 [Docket No. 21], and entered on this Court's docket on July 18, 2005 [Docket No. 55].

8.      Attached hereto as Exhibit G is a true and correct copy of the Answer of Defendants Hanson and Kindt to Plaintiff's Complaint, entered on the United States District Court for the District of Montana docket on or about April 21, 2005 [Docket No. 27], and entered on this Court's docket on July 18, 2005 [Docket No. 59].

9.      Attached hereto as Exhibit H is a true and correct copy of Paul, Hastings, Janofsky & Walker LLP's Brief in Support of Motion for Judgment on the Pleadings, entered on this Court's docket in CA No. 04-1256 on March 31, 2006 [Docket No. 87].

10.     Attached hereto as Exhibit I is a true and correct copy of Paul, Hastings, Janofsky & Walker LLP's Reply Brief in Support of Motion for Judgment on the Pleadings, entered on this Court's docket in CA No. 04-1256 on June 2, 2006 [Docket No. 94].

2

11.    Attached hereto as Exhibit J is a true and correct copy of a letter from counsel for NorthWestern Corporation to the Honorable Joseph J. Farnan, Jr. dated October 17, 2006, entered on this Court's docket in CA No. 04-1494 on October 17, 2006 [Docket No. 91].

I declare under the penalty of perjury under the laws of the United States that the above statements are true and correct.

Dated:  New York, New York
        February 15, 2007

By: /s/ John W. Brewer
    John W. Brewer

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2007, I served by hand delivery

and electronic filing the DECLARATION OF JOHN W. BREWER using CM/ECF

which will send notification of such filing(s) to the following:

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
MORRIS NICHOLS ARSHT
 & TUNNELL LLP
1201 Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Denise Seastone Kraft, Esquire
EDWARDS ANGELL PALMER &
 DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Kathleen M. Miller, Esquire
SMITH KATZENSTEIN &
 FURLOW LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

David A. Jenkins, Esquire
SMITH KATZENSTEIN &
 FURLOW LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

I also certify that, on this 15th day of February, 2007, I served the aforementioned

document, by e-mail and Federal Express, upon the following participants:

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110-2131

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
BROWNING, KALECZYC, BERRY
  & HOVEN, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

Bijan Amini, Esquire
Avery Samet, Esquire
Bradley F. Silverman, Esquire
STORCH AMINI & MUNVES PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061

Jesse H. Austin, Esq.
PAUL, HASTINGS, JANOFSKY &
  WALKER, LLP
600 Peachtree Street, N.E.
Atlanta, GA 30308

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
DAVIS POLK & WARDWELL
450 Lexington Avenue, Room 3004
New York, NY 10017

Dale R. Dubé

Dale R. Dubé  (I.D. No. 2863)

2