## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on this 23rd day of February, 2007, I caused true and correct copies of the **Reply To Motion For Leave To File A Dispositive Motion** to be served on the parties listed below in the manner indicated.

| | |
|---|---|
| **VIA EMAIL** | **VIA EMAIL** |
| Bonnie Steingart, Esquire | Dale R. Dubé, Esquire |
| Gary Kaplan, Esquire | Mark J. Packel, Esquire |
| John W. Brewer, Esquire | Blank Rome LLP |
| Fried, Frank, Harris, Shriver & Jacobsen, LLP | 1201 Market Street, Suite 800 |
| One New York Plaza | Wilmington, DE 19801 |
| New York, NY 10004 | |

_____
Denise Seastone Kraft (No. 2778)