## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on this 28th day of February, 2007, I caused true and correct copies of the **Answering Brief of Mike J. Hanson and Ernie J. Kindt In Opposition To Joint Motion To Amend Complaint** to be served on the parties listed below in the manner indicated.

**VIA HAND DELIVERY**

Dale R. Dubé, Esquire
Mark J. Packel, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

**VIA EMAIL**

Bonnie Steingart, Esquire
Gary Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY  10004

Denise Seastone Kraft (No. 2778)