IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | Civil Action No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | Civil Action No. 05-499-JJF |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel for Defendants, Mike J. Hanson and Ernie J. Kindt caused copies of the foregoing **First Set of Discovery Requests of Defendants Michael Hanson and Ernie Kindt to Magten Asset Management Corporation** to be served upon the following counsel of record in the manner indicated:

**VIA HAND DELIVERY**

Dale R. Dubé, Esquire
Mark J. Packel, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

**VIA U.S. FIRST CLASS MAIL**

Bonnie Steingart, Esquire
Gary Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY  10004

_____
Denise Seastone Kraft (No. 2778)