## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on the 28th day of February, 2007, I caused true and correct copies of the **First Set of Discovery Requests of Defendants Michael Hanson and Ernie Kindt to Magten Asset Management Corporation** to be served on the parties below in the manner indicated:

**VIA HAND DELIVERY**

Dale R. Dubé, Esquire
Mark J. Packel, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA U.S. FIRST CLASS MAIL**

Bonnie Steingart, Esquire
Gary Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY 10004

_____
Denise Seastone Kraft (No. 2778)