## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on this 15th day of March, 2007, I caused true and correct copies of the **Motion To Strike Proposed First Amended Complaint** to be served on the parties listed below in the manner indicated.

| VIA HAND DELIVERY | VIA FAX & U.S. FIRST CLASS MAIL |
|---|---|
| Dale R. Dubé, Esquire<br>Mark J. Packel, Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Bonnie Steingart, Esquire<br>Gary Kaplan, Esquire<br>John W. Brewer, Esquire<br>Fried, Frank, Harris, Shriver & Jacobsen, LLP<br>One New York Plaza<br>New York, NY 10004<br>Fax: (212) 859-4000 |

_____
Denise Seastone Kraft (No. 2778)