# Greenberg Traurig

March 19, 2007

**<u>VIA EFILING AND HAND DELIVERY</u>**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re: *In re NorthWestern Corporation*
       **Magten Asset Management Corp. and Law Debenture Trust Co. of New York v. NorthWestern Corp. C.A. No. 04-1494-JJF**
       <u>**Magten Asset Management v Hanson and Kindt C.A. No. 05-499-JJF**</u>

Dear Judge Farnan:

   We represent NorthWestern Corporation in the above-referenced cases. Enclosed please find a Stipulated Protective Order that has been signed by all parties to the above-referenced cases, evidencing their agreement regarding discovery and the protection of confidential information in these cases. If the Stipulated Protective Order meets with Your Honor's satisfaction, the parties request that it be approved. If Your Honor has any questions with regard to the foregoing, please feel free to contact me.

Respectfully submitted,

*/s/ Victoria W. Counihan*
Victoria W. Counihan (No. 3488)

Enclosure
cc: Dale R. Dube, Esq.
   Bonnie Steingart, Esq.
   Gary L. Kaplan, Esq.
   Kathleen M. Miller, Esq.
   Bijan Amini, Esq.
   Amanda Darwin, Esq.
   John V. Snellings, Esq.
   Stanley T. Kaleczyc, Esq.
   Kimberly Beatty, Esq.
   Denise Seastone Kraft, Esq.
   Paul Spagnoletti, Esq.
   Joseph D. Pizzurro, Esq.
   Steven J. Reisman, Esq.
   David A. Jenkins, Esq.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | The Nemours Building | 1007 North Orange Street | Suite 1200 | Wilmington, DE 19801
Tel 302.661.7000 | Fax 302.661.7360

www.gtlaw.com

The Honorable Joseph J. Farnan, Jr.
March 19, 2007

Page 2

Robert J. Dehney, Esq.
Curtis S. Miller, Esq.
Jesse H. Austin, III, Esq.
Kerri K. Mumford, Esq.
Philip Bentley, Esq.
Bonnie Fatell, Esq.
John W. Brewer, Esq.
Rebecca Butcher, Esq.
Nancy Delaney, Esq.
Dennis E. Glazer, Esq.
Adam G. Landis, Esq.
Avery Samet, Esq.
Bradley Silverman, Esq.
Matthew Williams, Esq.