**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | : : : | |
| Plaintiff, | : : | Civil Action No. 05-499-JJF |
| v. | : : | |
| MIKE J. HANSON and ERNIE J. KINDT | : : : | |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 5th day of April, 2007, the undersigned counsel for Defendants, Michael J. Hanson and Ernie J. Kindt caused copies of the following to be served upon the counsel listed below in the manner indicated:

1. Michael J. Hanson's Responses to Plaintiff's First Set of Interrogatories.
2. Michael J. Hanson's Responses to Plaintiff's Requests for Admission.
3. Ernie J. Kindt's Responses to Plaintiff's First Set of Interrogatories.
4. Ernie J. Kindt's Responses to Plaintiff's Requests for Admission.

**VIA HAND DELIVERY & E-MAIL**

Dale R. Dubé, Esquire
Mark J. Packel, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA U.S. FIRST CLASS MAIL & E-MAIL**

Bonnie Steingart, Esquire
Gary Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY 10004

  */s/ Denise Seastone Kraft*
Denise Seastone Kraft (No. 2778)