**CERTIFICATE OF SERVICE**

      I, Denise Seastone Kraft, certify that on the 5th day of April, 2007, I caused true and correct copies of the following to be served on the parties below in the manner indicated:

1. Michael J. Hanson's Responses to Plaintiff's First Set of Interrogatories.
2. Michael J. Hanson's Responses to Plaintiff's Requests for Admission.
3. Ernie J. Kindt's Responses to Plaintiff's First Set of Interrogatories.
4. Ernie J. Kindt's Responses to Plaintiff's Requests for Admission.

**VIA HAND DELIVERY & E-MAIL**

Dale R. Dubé, Esquire
Mark J. Packel, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA U.S. FIRST CLASS MAIL & E-MAIL**

Bonnie Steingart, Esquire
Gary Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY 10004


        */s/ Denise Seastone Kraft*
        Denise Seastone Kraft (No. 2778)