UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-1494-JJF<br>:<br>:<br>:<br>:<br>: |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-499-JJF<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE OF DISCOVERY

     I, Victoria W. Counihan, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the NorthWestern Corporation, and that on the 11th of April 2007, I caused to be served copies of following upon the parties on the attached service list via Electronic Mail. I also hereby certify that on the 12th day of April 2007, the following documents were caused to be served upon the attached service list via Hand Delivery upon Local Counsel and via First Class, United States Mail upon the remaining parties.

- *First Request for Production of Documents to Law Debenture Trust Co. of New York*
- *First Set of Interrogatories for Plaintiff Law Debenture Trust Co. of New York*
- *Second Request for Production of Documents to Magten*
- *First Set of Interrogatories for Plaintiff Magten Asset Management Corp.*

Date: April 12, 2007          GREENBERG TRAURIG, LLP

                                        /s/ Victoria W. Counihan
                                        Victoria W. Counihan (No. 3488)
                                        The Nemours Building
                                        1007 North Orange Street, Suite 1200
                                        Wilmington, DE 19801
                                        Telephone: 302-661-7000

Dale Dube, Esq.                          David Carickhoff, Esq.

\\ATL-SRV02\367879v01

Dale Dube, Esq.
David Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington DE 19801
(Magten)

Bonnie Steingart, Esq.
John W. Brewer, Esq.
Gary L. Kaplan, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York NY 10004
(Magten)

John V. Snellings, Esq.
Amanda Darwin, Esq.
Nixon & Peabody LLP
100 Summer Street
Boston, Massachusetts 02100
(Law Debenture)

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
(Law Debenture)

Neil Glassman, Esq.
Charlene Davis, Esq.
Eric Sutty, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington DE 19801
(NW Plan Committee)

Alan Kornberg, Esq.
Margaret Phillips, Esq.
Ephraim Diamond, Esq.
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York NY 10019
(NW Plan Committee)