IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT<br><br>    Defendants. | Civil Action No. 05-499-JJF |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 11th day of April, 2007, the undersigned counsel for Defendants, Michael J. Hanson and Ernie J. Kindt caused copies of the Notice of Deposition of Talton Embry to be served upon the counsel listed below in the manner indicated:

**VIA E-MAIL**

Dale R. Dubé, Esquire
Mark J. Packel, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

**VIA MAIL**

Bonnie Steingart, Esquire
Gary Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY  10004

            /s/ Denise Seastone Kraft
       _____

Denise Seastone Kraft (No. 2778)

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on the 11th day of April, 2007, I caused true and correct copies of the Notice of Deposition of Talton Embry to be served upon the counsel listed below in the manner indicated:

**VIA E-MAIL**

Dale R. Dubé, Esquire
Mark J. Packel, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

**VIA E-MAIL**

Bonnie Steingart, Esquire
Gary Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY  10004


/s/ Denise Seastone Kraft

Denise Seastone Kraft (No. 2778)