## Exhibit A

**Designated Documents**

NOR 371624-372806
NOR 413446-413500
NOR 414057-414114
NOR 053296-97
NOR 066670-71
NOR 075185-86
NOR 086411-12
NOR 086481-501
NOR 088303-05
NOR 121152-73
NOR 131455
NOR 135865-67
NOR 142061
NOR 149263-64
NOR 160675-76
NOR 173136-38
NOR 184691-94
NOR 184858-59
NOR 185818-820
NOR 187057-058
NOR 192884-893
NOR 193851-53
NOR 240045-46
NOR 265143
NOR 275785
NOR 371624-2806
NOR 374782-92
NOR 374829-5523
NOR 411358-1450
NOR 413446-500
NOR 414057-114
NOR 441828-32
NOR 452810-11
NOR 452812
NOR 452820
NOR 458221-26
NOR 459119-20
NOR 458213-215
NOR 463654
NOR 481063-64
NOR 481065-66
NOR 481073
NOR 482791-93

NOR 063216-7
NOR 067845-86
NOR 072813-14
NOR 072815-16
NOR 073773-74
NOR 076260-61
NOR 077858-59
NOR 081375-76
NOR 088910-11
NOR 092308-09
NOR 087633-34
NOR 117952-953
NOR 119158-9
NOR 124686-87
NOR 160675-76
NOR 366792-809
NOR 367014-041
NOR 367140-151
NOR 368029-037
NOR 368234-261
NOR 368363-70
NOR 405402-03
NOR 405928-930
NOR 406074-075
NOR 406175-180
NOR 406416-55
NOR 458032-035
NOR 469466
NOR 479145-146
NOR 481065-066
NOR 374460-374530
NOR 067847-067849
NOR 086481-086559
NOR 367071-367073
NOR 367124-367130
NOR 368038-368101
NOR 405532-405536
NOR 405683-405684
NOR 405703
NOR 405713-405718
NOR 405789-405791
NOR 405850-405851
NOR 405857-405859

-2-

NOR 405920-405923
NOR 317953-317970
NOR 317980-317984
NOR 365676-365677
NOR 367925-367929
NOR 352700-352711
NOR 352712-352713
NOR 352714-352722
NOR 405298-405308
NOR 406097-406099
NOR 406065-406066
NOR 406103-406104
NOR 406165-406169
NOR 406170-406174
NOR 406759-406797
NOR 440103-440107