IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1494 (JJF)<br>)<br>)<br>)<br>)<br>) |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-499 (JJF)<br>)<br>)<br>)<br>) |

## (PROPOSED) ORDER

AND NOW upon the emergency cross motion (the "Motion") of Defendant NorthWestern Corporation ("NorthWestern") for the entry of an Order truncating the normal briefing schedule under Local Rule 7.1.2 and setting an immediate telephonic hearing and for an Order that, pursuant to the Stipulated Protective Order so ordered by the Court on March 21, 2007 (the "Order"), Plaintiffs Magten Asset Management Corporation ("Magten") and the Law Debenture Trust Company of New York and their counsel immediately return to counsel for NorthWestern or destroy the documents listed on Exhibit A hereto (the "Designated Documents") and sanction Plaintiffs and their counsel for the prior violation of the Order;

3580480v1

IT IS HEREBY ORDERED THAT:

5. No further briefing of the Motion shall be made and a telephonic hearing on the Motion is scheduled for April __, 2007, at __ o'clock.

6. NorthWestern is ordered to provide notice of this Order to all parties in the captioned litigation.

SO ORDERED this ____ day of _____, 2007.

_____
Honorable Joseph J. Farnan, Jr.
U.S.D.J.

# Exhibit A

## Designated Documents

NOR 371624-372806
NOR 413446-413500
NOR 414057-414114
NOR 053296-97
NOR 066670-71
NOR 075185-86
NOR 086411-12
NOR 086481-501
NOR 088303-05
NOR 121152-73
NOR 131455
NOR 135865-67
NOR 142061
NOR 149263-64
NOR 160675-76
NOR 173136-38
NOR 184691-94
NOR 184858-59
NOR 185818-820
NOR 187057-058
NOR 192884-893
NOR 193851-53
NOR 240045-46
NOR 265143
NOR 275785
NOR 371624-2806
NOR 374782-92
NOR 374829-5523
NOR 411358-1450
NOR 413446-500
NOR 414057-114
NOR 441828-32
NOR 452810-11
NOR 452812
NOR 452820
NOR 458221-26
NOR 459119-20
NOR 458213-215
NOR 463654
NOR 481063-64
NOR 481065-66
NOR 481073
NOR 482791-93

NOR 063216-7
NOR 067845-86
NOR 072813-14
NOR 072815-16
NOR 073773-74
NOR 076260-61
NOR 077858-59
NOR 081375-76
NOR 088910-11
NOR 092308-09
NOR 087633-34
NOR 117952-953
NOR 119158-9
NOR 124686-87
NOR 160675-76
NOR 366792-809
NOR 367014-041
NOR 367140-151
NOR 368029-037
NOR 368234-261
NOR 368363-70
NOR 405402-03
NOR 405928-930
NOR 406074-075
NOR 406175-180
NOR 406416-55
NOR 458032-035
NOR 469466
NOR 479145-146
NOR 481065-066
NOR 374460-374530
NOR 067847-067849
NOR 086481-086559
NOR 367071-367073
NOR 367124-367130
NOR 368038-368101
NOR 405532-405536
NOR 405683-405684
NOR 405703
NOR 405713-405718
NOR 405789-405791
NOR 405850-405851
NOR 405857-405859

3580481v1

-2-

NOR 405920-405923
NOR 317953-317970
NOR 317980-317984
NOR 365676-365677
NOR 367925-367929
NOR 352700-352711
NOR 352712-352713
NOR 352714-352722
NOR 405298-405308
NOR 406097-406099
NOR 406065-406066
NOR 406103-406104
NOR 406165-406169
NOR 406170-406174
NOR 406759-406797
NOR 440103-440107

3580481v1