# EXHIBIT A

Case 1:05-cv-00499-JJF    Document 188-2    Filed 04/20/2007    Page 1 of 2

## CERTIFICATION PURSUANT TO DELAWARE LOCAL RULE 7.1.1

The undersigned counsel hereby certifies, pursuant to Delaware Local Rule 7.1.1, that counsel for the parties have engaged in multiple communications (as outlined in the Motion and evidenced in the Exhibits appended to the Declaration of Bonnie Steingart, filed concurrently herewith) in attempts to resolve the matters outlined in the Motion, to no avail.

Dated: April 20, 2007

*Dale R. Dubé*
Dale R. Dubé (DE No. 2863)