# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-1494-JJF<br>:<br>:<br>:<br>: |
| MAGTEN ASSET MANAGEMENT CORP.,<br>Plaintiff,<br><br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | :<br>:<br>:<br>:<br>: Civil Action No. 05-499-JJF<br>:<br>:<br>:<br>: |

**ORDER GRANTING MOTION OF MAGTEN ASSET MANAGEMENT CORPORATION FOR A PROTECTIVE ORDER WITH RESPECT TO THE DEPOSITION OF TALTON R. EMBRY**

Upon consideration of the motion for a protective order (the "Motion") of Plaintiff Magten Asset Management Corporation ("Magten") for the entry of a protective order, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Delaware Local Rule 30.2, relieving Magten's principal and Managing Director, Talton R. Embry, from appearing for a deposition on April 23, 2007, pursuant to that notice of deposition issued by or on behalf of counsel for Mike J. Hanson and Ernie J. Kindt on April 11, 2007;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED and any objections thereto are overruled;

2. Mr. Embry is not required to appear to be deposed on April 23, 2007;

3. Mr. Embry is not required to appear for deposition on more than one day, either individually or on behalf of Magten;

4. Counsel for NorthWestern Corporation and counsel for Messrs. Mike J. Hanson and Ernie J. Kindt will cooperate to reschedule Mr. Embry's deposition at a time and place that is convenient for all parties;

5. This Order shall take effect immediately upon entry; and

6. The Court retains jurisdiction to hear and determine all matters arising from implementation of this order.

SO ORDERED this _____ day of _____, 2007.

_____