## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2007, I served by hand delivery and electronic filing the Public Version of the Memorandum of Law in Support of Plaintiffs' Emergency Motion Seeking Orders  (a) Shortening the Briefing Schedule Under Local Rule 7.1.2 and Setting a Hearing date Before the Special Master; (b) Determining Privilege Status of Documents NorthWestern Seeks to Recall Under Claim of Inadvertent Production and Privilege; (c) Compelling the Production of Non-Privileged Documents; (d) Compelling the Production of Documents Produced in Illegible Form; (e) Extending the Period for Completing Depositions; and (f) Assessing fees and Costs Against NorthWestern, using CM/ECF which will send notification of such filing to the following:

### BY EMAIL AND HAND DELIVERY

| | |
|---|---|
| Denise Seastone Kraft, Esquire | Victoria Watson Counihan, Esquire |
| Edwards Angell Palmer & Dodge LLP | Dennis A. Meloro, Esquire |
| 919 North Market Street, 15th Floor | Greenberg Traurig LLP |
| Wilmington, DE 19801 | The Nemours Building |
| | 1007 North Orange Street, Suite 1200 |
| | Wilmington, DE 19801 |

./v.

I also certify that, on this 20th day of April, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

**BY EMAIL AND FEDERAL EXPRESS**

| | |
|---|---|
| Stanley T. Kaleczyc, Esquire<br>Kimberly A. Beatty, Esquire<br>Browning, Kaleczyc, Berry & Hoven, P.C.<br>139 North Last Chance Gulch<br>P.O. Box 1697<br>Helena, Mt 59624 | Steven J. Reisman, Esquire<br>Joseph D. Pizzurro, Esquire<br>Nancy E. Delaney, Esquire<br>Miriam K. Harwood, Esquire<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, New York 10178-0061 |

*Dale R. Dubé*
Dale R. Dubé (No. 2863)