# Exhibit 24

**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line: 212.859.8736
Fax: 212.859.8584
brewejo@ffhsj.com

March 28, 2007

**VIA E-MAIL**

Jennifer A. Bagnato
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

> **Re:    Replacement of Illegible TIF files of Excel documents**

Dear Jennifer:

I am writing as a follow-up to my letter dated March 19. As you are well-aware, in my original letter of January 26 to Joe Pizzurro as well as in follow-up emails, letters and telephone conversations, we alerted you to the problem of the illegible files of Excel documents we received from you, gave a technical description as to the apparent cause of the problem, and explicitly requested that you remedy the problem in specified ways as to all Excel-based documents in your production, past and future.

As set forth in the March 19 letter you ignored those requests and refused to replace any documents other than the short illustrative list we had given you, even though it was clear that the problem was continuing and that it would be substantially less burdensome for you than for us to identify the affected documents – not to mention to prevent recurrence of the problem after you had been alerted to it. Nonetheless, we have now compiled a reasonably complete list of the beginning Bates-numbers (i.e. first page of multi-page document) of the illegible Excel-derived documents in your production, which is attached hereto as Exhibit A. This list does not reflect review of the belated production of almost 25,000 pages you made on March 23. You will note that well over half of these documents are from the Bates-number ranges you produced to us subsequent to January 26, after we had notified you that you were producing these documents to us in illegible form.

New York • Washington DC • London • Paris • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

Fried, Frank, Harris, Shriver & Jacobson LLP

Jennifer A. Bagnato                          March 28, 2007
                                             Page 2


        Given that it has now been two months since we first notified you of the
problem with the Excel documents, and in light of the need to receive the replacement
documents in advance of depositions which must take place before the upcoming fact
discovery deadline of May 2, we ask that you promptly provide us with a date certain
for the provision of the replacement documents. To the extent you anticipate that the
provision of replacement documents will take more than 5 days to complete, we
request that you let us know immediately, so that we can prioritize particular items or
otherwise consider our options. Again, we reserve the right to seek reimbursement
from you for the costs we have incurred to compile the attached list.

        Thank you for your prompt attention to this matter.


                                             Sincerely,

                                             John W. Brewer


cc:     Gary Kaplan
        Bonnie Steingart
        Dale R. Dubé
        John V. Snellings
        Joseph D. Pizzurro
        Victoria Counihan

# EXHIBIT A

**Excel Documents Received Prior to January 26, 2007**

| | | |
|---|---|---|
| NOR000436 | NOR003840 | NOR013981 |
| NOR001536 | NOR003846 | NOR013996 |
| NOR002852 | NOR003854 | NOR014443 |
| NOR002930 | NOR003865 | NOR014495 |
| NOR002953 | NOR003881 | NOR014677 |
| NOR003504 | NOR003885 | NOR014693 |
| NOR003505 | NOR003890 | NOR015695 |
| NOR003509 | NOR003906 | NOR017106 |
| NOR003517 | NOR003922 | NOR017166 |
| NOR003528 | NOR003925 | NOR017583 |
| NOR003544 | NOR003935 | NOR019096 |
| NOR003546 | NOR004016 | NOR019490 |
| NOR003549 | NOR004034 | NOR019903 |
| NOR003559 | NOR004036 | NOR019925 |
| NOR003575 | NOR004072 | NOR019929 |
| NOR003591 | NOR004100 | NOR020161 |
| NOR003593 | NOR004108 | NOR024604 |
| NOR003598 | NOR004110 | NOR024606 |
| NOR003606 | NOR004114 | NOR024853 |
| NOR003617 | NOR004181 | NOR024876 |
| NOR003633 | NOR004262 | NOR024879 |
| NOR003636 | NOR004302 | NOR024884 |
| NOR003638 | NOR005017 | NOR024890 |
| NOR003641 | NOR006299 | NOR024898 |
| NOR003657 | NOR006302 | NOR024906 |
| NOR003673 | NOR006340 | NOR024943 |
| NOR003675 | NOR006341 | NOR024960 |
| NOR003683 | NOR007987 | NOR025068 |
| NOR003688 | NOR008405 | NOR025077 |
| NOR003699 | NOR009423 | NOR025086 |
| NOR003715 | NOR012158 | NOR025096 |
| NOR003718 | NOR012202 | NOR025106 |
| NOR003720 | NOR012212 | NOR025116 |
| NOR003723 | NOR012442 | NOR025128 |
| NOR003739 | NOR012576 | NOR025139 |
| NOR003798 | NOR013479 | NOR025150 |
| NOR003801 | NOR013494 | NOR025315 |
| NOR003806 | NOR013509 | NOR025818 |
| NOR003822 | NOR013524 | NOR026173 |
| NOR003838 | NOR013572 | NOR026455 |

1

| | | |
|---|---|---|
| NOR026464 | NOR034929 | NOR038482 |
| NOR027176 | NOR034950 | NOR038494 |
| NOR027666 | NOR034971 | NOR038506 |
| NOR028132 | NOR034992 | NOR038518 |
| NOR029294 | NOR035011 | NOR038530 |
| NOR029610 | NOR035029 | NOR038542 |
| NOR029629 | NOR035046 | NOR038554 |
| NOR029652 | NOR035064 | NOR038567 |
| NOR029694 | NOR035081 | NOR038576 |
| NOR029696 | NOR035099 | NOR038605 |
| NOR029727 | NOR035117 | NOR038733 |
| NOR029745 | NOR035136 | NOR038737 |
| NOR029779 | NOR035153 | NOR038741 |
| NOR029788 | NOR035170 | NOR038746 |
| NOR032158 | NOR035195 | NOR038863 |
| NOR032178 | NOR035228 | NOR038865 |
| NOR032309 | NOR035268 | NOR038914 |
| NOR032709 | NOR035278 | NOR038919 |
| NOR032778 | NOR035316 | NOR038963 |
| NOR032790 | NOR035318 | NOR038977 |
| NOR032947 | NOR035321 | NOR038989 |
| NOR033047 | NOR035323 | NOR039009 |
| NOR033122 | NOR035391 | NOR039022 |
| NOR033200 | NOR035834 | NOR039045 |
| NOR033283 | NOR036096 | NOR039056 |
| NOR033296 | NOR036102 | NOR039067 |
| NOR033324 | NOR036109 | NOR039078 |
| NOR033881 | NOR036243 | NOR039085 |
| NOR033882 | NOR036244 | NOR039090 |
| NOR034338 | NOR036280 | NOR039103 |
| NOR034426 | NOR036528 | NOR039110 |
| NOR034441 | NOR036652 | NOR039119 |
| NOR034454 | NOR037078 | NOR039299 |
| NOR034484 | NOR037241 | NOR039344 |
| NOR034490 | NOR037265 | NOR039379 |
| NOR034569 | NOR037743 | NOR039414 |
| NOR034715 | NOR038232 | NOR039441 |
| NOR034836 | NOR038241 | NOR039512 |
| NOR034844 | NOR038422 | NOR039544 |
| NOR034856 | NOR038434 | NOR039576 |
| NOR034884 | NOR038446 | NOR039608 |
| NOR034899 | NOR038458 | NOR039620 |
| NOR034914 | NOR038470 | NOR039647 |

| | | |
|---|---|---|
| NOR039675 | NOR042773 | NOR047104 |
| NOR039708 | NOR042802 | NOR047152 |
| NOR039742 | NOR042857 | NOR047204 |
| NOR039779 | NOR042955 | NOR047240 |
| NOR039812 | NOR043037 | NOR047284 |
| NOR039840 | NOR043071 | NOR047328 |
| NOR039880 | NOR045510 | NOR047364 |
| NOR039918 | NOR045527 | NOR047400 |
| NOR039964 | NOR045578 | NOR047436 |
| NOR039994 | NOR045591 | NOR047449 |
| NOR040027 | NOR045716 | NOR047487 |
| NOR040109 | NOR046072 | NOR047500 |
| NOR040184 | NOR046381 | NOR047550 |
| NOR040218 | NOR046386 | NOR047568 |
| NOR040252 | NOR046395 | NOR047588 |
| NOR040280 | NOR046401 | NOR047592 |
| NOR040288 | NOR046447 | NOR047597 |
| NOR040321 | NOR046462 | NOR047628 |
| NOR040402 | NOR046479 | NOR047645 |
| NOR040418 | NOR046497 | NOR047863 |
| NOR040455 | NOR046517 | NOR049783 |
| NOR040487 | NOR046535 | NOR049798 |
| NOR040494 | NOR046553 | NOR049829 |
| NOR040529 | NOR046565 | NOR049996 |
| NOR040562 | NOR046572 | NOR050034 |
| NOR040597 | NOR046584 | NOR050037 |
| NOR040680 | NOR046640 | NOR050083 |
| NOR040757 | NOR046664 | NOR050098 |
| NOR040792 | NOR046710 | NOR050115 |
| NOR040827 | NOR046725 | NOR050133 |
| NOR040870 | NOR046728 | NOR050153 |
| NOR040904 | NOR046739 | NOR050259 |
| NOR041303 | NOR046748 | NOR050263 |
| NOR041669 | NOR046758 | NOR050273 |
| NOR041704 | NOR046762 | NOR050294 |
| NOR041786 | NOR046784 | NOR050296 |
| NOR041863 | NOR046826 | NOR050298 |
| NOR041879 | NOR046914 | NOR050302 |
| NOR041894 | NOR046954 | NOR050375 |
| NOR042494 | NOR046962 | NOR050377 |
| NOR042527 | NOR047080 | NOR050390 |
| NOR042609 | NOR047087 | NOR050410 |
| NOR042691 | NOR047103 | NOR050427 |

