]IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWESTERN CORPORATION, <br><br> Defendant. | C.A. No. 04-1494-(JJF) |
| MAGTEN ASSET MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. HANSON and ERNIE J. KINDT, <br><br> Defendants. | C.A. Action No. 05-499 (JJF) |

## SECOND AMENDED NOTICE OF DEPOSITION PURSUANT TO SUBPOENA (GARY DROOK)

PLEASE TAKE NOTICE that the starting time and location for the deposition of Gary Drook, pursuant to a subpoena served on March 26, 2007 [D.I. 127 in 04-1494; D.I. 161 in 05-499] has again changed. The deposition of Mr. Drook will now commence at 11:00 a.m. on April 25, 2007 at Room 2018 (entrance on second floor near Terminals 1, 2 and 3), Hilton Chicago/O'Hare Airport, O'Hare International Airport, P.O. Box 66414, Chicago, IL. 60666 (telephone 1-773-686-8000). Please take further notice that the deposition may be recorded by stenographic and/or videographic means. You are invited to attend.

120087.01600/40168461v.1

Dated: Wilmington, Delaware
April 23, 2007

        **BLANK ROME LLP**

        */s/ Dale R. Dubé*
        Dale R. Dubé (DE No. 2863)
        Bonnie G. Fatell (DE No. 3809)
        David W. Carickhoff (DE No. 3715)
        1201 Market Street, Suite 800
        Wilmington, DE 19801
        Telephone: (302) 425-6400
        Facsimile: (302) 425-6464

        - and -

        **FRIED, FRANK, HARRIS, SHRIVER**
            **& JACOBSON LLP**
        Bonnie Steingart
        Gary L. Kaplan
        John W. Brewer
        One New York Plaza
        New York, NY 10004
        Telephone: (212) 859-8000
        Facsimile: (212) 859-4000

        Counsel for Magten Asset Management
        Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2007, I served by hand delivery and electronic filing the **SECOND AMENDED NOTICE OF DEPOSITION PURSUANT TO SUBPOENA (GARY DROOK)**, using CM/ECF which will send notification of such filing(s) to the following:

### BY EMAIL AND HAND DELIVERY

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Kathleen M. Miller
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 23rd day of April, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

### BY EMAIL AND FEDERAL EXPRESS

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

John V. Snellings
Amanda Darwin
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

_/s/ Dale R. Dubé_
Dale R. Dubé (No. 2863)