

**BLANK ROME LLP**
COUNSELORS AT LAW

Phone:   (302) 425-6467
Fax:     (302) 425-6464
Email:   dube@blankrome.com

April 30, 2007

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Magten Asset Management Corp. and Law Debenture Trust Co. v. NorthWestern Corp.*; C.A. No. 04-1494-JJF; and *Magten Asset Management Corp. v. Mike J. Hanson and Ernie J. Kindt*; C.A. No. 05-0499-JJF

Your Honor:

Today, Defendant NorthWestern Corporation requested oral argument (D.I. 169 in Case 04-1494; D.I. 203 in Case 05-499) on its Emergency Cross-Motion filed on April 16, 2007. By this letter, Magten Asset Management Corporation hereby agrees that oral argument may be helpful to the Court, and similarly requests it pursuant to Delaware Local Rule 7.1.4.

However, because the issues raised by NorthWestern's Emergency Cross-Motion are interrelated with issues raised by Magten's Emergency Motion that was earlier-filed on April 13, 2007 (D.I. 139 in Case 04-1494; D.I. 175 in Case 05-499), Magten respectfully requests that any proposed hearing address the issues raised by Magten's Emergency Motion, as well as by NorthWestern's Emergency Cross-Motion.

Magten does intend to file a reply brief to address significant developments that bear upon this action since its opening brief was filed. Magten's reply brief will be submitted on or before the May 4, 2007 deadline, at which time briefing on both the Emergency Motion and the Emergency Cross-Motion will be complete.

Counsel is available by telephone, should the Court have any questions.

Respectfully submitted,

*Dale Dubé*

Dale R. Dubé
I.D. No. 2863

Chase Manhattan Centre  1201 Market Street  Suite 800  Wilmington, DE 19801
www.BlankRome.com

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong



**BLANK ROME** LLP
COUNSELORS AT LAW

The Honorable Joseph J. Farnan, Jr.
April 30, 2007
Page 2


DRD/pb
cc:     Clerk of Court (via CM/ECF)
        Kimberly A. Beatty, Esquire  (via e-mail and Federal Express)
        John W. Brewer, Esquire
        David W. Carickhoff, Jr.
        Victoria W. Counihan, Esquire  (via e-mail and hand delivery)
        Katie T. Dang, Esquire
        Amanda Darwin, Esquire  (via e-mail and Federal Express)
        Nancy E. Delaney, Esquire  (via e-mail and Federal Express)
        Bonnie G. Fatell, Esquire
        Miriam K. Harwood, Esquire  (via e-mail and Federal Express)
        Stanley T. Kaleczyc, Esquire  (via e-mail and Federal Express)
        Gary L. Kaplan, Esquire
        Denise Seastone Kraft, Esquire  (via e-mail and hand delivery)
        Dennis A. Meloro, Esquire  (via e-mail and hand delivery)
        Kathleen M. Miller (via e-mail and hand delivery)
        Jordanna L. Nadritch, Esquire
        Sherita M. Perry, Esquire
        Joseph D. Pizzurro, Esquire  (via e-mail and Federal Express)
        Steven J. Reisman, Esquire  (via e-mail and Federal Express)
        Peter B. Siroka, Esquire
        John V. Snellings (via e-mail and Federal Express)
        Bonnie Steingart