# TAB A

## CERTIFICATION PURSUANT TO DELAWARE LOCAL RULE 7.1.1

The undersigned counsel hereby certifies, pursuant to Delaware Local Rule 7.1.1, that Plaintiffs have made reasonable efforts to reach agreement on the matters set forth in the Motion, to no avail.

Dated: May 2, 2007

*Dale R. Dubé*
Dale R. Dubé (DE No. 2863)