# TAB B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP.<br>and LAW DEBENTURE TRUST COMPANY OF<br>NEW YORK,<br><br>        Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-1494-JJF<br>:<br>:<br>:<br>: |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>        Plaintiff,<br><br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT,<br><br>        Defendants. | :<br>:<br>:<br>:<br>: Civil Action No. 05-499-JJF<br>:<br>:<br>:<br>:<br>: |

## (PROPOSED) ORDER GRANTING MOTION

AND NOW, upon the Joint Motion (the "Motion") of Plaintiffs Magten Asset Management Corporation and the Law Debenture Trust Company of New York to Amend the Scheduling Order in these cases (D.I. 94 in Case 04-1494; and D.I. 121 in Case 05-499), and the arguments of the parties' counsel with respect thereto;

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Scheduling Order is hereby amended as follows:

    1.    Paragraph 3(a) of the Scheduling Order is amended to the extent necessary to permit Plaintiffs to complete the third party depositions of (i) American Appraisal Associates, (ii) Deloitte & Touch, (iii) Merle Lewis, and (iv) Eric Jacobsen, at the earliest practicable date

120087.01600/40168629v.1

not later than June 15, 2007; and

    2.    Paragraph 3(d) of the Scheduling Order is amended to permit the Plaintiffs to take a total of fourteen (14) depositions.

    SO ORDERED this ____ day of _____, 2007.

_____
Hon. Joseph J. Farnan, Jr.
United States District Court Judge