# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, )<br><br>Plaintiffs, )<br><br>v. )<br><br>NORTHWESTERN CORPORATION, )<br><br>Defendant. ) | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORP., )<br><br>Plaintiff, )<br><br>v. )<br><br>MIKE J. HANSON and ERNIE J. KINDT. )<br><br>Defendants. ) | Civil Action No. 05-499-JJF |

**NOTICE OF COMPLETION OF BRIEFING AND REQUEST FOR ORAL ARGUMENT**

Plaintiffs Magten Asset Management Corporation and the Law Debenture Trust Company of New York hereby provide notification that briefing was completed on May 2, 2007 on Plaintiffs' Emergency Motion Seeking Orders (a) Shortening the Briefing Schedule Under Local Rule 7.1.2 and Setting a Hearing Date before the Special Master; (b) Determining Privilege Status of Documents NorthWestern Seeks to Recall Under Claim of Inadvertent Production and Privilege; (c) Compelling NorthWestern to Produce Non-Privileged Documents; (d) Compelling NorthWestern to Produce Legible Versions of Documents Produced in Illegible Form; (e) Extending the Period for Completing Depositions; and (f) Assessing Fees and Costs Against NorthWestern (the "Motion") (D.I. 139 in Case 04-1494; and D.I. 175 in Case 05-499).

Additionally, Plaintiffs hereby request oral argument on the Motion pursuant to Local Rule 7.1.4.

Dated: Wilmington, Delaware
May 3, 2007

Respectfully submitted,

| | |
|---|---|
| **BLANK ROME LLP** | **SMITH, KATZENSTEIN & FURLOW, LLP** |
| /s/ Dale R. Dubé | /s/ Kathleen M. Miller |
| Dale R. Dubé (DE No. 2863) | Kathleen M. Miller (DE No. 2898) |
| David W. Carickhoff (DE No. 3715) | 800 Delaware Avenue, 7th Floor |
| 1201 Market Street, Suite 800 | P.O. Box 410 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| Telephone: (302) 425-6400 | Telephone: (302) 652-8400 |
| Facsimile: (302) 425-6464 | Facsimile: (302) 652-8405 |
| - and - | -and- |
| **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP** | **NIXON PEABODY LLP** |
| Bonnie Steingart | John V. Snellings |
| Gary L. Kaplan | Amanda Darwin |
| John W. Brewer | 100 Summer Street |
| One New York Plaza | Boston, MA 02110 |
| New York, NY 10004 | Telephone: (617) 345-1201 |
| Telephone: (212) 859-8000 | Facsimile: (866) 947-1732 |
| Facsimile: (212) 859-4000 | |
| Counsel for Magten Asset Management Corporation | Counsel for Law Debenture Trust Company of New York |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2007, I served by hand delivery and electronic filing the NOTICE OF COMPLETION OF BRIEFING AND REQUEST FOR ORAL ARGUMENT, using CM/ECF which will send notification of such filing(s) to the following:

### BY EMAIL AND HAND DELIVERY

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 3rd day of May, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

### BY EMAIL AND FEDERAL EXPRESS

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

Dale R. Dubé (No. 2863)

120087.01600/40168651v.1