## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2007, I served by hand delivery and electronic filing the Plaintiffs' Memorandum of Law in Opposition to Defendants' Joint Motion for a Protective Order, using CM/ECF which will send notification of such filing(s) to the following:

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 3rd day of May, 2007, I served the aforementioned document, by e-mail and First Class Mail, upon the following participants:

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

　　　　　　　　　　　　　　*/s/ David W. Carickhoff*
　　　　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　　David W. Carickhoff (DE No. 3715)

120087.01600/40168669v.1