# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-499-JJF |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM SERVICE LISTS

*PLEASE TAKE NOTICE* that the undersigned hereby withdraws his appearance from

the above-captioned cases as counsel for Magten Asset Management Corporation, and hereby

requests removal from all service lists.

Dated:  May 4, 2007

**BLANK ROME LLP**

Mark J. Packel (DE No. 4048)
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone:     (302) 425-6400
Facsimile:     (302) 425-6464

*Counsel for Magten Asset Management Corporation*

120087.01600/40168655v.1

## CERTIFICATE OF SERVICE

I, *Mark J. Packel*, certify that I am not less than 18 years of age, and that on  May 4, 2007,

I caused service of the *Notice of Withdrawal of Appearance and Request for Removal From*

*Service Lists* to be made on the parties listed on the attached service list in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

## BY EMAIL AND HAND DELIVERY

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

## BY EMAIL AND FEDERAL EXPRESS

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

John V. Snellings, Esquire
Amanda Darwin, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

Mark J. Packel (DE No. 4048)