## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on the 4th day of May, 2007, I caused true and correct copies of **Defendants Michael J. Hanson and Ernie J. Kindt's Opposition to Magten Asset Management Corporation's Motion for Protective Order With Respect to the Deposition of Talton R. Embry** to be served on the parties below in the manner indicated:

| **VIA HAND DELIVERY & E-MAIL** | **VIA U.S. FIRST CLASS MAIL & E-MAIL** |
|---|---|
| Dale R. Dubé, Esquire<br>Mark J. Packel, Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Bonnie Steingart, Esquire<br>Gary Kaplan, Esquire<br>John W. Brewer, Esquire<br>Fried, Frank, Harris, Shriver & Jacobsen, LLP<br>One New York Plaza<br>New York, NY 10004 |

/s/ Denise Seastone Kraft
Denise Seastone Kraft (No. 2778)