# EXHIBIT 1

**From:** Kristi Aaby [mailto:Kristia@bkbh.com]
**Sent:** Thursday, April 19, 2007 2:02 PM
**To:** jpizzurro@cm-p.com; | Davis Polk: Glazer, Dennis; paul.spagnoletti@dpw.com; DKraft@eapdlaw.com; Steingart, Bonnie; Brewer, John W.; Kaplan, Gary; counihanv@gtlaw.com; melorod@gtlaw.com; landis@lrclaw.com; cmiller@mnat.com; jsnellings@nixonpeabody.com; jessaustin@paulhastings.com; karoldenniston@paulhastings.com; bamini@samlegal.com; daj@skfdelaware.com; kmm@skfdelaware.com
**Cc:** KIM Beatty; STAN Kaleczyc
**Subject:** Magten vs. Hanson and Kindt, et al.

Attached please find a letter of this date.


Kristi Aaby
Legal Assistant
Browning, Kaleczyc, Berry & Hoven, P.C.
139 N. Last Chance Gulch
P.O. Box 1697
Helena, MT 59624

Phone: (406) 443-6820
Fax: (406) 443-6883

email: kristia@bkbh.com
web site: www.bkbh.com
--------------------------------------------------------------------------------
DO NOT read, copy, or disseminate this communication unless
you are the intended addressee. This e-mail communication
contains confidential and/or privileged information intended only
for the addressee. If you have received this communication in
error, please call us (collect) immediately at (406) 443-6820 and
ask to speak to the sender of the communication. Also, please
e-mail the sender and notify the sender immediately that you
have received the communication in error.
--------------------------------------------------------------------------------

# EXHIBIT 2

**From:** Kristi Aaby [mailto:Kristia@bkbh.com]
**Sent:** Friday, April 20, 2007 12:04 PM
**To:** jpizzurro@cm-p.com; | Davis Polk: Glazer, Dennis; paul.spagnoletti@dpw.com; DKraft@eapdlaw.com;
Steingart, Bonnie; Brewer, John W.; Kaplan, Gary; counihanv@gtlaw.com; melorod@gtlaw.com;
landis@lrclaw.com; cmiller@mnat.com; jsnellings@nixonpeabody.com; bamini@samlegal.com;
daj@skfdelaware.com; kmm@skfdelaware.com
**Cc:** KIM Beatty; STAN Kaleczyc
**Subject:** Magten vs. Hanson and Kindt, et al.

Attached please find the letter of this date.


Kristi Aaby
Legal Assistant
Browning, Kaleczyc, Berry & Hoven, P.C.
139 N. Last Chance Gulch
P.O. Box 1697
Helena, MT 59624

Phone:  (406) 443-6820
Fax:  (406) 443-6883

email: kristia@bkbh.com
web site: www.bkbh.com
--------------------------------------------------------------------------------
DO NOT read, copy, or disseminate this communication unless
you are the intended addressee. This e-mail communication
contains confidential and/or privileged information intended only
for the addressee. If you have received this communication in
error, please call us (collect) immediately at (406) 443-6820 and
ask to speak to the sender of the communication. Also, please
e-mail the sender and notify the sender immediately that you
have received the communication in error.
--------------------------------------------------------------------------------

# EXHIBIT 3

**From:** Kraft, Denise [mailto:DKraft@eapdlaw.com]
**Sent:** Wednesday, April 11, 2007 9:07 PM
**To:** Dube@blankrome.com; bamini@samlegal.com; kim@bkbh.com; counihanv@gtlaw.com; adarwin@nixonpeabody.com; ndelaney@cm-p.com; mharwood@cm-p.com; daj@skfdelaware.com; stan@bkbh.com; melorod@gtlaw.com; kmm@skfdelaware.com; jpizzurro@cm-p.com; sreisman@cm-p.com; asarnet@samlegal.com; bsilverman@samlegal.com; jsnellings@nixonpeabody.com; Brewer, John W.; Carickhoff@blankrome.com; | Blank Rome: Fatell, Bonnie; Kaplan, Gary; Nadritch, Jordanna; Slusser, Lauren; Steingart, Bonnie
**Subject:**

Attached please find the deposition notice of Talton Embry. The deposition is scheduled for April 23.

