## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>            Plaintiffs,<br><br>        v.<br><br>NORTHWESTERN CORPORATION,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>C.A. No. 04-1494-JJF<br>(RE: D.I. 154) |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>           Plaintiff,<br><br>        v.<br><br>MIKE J. HANSON and ERNIE J. KINDT.<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 05-499-JJF<br>RE: D.I. 188) |

## NOTICE OF COMPLETION OF BRIEFING AND REQUEST FOR ORAL ARGUMENT

Plaintiff Magten Asset Management Corporation hereby provides notification that briefing was completed on May 11, 2007 on the Motion of Magten Asset Management Corporation for a Protective Order with Respect to the Deposition of Talton R. Embry (the "Motion").

Additionally, Plaintiff hereby requests oral argument on the Motion, pursuant to Local Rule 7.1.4.

Dated:  Wilmington, Delaware
May 11, 2007

Respectfully submitted,

**BLANK ROME LLP**

*Dale R. Dubé*

Dale R. Dubé (DE No. 2863)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464

- and -

**FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP**
Bonnie Steingart
Gary L. Kaplan
John W. Brewer
One New York Plaza
New York, NY 10004
Telephone:  (212) 859-8000
Facsimile:  (212) 859-4000

Counsel for Magten Asset Management
Corporation

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2007, I served by hand delivery and

electronic filing the NOTICE OF COMPLETION OF BRIEFING AND REQUEST FOR ORAL

ARGUMENT, using CM/ECF which will send notification of such filing(s) to the following:

## BY EMAIL AND HAND DELIVERY

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 11th day of May, 2007, I served the aforementioned document,

by e-mail and Federal Express, upon the following participants:

## BY EMAIL AND FEDERAL EXPRESS

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110-1832

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

Dale R. Dubé (No. 2863)

120087.01600/40168900v.1