# TAB  1

**DOCUMENTS ON NORTHWESTERN'S PRIVILEGE LOG THAT
HAVE BEEN ADMITTEDLY DISCLOSED TO THE SEC AND THE
CLAIMED BASIS OF PRIVILEGE**

| Privilege Log No. | Privilege Type |
|---|---|
| 1 | ACP |
| 2 | ACP |
| 6 | ACP |
| 15 | ACP |
| 16 | ACP |
| 71 | ACP |
| 84 | ACP |
| 91 | ACP |
| 92 | ACP |
| 100 | ACP/AWP |
| 108 | ACP |
| 142 | ACP |
| 143 | ACP |
| 146 | ACP |
| 147 | ACP |
| 149 | ACP |
| 150 | ACP |
| 151 | ACP |
| 160 | ACP |
| 161 | ACP |
| 162 | ACP |
| 164 | ACP |
| 166 | ACP |
| 171 | ACP |
| 173 | ACP |
| 174 | ACP |
| 177 | ACP |
| 178 | ACP |
| 180 | ACP |
| 181 | ACP |
| 183 | ACP |
| 184 | ACP |
| 187 | ACP |
| 188 | ACP |
| 191 | ACP |
| 193 | ACP |
| 194 | ACP |
| 195 | ACP |
| 196 | ACP |
| 197 | ACP |
| 204 | ACP |
| 205 | ACP |
| 206 | ACP |
| 209 | ACP |
| 212 | ACP |
| 218 | ACP |
| 219 | ACP |

| Privilege Log No. | Privilege Type |
|---|---|
| 220 | ACP |
| 221 | ACP |
| 225 | ACP |
| 227 | ACP |
| 231 | ACP |
| 243 | ACP |
| 244 | ACP |
| 272 | ACP |
| 273 | ACP |
| 275 | ACP |
| 279 | ACP |
| 293 | ACP |
| 295 | ACP |
| 296 | ACP |
| 297 | ACP |
| 299 | ACP |
| 300 | ACP |
| 301 | ACP |
| 322 | ACP |
| 323 | ACP |
| 331 | ACP |
| 344 | ACP |
| 346 | ACP |
| 347 | ACP |
| 348 | ACP |
| 350 | ACP |
| 351 | ACP |
| 352 | ACP |
| 353 | ACP |
| 362 | ACP |
| 364 | ACP |
| 367 | ACP |
| 368 | ACP |
| 369 | ACP |
| 370 | ACP |
| 373 | ACP |
| 376 | ACP |
| 382 | ACP |
| 384 | ACP |
| 388 | ACP |
| 389 | ACP |
| 392 | ACP |
| 395 | ACP |
| 396 | ACP |
| 397 | ACP |
| 401 | ACP |
| 402 | ACP |
| 403 | ACP/AWP |
| 406 | ACP |
| 407 | ACP |
| 408 | ACP |

| Privilege Log No. | Privilege Type |
|---|---|
| 409 | ACP |
| 411 | ACP |
| 412 | ACP |
| 413 | ACP |
| 414 | ACP |
| 415 | ACP |
| 417 | ACP |
| 418 | ACP |
| 419 | ACP |
| 420 | ACP |
| 421 | ACP |
| 422 | ACP |
| 423 | ACP |
| 424 | ACP |
| 426 | ACP |
| 430 | ACP |
| 431 | ACP |
| 432 | ACP |
| 434 | ACP |
| 435 | ACP |
| 436 | ACP |
| 437 | ACP |
| 438 | ACP |
| 439 | ACP |
| 440 | ACP |
| 441 | ACP |
| 442 | ACP |
| 443 | ACP |
| 444 | ACP |
| 453 | ACP |
| 454 | ACP |
| 455 | ACP |
| 457 | ACP |
| 458 | ACP |
| 459 | ACP |
| 463 | ACP |
| 464 | ACP |
| 465 | ACP |
| 466 | ACP |
| 467 | ACP |
| 478 | ACP |
| 485 | ACP |
| 487 | ACP |
| 488 | ACP |
| 489 | ACP |
| 490 | ACP |
| 491 | ACP |
| 492 | ACP |
| 493 | ACP |
| 494 | ACP |
| 495 | ACP |

| Privilege Log No. | Privilege Type |
|---|---|
| 497 | ACP/AWP |
| 498 | ACP |
| 499 | ACP |
| 500 | ACP |
| 502 | ACP |
| 505 | ACP |
| 510 | ACP |
| 511 | ACP |
| 529 | ACP/AWP |
| 530 | ACP |
| 531 | ACP |
| 532 | ACP |
| 533 | ACP |
| 534 | ACP |
| 535 | ACP |
| 536 | ACP |
| 537 | ACP |
| 538 | ACP/AWP |
| 539 | ACP |
| 540 | ACP |
| 541 | ACP |
| 542 | ACP |
| 543 | ACP |
| 544 | ACP |
| 545 | ACP/AWP |
| 546 | ACP |
| 547 | ACP |
| 550 | ACP |
| 551 | ACP/AWP |
| 558 | ACP |
| 563 | ACP |
| 564 | ACP |
| 565 | ACP |
| 573 | ACP |
| 575 | ACP |
| 579 | ACP |
| 595 | ACP |
| 596 | ACP |
| 600 | ACP/AWP |
| 610 | ACP |
| 614 | ACP |
| 615 | ACP |
| 619 | ACP |
| 620 | ACP |
| 624 | ACP |
| 626 | ACP |
| 628 | ACP |
| 633 | ACP |
| 645 | ACP |
| 648 | ACP |
| 650 | ACP |

