IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | Civil Action No. 05-499-JJF |

**APPENDIX OF AUTHORITIES IN SUPPORT OF SUPPLEMENTAL
SUBMISSION OF MAGTEN AND LAW DEBENTURE
CONCERNING PRIVILEGE AND WORK PRODUCT WAIVER**

Dale R. Dubé (DE No. 2863)
David W. Carickhoff (DE No. 3715)
**BLANK ROME LLP**
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

Bonnie Steingart
Gary L. Kaplan
John W. Brewer
**FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP**
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

*Counsel for Magten Asset Management
Corporation*

Kathleen M. Miller (DE No. 2898)
**SMITH, KATZENSTEIN & FURLOW, LLP**
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405

John V. Snellings
Amanda Darwin
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1201
Facsimile: (866) 947-1732

*Counsel for Law Debenture Trust
Company of New York*

DATED: May 25, 2007

MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST
COMPANY OF NEW YORK v. NORTHWESTERN CORPORATION

MAGTEN ASSET MANAGEMENT CORPORATION v.
MICHAEL J. HANSON and ERNIE J. KINDT

SUPPLEMENTAL SUBMISSION OF MAGTEN AND LAW DEBENTURE
CONCERNING PRIVILEGE AND WORK PRODUCT WAIVER

## APPENDIX OF AUTHORITIES

**NAME**                                                                              **TAB**

**Statutes and Rules**

Delaware Uniform Rule of Evidence 510 ............................................................................. 1

Montana Rule of Evidence 503 ............................................................................................ 2

South Dakota Codified Laws § 19-13-26 ............................................................................ 3

**Cases**

*Barnes v. Montana Milk Express, Inc.*, 2003 Mont. Dist. LEXIS 2625 (Dist. Ct. Gallatin
Co. Apr. 29, 2003) .................................................................................................................. 4

*Chem-Age Industries, Inc. v. Dahl*, 652 N.W.2d 756 (S.D. 2002) ...................................... 5

*Coregis Ins. Co. v. Law Offices of Carole F. Kafrissen, P.C.*, 57 Fed. Appx. 58 (3d Cir.
2003) ....................................................................................................................................... 6

*Dion v. Nationwide Mutual Insurance Co.*, 185 F.R.D. 288 (D. Mont. 1998) ................... 7

*Pacificorp v. Department of Revenue*, 838 P.2d 914 (Mont. 1992) .................................... 8

*In re: Qwest Communications International Inc.*, 450 F.3d 1179 (10th Cir. 2006) .......... 9

*Railroad Salvage of Conn., Inc. v. Japan Freight Consolidators (U.S.A.) Inc.*, 97 F.R.D.
37 (E.D.N.Y. 1983) .............................................................................................................. 10

*Remington Arms Co. v. Liberty Mutual Insurance Co.*, 142 F.R.D. 408 (D. Del. 1992) .............. 11

*In re: Rules of Professional Conduct*, 2 P.3d 806 (Mont. 2000) ....................................... 12

*Saito v. McKesson HBOC, Inc.*, 2002 Del. Ch. LEXIS 125 (Del. Ch. Oct. 25, 2002) ................. 13

*State v. Catch the Bear*, 352 N.W.2d 640 (S.D. 1984) ................. 14

*State v. Clifford*, 2004 Mont. Dist. LEXIS 3556 (Dist. Ct. Lewis & Clark Co. Aug. 25, 2004) ................. 15

*State v. Guthrie*, 627 N.W.2d 401 (S.D. 2001) ................. 16

*State v. Karlen*, 589 N.W.2d 594 (S.D. 1999) ................. 17

*State v. Statczar*, 743 P.2d 606 (Mont. 1987) ................. 18

*Statler v. Buffalo-Bodega Complex, Inc.*, No. 06-5003 (D.S.D. Nov. 6, 2006) (order on motions to compel) ................. 19

*United Coal Cos. v. Powell Construction Co.*, 839 F.2d 958 (3d Cir. 1988) ................. 20

*United States v. Mass. Institute of Technology*, 129 F.3d 681 (1st Cir. 1997) ................. 21

*Westinghouse Electric Corp. v. Republic of Philippines*, 951 F.2d 1414 (3d Cir. 1992) ................. 22

**Other Authorities**

Restatement (Third) of the Law Governing Lawyers § 79 ................. 23

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2007, I served by hand delivery and electronic filing the APPENDIX OF AUTHORITIES IN SUPPORT OF SUPPLEMENTAL SUBMISSION OF MAGTEN AND LAW DEBENTURE CONCERNING PRIVILEGE AND WORK PRODUCT WAIVER, using CM/ECF which will send notification of such filing(s) to the following:

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I certify that, on this 25th day of May, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

I certify that, on this 25th day of May, 2007, I served the aforementioned document, by hand delivery upon the Special Master, as follows:

John E. James, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

*Dale R. Dubé*
Dale R. Dubé (No. 2863)