IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP.<br>and LAW DEBENTURE TRUST COMPANY<br>OF NEW YORK,<br><br>            Plaintiffs,<br><br>    v.<br><br>NORTHWESTERN CORPORATION,<br><br>            Defendant. | Civil Action No. 04-1494-JJF<br>(RE: D.I. 194) |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>            Plaintiff,<br><br>    v.<br><br>MIKE J. HANSON and ERNIE J. KINDT.<br><br>            Defendants. | Civil Action No. 05-499-JJF<br>RE: D.I. 229) |

## (PROPOSED) ORDER GRANTING MOTION

AND NOW, upon the Plaintiffs' Motion for Leave to File a Surreply and the arguments of counsel with respect thereto:

IT IS HEREBY ORDERED that the Motion is GRANTED; and the form of Surreply attached to the Motion at Exhibit A is hereby deemed filed as of this date.

SO ORDERED this _____ day of _____, 2007.

_____
John E. James (DE No. 996)
Special Master

120087.01600/40169071v.1