IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| NORTHWESTERN CORPORATION, | : Chapter 11 |
| Reorganized Debtor. | : Case No. 03-12872-KJC |
| | |
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 04-1494-JJF |
| NORTHWESTERN CORPORATION | : |
| Defendant. | : |
| | |
| MAGTEN ASSET MANAGEMENT CORP., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-499-JJF |
| MIKE J. HANSON and ERNIE J. KINDT, | : |
| Defendants. | : |

### MEMORANDUM ORDER

Plaintiffs in the above-captioned actions filed a Joint Motion To Amend The Scheduling Order (D.I. 210 in Civil Action No. 05-499; D.I. 176 in Civil Action No. 04-1494) requesting the Court to increase the number of depositions and extend the fact discovery cut-off date to allow for the completion of the increased number of depositions. In their accompanying

Memorandum Of Law, Plaintiffs acknowledge raising the same issues raised here in their Emergency Motion To Compel (D.I. 175 in Civil Action No. 05-499; D.I. 139 in Civil Action No. 04-1494) before the Special Master.

On June 1, 2007, the Special Master issued a Report And Recommendation concluding that each side should be permitted to take 15 depositions, and the revised fact deposition cutoff date should be moved from May 2, 2007 to June 30, 2007. Because the Special Master has already addressed the issues raised in the instant Motion, the Court will deny the Motion. Any objections to the Special Master rulings in this regard should be raised consistently with Federal Rule of Civil Procedure 53(g).

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Joint Motion To Amend The Scheduling Order (D.I. 210 in Civil Action No. 05-499; D.I. 176 in Civil Action No. 04-1494) is **DENIED**.

June 8, 2007
DATE

*[signature]*
UNITED STATES DISTRICT JUDGE