UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORP.<br>and LAW DEBENTURE TRUST COMPANY OF<br>NEW YORK,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>    Defendant. | : : : : : : : : : : : : : | Civil Action No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT,<br><br>    Defendants. | : : : : : : : : : : : | Civil Action No. 05-499-JJF |

## NOTICE OF SERVICE OF DISCOVERY

I, Victoria W. Counihan, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the NorthWestern Corporation, and that on the 8th of June 2007, I caused to be served copies of *Third Request for Production of Documents to Magten Asset Management Corp.* upon the parties on the attached service list via Electronic Mail, Hand Delivery upon Local Counsel and First Class, United States Mail upon the remaining parties.

Date: June 8, 2007

GREENBERG TRAURIG, LLP

*/s/ Victoria W. Counihan*

Victoria W. Counihan (No. 3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: 302-661-7000

\\ATL-SRV02\367879v01

- 2 -

Dale Dube, Esq.
David Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington DE 19801
(Magten)

Bonnie Steingart, Esq.
John W. Brewer, Esq.
Gary L. Kaplan, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York NY 10004
(Magten)

John V. Snellings, Esq.
Amanda Darwin, Esq.
Nixon & Peabody LLP
100 Summer Street
Boston, Massachusetts 02100
(Law Debenture)

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
(Law Debenture)

Stanley T. Kaleczyc
Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624
(M Hanson/E Kindt)

Denise Seastone Kraft
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
(M Hanson/E Kindt)