]IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: C.A. No. 04-1494-(JJF)<br>:<br>:<br>:<br>: |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | :<br>:<br>:<br>:<br>: C.A. Action No. 05-499 (JJF)<br>:<br>:<br>:<br>: |

## AMENDED NOTICE OF DEPOSITION
## (MERLE LEWIS)

PLEASE TAKE NOTICE that the date, starting time and location for the deposition of Merle Lewis, pursuant to subpoena served May 1, 2007 [D.I. 182 in 04-1494; D.I. 216 in 05-499] has changed. The deposition of Mr. Lewis will now take place on June 20, 2007, commencing at 9:30 a.m. at the Hilton Minneapolis/St. Paul Airport Mall of America, 3800 American Boulevard East, Bloomington, Minnesota 55425-1658 (telephone number 952-854-2100) in the "Red Fox Den" conference room. Please take further notice that the deposition may be recorded by stenographic and/or videographic means. Counsel for the parties are invited to attend.

120087.01600/40169314v.1

Dated: Wilmington, Delaware
June 12, 2007

        **BLANK ROME LLP**

        /s/ Dale R. Dubé
        Dale R. Dubé (DE No. 2863)
        David W. Carickhoff (DE No. 3715)
        1201 Market Street, Suite 800
        Wilmington, DE 19801
        Telephone: (302) 425-6400
        Facsimile: (302) 425-6464

        - and -

        **FRIED, FRANK, HARRIS, SHRIVER**
            **& JACOBSON LLP**
        Bonnie Steingart
        Gary L. Kaplan
        John W. Brewer
        One New York Plaza
        New York, NY 10004
        Telephone: (212) 859-8000
        Facsimile: (212) 859-4000

        Counsel for Magten Asset Management
        Corporation

120087.01600/40169314v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2007, I served by hand delivery and electronic filing the **AMENDED NOTICE OF DEPOSITION (MERLE LEWIS)**, using CM/ECF which will send notification of such filing(s) to the following:

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Kathleen M. Miller
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 12th day of June, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

John V. Snellings
Amanda Darwin
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

/s/ Dale R. Dubé
Dale R. Dubé (No. 2863)

120087.01600/40169314v.1