## ]IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 04-1494-(JJF)<br>:<br>:<br>:<br>:<br>: |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: C.A. Action No. 05-499 (JJF)<br>:<br>:<br>:<br>: |

### AMENDED NOTICE OF DEPOSITION
### (BART THIELBAR)

PLEASE TAKE NOTICE that the date, starting time and location for the deposition of Bart Thielbar, pursuant to Fed. R. Civ. P. 30(a)(1), has changed. The deposition of Mr. Thielbar will now take place on June 21, 2007, commencing at 10:00 a.m. at the offices of Faegre & Benson LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901 (telephone number 612-766-7000). Please take further notice that the deposition may be recorded by stenographic and/or videographic means. Counsel for the parties are invited to attend.

120087.01600/40169318v.1

Dated: Wilmington, Delaware
June 14, 2007

                    **BLANK ROME LLP**

                    */s/ Dale R. Dubé*
                    Dale R. Dubé (DE No. 2863)
                    David W. Carickhoff (DE No. 3715)
                    1201 Market Street, Suite 800
                    Wilmington, DE 19801
                    Telephone: (302) 425-6400
                    Facsimile: (302) 425-6464

                    - and -

                    **FRIED, FRANK, HARRIS, SHRIVER**
                        **& JACOBSON LLP**
                    Bonnie Steingart
                    Gary L. Kaplan
                    John W. Brewer
                    One New York Plaza
                    New York, NY 10004
                    Telephone: (212) 859-8000
                    Facsimile: (212) 859-4000

                    Counsel for Magten Asset Management
                    Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2007, I served by hand delivery and electronic filing the **AMENDED NOTICE OF DEPOSITION (BART THIELBAR)**, using CM/ECF which will send notification of such filing(s) to the following:

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 14th day of June, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

John V. Snellings, Esquire
Amanda Darwin, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

/s/ Dale R. Dubé
Dale R. Dubé (No. 2863)

120087.01600/40169318v.1