IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendants. | Civil Action No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | Civil Action No. 05-499-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 18th day of June, 2007, a subpoena in the form attached hereto as Exhibit A was served upon Talton Embry by electronic mail to Bonnie Steingart and John W. Brewer, attorneys authorized by Mr. Embry to accept service of the subpoena on Mr. Embry's behalf, at the offices of Fried, Frank, Harris, Shriver and Jacobson LLP, One New York Plaza, New York, NY 10004-1980.

Dated: June 18, 2007

EDWARDS ANGELL PALMER & DODGE LLP

_/s/ Denise Seastone Kraft_
Denise Seastone Kraft (No. 2778)
919 North Market Street
Wilmington, DE 19801
Phone: (302) 425-7106
Fax:   (888) 325-9741

- and -

- 2 -

Stanley T. Kaleczyc
Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59624

*Counsel to Michael J. Hanson and Ernie J. Kindt*