## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on the 18th day of June, 2007, I caused true and correct copies of the Notice of Service of Subpoena of Talton Embry to be served upon the counsel listed below in the manner indicated:

**VIA E-MAIL & HAND DELIVERY**

Dale R. Dubé, Esquire
Mark J. Packel, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA E-MAIL**

Bonnie Steingart, Esquire
Gary Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004

Denise Seastone Kraft (No. 2778)