IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1494-(JJF)<br>)<br>)<br>)<br>)<br>)<br>) |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. Action No. 05-499 (JJF)<br>)<br>)<br>)<br>) |

TO:  Denise Seastone Kraft                     Stanley T. Kaleczyc
      Edwards Angell Palmer & Dodge LLP    Kimberly A. Beatty
      919 North Market Street               Browning, Kaleczyc, Berry & Hoven, P.C.
      15th Floor                            139 North Last Chance Gulch
      Wilmington, DE 19801                  P.O. Box 1697
                                            Helena, Mt 59624

### AMENDED NOTICE OF DEPOSITION
### (MICHAEL J. HANSON)

PLEASE TAKE NOTICE that the date, time and location for deposition of Mr. Hanson (D.I. 137 in Case 04-1494; and D.I. 172 in case 05-499) has changed. Plaintiffs will now take the deposition of Michael J. Hanson commencing at 9:00 a.m. (Central time) on June 27, 2007 and continuing until completed, at the Holiday Inn City Centre, Embassy II Conference Room, 100 West 8th Street, Sioux Falls, South Dakota 57104 (telephone 605-339-2000). The deposition

120087.01600/40169482v.1

will be taken before a notary public or other officer authorized by law to administer oaths, and may be recorded by stenographic and videographic means. Counsel for the parties are invited to attend.

Dated: June 21, 2007

BLANK ROME LLP

*Dale R. Dubé*
_____
Dale R. Dubé (DE No. 2863)
Bonnie G. Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

- and -

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Bonnie Steingart
Gary L. Kaplan
John W. Brewer
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Counsel for Magten Asset Management Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2007, I served by hand delivery and electronic filing the AMENDED NOTICE OF DEPOSITION (MICHAEL J. HANSON) using CM/ECF which will send notification of such filing(s) to the following:

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 21st day of June, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110-1832

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

_____
Dale R. Dubé (No. 2863)

120087.01600/40169482v.1