IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| NORTHWESTERN CORPORATION, : | |
| : | Bankruptcy Case No. 03-12872 |
| Debtor. : | |
| MAGTEN ASSET MANAGEMENT CORP. and : | |
| LAW DEBENTURE TRUST COMPANY OF : | |
| NEW YORK, : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action No. 04-1494-JJF |
| v. : | |
| NORTHWESTERN CORPORATION, : | |
| : | |
| Defendant. : | |
| MAGTEN ASSET MANAGEMENT CORP., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-499-JJF |
| : | |
| MIKE J. HANSON and ERNIE J. : | |
| KLINDT, : | |
| : | |
| Defendants. : | |

**O R D E R**

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 201, 202 in Civ. Act. No. 04-1494; D.I. 235, 236 in Civ. Act. No. 05-499) concerning certain discovery motions pending before the Special Master;

WHEREAS, objections to the Report and Recommendation were due June 25, 2007, and none have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 201, 202 in Civ. Act.

No. 04-1494; D.I. 235, 236 in Civ. Act. No. 05-499) is **ADOPTED**.

June 26, 2007
DATE

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE