IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : |
| | : Bankruptcy Case No. 03-12872 |
| Debtor. | : |
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : |
| Plaintiffs, | : |
| | : Civil Action No. 04-1494-JJF |
| v. | : |
| NORTHWESTERN CORPORATION, | : |
| Defendant. | : |
| MAGTEN ASSET MANAGEMENT CORP., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-499-JJF |
| MIKE J. HANSON and ERNIE J. KLINDT, | : |
| Defendants. | : |

## O R D E R

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 205 in Civ. Act. No. 04-1494; D.I. 240 in Civ. Act. No. 05-499) concerning certain discovery motions pending before the Special Master;

WHEREAS, objections to the Report and Recommendation were due July 2, 2007, and none have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 205 in Civ. Act. No. 04-

1494; D.I. 240 in Civ. Act. No. 05-499) is **ADOPTED**.

July 3, 2007
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE