IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
IN RE:                            :
                                  : Chapter 11
NORTHWESTERN CORPORATION,         :
                                  : Bankruptcy Case No. 03-12872
        Debtor.                   :
_____ :_____
MAGTEN ASSET MANAGEMENT CORP. and :
LAW DEBENTURE TRUST COMPANY OF    :
NEW YORK,                         :
                                  :
        Plaintiffs,               :
                                  : Civil Action No. 04-1494-JJF
    v.                            :
                                  :
NORTHWESTERN CORPORATION,         :
                                  :
        Defendant.                :
_____ :_____
MAGTEN ASSET MANAGEMENT CORP.,    :
                                  :
        Plaintiff,                :
                                  :
    v.                            : Civil Action No. 05-499-JJF
                                  :
MIKE J. HANSON and ERNIE J.       :
KLINDT,                           :
                                  :
        Defendants.               :
```

**O R D E R**

WHEREAS, the Special Master issued a Report and
Recommendation (D.I. 213 in Civ. Act. No. 04-1494; D.I. 249 in
Civ. Act. No. 05-499) concerning Plaintiffs' challenge to
Defendant Northwestern Corporation's designation of privileged
documents;

WHEREAS, objections to the Report and Recommendation were
due July 9, 2007, and none have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 213 in Civ. Act. No. 04-1494; D.I. 249 in Civ. Act. No. 05-499) is **ADOPTED**.

July /0 , 2007
DATE

UNITED STATES DISTRICT JUDGE