IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| NORTHWESTERN CORPORATION, : | |
| : | Bankruptcy Case No. 03-12872 |
| Debtor. : | |
| : | |
| MAGTEN ASSET MANAGEMENT CORP. and : | |
| LAW DEBENTURE TRUST COMPANY OF : | |
| NEW YORK, : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action No. 04-1494-JJF |
| v. : | |
| : | |
| NORTHWESTERN CORPORATION, : | |
| : | |
| Defendant. : | |
| : | |
| MAGTEN ASSET MANAGEMENT CORP., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-499-JJF |
| : | |
| MIKE J. HANSON and ERNIE J. : | |
| KLINDT, : | |
| : | |
| Defendants. : | |

<u>**O R D E R**</u>

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 213 in Civ. Act. No. 04-1494; D.I. 249 in Civ. Act. No. 05-499) concerning Plaintiffs' challenge to Defendant Northwestern Corporation's designation of privileged documents;

WHEREAS, objections to the Report and Recommendation were due July 9, 2007, and none have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 213 in Civ. Act. No. 04-1494; D.I. 249 in Civ. Act. No. 05-499) is **ADOPTED**.

July 10, 2007
DATE

UNITED STATES DISTRICT JUDGE