

Phone:   (302) 425-6467
Fax:     (302) 425-6464
Email:   dube@blankrome.com

July 16, 2007

**BY CM/ECF AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re: • *Magten Asset Management Corp. and Law Debenture Trust Co. v. Northwestern Corp.*; C.A. No. 04-1494-JJF
• *Magten Asset Management Corp. v. Mike J. Hanson and Ernie J. Kindt*; C.A. No. 05-0499-JJF

Your Honor:

The parties in the above-captioned cases write to jointly request a moderate extension of approximately 6 weeks to the expert discovery, dispositive motion, pretrial conference and trial dates contained in the (consolidated) Rule 16 Scheduling Order, as delineated in the Stipulation and (Proposed) Order that was filed today (courtesy copy enclosed).

Trial in these cases is currently scheduled to commence on December 3, 2007. The parties are respectfully requesting that trial be rescheduled to commence at the Court's earliest convenience in or after early February 2008, and that the pre-trial conference be set for an appropriate date convenient to the Court's calendar.

Should the Court have any questions, the parties are available by telephone or for an in-person conference if the Court prefers. We sincerely appreciate the Court's attention to this request.

Respectfully submitted,

Dale R. Dubé
I.D. No. 2863

DRD/pb
Enclosure



The Honorable Joseph J. Farnan, Jr.
July 16, 2007
Page 2

cc: Clerk of Court (via hand delivery)
Kimberly A. Beatty, Esquire  (via e-mail and Federal Express)
John W. Brewer, Esquire
David W. Carickhoff, Jr.
Victoria W. Counihan, Esquire  (via e-mail and hand delivery)
Amanda Darwin, Esquire  (via e-mail and Federal Express)
Nancy E. Delaney, Esquire  (via e-mail and Federal Express)
Miriam K. Harwood, Esquire  (via e-mail and Federal Express)
Stanley T. Kaleczyc, Esquire  (via e-mail and Federal Express)
Gary L. Kaplan, Esquire
Denise Seastone Kraft, Esquire  (via e-mail and hand delivery)
Dennis A. Meloro, Esquire  (via e-mail and hand delivery)
Kathleen M. Miller (via e-mail and hand delivery)
Jordanna L. Nadritch, Esquire
Sherita M. Perry, Esquire
Joseph D. Pizzurro, Esquire  (via e-mail and Federal Express)
Steven J. Reisman, Esquire  (via e-mail and Federal Express)
Peter B. Siroka, Esquire
John V. Snellings (via e-mail and Federal Express)
Bonnie Steingart

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1494-(JJF)<br>)<br>)  RE: D.I. 94<br>)<br>)<br>) |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. Action No. 05-499 (JJF)<br>)<br>)  RE: D.I. 121<br>)<br>) |

**STIPULATION AND (PROPOSED) ORDER
TO AMEND RULE 16 SCHEDULING ORDER**

All of the parties to the above-captioned actions, by and through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree to amend the (consolidated) Rule 16 Scheduling Order (D.I. 94 in C.A. No. 04-1494; and D.I. 121 in C.A. No. 05-499), as follows:

A.  Paragraph 3(e) is hereby amended to provide that plaintiffs' expert reports are due by September 19, 2007, and defendants' expert reports are due by October 17, 2007.

B.  Paragraph 5 is hereby amended to change the date for serving and filing dispositive motions to November 21, 2007.

120087.01600/40169837v.1

    C.    Paragraph 7 is hereby amended to provide that the date and time for the Pretrial Conference is changed to _____ at _____ a.m./p.m.

    D.    Paragraph 8 is hereby amended to provide that Trial will commence at _____ a.m./p.m. on _____, 2008.*

| **BLANK ROME LLP** | **GREENBERG TRAURIG LLP** |
|---|---|
| /s/ Dale R. Dubé | /s/ Victoria Watson Counihan |
| Dale R. Dubé (DE No. 2863) | Victoria Watson Counihan (D.E. No. 3488) |
| David W. Carickhoff, Jr. (No. 3715) | Dennis A. Meloro |
| 1201 Market Street, Suite 800 | The Nemours Building |
| Wilmington, DE 19801 | 1007 North Orange Street, Suite 1200 |
| | Wilmington, DE 19801 |
| *Attorneys for Plaintiff Magten Asset Management Corp.* | *Attorneys for Defendant NorthWestern Corporation* |
| **SMITH KATZENSTEIN & FURLOW LLP** | **EDWARDS ANGELL PALMER & DODGE LLP** |
| /s/ Kathleen M. Miller | |
| Kathleen M. Miller (DE No. 2898) | /s/ Denise Seastone Kraft |
| 800 Delaware Avenue | Denise Seastone Kraft (DE No. 2778) |
| P.O. Box 410 | 919 North Market Street, 15th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| | Phone: (302) 425-7106 |
| *Attorneys for Plaintiff Law Debenture Trust Company of New York* | *Attorneys for Defendants Mike J. Hanson and Ernie J. Kindt* |

    SO ORDERED this _____ day of _____, 2007.

                                                          Honorable Joseph J. Farnan, Jr.
                                                          United States District Court Judge

---

* The parties respectfully request that trial commence at the Court's earliest convenience in or after early February 2008.

120087.01600/40169837v.1