IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : |
| | : Bankruptcy Case No. 03-12872 |
| Debtor. | : |
| | : |

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and | : |
| LAW DEBENTURE TRUST COMPANY OF | : |
| NEW YORK, | : |
| | : |
| Plaintiffs, | : |
| | : Civil Action No. 04-1494-JJF |
| v. | : |
| | : |
| NORTHWESTERN CORPORATION, | : |
| | : |
| Defendant. | : |
| | : |

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-499-JJF |
| | : |
| MIKE J. HANSON and ERNIE J. | : |
| KLINDT, | : |
| | : |
| Defendants. | : |

**O R D E R**

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 217 in Civ. Act. No. 04-1494; D.I. 254 in Civ. Act. No. 05-499) addressing certain discovery issues;

WHEREAS, objections to the Report and Recommendation were due July 13, 2007, and none have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 217 in Civ. Act. No. 04-

1494; D.I. 254 in Civ. Act. No. 05-499) is **ADOPTED**.

_August 29, 2007_
      DATE

_____
UNITED STATES DISTRICT JUDGE