**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTHWESTERN CORPORATION,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>MIKE J. HANSON and ERNIE J. KINDT,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-499-JJF |

**NOTICE OF SERVICE OF DEFENDANTS' EXPERT REPORT**

PLEASE TAKE NOTICE that on the 17th day of October, 2007, pursuant to Fed. R. Civ.

P. 26 (a)(2), Defendants Michael J. Hanson and Ernie J. Kindt served the Expert Report of

Stephen J. Scherf upon the following counsel, in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Dale R. Dube, Esquire
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

**BY EMAIL AND FEDERAL EXPRESS**

Bonnie Steingart, Esquire
Gary L. Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 1004-1980

**BY EMAIL AND HAND DELIVERY**

Victoria Watson Counihan, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801


Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899


Dated: October 17, 2007

**BY EMAIL AND FEDERAL EXPRESS**

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, New York 10178-0061


John Snellings, Esquire
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110-2131


EDWARDS ANGELL PALMER & DODGE, LLP

*/s/ Denise Seastone Kraft*

_____
Denise Seastone Kraft (No. 2778)
919 North Market Street
Wilmington, DE 19801
(302) 425-7106

- and -


Stanley T. Kaleczyc
Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59624

*Counsel to Michael J. Hanson and Ernie J. Kindt*

WLM_511045_1/DKRAFT

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on the 17th day of October, 2007, I caused

true and correct copies of **Notice of Service of Defendants' Expert Report** to be served on the

parties below in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Dale R. Dube, Esquire
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

Victoria Watson Counihan, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

**BY EMAIL AND FEDERAL EXPRESS**

Bonnie Steingart, Esquire
Gary L. Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 1004-1980

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, New York 10178-0061

John Snellings, Esquire
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110-2131

*/s/ Denise Seastone Kraft*
Denise Seastone Kraft (No. 2778)
Edwards Angell Palmer & Dodge, LLP
Wilmington, DE 19801
(302) 425-7106

WLM_511045_1/DKRAFT