**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1494-(JJF) |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | RE: D.I. 94 |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MAGTEN ASSET MANAGEMENT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. Action No. 05-499 (JJF) |
| | ) | |
| MICHAEL J. HANSON and ERNIE J. KINDT, | ) | RE: D.I. 121 |
| | ) | |
| Defendants. | ) | |

**SECOND STIPULATION AND (PROPOSED) ORDER
TO AMEND RULE 16 SCHEDULING ORDER**

All of the parties to the above-captioned actions, by and through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree to amend the (consolidated) Rule 16 Scheduling Order (D.I. 94 and 219 in C.A. No. 04-1494; and D.I. 121 and 256 in C.A. No. 05-499), as follows:

A.     Paragraph 5 is hereby amended to change the date for serving and filing dispositive motions from November 21, 2007 to November 30, 2007 and to modify the briefing schedule for any such motions, with (i) answering briefs in response to any case dispositive motion to be served and filed no later than 2:00 p.m. Eastern Time on December 21, 2007; and (ii) reply briefs to be served and filed by January 14, 2008.

120087.01600/40171677v.1

B.    The dates and times for the Pretrial Conference and the Trial will remain as set forth in the Order dated July 18, 2007 amending the Rule 16 Scheduling Order (D.I. 219 in C.A. No. 04-1494; and D.I. 256 in C.A. No. 05-499).

**BLANK ROME LLP**

/s/  Dale R. Dubé
Dale R. Dubé (DE No. 2863)
David W. Carickhoff, Jr.  (No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801

*Attorneys for Plaintiff Magten Asset Management Corp.*

**GREENBERG TRAURIG LLP**

/s/  Dennis A. Meloro
Victoria Watson Counihan  (DE. No. 3488)
Dennis A. Meloro (DE. No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*Attorneys for Defendant NorthWestern Corporation*

**SMITH KATZENSTEIN & FURLOW LLP**

/s/  Kathleen M. Miller
Kathleen M. Miller (DE No. 2898)
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

*Attorneys for Plaintiff Law Debenture Trust Company of New York*

**EDWARDS ANGELL PALMER & DODGE LLP**

/s/  Denise Seastone Kraft
Denise Seastone Kraft (DE No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
Phone:  (302) 425-7106

*Attorneys for Defendants Mike J. Hanson and Ernie J. Kindt*

SO ORDERED this _____ day of _____, 2007.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge