IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWESTERN CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 04-1494-(JJF) ) ) ) ) ) |
| MAGTEN ASSET MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. HANSON and ERNIE J. KINDT, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. Action No. 05-499 (JJF) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 1st day of November, 2007, MAGTEN ASSET MANAGEMENT CORPORATION'S AND LAW DEBENTURE TRUST COMPANY OF NEW YORK'S OBJECTIONS AND RESPONSES TO NORTHWESTERN CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS, and this NOTICE OF SERVICE were served upon the following counsel, in the manner indicated:

### BY EMAIL AND HAND DELIVERY

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

120087.01600/40171948v.1

**BY EMAIL AND FEDERAL EXPRESS**

| | |
|---|---|
| Stanley T. Kaleczyc, Esquire | Steven J. Reisman, Esquire |
| Kimberly A. Beatty, Esquire | Joseph D. Pizzurro, Esquire |
| Browning, Kaleczyc, Berry & Hoven, P.C. | Nancy E. Delaney, Esquire |
| 139 North Last Chance Gulch | Miriam K. Harwood, Esquire |
| P.O. Box 1697 | Myles Bartley, Esquire |
| Helena, Mt 59624 | Curtis, Mallet-Prevost, Colt & Mosle LLP |
| | 101 Park Avenue |
| | New York, New York 10178-0061 |

Dated: November 1, 2007

**BLANK ROME LLP**

*/s/ Dale R. Dubé*

Dale R. Dubé (No. 2863)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Bonnie Steingart
Gary L. Kaplan
John W. Brewer
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

*Counsel for Magten Asset Management Corporation*

- and -

Kathleen M. Miller (DE No. 2898)
**SMITH KATZENSTEIN & FURLOW LLP**
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Courier 19801
Telephone: (302) 652-8400
Facsimile: (302) 652-8405

120087.01600/40171948v.1

John V. Snellings
Amanda D. Darwin
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

*Counsel for Law Debenture Trust Company of New York*