IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendants. | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | C.A. No. 05-499-JJF |

### AFFIDAVIT OF MICHAEL J. HANSON

STATE OF SOUTH DAKOTA   )
                        :ss
County of Minnehaha     )

MICHAEL J. HANSON, first being duly sworn upon his oath deposes and says:

1. I live in Lincoln County near Sioux Falls, South Dakota.

2. I am a defendant in the above-captioned matter.

3. Upon information and belief, during 2002 and 2003, NorthWestern Corporation employed three law firms – Jones Day, Gibson, Dunn & Crutcher LLP and Paul, Hastings, Janofsky & Walker, LLP – to conduct internal investigations of NorthWestern regarding its accounting and reporting practices.

4. On or about November 14, 2002, I was interviewed by Charles Kennedy of Jones Day, in connection with an internal investigation of NorthWestern Corporation.

5. On or about March 26, 2003, I was interviewed by Thomas Pollack of Paul, Hastings, Janofsky & Walker LLP, in connection with an internal investigation of NorthWestern Corporation.

6. On or about April 10, 2003, I provided Paul, Hastings, Janofsky & Walker LLP with a signed declaration regarding Richard Hylland's conduct.

7. I was not interviewed in connection with an internal investigation of NorthWestern Corporation conducted by Gibson, Dunn & Crutcher LLP.

8. To the best of my knowledge, the investigations of Jones Day, Gibson, Dunn & Crutcher LLP and Paul, Hastings, Janofsky & Walker LLP found no wrongdoing on my part associated with the going flat transaction which occurred on November 15, 2002 or relating to any financial disclosures, misstatements or omissions of NorthWestern or any other matter.

9. In approximately December, 2005, I was interviewed by the Securities and Exchange Commission ("SEC") regarding NorthWestern's accounting and reporting practices.

10. To the best of my knowledge, I was never officially investigated by the SEC with respect to NorthWestern's accounting and reporting practices or any other matters.

11. I was never charged with any crimes or violations by the SEC with respect to NorthWestern's accounting and reporting practices or any other matters.

Further your affiant sayeth not.

*Michael J. Hanson*

Subscribed and sworn to before me this 28th day of November, 2007.

Notary Public for the State of South Dakota
Printed Name: Corinne Bohrer
Residing at: 135 S. Dakota Ave
My Commission Expires: 1/30/09

(Notary Seal)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 30, 2007, the attached **AFFIDAVIT OF MICHAEL J. HANSON** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following counsel of record:

>Victoria Watson Counihan, Esquire
>Greenberg Traurig, LLP
>
>Dale R. Dube, Esquire
>Blank Rome LLP
>
>Kathleen M. Miller, Esquire
>Smith, Katzenstein & Furlow LLP

In addition, the undersigned forwarded a copy of same in the manner indicated below to:

### BY E-MAIL AND HAND-DELIVERY

| | |
|---|---|
| Victoria W. Counihan, Esquire<br>Greenberg Traurig, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | Dale R. Dube, Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 |
| Kathleen M. Miller, Esquire<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>Wilmington, DE 19801 | |

### BY E-MAIL AND FIRST-CLASS MAIL

| | |
|---|---|
| Steven J. Reisman, Esquire<br>Joseph D. Pizzurro, Esquire<br>Nancy E. Delaney, Esquire<br>Miriam K. Harwood, Esquire<br>Curtis, Mallet-Prevost, Colt & Mosle, LLP<br>101 Park Avenue<br>New York, NY 10178-0061 | John Snellings, Esquire<br>Nixon Peabody, LLP<br>100 Summer Street<br>Boston, MA 02110-2131 |

Bonnie Steingart, Esquire
Gary L. Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  1004-1980

/s/ *Denise Seastone Kraft*
Denise Seastone Kraft (#2778)
Edwards Angell Palmer & Dodge LLP
Wilmington, DE  19801
(302) 777-7770
*dkraft@eapdlaw.com*