IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-499-JJF |
| MIKE J. HANSON and ERNIE J. KINDT, | : |
| Defendants. | : |

### [PROPOSED] ORDER

AND NOW, upon the Renewed Motion of Magten Asset Management Corporation and the Law Debenture Trust Company of New York for Leave to Amend the Complaint in the above-captioned matter, and upon consideration of the parties' arguments with respect thereto,

IT IS HEREBY ORDERED that:

the Renewed Motion for Leave to Amend the Complaint is hereby GRANTED and the proposed Amended Complaint appended thereto at Exhibit A is hereby deemed to be filed effective as of the date of this Order.

SO ORDERED this _____ day of _____, 2007.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge

120087.01600/40172449v.1