## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2007, I filed electronically the foregoing MAGTEN ASSET MANAGEMENT CORPORATION'S AND LAW DEBENTURE TRUST COMPANY OF NEW YORK'S RENEWED MOTION FOR LEAVE TO AMEND THE COMPLAINT, and additionally served the following in the manner indicated

### VIA EMAIL AND HAND DELIVERY

Denise Seastone Kraft, Esquire
EDWARDS ANGELL PALMER & DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

David A. Jenkins, Esquire
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
Wilmington, DE 19899

Kathleen M. Miller, Esquire
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
Wilmington, DE 19899

### VIA EMAIL AND FEDERAL EXPRESS:

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
BROWNING, KALECZYC, BERRY
  & HOVEN, P.C.
139 North Last Chance Gulch
Helena, Mt 59624

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110-1832

Bijan Amini, Esquire
Avery Samet, Esquire
Bradley F. Silverman, Esquire
STORCH AMINI & MUNVES PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017

/s/ Dale R. Dubé
Dale R. Dubé (DE Bar No. 2863)