# Exhibit 14

## NORTHWESTERN ENERGY, L.L.C.
## RESOLUTION OF MANAGING MEMBER

The undersigned, being the Managing Member of NorthWestern Energy, L.L.C. ("NWE"), a Montana limited liability company, pursuant to laws of the State of Montana, and the provisions of the NWE Limited Liability Operating Agreement, hereby consents to the adoption of, and adopts, the following resolution as the resolution of NWE:

BE IT RESOLVED by the Managing Member of NORTHWESTERN ENERGY, L.L.C. ("NWE"), that the following named persons are hereby elected as the executive officers of NWE for the positions indicated:

| Name | Position |
|---|---|
| Michael J. Hanson | President & Chief Executive Officer |
| Dennis Lopach | Senior Vice President – Administrative Services |
| William A. Pascoe | Senior Vice President – Transmission Operations |
| Bart Thielbar | Senior Vice President – Information Technology & Chief Information Officer |
| Glen R. Herr | Vice President – Distribution Operations |
| Gregory Trandem | Vice President – Asset Management |
| David A. Monaghan | Vice President – Financial Planning & Analysis & Treasurer |
| Bobbi Schroeppel | Vice President – Customer Care |
| Jana Quam | Vice President – Human Resources |
| Ernest J. Kindt | Vice President & Chief Accounting Officer |
| Michael Manion | Secretary |
| A. M. Harpell | Assistant Secretary |
| Alan D. Dietrich | Assistant Secretary |
| Michael J. Young | Assistant Secretary |

Dated as of November 5, 2002.

NORTHWESTERN CORPORATION,
As Managing Member of
NORTHWESTERN ENERGY, L.L.C.

By: *[signature]*
Title: President & CEO, NorthWestern Energy division

NOR009413