IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-1494 (JJF) |
| NORTHWESTERN CORPORATION, | ) ) | |
| Defendant. | ) ) | |
| MAGTEN ASSET MANAGEMENT CORP., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-499 (JJF) |
| MIKE J. HANSON and ERNIE J. KINDT, | ) ) ) | |
| Defendants. | ) ) | |

### (PROPOSED) ORDER

AND NOW upon Defendant NorthWestern Corporation's Motion for Summary Judgment, pursuant to Fed. R. Civ. P. 56;

IT IS HEREBY ORDERED THAT:

1. NorthWestern Corporation is entitled to judgment as a matter of law.

SO ORDERED this ____ day of _____, 2008.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge