**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1494 (JJF)<br>)<br>)<br>)<br>)<br>) |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-499 (JJF)<br>)<br>)<br>)<br>)<br>) |

**APPENDIX OF EXHIBITS IN SUPPORT OF
<u>NORTHWESTERN CORPORATION'S MOTION FOR SUMMARY JUDGMENT</u>**

| | |
|---|---|
| **CURTIS, MALLET-PREVOST,<br>    COLT & MOSLE LLP**<br>Joseph D. Pizzurro<br>Nancy E. Delaney<br>Myles K. Bartley<br>101 Park Avenue<br>New York, New York 10178-0061<br>Telephone:  (212) 696-6000<br><br>Counsel for NorthWestern Corporation<br><br>Dated:  November 30, 2007 | **GREENBERG TRAURIG, LLP**<br>Victoria W. Counihan (No. 3488)<br>Dennis A. Meloro (No. 4435)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>Telephone:  (302) 661-7000<br>counihanv@gtlaw.com<br>melorod@gtlaw.com |

| **Exhibit Number** | **Description of Exhibit** |
|---|---|
| 1. | First Amended Complaint to Avoid the Transfer of Assets of Clark, Fork & Blackfoot LLC to Northwestern Corp., <u>Magten Asset Mgmt. Corp. v. Northwestern Corp.</u>, No. 04-53324 (Bankr. D. Del. Oct. 4, 2004) |
| 2. | Complaint to Avoid The Transfer of Assets of Clark, Fork & Blackfoot LLC to Northwestern Corp., <u>Magten Asset Mgmt. Corp v. Northwestern Corp.</u>, No. 04-53324 (Bankr. D. Del. Apr. 16, 2004) |
| 3. | Order Confirming Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code, <u>In re Northwestern Corp.</u>, No. 03-12872 (Bankr. D. Del. Oct. 19, 2004) |
| 4. | Memorandum Opinion Dismissing the Plaintiffs' Appeal of the Bankruptcy Court's Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code, <u>Magten Asset Mgmt. Corp. v. Northwestern Corp.</u>, No. 04-1389 (D. Del. Sept. 29, 2006) (Farnan, J.) |
| 5. | Excerpt of Oral Argument Tr. on Defendant's Motion to Dismiss, <u>Magten Asset Mgmt. Corp. v. Bank of New York</u>, No.1219-N, at 103-05 (Del. Ch. Sept. 6, 2005) |
| 6. | Compendium of Unreported Cases |