# EXHIBIT
# 1

Excerpts from the deposition of
Talton R. Embry dated July 12, 2007

Filed with the Court Under Seal
Pursuant to Stipulated Protective Order
dated Mar. 19, 2007