**SEALED DOCUMENT IN ITS ENTIRETY**