## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. No. 04-1494-(JJF) |
| NORTHWESTERN CORPORATION, ) ) | |
| Defendant. ) ) | |
| MAGTEN ASSET MANAGEMENT CORP., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. Action No. 05-499 (JJF) |
| MICHAEL J. HANSON and ERNIE J. KINDT, ) ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION OF BRUCE BINGHAM

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 26(b)(4)(A), Plaintiff Magten

Asset Management Corporation will take the deposition of Bruce Bingham commencing at 10:00

a.m. on Tuesday, January 8, 2008 and continuing until completed, at the offices of Fried, Frank,

Harris, Shriver & Jacobson LLP, One New York Plaza, New York, NY 10004. The deposition

will be taken before a notary public or other officer authorized by law to administer oaths, and

may be recorded by stenographic and videographic means.

Dated:  January 4, 2008

**BLANK ROME LLP**

_Dale R. Dubé_

Dale R. Dubé (DE No. 2863)
David W. Carickhoff (DE No. 3715)
1201 N. Market Street, Suite 800
Wilmington, DE  19801
Telephone: 302-425-6400
Facsimile: 302-425-6464

- and -

**FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP**
Bonnie Steingart
Gary L. Kaplan
John W. Brewer
One New York Plaza
New York, NY  10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Counsel for Magten Asset Management
Corporation

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2008, I served the NOTICE OF

DEPOSITION OF BRUCE BINGHAM to the following in the manner indicated:

### EMAIL AND HAND DELIVERY

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Kathleen M. Miller (DE No. 2898)
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 4th day of January, 2008, I served the aforementioned

document, by e-mail and Federal Express, upon the following participants:

### EMAIL AND FEDERAL EXPRESS

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

John V. Snellings, Esquire
Amanda Darwin, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Myles Bartley, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

_____
Dale R. Dubé  (No. 2863)

120087.01600/40172842v.1