IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendants. | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | C.A. No. 05-499-JJF |

## MOTION *IN LIMINE* OF DEFENDANTS MICHAEL J. HANSON AND ERNIE J. KINDT TO STRIKE AND EXCLUDE EXPERT WITNESSES

Defendants Michael J. Hanson ("Hanson") and Ernie J. Kindt ("Kindt"), by and through their counsel of record, hereby respectfully request this Court to Strike and Exclude Expert Witnesses for the reasons more fully set forth in its Motion *In Limine* To Strike And Exclude Expert Witnesses filed contemporaneously herewith and expressly incorporated herein by reference.

Pursuant to District Court Rule 7.1.1, counsel for Hanson and Kindt have made a reasonable effort to reach agreement with counsel for Magten on the matters set forth in the Motion *in Limine* to Strike and Exclude Expert Witnesses. Counsel for Hanson and Kindt

contacted counsel for Magten and counsel indicated opposition to the Motion *In Limine* to Strike and Exclude Expert Witness.

| | |
|---|---|
| Dated: January 10, 2008 | EDWARDS ANGELL PALMER & DODGE LLP |

*Denise Seastone Kraft*

---

Denise Seastone Kraft (#2778)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 425-7106
   *Counsel for Michael J. Hanson & Ernie J. Kindt*

OF COUNSEL:

Stanley T. Kaleczyc
Kimberly A. Beatty
BROWNING KALECZYC BERRY & HOVEN P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59624
(406) 443-6820

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)  C.A. No. 04-1494-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 05-499-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

IT IS HEREBY ORDERED this ____ day of January, 2008 that Defendants' Motion *In Limine* To Strike And Exclude Expert Witnesses is GRANTED.

_____
Honorable Joseph J. Farnan, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 10, 2008, the attached **MOTION *IN LIMINE* OF DEFENDANTS MICHAEL J. HANSON AND ERNIE J. KINDT TO STRIKE AND EXCLUDE EXPERT WITNESSES** was electronically filed with the Clerk of the Court using its CM/ECF system, which will send notification of such filing(s) to the following counsel of record:

>Victoria Watson Counihan, Esquire
>Greenberg Traurig, LLP
>
>Dale R. Dube, Esquire
>Blank Rome LLP
>
>Kathleen M. Miller, Esquire
>Smith, Katzenstein & Furlow LLP

In addition, the undersigned forwarded a copy of same in the manner indicated below to:

**BY E-MAIL AND HAND-DELIVERY**

Victoria W. Counihan, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Dale R. Dubé, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
Wilmington, DE 19801

**BY E-MAIL AND FIRST-CLASS MAIL**

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178-0061

John Snellings, Esquire
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110-2131

Bonnie Steingart, Esquire
Gary L. Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980

/s/ *Denise Seastone Kraft*
Denise Seastone Kraft (#2778)
Edwards Angell Palmer & Dodge LLP
Wilmington, DE 19801
(302) 777-7770
*dkraft@eapdlaw.com*