# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1494 (JJF) |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| MAGTEN ASSET MANAGEMENT CORP., | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-499 (JJF) |
| | ) | |
| MIKE J. HANSON and ERNIE J. KINDT, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION OF DEFENDANT NORTHWESTERN CORPORATION FOR ORDER STRIKING EXPERT REPORTS AND PRECLUDING TESTIMONY

Defendant NorthWestern Corporation by and through its undersigned counsel, pursuant to Fed. R. Evid. 702, hereby submits its motion: (i) to strike the expert reports submitted by Robert W. Berliner and Paul A. Marcus; (ii) to preclude reliance thereon by Plaintiffs; and (iii) to preclude any testimony by either Mr. Berliner or Mr. Marcus at trial currently scheduled for March 3, 2008, and in support hereof, relies upon NorthWestern's Memorandum of Law In Support Of Its Motion In Limine To Exclude The Expert Reports And Testimony Of Paul A. Marcus and Robert W. Berliner filed contemporaneously herewith.

Dated:  January 10, 2008

GREENBERG TRAURIG LLP

*[signature]*

Victoria W. Counihan (I.D. No. 3488)
Dennis A. Meloro (I.D. No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Tel:  (302) 661-7000
Fax:  (302) 661-7360

and

CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP

Joseph D. Pizzurro
Steven J. Reisman
Nancy E. Delaney
101 Park Avenue
New York, NY 10178
Tel:  (212) 696-6000
Fax:  (212) 697-1559

Co-Counsel for Defendant NorthWestern
Corporation

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1</u>

The undersigned attorney hereby certifies, pursuant to D. Del. LR 7.1.1, that she has been informed by her co-counsel, lead counsel to movant NorthWestern Corporation, that movant has made reasonable efforts to reach agreement with opposing counsel on the matters set forth in the Motion to no avail.

Dated: January 10, 2008

Victoria Watson Counihan (No. 3488)

DEL 86,205,577v1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-1494 (JJF) |
| NORTHWESTERN CORPORATION, | ) ) | |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-499 (JJF) |
| MIKE J. HANSON and ERNIE J. KINDT, | ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I, Victoria W. Counihan, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the NorthWestern Corporation, and that on January 10, 2008, I caused to be served copies of the following to be served upon the parties listed below via: (i) Electronic Mail upon all parties; (ii) Hand Delivery upon Local Counsel; and (iii) Federal Express delivery upon the remaining parties.

- Motion for Order Striking Expert Reports and Precluding Testimony
- Memorandum of Law in Support
- Affidavit of Joseph D. Pizzurro

| | |
|---|---|
| Dale Dube, Esq. <br> David Carickhoff, Esq. <br> Blank Rome LLP <br> 1201 Market Street, Suite 800 <br> Wilmington DE 19801 <br> (Magten) | Bonnie Steingart, Esq. <br> Gary L. Kaplan, Esq. <br> Fried Frank Harris Shriver & Jacobson LLP <br> One New York Plaza <br> New York NY 10004 <br> (Magten) |

| | |
|---|---|
| Kathleen M. Miller, Esquire<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>Wilmington, DE 19801<br>(Law Debenture) | John V. Snellings, Esq.<br>Amanda Darwin, Esq.<br>Nixon & Peabody LLP<br>100 Summer Street<br>Boston, Massachusetts 02100<br>(Law Debenture) |
| Stanley T. Kaleczyc<br>Kimberly A. Beatty<br>Browning, Kaleczyc, Berry & Hoven, P.C.<br>139 North Last Chance Gulch<br>P.O. Box 1697<br>Helena, Mt 59624<br>(M Hanson/E Kindt) | Denise Seastone Kraft<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>(M Hanson/E Kindt) |

Date: January 10, 2008

GREENBERG TRAURIG, LLP

*Victoria W Counihan*

Victoria W. Counihan (No. 3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: 302-661-7000
counihanv@gtlaw.com