IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendants. | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | C.A. No. 05-499-JJF |

**AFFIDAVIT OF STANLEY T. KALECZYC
IN SUPPORT OF REPLY BRIEF IN SUPPORT OF SUMMARY JUDGEMENT OF
DEFENDANTS MICHAEL J. HANSON AND ERNIE J. KINDT**

STATE OF MONTANA        )
County of Lewis and Clark    )

I, STANLEY T. KALECZYC, being first duly sworn upon my oath, state that:

1. I am an attorney at the law firm of BROWNING, KALECZYC, BERRY & HOVEN, P.C., representing Defendants Michael J. Hanson and Ernie J. Kindt. I offer this Affidavit in support of Defendants' Support of Reply Brief in Support of Summary Judgment.

2. Attached to this Affidavit as **Exhibit 1** is a true and correct copy of excerpted pages from the Form U-1 Application of NorthWestern Corporation, dated February 14, 2002.

AFFIDAVIT OF STANLEY T. KALECZYC        1

3.  Attached to this Affidavit as **Exhibit 2** is a true and correct copy of the Joint Application of The Montana Power Company and NorthWestern Corporation to the Montana Public Service Commission dated January 11, 2001.

4.  Attached to this Affidavit as **Exhibit 3** is a true and correct copy of the Prefiled Testimony of Michael J. Hanson on Behalf of NorthWestern Corporation before the Department of Public Service Regulation, Docket No. D2001.1.5.

Further your affiant sayeth not.

_____
Stanley T. Kaleczyc

Subscribed and sworn to before me this 14th day of January, 2008.

(Notarial Seal)

_____
Notary Public for the State of Montana
Printed Name: Kristi Auby
Residing at: E. Helena, Montana
My Commission Expires: 11-30-2010

AFFIDAVIT OF STANLEY T. KALECZYC     2