**1**

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

------------------------------------- X

MAGTEN ASSET MANAGEMENT CORPORATION and

LAW DEBENTURE TRUST COMPANY OF NEW YORK,

                        Plaintiffs,

      -vs-

NORTHWESTERN CORPORATION,

                        Defendant.

Civil Action No. C.A. No. 04-1494 (JJF)

------------------------------------- X

MAGTEN ASSET MANAGEMENT CORP.,

                        Plaintiff,

      -vs-

MICHAEL J. HANSON and ERNIE J. KINDT,

                        Defendants.

Civil Action No. C.S. No. 05-499 (JJF)

------------------------------------- X

DATE:     November 13, 2007

TIME:     9:00 a.m.


          Deposition of PAUL A. MARCUS, held at

the offices of Curtis, Mallet-Prevost, Colt &

Mosle, 101 Park Avenue, New York, New York,

```
1                  - PAUL A. MARCUS -
2   pursuant to Notice, before Hope Menaker, a
3   Shorthand Reporter and Notary Public of the State
4   of New York.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                    - PAUL A. MARCUS -

2    time period up to the bankruptcy.  To look at the

3    events that occurred and knowing that the company

4    couldn't make it and needed to declare bankruptcy

5    is something that is an indication also of what

6    would have happened earlier had all of the

7    information been known.

8         Q.    Well, do you have an opinion as you sit

9    here today as to when the company would have had to

10   declare bankruptcy, given the assumptions that

11   you've made?

12        A.    Not specifically, no.

13        Q.    Okay.  I take it you don't have an

14   opinion as to when the company would have had to

15   declare bankruptcy, given the assumptions you made,

16   but also given an assumption the company would have

17   employed the same turnaround program in early '02

18   that it actually implemented in early '03, correct?

19             MR. KAPLAN:  Objection to form.

20        A.    I have not come up with an opinion as to

21   when the company would have declared bankruptcy.

22        Q.    My question then, sir, is, why is the

23   filing of the bankruptcy and timing of it relevant

24   in any way relevant to your opinion that the asset

25   transfer would have been impeded by the attempts of