IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : <br> : Chapter 11 <br> NORTHWESTERN CORPORATION, : <br> : Bankruptcy Case No. 03-12872 <br> Debtor. : | |
| MAGTEN ASSET MANAGEMENT CORP. and : <br> LAW DEBENTURE TRUST COMPANY OF : <br> NEW YORK, : <br> : <br> Plaintiffs, : <br> : Civil Action No. 04-1494-JJF <br> v. : <br> : <br> NORTHWESTERN CORPORATION, : <br> : <br> Defendant. : | |
| MAGTEN ASSET MANAGEMENT CORP., : <br> : <br> Plaintiff, : <br> : <br> v. : Civil Action No. 05-499-JJF <br> : <br> MIKE J. HANSON and ERNIE J. : <br> KINDT, : <br> : <br> Defendants. : | |

## O R D E R

WHEREAS, the Debtor, Northwestern Corporation has filed, in each of the above-captioned actions, a Motion In Limine Striking Expert Reports and Precluding Testimony of Paul A. Marcus and Robert W. Berliner (D.I. 267 in Civil Action No. 04-1494; D.I. 304 in Civil Action No. 05-499);

WHEREAS, Defendants Ernie Kindt and Mike Hanson have filed in the action to which they are a party, a Motion in Limine To

Strike And Exclude Expert Witnesses (D.I. 302 in Civil Action No. 05-499);

WHEREAS, Plaintiffs in the above-captioned actions, have requested the Court to stay briefing on all of the Motions In Limine which implicate issues under <u>Daubert v. Merrell Dow Pharm, Inc.</u>, 509 U.S. 579 (1993);

WHEREAS, separate responses have been filed by Northwestern Corporation and Defendants Kindt and Hanson;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  Briefing on Northwestern's Motion In Limine Striking Expert Reports and Precluding Testimony of Paul A. Marcus and Robert W. Berliner (D.I. 267 in Civil Action No. 04-1494; D.I. 304 in Civil Action No. 05-499) is **STAYED**.

2.  Briefing on the Motion To Strike And Exclude Expert Witnesses filed by Defendants Hanson and Kindt (D.I. 302 in Civil Action No. 05-499) is **STAYED**.

3.  Any motions in limine to be filed in the above-captioned actions shall be filed with the respective Pre-Trial Order.

January 18, 2008
DATE

*[signature]*
UNITED STATES DISTRICT JUDGE