3

| | | |
|---|---|---|
| NOR050436 | NOR054998 | NOR059069 |
| NOR050445 | NOR055007 | NOR059126 |
| NOR050451 | NOR055016 | NOR059178 |
| NOR050456 | NOR055026 | NOR059390 |
| NOR050482 | NOR055063 | NOR059398 |
| NOR050501 | NOR055132 | NOR059400 |
| NOR050519 | NOR055271 | NOR059404 |
| NOR050537 | NOR055275 | NOR059414 |
| NOR050557 | NOR055281 | NOR059439 |
| NOR050613 | NOR055288 | NOR059454 |
| NOR050704 | NOR055352 | NOR059638 |
| NOR050934 | NOR055373 | NOR059777 |
| NOR051016 | NOR055457 | NOR059839 |
| NOR051096 | NOR055565 | NOR059892 |
| NOR051306 | NOR055750 | NOR060097 |
| NOR051479 | NOR055906 | NOR060133 |
| NOR051483 | NOR056043 | NOR060141 |
| NOR052016 | NOR056053 | NOR060149 |
| NOR052328 | NOR056164 | NOR060157 |
| NOR052393 | NOR056249 | NOR060160 |
| NOR052789 | NOR056456 | NOR060169 |
| NOR052951 | NOR056990 | NOR060188 |
| NOR053289 | NOR057003 | NOR060191 |
| NOR053299 | NOR057199 | NOR060195 |
| NOR053303 | NOR057311 | NOR060311 |
| NOR053375 | NOR057317 | NOR060331 |
| NOR053402 | NOR057342 | NOR060476 |
| NOR053477 | NOR057368 | NOR060504 |
| NOR053532 | NOR057773 | NOR060534 |
| NOR053572 | NOR057814 | NOR060571 |
| NOR053632 | NOR057833 | NOR060592 |
| NOR054373 | NOR057858 | NOR060637 |
| NOR054408 | NOR057885 | NOR060878 |
| NOR054731 | NOR058103 | NOR060913 |
| NOR054734 | NOR058327 | NOR060938 |
| NOR054739 | NOR058340 | NOR061140 |
| NOR054800 | NOR058396 | NOR061144 |
| NOR054802 | NOR058585 | NOR061189 |
| NOR054811 | NOR058691 | NOR061205 |
| NOR054820 | NOR058788 | NOR061208 |
| NOR054837 | NOR058863 | NOR061230 |
| NOR054971 | NOR058886 | NOR061272 |
| NOR054979 | NOR058911 | NOR061293 |

4

| | | |
|---|---|---|
| NOR061386 | NOR066739 | NOR076195 |
| NOR061420 | NOR067308 | NOR076916 |
| NOR061435 | NOR067312 | NOR077871 |
| NOR061446 | NOR069847 | NOR077898 |
| NOR061462 | NOR069975 | NOR078017 |
| NOR061489 | NOR070411 | NOR078024 |
| NOR061500 | NOR070430 | NOR078041 |
| NOR061510 | NOR070471 | NOR079155 |
| NOR061545 | NOR070516 | NOR079733 |
| NOR061587 | NOR070526 | NOR080961 |
| NOR061629 | NOR070531 | NOR080992 |
| NOR061739 | NOR070537 | NOR081007 |
| NOR061859 | NOR070540 | NOR081384 |
| NOR061880 | NOR070561 | NOR081850 |
| NOR061973 | NOR070566 | NOR082316 |
| NOR061992 | NOR070570 | NOR082782 |
| NOR062021 | NOR070576 | NOR083251 |
| NOR062245 | NOR070579 | NOR084891 |
| NOR062248 | NOR070703 | NOR085819 |
| NOR062266 | NOR070733 | NOR085889 |
| NOR062278 | NOR070746 | NOR085966 |
| NOR062505 | NOR070815 | NOR086481 |
| NOR062913 | NOR071265 | NOR086561 |
| NOR063128 | NOR071286 | NOR086759 |
| NOR063218 | NOR071640 | NOR086924 |
| NOR063254 | NOR072106 | NOR087260 |
| NOR063255 | NOR072574 | NOR087372 |
| NOR063264 | NOR072663 | NOR087568 |
| NOR063272 | NOR072785 | NOR088292 |
| NOR063740 | NOR073106 | NOR088302 |
| NOR063767 | NOR073113 | NOR088754 |
| NOR063886 | NOR073121 | NOR088795 |
| NOR063893 | NOR073137 | NOR088913 |
| NOR063910 | NOR073428 | NOR088923 |
| NOR064018 | NOR073536 | NOR088950 |
| NOR064043 | NOR074593 | NOR090560 |
| NOR065439 | NOR074663 | NOR091891 |
| NOR065447 | NOR074740 | NOR091922 |
| NOR065457 | NOR075188 | NOR092009 |
| NOR066043 | NOR075386 | NOR092075 |
| NOR066139 | NOR075551 | NOR092310 |
| NOR066154 | NOR075887 | NOR092316 |
| NOR066674 | NOR075999 | NOR092317 |

5

| | | |
|---|---|---|
| NOR092783 | NOR104356 | NOR109869 |
| NOR093249 | NOR104577 | NOR109894 |
| NOR093715 | NOR104621 | NOR109920 |
| NOR094184 | NOR104623 | NOR110380 |
| NOR095575 | NOR104643 | NOR110815 |
| NOR095702 | NOR104949 | NOR110848 |
| NOR095772 | NOR105200 | NOR111471 |
| NOR096084 | NOR105216 | NOR111480 |
| NOR096126 | NOR105235 | NOR111495 |
| NOR096689 | NOR105246 | NOR111521 |
| NOR097274 | NOR105259 | NOR111715 |
| NOR097586 | NOR105345 | NOR111728 |
| NOR097654 | NOR105384 | NOR111732 |
| NOR097678 | NOR105407 | NOR111754 |
| NOR097733 | NOR105446 | NOR111799 |
| NOR098129 | NOR105472 | NOR111816 |
| NOR098640 | NOR105494 | NOR111869 |
| NOR098732 | NOR105575 | NOR112071 |
| NOR098774 | NOR105738 | NOR112142 |
| NOR098816 | NOR105954 | NOR112339 |
| NOR099226 | NOR106014 | NOR112551 |
| NOR099635 | NOR106058 | NOR112831 |
| NOR100911 | NOR106158 | NOR112873 |
| NOR101161 | NOR106184 | NOR113275 |
| NOR101187 | NOR106216 | NOR113499 |
| NOR101323 | NOR106276 | NOR113503 |
| NOR101409 | NOR106381 | NOR113723 |
| NOR101458 | NOR106437 | NOR114141 |
| NOR101664 | NOR106512 | NOR114368 |
| NOR101708 | NOR106514 | NOR114393 |
| NOR102521 | NOR106532 | NOR114999 |
| NOR102557 | NOR106710 | NOR115014 |
| NOR102589 | NOR107145 | NOR115027 |
| NOR102650 | NOR107440 | NOR115247 |
| NOR102719 | NOR107729 | NOR115306 |
| NOR102789 | NOR108189 | NOR115534 |
| NOR102861 | NOR108519 | NOR115769 |
| NOR102930 | NOR108729 | NOR116004 |
| NOR103040 | NOR108933 | NOR116294 |
| NOR103531 | NOR109237 | NOR116335 |
| NOR103646 | NOR109286 | NOR116422 |
| NOR103653 | NOR109498 | NOR116434 |
| NOR103678 | NOR109676 | NOR116450 |