Boston, Ft. Lauderdale, Hartford, New York, Providence, Short Hills, Stamford, West Palm Beach, Wilmington, London (Representative office)

Disclosure Under IRS Circular 230: Edwards Angell Palmer & Dodge LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE
This e-mail message from Edwards Angell Palmer & Dodge LLP is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MIKE J. HANSON and ERNIE J. KINDT <br><br> Defendants. | Civil Action No. 05-499-JJF |

## NOTICE OF DEPOSITION OF TALTON EMBRY

TO:   **TALTON EMBRY, and his attorneys, Bonnie Steingart and John W. Brewer with FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, One New York Plaza, NY 10004-1980 and Dale R. Dubé and Bonnie Glanz Fatell with BLANK ROME LLP, 1201 Market Street, Suite 800, Wilmington , DE 19801.**

PLEASE TAKE NOTICE that Defendants, Mike J. Hanson and Ernie J. Kindt, through their attorneys, Browning, Kaleczyc, Berry & Hoven, P.C. and Edwards Angell Palmer & Dodge, LLP, will take the deposition of **TALTON EMBRY,** beginning at **9:30 a.m.,** Eastern Time on April 23, 2007 at the offices of **Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178-0061.** The deposition will be taken before a court reporter authorized to administer oaths and videographer. The examination will continue from day to day until completed. You are invited to attend and examine the deponent.

DATED April 11, 2007

Edwards Angell Palmer & Dodge, LLP


/s/ Denise Seastone Kraft
Denise Seastone Kraft (No. 2778)
919 North Market Street
Wilmington, DE 19801
Telephone: (302) 425-7106

and

Stanley T. Kaleczyc
Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59624
Counsel to Michael J. Hanson and Ernie J.
Kindt

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on the 11th day of April, 2007, I caused true and correct copies of the Notice of Deposition of Talton Embry to be served upon the counsel listed below in the manner indicated:

**VIA E-MAIL**

Dale R. Dubé, Esquire
Mark J. Packel, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA E-MAIL**

Bonnie Steingart, Esquire
Gary Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY 10004

*/s/ Denise Seastone Kraft*
Denise Seastone Kraft (No. 2778)

# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | : |
| Plaintiff, | :     Civil Action No. 05-499-JJF |
| v. | : |
| MIKE J. HANSON and ERNIE J. KINDT | : |
| Defendants. | : |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 11th day of April, 2007, the undersigned counsel for Defendants, Michael J. Hanson and Ernie J. Kindt caused copies of the Notice of Deposition of Talton Embry to be served upon the counsel listed below in the manner indicated:

**VIA E-MAIL**

Dale R. Dubé, Esquire
Mark J. Packel, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA MAIL**

Bonnie Steingart, Esquire
Gary Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY 10004

_/s/ Denise Seastone Kraft_

Denise Seastone Kraft (No. 2778)

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on the 11th day of April, 2007, I caused true and correct copies of the Notice of Deposition of Talton Embry to be served upon the counsel listed below in the manner indicated:

### VIA E-MAIL

Dale R. Dubé, Esquire
Mark J. Packel, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

### VIA E-MAIL

Bonnie Steingart, Esquire
Gary Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY 10004


_/s/ Denise Seastone Kraft_

Denise Seastone Kraft (No. 2778)

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:                          )
                                )
ELECTRONIC CASE FILING          )
POLICIES AND PROCEDURES         )
                                )

### O R D E R

Effective March 1, 2005, all documents submitted for filing in both new and pending civil and criminal cases, except those documents specifically exempted, shall be filed either electronically using the Federal Judiciary's case management and electronic filing system known as CM/ECF, or on a properly labeled 3.5" floppy or compact disk. CM/ECF permits electronic filing, signing and verification of pleadings and other papers with the Clerk of Court through the Court's public web site, allows parties to use the Court's transmission facilities to make service when appropriate, and authorizes the Clerk of Court to serve notice of orders and judgments electronically.

At Wilmington this 8th day of February, 2005,

IT IS ORDERED THAT:

1.    The Court adopts the attached <u>Administrative Procedures Governing Filing and Service by Electronic Means</u> and directs that

they be applied and interpreted in connection with the Court's
CM/ECF User's Manual.

2.    The Clerk of Court may amend the CM/ECF User's Manual
from time to time as appropriate, and shall make copies of this
Order and the User's Manual available to the bar and public in the
Clerk's Office and on the Court's public web site.