| Privilege Log No. | Privilege Type |
|---|---|
| 651 | ACP |
| 652 | ACP |
| 661 | ACP |
| 688 | ACP |
| 692 | ACP |
| 696 | ACP |
| 697 | ACP |
| 725 | ACP/AWP |
| 729 | ACP/AWP |
| 743 | ACP |
| 744 | ACP/AWP |
| 748 | ACP |
| 758 | ACP/AWP |
| 761 | ACP |
| 763 | ACP |
| 770 | ACP/AWP |
| 782 | ACP/AWP |
| 794 | ACP/AWP |
| 795 | ACP/AWP |
| 800 | ACP |
| 802 | ACP |
| 807 | ACP |
| 1497 | ACP/AWP |
| 1498 | ACP/AWP |
| 1499 | ACP/AWP |
| 1500 | ACP/AWP |
| 1501 | ACP/AWP |
| 1502 | ACP/AWP |
| 1503 | ACP/AWP |
| 1504 | ACP/AWP |
| 1505 | ACP/AWP |
| 1506 | ACP/AWP |
| 1507 | ACP/AWP |
| 1508 | ACP/AWP |
| 1509 | ACP/AWP |
| 1510 | ACP/AWP |
| 1626 | ACP |
| 1627 | ACP |
| 1628 | ACP |
| 1629 | ACP |
| 1630 | ACP |
| 1631 | ACP |
| 1632 | ACP |
| 1633 | ACP |
| 1634 | ACP |
| 1635 | ACP |
| 1636 | ACP |
| 1637 | ACP |
| 1638 | ACP |
| 1639 | ACP |
| 1640 | ACP |

| Privilege Log No. | Privilege Type |
|---|---|
| 1641 | ACP |
| 1642 | ACP |
| 1643 | ACP |
| 1644 | ACP |
| 1645 | ACP |
| 1646 | ACP |
| 1647 | ACP |
| 1648 | ACP |
| 1649 | ACP |
| 1650 | ACP |
| 1651 | ACP |
| 1652 | ACP |
| 1653 | ACP |
| 1654 | ACP |
| 1655 | ACP |
| 1656 | ACP |
| 1657 | ACP |
| 1658 | ACP |
| 1659 | ACP |
| 1660 | ACP |
| 1661 | ACP |
| 1662 | ACP |
| 1663 | ACP/AWP |
| 1664 | ACP/AWP |
| 1665 | ACP/AWP |
| 1666 | ACP |
| 1667 | ACP/AWP |
| 1668 | ACP/AWP |
| 1669 | ACP/AWP |
| 1670 | ACP/AWP |
| 1671 | ACP/AWP |
| 1672 | ACP/AWP |
| 1673 | ACP/AWP |
| 1674 | ACP |
| 1675 | ACP/AWP |
| 1676 | ACP |
| 1677 | ACP |
| 1678 | ACP/AWP |
| 1679 | ACP/AWP |
| 1680 | ACP/AWP |
| 1681 | ACP/AWP |
| 1682 | ACP/AWP |
| 1683 | ACP/AWP |
| 1684 | ACP/AWP |
| 1685 | ACP/AWP |
| 1686 | ACP/AWP |
| 1687 | ACP/AWP |
| 1688 | ACP/AWP |
| 1689 | ACP/AWP |
| 1690 | ACP/AWP |
| 1691 | ACP/AWP |

| Privilege Log No. | Privilege Type |
| --- | --- |
| 1692 | ACP/AWP |
| 1693 | ACP/AWP |
| 1694 | ACP/AWP |
| 1695 | ACP/AWP |
| 1696 | ACP |
| 1697 | ACP |
| 1698 | ACP |
| 1699 | ACP |
| 1700 | ACP |
| 1701 | ACP |
| 1702 | ACP |
| 1703 | ACP |
| 1704 | ACP/AWP |
| 1705 | ACP/AWP |
| 1706 | ACP/AWP |
| 1708 | ACP |
| 1709 | ACP |
| 1711 | ACP |
| 1712 | ACP |
| 1713 | ACP |
| 1714 | ACP |
| 1715 | ACP |
| 1716 | ACP |
| 1717 | ACP |
| 1718 | ACP |
| 1719 | ACP |
| 1720 | ACP |
| 1721 | ACP |
| 1722 | ACP |
| 1723 | ACP |
| 1724 | ACP |
| 1725 | ACP |
| 1726 | ACP |
| 1727 | ACP |
| 1728 | ACP |
| 1729 | ACP |
| 1730 | ACP |
| 1731 | ACP |
| 1733 | ACP |
| 1734 | ACP |
| 1735 | ACP |
| 1736 | ACP/AWP |
| 1737 | ACP |
| 1738 | ACP |
| 1739 | ACP |
| 1740 | ACP/AWP |
| 1741 | ACP/AWP |
| 1742 | ACP/AWP |