6

| | | |
|---|---|---|
| NOR116482 | NOR120420 | NOR124638 |
| NOR116722 | NOR120482 | NOR124694 |
| NOR116763 | NOR120538 | NOR124699 |
| NOR116790 | NOR120559 | NOR124705 |
| NOR116827 | NOR120600 | NOR124708 |
| NOR116892 | NOR120662 | NOR124729 |
| NOR117072 | NOR120683 | NOR124734 |
| NOR117203 | NOR121344 | NOR124738 |
| NOR117220 | NOR121352 | NOR124744 |
| NOR117259 | NOR121373 | NOR124747 |
| NOR117271 | NOR121848 | NOR124865 |
| NOR117301 | NOR122340 | NOR125180 |
| NOR117341 | NOR122415 | NOR125201 |
| NOR117650 | NOR122593 | NOR125676 |
| NOR117659 | NOR122622 | NOR125682 |
| NOR117671 | NOR122665 | NOR125709 |
| NOR117689 | NOR122666 | NOR125746 |
| NOR117716 | NOR122871 | NOR125768 |
| NOR117735 | NOR122893 | NOR125771 |
| NOR117958 | NOR123092 | NOR125962 |
| NOR118195 | NOR123154 | NOR125980 |
| NOR118265 | NOR123178 | NOR126112 |
| NOR118276 | NOR123201 | NOR126161 |
| NOR118337 | NOR123235 | NOR126231 |
| NOR118406 | NOR123447 | NOR126288 |
| NOR118485 | NOR123855 | NOR126306 |
| NOR118724 | NOR123881 | NOR126310 |
| NOR118765 | NOR123892 | NOR126604 |
| NOR118806 | NOR123919 | NOR127175 |
| NOR119064 | NOR123931 | NOR127388 |
| NOR119098 | NOR124171 | NOR127413 |
| NOR119161 | NOR124189 | NOR127437 |
| NOR119202 | NOR124196 | NOR127657 |
| NOR119264 | NOR124203 | NOR127957 |
| NOR119284 | NOR124221 | NOR128311 |
| NOR119288 | NOR124228 | NOR128323 |
| NOR119294 | NOR124241 | NOR128390 |
| NOR119297 | NOR124373 | NOR128863 |
| NOR119317 | NOR124390 | NOR129091 |
| NOR119337 | NOR124429 | NOR129292 |
| NOR119341 | NOR124441 | NOR129340 |
| NOR119447 | NOR124471 | NOR129345 |
| NOR120379 | NOR124574 | NOR129364 |

7

| | | |
|---|---|---|
| NOR129373 | NOR135260 | NOR141620 |
| NOR129395 | NOR135299 | NOR141646 |
| NOR129414 | NOR135352 | NOR141666 |
| NOR129424 | NOR135370 | NOR141782 |
| NOR129897 | NOR135475 | NOR141842 |
| NOR129907 | NOR135896 | NOR141848 |
| NOR129930 | NOR136159 | NOR141876 |
| NOR130193 | NOR137356 | NOR141974 |
| NOR130641 | NOR137650 | NOR141976 |
| NOR130651 | NOR137659 | NOR141981 |
| NOR130662 | NOR137681 | NOR142005 |
| NOR130673 | NOR137883 | NOR142017 |
| NOR131057 | NOR138222 | NOR142033 |
| NOR131260 | NOR138306 | NOR142065 |
| NOR131271 | NOR138371 | NOR142303 |
| NOR131280 | NOR138419 | NOR142358 |
| NOR131680 | NOR140013 | NOR142407 |
| NOR131700 | NOR140071 | NOR142412 |
| NOR131870 | NOR140076 | NOR142818 |
| NOR131941 | NOR140107 | NOR142986 |
| NOR132084 | NOR140118 | NOR143242 |
| NOR132258 | NOR140145 | NOR143446 |
| NOR132283 | NOR140157 | NOR143505 |
| NOR132516 | NOR140438 | NOR143521 |
| NOR132736 | NOR140491 | NOR143533 |
| NOR132949 | NOR140922 | NOR143576 |
| NOR133001 | NOR140945 | NOR143577 |
| NOR133330 | NOR140954 | NOR143627 |
| NOR133419 | NOR140978 | NOR143632 |
| NOR133432 | NOR141021 | NOR143750 |
| NOR133791 | NOR141050 | NOR143754 |
| NOR133993 | NOR141095 | NOR143778 |
| NOR134267 | NOR141102 | NOR143864 |
| NOR134466 | NOR141233 | NOR144458 |
| NOR134469 | NOR141238 | NOR144476 |
| NOR134641 | NOR141284 | NOR144774 |
| NOR134950 | NOR141344 | NOR144861 |
| NOR134980 | NOR141405 | NOR144963 |
| NOR135021 | NOR141425 | NOR144977 |
| NOR135054 | NOR141556 | NOR145028 |
| NOR135066 | NOR141597 | NOR145390 |
| NOR135189 | NOR141606 | NOR145408 |
| NOR135219 | NOR141616 | NOR145420 |

| | | |
|---|---|---|
| NOR145486 | NOR152258 | NOR159438 |
| NOR145511 | NOR152480 | NOR159449 |
| NOR145622 | NOR152599 | NOR159470 |
| NOR145732 | NOR153031 | NOR159623 |
| NOR145829 | NOR153440 | NOR159629 |
| NOR145973 | NOR153847 | NOR159692 |
| NOR145998 | NOR154370 | NOR159880 |
| NOR146202 | NOR154498 | NOR159883 |
| NOR146409 | NOR154720 | NOR159906 |
| NOR146613 | NOR155103 | NOR159977 |
| NOR146827 | NOR155120 | NOR159985 |
| NOR147206 | NOR155591 | NOR160025 |
| NOR147242 | NOR155609 | NOR160053 |
| NOR147373 | NOR155612 | NOR160511 |
| NOR147380 | NOR155657 | NOR160572 |
| NOR147390 | NOR155884 | NOR160679 |
| NOR147808 | NOR155893 | NOR160697 |
| NOR147852 | NOR155897 | NOR160705 |
| NOR148048 | NOR156370 | NOR160722 |
| NOR148160 | NOR156643 | NOR160895 |
| NOR148357 | NOR156906 | NOR160900 |
| NOR148715 | NOR157351 | NOR160922 |
| NOR148914 | NOR157875 | NOR160927 |
| NOR149110 | NOR158078 | NOR160953 |
| NOR149298 | NOR158136 | NOR161133 |
| NOR149503 | NOR158147 | NOR161345 |
| NOR149807 | NOR158161 | NOR161417 |
| NOR150006 | NOR158223 | NOR161828 |
| NOR150249 | NOR158244 | NOR161846 |
| NOR150279 | NOR158253 | NOR161849 |
| NOR150293 | NOR158313 | NOR161862 |
| NOR150403 | NOR158598 | NOR162032 |
| NOR150456 | NOR158662 | NOR162295 |
| NOR150463 | NOR158726 | NOR162654 |
| NOR150678 | NOR158837 | NOR162856 |
| NOR150746 | NOR158976 | NOR163128 |
| NOR150755 | NOR159017 | NOR163389 |
| NOR151187 | NOR159040 | NOR163419 |
| NOR151792 | NOR159209 | NOR163433 |
| NOR151801 | NOR159268 | NOR163543 |
| NOR151810 | NOR159280 | NOR163596 |
| NOR151860 | NOR159341 | NOR163603 |
| NOR151868 | NOR159388 | NOR163816 |

9

| | | |
|---|---|---|
| NOR164456 | NOR172626 | NOR176682 |
| NOR164558 | NOR172999 | NOR176834 |
| NOR164626 | NOR173063 | NOR176856 |
| NOR164635 | NOR173154 | NOR176885 |
| NOR165067 | NOR173229 | NOR179302 |
| NOR165627 | NOR173241 | NOR181739 |
| NOR165636 | NOR173286 | NOR181803 |
| NOR166026 | NOR173333 | NOR181837 |
| NOR166248 | NOR173383 | NOR181961 |
| NOR166367 | NOR173397 | NOR182203 |
| NOR166799 | NOR173572 | NOR182299 |
| NOR167208 | NOR173760 | NOR182301 |
| NOR167615 | NOR173763 | NOR182303 |
| NOR168138 | NOR173792 | NOR182331 |
| NOR168266 | NOR173866 | NOR182337 |
| NOR168488 | NOR173874 | NOR182529 |
| NOR168871 | NOR173914 | NOR182667 |
| NOR168888 | NOR173942 | NOR182742 |
| NOR169359 | NOR174349 | NOR182773 |
| NOR169377 | NOR174400 | NOR182905 |
| NOR169380 | NOR174504 | NOR182935 |
| NOR169422 | NOR174522 | NOR183159 |
| NOR169439 | NOR174530 | NOR183190 |
| NOR169574 | NOR174547 | NOR183313 |
| NOR169800 | NOR174732 | NOR183344 |
| NOR169809 | NOR174737 | NOR183467 |
| NOR169813 | NOR174759 | NOR183603 |
| NOR170286 | NOR174764 | NOR183739 |
| NOR170556 | NOR174971 | NOR183868 |
| NOR170569 | NOR175174 | NOR184018 |
| NOR170832 | NOR175553 | NOR184040 |
| NOR171277 | NOR175630 | NOR184068 |
| NOR171389 | NOR176033 | NOR184081 |
| NOR171858 | NOR176074 | NOR184109 |
| NOR172061 | NOR176148 | NOR184121 |
| NOR172119 | NOR176156 | NOR184212 |
| NOR172131 | NOR176171 | NOR184410 |
| NOR172145 | NOR176248 | NOR184820 |
| NOR172204 | NOR176406 | NOR184854 |
| NOR172223 | NOR176495 | NOR184972 |
| NOR172225 | NOR176584 | NOR184993 |
| NOR172283 | NOR176606 | NOR185013 |
| NOR172567 | NOR176670 | NOR185021 |