_____
Chief Judge

_____
Judge

_____
Judge

_____
Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

*REVISED* **ADMINISTRATIVE PROCEDURES GOVERNING**
**FILING AND SERVICE BY ELECTRONIC MEANS**

**ELECTRONIC FILING and PDF**

Electronic Filing is the process of uploading a document from a user's computer, utilizing the Court's Internet-based Case Management and Electronic Case Filing (CM/ECF) system, to file the document in the Court's case file. CM/ECF accepts documents in a portable document format (PDF).

Electronically converted PDF's are created from word processing documents (MS Word, WordPerfect, etc) using Adobe Acrobat or similar software. They are text searchable and their file size is small. Scanned PDF's are created from paper documents run through an optical scanner. Scanned PDF's are not searchable and have a large file size.

***PDF documents filed electronically shall not exceed 4 megabytes in size.***

---

**ADMINISTRATIVE PROCEDURES**

**(A)    General Information**

(1)    **Effective March 1, 2005, all documents submitted for filing in both new and pending civil and criminal cases,** except those documents specifically exempted in subsection (G) of these procedures, shall be filed either electronically using CM/ECF or on a properly labeled 3.5" floppy or compact disk in PDF so that the document can be added to the electronic case file.

(2)    The official Court record in CM/ECF cases shall be the electronic file maintained on the Court's servers, together with any paper attachments and exhibits filed in accordance with these procedures.

(3)    In instances where the Local Rules or Scheduling Orders provide for the filing of an additional copy, a courtesy paper copy of an electronically filed document shall be delivered to the Clerk's Office by the next business day. Motions for admission *pro hac vice* shall not require a courtesy paper copy.

(4)    The Clerk's Office may discard the PDF disk after it has been uploaded to CM/ECF.

---

(5) All documents filed by electronic means must comply with technical standards, if any, established by the Judicial Conference of the United States or by this Court.

**(B) Registration**

(1) All users of CM/ECF must register with the Court to receive a log-in and password. Registration information is available on the Court's web page at www.ded.uscourts.gov.

(2) Attorneys admitted to the bar of this Court, including those authorized to represent the United States, shall register as users of CM/ECF prior to filing any pleadings. Prior to registration, attorneys must attend a training session sponsored by the Court. Registration shall continue to be effective provided the user remains a bar member in good standing.

(3) An attorney retained in a criminal case who is not admitted to the bar of this Court shall register as a user of CM/ECF solely for purposes of the criminal action. Registration requires identification of the case as well as the name, address, telephone number and Internet e-mail address of the attorney. Familiarity with Delaware's CM/ECF practices and procedures will be required.

(4) Upon approval of the judge, a party to a case who is not represented by an attorney may register as a user of CM/ECF solely for purposes of the action. Registration requires completion of a court-provided training course, identification of the case as well as the name, address, telephone number and Internet e-mail address of the party. If, during the course of the case, the party retains an attorney who appears on the party's behalf, the attorney must advise the Clerk of Court to terminate the party's registration as a user upon the attorney's appearance.

(5) A user registered in CM/ECF shall not allow another person to file a document using his or her log-in and password, except as an authorized agent of the user. Use of a user's log-in and password by an authorized agent shall be deemed to be the act of the user. Attorneys who are not admitted to the bar of this Court or admitted solely pro hac vice shall not be considered authorized agents.

(6) Registration constitutes consent to service of all documents by electronic means as provided in these procedures.

**(C) Filing and Service of Civil Case Opening Documents**

(1) Civil case opening documents, such as a complaint, petition, or notice of removal, together with a summons, civil cover sheet and any applicable Rule 7.1 disclosure, shall be filed both in paper format and on a properly labeled 3.5" floppy or compact disk in PDF, so that the documents can be added to CM/ECF.

(2)    The Clerk's Office will return to counsel for the plaintiff a signed and sealed summons for service of process. A party may not electronically serve a civil complaint, but shall effect service in the manner consistent with Fed.R.Civ.P.4.

**(D)    Electronic Filing**

(1)    Electronic transmission of a document to CM/ECF, together with the transmission of a Notice of Electronic Filing (NEF) from the Court, constitutes filing of the document for all purposes of the Federal Rules of Civil Procedure and constitutes entry of the document on the docket maintained by the Clerk pursuant to Fed.R.Civ.P.58, Fed.R.Civ.P.79 and Fed.R.Crim.P.55.