10

| | | |
|---|---|---|
| NOR185036 | NOR188229 | NOR192243 |
| NOR185116 | NOR188244 | NOR192251 |
| NOR185285 | NOR188258 | NOR192467 |
| NOR185338 | NOR188276 | NOR192472 |
| NOR185448 | NOR188280 | NOR192559 |
| NOR185453 | NOR188345 | NOR192708 |
| NOR185491 | NOR188622 | NOR192714 |
| NOR185554 | NOR188639 | NOR192718 |
| NOR185615 | NOR188861 | NOR192789 |
| NOR185723 | NOR189061 | NOR193112 |
| NOR185821 | NOR189102 | NOR193171 |
| NOR185869 | NOR189132 | NOR193182 |
| NOR185892 | NOR189178 | NOR193251 |
| NOR185971 | NOR189212 | NOR193261 |
| NOR186177 | NOR189308 | NOR193265 |
| NOR186361 | NOR189335 | NOR193291 |
| NOR186372 | NOR189421 | NOR193310 |
| NOR186392 | NOR189477 | NOR193319 |
| NOR186403 | NOR189478 | NOR193465 |
| NOR186518 | NOR189560 | NOR193472 |
| NOR186583 | NOR189649 | NOR193609 |
| NOR186627 | NOR189943 | NOR193644 |
| NOR186649 | NOR190640 | NOR193667 |
| NOR186669 | NOR191046 | NOR193679 |
| NOR186821 | NOR191299 | NOR193749 |
| NOR186852 | NOR191330 | NOR193806 |
| NOR186999 | NOR191391 | NOR193869 |
| NOR187060 | NOR191459 | NOR193978 |
| NOR187065 | NOR191493 | NOR194023 |
| NOR187130 | NOR191519 | NOR194070 |
| NOR187178 | NOR191554 | NOR194083 |
| NOR187203 | NOR191580 | NOR194088 |
| NOR187432 | NOR191605 | NOR194107 |
| NOR187466 | NOR191740 | NOR194130 |
| NOR187672 | NOR191784 | NOR194172 |
| NOR187708 | NOR191806 | NOR194291 |
| NOR187724 | NOR191888 | NOR194299 |
| NOR187736 | NOR191894 | NOR194312 |
| NOR187949 | NOR191936 | NOR194395 |
| NOR187979 | NOR191975 | NOR194469 |
| NOR187993 | NOR192019 | NOR194482 |
| NOR188198 | NOR192224 | NOR194488 |
| NOR188209 | NOR192234 | NOR194508 |

11

| | | |
|---|---|---|
| NOR194548 | NOR195601 | NOR197001 |
| NOR194619 | NOR195662 | NOR197020 |
| NOR194631 | NOR195694 | NOR197025 |
| NOR194749 | NOR195758 | NOR197029 |
| NOR194832 | NOR195759 | NOR197035 |
| NOR194844 | NOR195841 | NOR197038 |
| NOR194852 | NOR195870 | NOR197057 |
| NOR194861 | NOR195899 | NOR197076 |
| NOR194873 | NOR195907 | NOR197085 |
| NOR194881 | NOR196065 | NOR197184 |
| NOR194899 | NOR196154 | NOR197275 |
| NOR194986 | NOR196243 | NOR197280 |
| NOR195081 | NOR196265 | NOR197364 |
| NOR195165 | NOR196329 | NOR197435 |
| NOR195176 | NOR196341 | NOR197464 |
| NOR195194 | NOR196493 | NOR197523 |
| NOR195224 | NOR196515 | NOR197586 |
| NOR195265 | NOR196544 | NOR197598 |
| NOR195280 | NOR196738 | NOR197651 |
| NOR195310 | NOR196743 | NOR197695 |
| NOR195351 | NOR196751 | NOR198000 |
| NOR195366 | NOR196775 | NOR198005 |
| NOR195396 | NOR196809 | NOR198011 |
| NOR195437 | NOR196814 | NOR198016 |
| NOR195452 | NOR196822 | NOR024632 |
| NOR195482 | NOR196846 | NOR142986 |
| NOR195523 | NOR196885 | NOR133791 |
| NOR195543 | NOR196912 | |
| NOR195589 | NOR196997 | |

12

## Excel Documents Received After January 26, 2007

| | | |
|---|---|---|
| NOR199966 | NOR210868 | NOR215538 |
| NOR201060 | NOR210890 | NOR215602 |
| NOR204996 | NOR211107 | NOR215753 |
| NOR205063 | NOR211115 | NOR215761 |
| NOR205475 | NOR211129 | NOR216227 |
| NOR205491 | NOR211326 | NOR216694 |
| NOR205504 | NOR211340 | NOR217170 |
| NOR205543 | NOR211504 | NOR217585 |
| NOR205550 | NOR211549 | NOR217591 |
| NOR205559 | NOR211605 | NOR218285 |
| NOR205576 | NOR211643 | NOR218983 |
| NOR205581 | NOR211698 | NOR219679 |
| NOR205649 | NOR211711 | NOR219683 |
| NOR206184 | NOR211724 | NOR219687 |
| NOR206196 | NOR212025 | NOR220088 |
| NOR206206 | NOR212365 | NOR220784 |
| NOR206220 | NOR212393 | NOR221183 |
| NOR206255 | NOR212397 | NOR221597 |
| NOR206287 | NOR212409 | NOR221725 |
| NOR206293 | NOR212413 | NOR221947 |
| NOR206418 | NOR212457 | NOR221952 |
| NOR206898 | NOR212469 | NOR222060 |
| NOR207324 | NOR212513 | NOR222084 |
| NOR208000 | NOR212522 | NOR222207 |
| NOR208426 | NOR212616 | NOR222237 |
| NOR208854 | NOR212635 | NOR222269 |
| NOR209326 | NOR212639 | NOR222283 |
| NOR209584 | NOR212646 | NOR222294 |
| NOR210197 | NOR212757 | NOR222299 |
| NOR210209 | NOR213585 | NOR222303 |
| NOR210234 | NOR213783 | NOR222520 |
| NOR210529 | NOR213887 | NOR222524 |
| NOR210542 | NOR214012 | NOR222749 |
| NOR210557 | NOR214025 | NOR222763 |
| NOR210564 | NOR214029 | NOR222801 |
| NOR210790 | NOR214380 | NOR222839 |
| NOR210807 | NOR214511 | NOR223167 |
| NOR210814 | NOR214643 | NOR223224 |
| NOR210822 | NOR214750 | NOR223339 |
| NOR210852 | NOR214969 | NOR223367 |

13

| | | |
|---|---|---|
| NOR223373 | NOR232329 | NOR236298 |
| NOR223401 | NOR232357 | NOR236300 |
| NOR224104 | NOR233060 | NOR236301 |
| NOR224212 | NOR233064 | NOR236432 |
| NOR224337 | NOR233290 | NOR236449 |
| NOR224341 | NOR233363 | NOR236488 |
| NOR224566 | NOR233407 | NOR236523 |
| NOR224639 | NOR233457 | NOR236905 |
| NOR224683 | NOR233530 | NOR237200 |
| NOR224733 | NOR233574 | NOR237207 |
| NOR224806 | NOR233626 | NOR237217 |
| NOR224850 | NOR233705 | NOR237220 |
| NOR224902 | NOR233781 | NOR237647 |
| NOR224935 | NOR233832 | NOR237685 |
| NOR225108 | NOR233835 | NOR237723 |
| NOR225172 | NOR233865 | NOR237737 |
| NOR225323 | NOR233878 | NOR237770 |
| NOR225331 | NOR233892 | NOR237785 |
| NOR225797 | NOR233989 | NOR238325 |
| NOR226265 | NOR234002 | NOR238542 |
| NOR226272 | NOR234015 | NOR238546 |
| NOR226738 | NOR234133 | NOR238771 |
| NOR227204 | NOR234289 | NOR239046 |
| NOR227898 | NOR234576 | NOR239208 |
| NOR228596 | NOR234622 | NOR239213 |
| NOR229293 | NOR234842 | NOR240051 |
| NOR229297 | NOR234989 | NOR240096 |
| NOR229993 | NOR235006 | NOR240199 |
| NOR230392 | NOR235112 | NOR240415 |
| NOR230806 | NOR235231 | NOR240451 |
| NOR230934 | NOR235452 | NOR240457 |
| NOR231156 | NOR235496 | NOR240459 |
| NOR231161 | NOR235554 | NOR240467 |
| NOR231176 | NOR235567 | NOR240483 |
| NOR231180 | NOR235611 | NOR240528 |
| NOR231397 | NOR236114 | NOR240530 |
| NOR231401 | NOR236162 | NOR240551 |
| NOR231960 | NOR236199 | NOR240567 |
| NOR232017 | NOR236234 | NOR240569 |
| NOR232097 | NOR236235 | NOR240577 |
| NOR232157 | NOR236267 | NOR240584 |
| NOR232231 | NOR236273 | NOR240593 |
| NOR232323 | NOR236296 | NOR240682 |