(2)    Before filing a scanned document with the Court, a user must verify its legibility.

(3)    A document filed electronically shall be deemed filed at the time and date stated on the NEF received from the Court.

(4)    All pleadings filed electronically shall be titled in accordance with the approved dictionary of civil or criminal events listed in CM/ECF.

**(E)    Service of Electronically Filed Documents**

(1)    Whenever a pleading or other document is filed electronically, CM/ECF will automatically generate and send a NEF to the user and to all other attorneys or parties of record who are registered as users in CM/ECF. The user(s) shall retain a paper or digital copy of the NEF, which shall serve as the Court's datestamp and proof of filing.

(2)    Transmission of the NEF shall constitute service of the filed document and shall be deemed to satisfy the requirements of Fed.R.Civ.P.5(b)(2)(D), Fed.R.Civ.P.77(d) and Fed.R.Crim.P.49(b).

(3)    Attorneys who have not yet registered as users with CM/ECF, as well as pro se litigants not registered with CM/ECF, shall be served a paper copy of any electronically filed pleading or other document in accordance with the provisions of Fed.R.Civ.P.5.

(4)    *In cases involving pro se parties, all documents filed using CM/ECF shall include a certificate of service identifying the manner in which the service on each party was accomplished. A sample certificate of service form is attached as Form A.*

(5)    *In cases in which all parties and/or counsel are registered as users with CM/ECF, the NEF shall serve as the certificate of service of the filed document, and a separate certificate of service shall not be filed.*

(6)     Service by electronic means shall be treated the same as service by mail for the purpose of adding three (3) days to the prescribed period to respond.

## (F)    Deadlines

Filing documents electronically does not in any way alter any filing deadlines. All electronic transmissions of documents must be completed prior to midnight, Eastern Time, in order to be considered timely filed that day. Where a specific time of day deadline is set by Court order or stipulation, the electronic filing must be completed by that time.

## (G)    Special Filing Requirements and Exceptions

(1)     Documents ordered to be placed under seal must be filed in hard copy in the traditional manner, rather than electronically. However, for civil cases, redacted versions of the sealed documents shall be filed electronically within 5 business days of the filing of the sealed document. **Unless otherwise ordered, courtesy copies of redacted versions of sealed documents shall not be filed.** A motion to file documents under seal may be filed electronically unless prohibited by law. The order of the Court authorizing the filing of documents under seal may be filed electronically unless prohibited by law. A paper copy of the order must be attached to the documents under seal and be delivered to the Clerk of Court.

(2)     The following documents **shall be filed only on paper**:

(a)     Administrative records in social security cases and in other administrative review proceedings;

(b)     The State Court record and other Rule 5 materials in habeas corpus cases filed in 28 U.S.C. §2254 proceedings;

(c)     *Documents exceeding 4 megabytes;*

(d)     *Medical records (shall be filed under seal with no redacted version);*

(e)     Initial papers of a criminal nature such as the indictment, information, criminal complaint, application for search warrant, as well as any superseding indictment or information.

(3)     The following documents **may be scanned by counsel** and filed using CM/ECF, **or filed on paper**:

(a)     Rule 4 executed service of process documents; and

(b)     Attachments to filings (See subsection (J)).

(4)     A notice of appeal may be filed using CM/ECF. The applicable filing fee must be remitted to the Clerk's Office within 24 hours (excluding weekends, holidays, and days the Court is closed) of filing the notice of appeal. *As an alternative, counsel*

*may elect to pay the filing fee by credit card using CM/ECF.* A motion for leave to proceed in forma pauperis may be filed using CM/ECF at the time that the notice of appeal is filed.

(5)     An attorney may apply to the Court for permission to file paper documents.

## (H)     Signature

(1)     Attorneys

The user log-in and password required to submit documents to CM/ECF shall serve as that user's signature for purposes of Fed.R.Civ.P.11 and for all other purposes under the Federal Rules of Civil Procedure and the Local Rules of this Court. All electronically filed documents must include a signature block and must set forth the attorney's name, address, telephone number and e-mail address. The name of the CM/ECF user under whose log-in and password the document is submitted must be preceded by a "/s/" and typed in the space where the signature would otherwise appear.