14

| | | |
|---|---|---|
| NOR240735 | NOR242426 | NOR246199 |
| NOR240960 | NOR242461 | NOR246247 |
| NOR241012 | NOR242614 | NOR246292 |
| NOR241034 | NOR242719 | NOR246533 |
| NOR241042 | NOR242723 | NOR246547 |
| NOR241060 | NOR242732 | NOR246583 |
| NOR241077 | NOR242741 | NOR246613 |
| NOR241144 | NOR242743 | NOR247083 |
| NOR241159 | NOR242753 | NOR247165 |
| NOR241174 | NOR242757 | NOR247173 |
| NOR241195 | NOR242758 | NOR247183 |
| NOR241204 | NOR242769 | NOR247296 |
| NOR241310 | NOR242899 | NOR247366 |
| NOR241329 | NOR242907 | NOR247452 |
| NOR241348 | NOR242963 | NOR247486 |
| NOR241360 | NOR242993 | NOR247499 |
| NOR241395 | NOR243002 | NOR247598 |
| NOR241403 | NOR243014 | NOR248075 |
| NOR241432 | NOR243030 | NOR248089 |
| NOR241450 | NOR243177 | NOR248127 |
| NOR241543 | NOR243351 | NOR248172 |
| NOR241564 | NOR243355 | NOR248177 |
| NOR241615 | NOR243568 | NOR248316 |
| NOR241666 | NOR243704 | NOR248362 |
| NOR241717 | NOR243836 | NOR248371 |
| NOR241768 | NOR244045 | NOR248378 |
| NOR241845 | NOR244049 | NOR248409 |
| NOR241937 | NOR244135 | NOR248435 |
| NOR241994 | NOR244148 | NOR248479 |
| NOR242045 | NOR244285 | NOR248763 |
| NOR242198 | NOR244496 | NOR248922 |
| NOR242304 | NOR244502 | NOR249290 |
| NOR242306 | NOR245040 | NOR249387 |
| NOR242309 | NOR245114 | NOR249755 |
| NOR242320 | NOR245119 | NOR249934 |
| NOR242323 | NOR245377 | NOR249943 |
| NOR242334 | NOR245821 | NOR249950 |
| NOR242336 | NOR245826 | NOR249981 |
| NOR242341 | NOR245940 | NOR250007 |
| NOR242343 | NOR245951 | NOR250051 |
| NOR242346 | NOR245971 | NOR250081 |
| NOR242356 | NOR246094 | NOR250115 |
| NOR242391 | NOR246172 | NOR250154 |

15

| | | |
|---|---|---|
| NOR250157 | NOR253987 | NOR258348 |
| NOR250165 | NOR254054 | NOR258358 |
| NOR250269 | NOR254165 | NOR258838 |
| NOR250273 | NOR254234 | NOR258869 |
| NOR250405 | NOR254457 | NOR258881 |
| NOR250614 | NOR254462 | NOR258885 |
| NOR250618 | NOR254685 | NOR259055 |
| NOR250704 | NOR254908 | NOR259063 |
| NOR250778 | NOR254989 | NOR259121 |
| NOR250789 | NOR254998 | NOR259129 |
| NOR250854 | NOR255004 | NOR259138 |
| NOR250887 | NOR255281 | NOR259335 |
| NOR250900 | NOR255471 | NOR259447 |
| NOR250908 | NOR255483 | NOR259613 |
| NOR250985 | NOR255492 | NOR259614 |
| NOR251474 | NOR255509 | NOR259810 |
| NOR251559 | NOR255617 | NOR259922 |
| NOR251642 | NOR255878 | NOR259941 |
| NOR251723 | NOR255890 | NOR259966 |
| NOR251776 | NOR255907 | NOR259992 |
| NOR251784 | NOR256016 | NOR260020 |
| NOR251788 | NOR256128 | NOR260025 |
| NOR251813 | NOR256233 | NOR260028 |
| NOR251837 | NOR256335 | NOR260071 |
| NOR251869 | NOR256594 | NOR260746 |
| NOR251913 | NOR256750 | NOR260865 |
| NOR252071 | NOR256757 | NOR261087 |
| NOR252098 | NOR256766 | NOR261494 |
| NOR252263 | NOR256786 | NOR261843 |
| NOR252383 | NOR256797 | NOR261854 |
| NOR252679 | NOR256993 | NOR261863 |
| NOR252691 | NOR257105 | NOR262262 |
| NOR252728 | NOR257301 | NOR262390 |
| NOR253067 | NOR257437 | NOR262612 |
| NOR253090 | NOR257448 | NOR263032 |
| NOR253120 | NOR257804 | NOR263788 |
| NOR253137 | NOR258000 | NOR263991 |
| NOR253193 | NOR258112 | NOR264135 |
| NOR253466 | NOR258301 | NOR264393 |
| NOR253672 | NOR258312 | NOR264837 |
| NOR253728 | NOR258323 | NOR264845 |
| NOR253745 | NOR258327 | NOR264983 |
| NOR253981 | NOR258344 | NOR265111 |

16

| | | |
|---|---|---|
| NOR265146 | NOR268393 | NOR276337 |
| NOR265165 | NOR268401 | NOR276388 |
| NOR265642 | NOR268459 | NOR276393 |
| NOR265649 | NOR268467 | NOR276513 |
| NOR265658 | NOR268476 | NOR276544 |
| NOR265666 | NOR268673 | NOR276567 |
| NOR265673 | NOR268869 | NOR276588 |
| NOR265677 | NOR268981 | NOR276624 |
| NOR265696 | NOR269146 | NOR276630 |
| NOR265698 | NOR269342 | NOR276636 |
| NOR265749 | NOR269454 | NOR276657 |
| NOR265754 | NOR269458 | NOR277247 |
| NOR265874 | NOR269463 | NOR277268 |
| NOR265905 | NOR269500 | NOR277288 |
| NOR265928 | NOR270175 | NOR277365 |
| NOR265995 | NOR270294 | NOR277370 |
| NOR266000 | NOR270516 | NOR277520 |
| NOR266073 | NOR270923 | NOR277532 |
| NOR266090 | NOR271275 | NOR277555 |
| NOR266102 | NOR271284 | NOR278291 |
| NOR266123 | NOR271774 | NOR278306 |
| NOR266765 | NOR272173 | NOR278324 |
| NOR266770 | NOR272649 | NOR278364 |
| NOR266776 | NOR273063 | NOR278627 |
| NOR266783 | NOR273191 | NOR278729 |
| NOR266792 | NOR273947 | NOR278742 |
| NOR266873 | NOR274151 | NOR279006 |
| NOR266904 | NOR274295 | NOR279016 |
| NOR266927 | NOR274553 | NOR279319 |
| NOR266948 | NOR274997 | NOR279353 |
| NOR266984 | NOR275005 | NOR279371 |
| NOR266990 | NOR275010 | NOR279397 |
| NOR266996 | NOR275436 | NOR279425 |
| NOR267017 | NOR275569 | NOR279735 |
| NOR267607 | NOR275753 | NOR279888 |
| NOR267613 | NOR275789 | NOR280105 |
| NOR267634 | NOR275808 | NOR280137 |
| NOR267654 | NOR276286 | NOR280160 |
| NOR267695 | NOR276293 | NOR280164 |
| NOR268176 | NOR276301 | NOR280205 |
| NOR268207 | NOR276310 | NOR280229 |
| NOR268219 | NOR276316 | NOR280288 |
| NOR268223 | NOR276335 | NOR280294 |

17

| | | |
|---|---|---|
| NOR280298 | NOR283958 | NOR287019 |
| NOR280314 | NOR284180 | NOR287090 |
| NOR280448 | NOR284397 | NOR287097 |
| NOR280484 | NOR284436 | NOR287103 |
| NOR280488 | NOR284490 | NOR287113 |
| NOR280644 | NOR284508 | NOR287248 |
| NOR280648 | NOR284584 | NOR287391 |
| NOR280664 | NOR284618 | NOR287405 |
| NOR280668 | NOR284728 | NOR287416 |
| NOR280676 | NOR284751 | NOR287550 |
| NOR280808 | NOR284754 | NOR287572 |
| NOR281034 | NOR284812 | NOR287843 |
| NOR281166 | NOR284829 | NOR287852 |
| NOR281375 | NOR284846 | NOR287890 |
| NOR281379 | NOR284926 | NOR287896 |
| NOR281467 | NOR285002 | NOR287950 |
| NOR281479 | NOR285024 | NOR288002 |
| NOR281616 | NOR285091 | NOR288025 |
| NOR281827 | NOR285101 | NOR288077 |
| NOR281838 | NOR285103 | NOR288123 |
| NOR281970 | NOR285109 | NOR288226 |
| NOR282179 | NOR285119 | NOR288288 |
| NOR282394 | NOR285166 | NOR288290 |
| NOR282468 | NOR285186 | NOR288322 |
| NOR282472 | NOR285382 | NOR288326 |
| NOR282580 | NOR285538 | NOR288440 |
| NOR282625 | NOR285546 | NOR288472 |
| NOR282640 | NOR285654 | NOR288499 |
| NOR282650 | NOR285782 | NOR288553 |
| NOR282668 | NOR285825 | NOR288563 |
| NOR282913 | NOR285827 | NOR288573 |
| NOR283016 | NOR285901 | NOR288581 |
| NOR283154 | NOR285913 | NOR288609 |
| NOR283541 | NOR285987 | NOR288763 |
| NOR283577 | NOR286022 | NOR288793 |
| NOR283664 | NOR286088 | NOR288825 |
| NOR283700 | NOR286158 | NOR288851 |
| NOR283713 | NOR286324 | NOR288883 |
| NOR283729 | NOR286451 | NOR288917 |
| NOR283912 | NOR286457 | NOR288997 |
| NOR283917 | NOR286528 | NOR289077 |
| NOR283927 | NOR286621 | NOR289157 |
| NOR283937 | NOR287015 | NOR289380 |