(2)     Multiple Signatures

The filer of any document requiring more than one signature (e.g., stipulations, joint status reports) must list thereon all the names of other signatories by means of a "/s/"____ block for each. By submitting such a document, the filing attorney certifies that each of the other signatories has expressly agreed to the form and substance of the document and that the filing attorney has their actual authority to submit the document electronically. The filing attorney shall retain any records evidencing this concurrence for future production, if necessary, until two (2) years after the expiration of the time for filing a timely appeal. A non-filing signatory or party who disputes the authenticity of an electronically filed document containing multiple signatures must file an objection to the document within ten days of the date on the NEF.

(3)     Affidavits

Affidavits shall be filed electronically; however, the electronically filed version must contain a "/s/____" block indicating that the paper document bears an original signature. By submitting such a document, the filing attorney certifies that each of the other signatories has expressly agreed to the form and substance of the document and that the filing attorney has their actual authority to submit the document electronically. The filing attorney shall retain the original for future production, if necessary, for two (2) years after the expiration of the time for filing a timely appeal.

**(I)    Privacy**

To address the privacy concerns created by Internet access to Court documents, unless otherwise ordered by the Court, certain personal data identifiers in pleadings and other papers shall be redacted as follows:

(1)    Names of minor children - only initials shall be used;

(2)    Social security numbers - only the last four digits shall be used;

(3)    Dates of birth - only the year shall be used;

(4)    Financial account numbers - only the last four digits shall be used;

(5)    Home addresses - only the city and state shall be used in criminal cases.

A sealed and otherwise identical document containing the un-redacted personal data identifiers may be filed in paper format along with the required redacted document. The sealed document will be retained by the Court as a part of the record.

**NOTE:** It is not the responsibility of the Clerk's Office to review each document to determine if pleadings have been modified and are in the proper form. The responsibility for redacting personal identifiers rests solely with counsel and the parties.

Caution shall also be exercised when filing documents that contain the following:

- Personal identifying numbers, such as driver's license numbers;
- Medical records, treatment and diagnosis *(shall be filed under seal with no redacted version)*;
- Employment history;
- Individual financial information;
- Proprietary or trade secret information;
- Information regarding cooperation with the government;
- Victim information; and
- National security information.

**(J)    Attachments to Filings and Exhibits (other than hearing and trial exhibits)**

(1)    Attachments to filings and exhibits must be filed in accordance with the Court's CM/ECF User Manual, unless otherwise ordered by the Court.

(2)    Users shall not attach as an exhibit any pleading or other paper already on file with the Court in that case, but shall merely refer to that document by file date and docket item number when applicable.

(3)    Attachments and exhibits larger than *4 megabytes* may be filed electronically in separate *4 megabyte* segments or may be bound and submitted in conventional format. The filing party must serve copies on all other parties in the manner in which the documents were filed with the Court.

**(K)    Orders and Judgments**

(1)    Proposed orders may be submitted electronically in PDF. All proposed orders must be either attached as an exhibit to a motion or stipulation, or contained within the body of a stipulation.

(2)    A judge or deputy clerk, if appropriate, may grant routine orders by a text-only entry upon the docket. In such instances, no PDF document will be issued; the text-only entry shall constitute the Court's only order on the matter and counsel will receive a system-generated NEF.

(3)    All orders, decrees, judgments, and proceedings of the Court filed electronically will constitute entry on the docket kept by the Clerk under Fed.R.Civ.P. 58 and 79.

**(L)    Facsimile Transmissions**

No pleadings or other documents shall be submitted to the Court for filing by facsimile transmission without prior leave of Court.

**(M)    Technical Failures**

A user whose filing is made untimely as the result of a technical failure may seek appropriate relief from the Court.

**(N)    Pro Se Litigation**

A party to a case who is not represented by an attorney may file and serve all pleadings and other documents on paper. Upon approval of the judge, a pro se party may register as a user of CM/ECF in accordance with subsection (B) of these procedures.

**(O)    Access to Electronically Stored Documents**

A person may review at the Clerk's Office filings that have not been sealed by the Court. A person also may access CM/ECF at the Court's Internet site, www.ded.uscourts.gov, by obtaining a PACER log-in and password. A person who has PACER access may retrieve docket sheets and documents. Only a user under subsection (B) of these procedures may file documents.

# Form A

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on    , I electronically filed    with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:    . I hereby certify that on    ,I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

/s/Name of Attorney
Law Firm Name & Address
Law Firm Phone Number
Attorney's E-mail Address