18

| | | |
|---|---|---|
| NOR289603 | NOR293076 | NOR295234 |
| NOR289887 | NOR293095 | NOR295241 |
| NOR289902 | NOR293105 | NOR295252 |
| NOR289904 | NOR293130 | NOR295308 |
| NOR290129 | NOR293156 | NOR295449 |
| NOR290132 | NOR293186 | NOR296145 |
| NOR290134 | NOR293238 | NOR296544 |
| NOR290139 | NOR293287 | NOR296958 |
| NOR290142 | NOR293321 | NOR297086 |
| NOR290144 | NOR293335 | NOR297308 |
| NOR290150 | NOR293348 | NOR297373 |
| NOR290168 | NOR293413 | NOR297519 |
| NOR290225 | NOR293446 | NOR297549 |
| NOR290270 | NOR293459 | NOR297641 |
| NOR290315 | NOR293498 | NOR297790 |
| NOR290556 | NOR293563 | NOR297864 |
| NOR290570 | NOR293602 | NOR297869 |
| NOR290574 | NOR293667 | NOR297876 |
| NOR290577 | NOR293681 | NOR297880 |
| NOR290962 | NOR293685 | NOR297930 |
| NOR290971 | NOR293729 | NOR298121 |
| NOR290977 | NOR293783 | NOR298444 |
| NOR291036 | NOR293795 | NOR299353 |
| NOR291077 | NOR293803 | NOR299408 |
| NOR291146 | NOR293809 | NOR299455 |
| NOR291183 | NOR293822 | NOR299504 |
| NOR291554 | NOR293825 | NOR299516 |
| NOR291829 | NOR293876 | NOR299527 |
| NOR292077 | NOR293925 | NOR299587 |
| NOR292327 | NOR293938 | NOR299625 |
| NOR292593 | NOR294088 | NOR299713 |
| NOR292604 | NOR294624 | NOR299744 |
| NOR292608 | NOR294629 | NOR299761 |
| NOR292614 | NOR294691 | NOR299793 |
| NOR292668 | NOR294762 | NOR299831 |
| NOR292738 | NOR294894 | NOR299861 |
| NOR292754 | NOR295105 | NOR299894 |
| NOR292758 | NOR295111 | NOR299926 |
| NOR292774 | NOR295127 | NOR299951 |
| NOR292908 | NOR295134 | NOR300071 |
| NOR292944 | NOR295143 | NOR300097 |
| NOR292954 | NOR295149 | NOR300124 |
| NOR293074 | NOR295156 | NOR300135 |

19

| | | |
|---|---|---|
| NOR300140 | NOR303553 | NOR305754 |
| NOR300145 | NOR303560 | NOR305760 |
| NOR300153 | NOR303568 | NOR305768 |
| NOR300163 | NOR303576 | NOR305777 |
| NOR300168 | NOR303584 | NOR305783 |
| NOR300181 | NOR303592 | NOR305790 |
| NOR300193 | NOR303607 | NOR305797 |
| NOR300202 | NOR303634 | NOR305805 |
| NOR300214 | NOR303657 | NOR305811 |
| NOR300247 | NOR303682 | NOR305817 |
| NOR300249 | NOR303690 | NOR305824 |
| NOR300328 | NOR303697 | NOR305832 |
| NOR300523 | NOR303705 | NOR305838 |
| NOR300729 | NOR303712 | NOR305954 |
| NOR300932 | NOR303720 | NOR305960 |
| NOR301135 | NOR303726 | NOR305968 |
| NOR301279 | NOR303733 | NOR305976 |
| NOR301335 | NOR305183 | NOR305983 |
| NOR301404 | NOR305226 | NOR305991 |
| NOR302467 | NOR305274 | NOR306776 |
| NOR302475 | NOR305322 | NOR306783 |
| NOR302477 | NOR305366 | NOR306896 |
| NOR302510 | NOR305419 | NOR306904 |
| NOR302521 | NOR305469 | NOR306918 |
| NOR302527 | NOR305477 | NOR306925 |
| NOR302529 | NOR305485 | NOR306932 |
| NOR302530 | NOR305493 | NOR306955 |
| NOR302536 | NOR305610 | NOR306962 |
| NOR302538 | NOR305626 | NOR306977 |
| NOR302571 | NOR305634 | NOR306982 |
| NOR302622 | NOR305641 | NOR306988 |
| NOR302626 | NOR305649 | NOR306991 |
| NOR302680 | NOR305663 | NOR306998 |
| NOR302725 | NOR305668 | NOR307003 |
| NOR302767 | NOR305669 | NOR307011 |
| NOR302868 | NOR305677 | NOR307018 |
| NOR302917 | NOR305682 | NOR307026 |
| NOR303147 | NOR305689 | NOR307031 |
| NOR303149 | NOR305696 | NOR307039 |
| NOR303218 | NOR305704 | NOR307046 |
| NOR303378 | NOR305733 | NOR307052 |
| NOR303540 | NOR305739 | NOR307235 |
| NOR303546 | NOR305747 | NOR307259 |

20

| | | |
|---|---|---|
| NOR307273 | NOR310319 | NOR314189 |
| NOR307483 | NOR310325 | NOR314242 |
| NOR307488 | NOR310331 | NOR314290 |
| NOR307634 | NOR310352 | NOR314338 |
| NOR307659 | NOR310377 | NOR314386 |
| NOR307844 | NOR310398 | NOR314434 |
| NOR307881 | NOR310407 | NOR314482 |
| NOR307908 | NOR310450 | NOR314534 |
| NOR307986 | NOR310486 | NOR314596 |
| NOR308018 | NOR310535 | NOR314644 |
| NOR308027 | NOR310585 | NOR314688 |
| NOR308035 | NOR310635 | NOR314734 |
| NOR308071 | NOR311195 | NOR314786 |
| NOR308175 | NOR311332 | NOR314834 |
| NOR308285 | NOR311420 | NOR314882 |
| NOR308289 | NOR311618 | NOR314935 |
| NOR308467 | NOR311650 | NOR314979 |
| NOR308666 | NOR311678 | NOR315033 |
| NOR308805 | NOR311697 | NOR315093 |
| NOR308886 | NOR312455 | NOR315141 |
| NOR308967 | NOR312666 | NOR315185 |
| NOR309053 | NOR312709 | NOR315233 |
| NOR309076 | NOR312763 | NOR315283 |
| NOR309104 | NOR312811 | NOR315337 |
| NOR309172 | NOR312859 | NOR315385 |
| NOR309199 | NOR312909 | NOR315433 |
| NOR309282 | NOR312957 | NOR315490 |
| NOR309365 | NOR313005 | NOR315544 |
| NOR309452 | NOR313056 | NOR315569 |
| NOR309537 | NOR313104 | NOR315570 |
| NOR309622 | NOR313164 | NOR315618 |
| NOR309707 | NOR313212 | NOR315666 |
| NOR309792 | NOR313262 | NOR315726 |
| NOR309838 | NOR313310 | NOR315782 |
| NOR309861 | NOR313370 | NOR315830 |
| NOR309887 | NOR313424 | NOR315885 |
| NOR309899 | NOR313837 | NOR315962 |
| NOR309942 | NOR313899 | NOR315969 |
| NOR309973 | NOR313947 | NOR315989 |
| NOR310061 | NOR313995 | NOR315996 |
| NOR310149 | NOR314043 | NOR316003 |
| NOR310231 | NOR314093 | NOR316027 |
| NOR310313 | NOR314141 | NOR316034 |

21

| | | |
|---|---|---|
| NOR316036 | NOR323885 | NOR341925 |
| NOR316041 | NOR324082 | NOR342020 |
| NOR316061 | NOR325033 | NOR342044 |
| NOR316089 | NOR325919 | NOR342066 |
| NOR316117 | NOR326805 | NOR342345 |
| NOR316165 | NOR327727 | NOR342351 |
| NOR316193 | NOR328637 | NOR342352 |
| NOR316221 | NOR329523 | NOR342359 |
| NOR316249 | NOR330412 | NOR342409 |
| NOR316319 | NOR331301 | NOR342446 |
| NOR316351 | NOR332215 | NOR342483 |
| NOR316482 | NOR333101 | NOR342615 |
| NOR316531 | NOR333987 | NOR342665 |
| NOR316563 | NOR334873 | NOR343007 |
| NOR316603 | NOR335759 | NOR343008 |
| NOR316635 | NOR336645 | NOR343014 |
| NOR316649 | NOR337557 | NOR343021 |
| NOR317163 | NOR338180 | NOR343165 |
| NOR317192 | NOR339238 | NOR343202 |
| NOR317228 | NOR339254 | NOR343252 |
| NOR317272 | NOR339265 | NOR343262 |
| NOR317316 | NOR339280 | NOR343299 |
| NOR317369 | NOR339420 | NOR343349 |
| NOR317415 | NOR339435 | NOR343399 |
| NOR317417 | NOR339467 | NOR343733 |
| NOR317472 | NOR339501 | NOR343755 |
| NOR317607 | NOR339704 | NOR343984 |
| NOR317687 | NOR339907 | NOR344160 |
| NOR317806 | NOR340166 | NOR344176 |
| NOR317839 | NOR340276 | NOR344226 |
| NOR320262 | NOR340288 | NOR344279 |
| NOR320303 | NOR341261 | NOR344316 |
| NOR321571 | NOR341262 | NOR344326 |
| NOR322323 | NOR341268 | NOR344363 |
| NOR322391 | NOR341275 | NOR344471 |
| NOR323279 | NOR341420 | NOR344478 |
| NOR323303 | NOR341457 | NOR344532 |
| NOR323304 | NOR341507 | NOR344676 |
| NOR323447 | NOR341526 | NOR344677 |
| NOR323484 | NOR341563 | NOR344701 |
| NOR323534 | NOR341613 | NOR344725 |
| NOR323597 | NOR341663 | NOR344777 |
| NOR323861 | NOR341903 | NOR344857 |

22

| | | |
|---|---|---|
| NOR344985 | NOR347734 | NOR350311 |
| NOR344998 | NOR347741 | NOR350355 |
| NOR345054 | NOR347795 | NOR350359 |
| NOR345113 | NOR347933 | NOR350576 |
| NOR345197 | NOR347934 | NOR350650 |
| NOR345204 | NOR347958 | NOR350656 |
| NOR345257 | NOR347982 | NOR350657 |
| NOR345445 | NOR348034 | NOR350658 |
| NOR345449 | NOR348333 | NOR350659 |
| NOR345473 | NOR348346 | NOR350660 |
| NOR345643 | NOR348399 | NOR350790 |
| NOR345659 | NOR348451 | NOR350796 |
| NOR345709 | NOR348478 | NOR350802 |
| NOR345762 | NOR348485 | NOR350826 |
| NOR345799 | NOR348535 | NOR350846 |
| NOR345809 | NOR348647 | NOR350847 |
| NOR345846 | NOR348648 | NOR350861 |
| NOR345851 | NOR348672 | NOR351030 |
| NOR345946 | NOR348762 | NOR351031 |
| NOR345953 | NOR348808 | NOR351046 |
| NOR346007 | NOR348837 | NOR351047 |
| NOR346126 | NOR348850 | NOR351048 |
| NOR346150 | NOR348920 | NOR351050 |
| NOR346290 | NOR348925 | NOR351058 |
| NOR346314 | NOR348931 | NOR351196 |
| NOR346336 | NOR348935 | NOR351441 |
| NOR346533 | NOR348957 | NOR351442 |
| NOR346557 | NOR348974 | NOR351446 |
| NOR346581 | NOR349051 | NOR352162 |
| NOR346603 | NOR349052 | NOR352231 |
| NOR346810 | NOR349140 | NOR352232 |
| NOR346940 | NOR349392 | NOR352293 |
| NOR346964 | NOR349574 | NOR352294 |
| NOR346986 | NOR349582 | NOR352295 |
| NOR347223 | NOR349590 | NOR352296 |
| NOR347270 | NOR349598 | NOR352297 |
| NOR347437 | NOR349986 | NOR352298 |
| NOR347453 | NOR350027 | NOR352333 |
| NOR347503 | NOR350102 | NOR352379 |
| NOR347556 | NOR350163 | NOR355794 |
| NOR347593 | NOR350223 | NOR358744 |
| NOR347597 | NOR350243 | NOR360588 |
| NOR347634 | NOR350304 | NOR361202 |

23

| | | |
|---|---|---|
| NOR361548 | NOR374445 | NOR380836 |
| NOR361549 | NOR374809 | NOR381238 |
| NOR361582 | NOR375524 | NOR381242 |
| NOR361641 | NOR375923 | NOR381395 |
| NOR361658 | NOR376085 | NOR381472 |
| NOR361665 | NOR376520 | NOR381741 |
| NOR362295 | NOR376641 | NOR382092 |
| NOR362628 | NOR376774 | NOR382352 |
| NOR363146 | NOR376778 | NOR382632 |
| NOR364150 | NOR376788 | NOR382676 |
| NOR364151 | NOR376887 | NOR382736 |
| NOR364164 | NOR376921 | NOR383166 |
| NOR364334 | NOR376978 | NOR383171 |
| NOR365648 | NOR376990 | NOR383322 |
| NOR365668 | NOR377033 | NOR383938 |
| NOR366175 | NOR377053 | NOR383943 |
| NOR366772 | NOR377057 | NOR384020 |
| NOR366832 | NOR377059 | NOR384029 |
| NOR366833 | NOR377065 | NOR384895 |
| NOR366834 | NOR377081 | NOR384981 |
| NOR367930 | NOR377085 | NOR385155 |
| NOR367934 | NOR377093 | NOR385466 |
| NOR368391 | NOR377255 | NOR385940 |
| NOR368403 | NOR377270 | NOR386142 |
| NOR368411 | NOR377276 | NOR386346 |
| NOR368414 | NOR377389 | NOR386582 |
| NOR369928 | NOR377395 | NOR387559 |
| NOR369934 | NOR377399 | NOR388363 |
| NOR369938 | NOR377415 | NOR388366 |
| NOR369945 | NOR377448 | NOR389479 |
| NOR369951 | NOR377470 | NOR389580 |
| NOR371731 | NOR378008 | NOR390098 |
| NOR371925 | NOR378163 | NOR390821 |
| NOR372807 | NOR378390 | NOR391157 |
| NOR372888 | NOR378515 | NOR391493 |
| NOR372966 | NOR378540 | NOR391822 |
| NOR372990 | NOR378577 | NOR392065 |
| NOR373071 | NOR378596 | NOR392069 |
| NOR373240 | NOR379760 | NOR392330 |
| NOR373528 | NOR380338 | NOR392335 |
| NOR373714 | NOR380455 | NOR392431 |
| NOR373727 | NOR380548 | NOR392661 |
| NOR373737 | NOR380592 | NOR392685 |

24

| | | |
|---|---|---|
| NOR392975 | NOR404547 | NOR414519 |
| NOR393354 | NOR404794 | NOR414556 |
| NOR393592 | NOR404825 | NOR414563 |
| NOR393636 | NOR405051 | NOR414600 |
| NOR393753 | NOR406407 | NOR414601 |
| NOR393846 | NOR406493 | NOR414632 |
| NOR393898 | NOR406751 | NOR414639 |
| NOR394182 | NOR406867 | NOR414709 |
| NOR394342 | NOR406948 | NOR414733 |
| NOR394704 | NOR406952 | NOR414873 |
| NOR395068 | NOR406985 | NOR414897 |
| NOR395404 | NOR407033 | NOR414919 |
| NOR395740 | NOR407082 | NOR415116 |
| NOR396074 | NOR408122 | NOR415140 |
| NOR396414 | NOR408126 | NOR415164 |
| NOR397058 | NOR408136 | NOR415186 |
| NOR397393 | NOR408173 | NOR415390 |
| NOR397598 | NOR408203 | NOR415607 |
| NOR398009 | NOR408416 | NOR415638 |
| NOR398140 | NOR408784 | NOR415662 |
| NOR398346 | NOR408786 | NOR415789 |
| NOR401211 | NOR408864 | NOR415836 |
| NOR401512 | NOR408866 | NOR415996 |
| NOR401813 | NOR408890 | NOR416012 |
| NOR401866 | NOR408925 | NOR416062 |
| NOR401907 | NOR411558 | NOR416115 |
| NOR401948 | NOR411594 | NOR416152 |
| NOR401991 | NOR411618 | NOR416156 |
| NOR402607 | NOR411639 | NOR416193 |
| NOR402683 | NOR411669 | NOR416291 |
| NOR402786 | NOR411835 | NOR416298 |
| NOR402913 | NOR411841 | NOR416352 |
| NOR402937 | NOR411853 | NOR416487 |
| NOR403070 | NOR411860 | NOR416488 |
| NOR403199 | NOR412207 | NOR416512 |
| NOR403229 | NOR413383 | NOR416536 |
| NOR403456 | NOR413386 | NOR416588 |
| NOR403518 | NOR413392 | NOR416887 |
| NOR403756 | NOR413501 | NOR416900 |
| NOR403995 | NOR413616 | NOR416956 |
| NOR404244 | NOR414390 | NOR417005 |
| NOR404274 | NOR414419 | NOR417108 |
| NOR404517 | NOR414469 | NOR417115 |

25

| | | |
|---|---|---|
| NOR417168 | NOR419433 | NOR425350 |
| NOR417376 | NOR419523 | NOR425581 |
| NOR417377 | NOR419543 | NOR426733 |
| NOR417401 | NOR419629 | NOR427924 |
| NOR417560 | NOR419732 | NOR429114 |
| NOR417576 | NOR419840 | NOR430311 |
| NOR417626 | NOR419857 | NOR431509 |
| NOR417679 | NOR419874 | NOR432666 |
| NOR417716 | NOR419891 | NOR433816 |
| NOR417720 | NOR419908 | NOR434985 |
| NOR417757 | NOR419925 | NOR436136 |
| NOR417758 | NOR420001 | NOR437290 |
| NOR417789 | NOR420074 | NOR437302 |
| NOR417796 | NOR420101 | NOR437339 |
| NOR417850 | NOR420108 | NOR437357 |
| NOR417991 | NOR420110 | NOR437371 |
| NOR418015 | NOR420429 | NOR437408 |
| NOR418155 | NOR420459 | NOR437422 |
| NOR418179 | NOR420477 | NOR437450 |
| NOR418201 | NOR420483 | NOR437475 |
| NOR418398 | NOR420516 | NOR437491 |
| NOR418422 | NOR421783 | NOR437599 |
| NOR418446 | NOR421787 | NOR437608 |
| NOR418468 | NOR421806 | NOR437641 |
| NOR418567 | NOR422037 | NOR437689 |
| NOR418796 | NOR422042 | NOR437693 |
| NOR418817 | NOR422607 | NOR437749 |
| NOR418838 | NOR422781 | NOR437946 |
| NOR418846 | NOR422952 | NOR437957 |
| NOR418872 | NOR422960 | NOR437962 |
| NOR418908 | NOR423163 | NOR438425 |
| NOR418960 | NOR423172 | NOR438534 |
| NOR419016 | NOR423186 | NOR438589 |
| NOR419068 | NOR423591 | NOR438613 |
| NOR419120 | NOR424752 | NOR438637 |
| NOR419172 | NOR424826 | NOR438661 |
| NOR419224 | NOR424900 | NOR438685 |
| NOR419278 | NOR424972 | NOR438707 |
| NOR419330 | NOR424994 | NOR440066 |
| NOR419377 | NOR425048 | NOR440128 |
| NOR419391 | NOR425122 | NOR440131 |
| NOR419400 | NOR425246 | NOR440133 |
| NOR419421 | NOR425288 | NOR440156 |

26

| | | |
|---|---|---|
| NOR440178 | NOR441484 | NOR458256 |
| NOR440181 | NOR442446 | NOR458257 |
| NOR440191 | NOR442492 | NOR458258 |
| NOR440222 | NOR452278 | NOR458266 |
| NOR440231 | NOR452292 | NOR458277 |
| NOR440285 | NOR453573 | NOR458281 |
| NOR440289 | NOR453577 | NOR458310 |
| NOR440290 | NOR454519 | NOR458345 |
| NOR440527 | NOR454525 | NOR458430 |
| NOR440532 | NOR454531 | NOR458483 |
| NOR440580 | NOR457103 | NOR458504 |
| NOR440593 | NOR457118 | NOR458697 |
| NOR440650 | NOR457136 | NOR458876 |
| NOR440653 | NOR457141 | NOR458886 |
| NOR440659 | NOR457261 | NOR458891 |
| NOR440661 | NOR457264 | NOR459075 |
| NOR440673 | NOR457393 | NOR459105 |
| NOR440711 | NOR457445 | NOR459134 |
| NOR440712 | NOR457625 | NOR459135 |
| NOR440713 | NOR457805 | NOR459151 |
| NOR440858 | NOR458036 | NOR461782 |
| NOR440888 | NOR458041 | NOR461902 |
| NOR440890 | NOR458046 | NOR462086 |
| NOR440892 | NOR458049 | NOR462088 |
| NOR440895 | NOR458055 | NOR462090 |
| NOR440897 | NOR458253 | |
| NOR441372 | NOR458255 | |

27

# **Exhibit 25**

**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line: 212.859.8736
Fax: 212.859.4000
brewejo@ffhsj.com

March 30, 2007

Jennifer A. Bagnato
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY   10178

                    RE:    Illegible Excel Documents

Dear Jennifer:

    Further to my prior letters and our telephone conversation of Wednesday afternoon, attached please find:  (1) an initial list of priority items for reformatting the illegible documents in your production; and (2) a list (with the beginning Bates-number of each document only) of documents from your March 23 production that appear to have the same problem.  Since I understand you are out of the office, I am copying Joe Pizzurro so that this may be passed on to your appropriate technical people as promptly as possible.

Very truly yours,

John W. Brewer

JWB:ner
Attachment

cc:  Joseph Pizzurro

## First Priority List of Problematic Excel Documents

| | | |
|---|---|---|
| NOR035391-035833 | NOR052328-052392 | NOR140491-140919 |
| NOR131057-131259 | NOR052393-052788 | NOR141620-141645 |
| NOR132723-132947 | NOR053532-053554 | NOR143533-143566 |
| NOR142986-143241 | NOR056164-056204 | NOR145732-145826 |
| NOR154720-155100 | NOR056249-056463 | NOR146613-146825 |
| NOR184212-184408 | NOR056456-045484 | NOR146827-147027 |
| NOR186177-186353 | NOR057003-057198 | NOR151792-151800 |
| NOR187065-187128 | NOR058103-058317 | NOR153031-153437 |
| NOR188639-188837 | NOR126231-126252 | NOR155120-155589 |
| NOR191605-191715 | NOR126288-126305 | NOR156643-156900 |
| NOR024632-024802 | NOR127388-127412 | NOR160025-160052 |
| NOR024943-024949 | NOR127413-127436 | NOR164456-164555 |
| NOR025150-025169 | NOR128390-128859 | NOR174530-174546 |
| NOR026464-026675 | NOR129345-129352 | NOR183313-183343 |
| NOR033283-033295 | NOR129424-129896 | NOR183868-183998 |
| NOR033296-033322 | NOR131941-132082 | NOR187724-187733 |
| NOR036280-036485 | NOR132258-132484 | NOR188861-189059 |
| NOR037265-037742 | NOR133432-133789 | NOR191493-191518 |
| NOR046401-046446 | NOR133791-133989 | NOR191580-191579 |
| NOR050557-050603 | NOR138306-138370 | NOR193112-193148 |
| NOR052016-052327 | NOR140157-140426 | NOR196065-196153 |

## List of Problematic Excel Documents Received with March 23, 2007 Production

| | | |
|---|---|---|
| NOR464269 | NOR473376 | NOR479652 |
| NOR464321 | NOR473985 | NOR480121 |
| NOR464390 | NOR474131 | NOR480587 |
| NOR464666 | NOR474619 | NOR481075 |
| NOR464762 | NOR474751 | NOR481083 |
| NOR464860 | NOR475241 | NOR481779 |
| NOR464900 | NOR475732 | NOR482747 |
| NOR464906 | NOR476222 | NOR482797 |
| NOR465537 | NOR476714 | NOR483601 |
| NOR466214 | NOR477171 | NOR484426 |
| NOR466231 | NOR477628 | NOR484490 |
| NOR466250 | NOR478085 | NOR484506 |
| NOR470534 | NOR478546 | NOR484811 |
| NOR473203 | NOR478649 | |
| NOR473359 | NOR479186 | |

# Exhibit 26

**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line:  212.859.8736
Fax:  212.859.4000
brewejo@ffhsj.com

April 11, 2007

<u>VIA EMAIL</u>

Jennifer A. Bagnato
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY   10178

Dear Jennifer:

        I am responding to your April 3 letter on the illegible Excel documents issue.  I am not going to repeat the history of the issue, which is exhaustively documented in prior correspondence, or respond to your characterizations of it, but instead focus on where we are now.  We have spent some additional time thinking about whether a compromise is possible, but it appears we are at an impasse.  It remains our position that we are entitled to legible copies of all documents you produced.  That is an eminently reasonable position; production of illegible documents is not meaningfully more helpful than no production at all.  As was mentioned in the first letter back in January as well as my interim email last Thursday, we have never received a response as to why the documents cannot be given to us in their "native version," which we suspect would save you the effort and expense of reformatting them from tif to the alternative format you have devised.  Production in native version would seem analogous to the solution in the hard-copy world for illegible copies, i.e. allow direct inspection of the originals as an alternative.  If that is impracticable for reasons you have not thus far explained to us, we are willing to accept the alternative format you have used thus far.  The expense and burden on you is the result of your choice to proceed in a fashion (using the problematic tif format) that you knew (apparently even before we raised the issue, based on what you said) was virtually guaranteed to render them illegible.  Moreover, the burden on you of complying now is the result of your failure to deal with the issue at any time between late January and the March 16 deadline for the completion of document production.  We would have long since obtained legible copies had you not been dilatory.

        Given the volume of illegible documents and, of course, their illegibility, it is not feasible or realistic for us to commit at this point to accepting only a specific number of them to be reformatted.  To the extent you are able to determine that there are duplicates in the list we

New York ● Washington DC ● London ● Paris ● Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

Fried, Frank, Harris, Shriver & Jacobson LLP

Jennifer Bagnato                    2                    April 11, 2007

provided (which we compiled only after you refused to respond to our previous requests, despite the fact that it would have been easier for you to compile such a list), we would be willing to accept only one reformatted copy, so long as you explain which Bates-numbers from our list are omitted on this basis and which reformatted document corresponds to them.

Since so much time has passed, we have no alternative at this point but to demand full compliance immediately.

Very truly yours,

John W. Brewer

JWB:ner
548553

ffny02\brewejo\548553.1