# EXHIBIT  6

**Exhibit [6] To Proposed Pre-Trial Order**

**NorthWestern's Statement of Issues of Law (Local Civil Rule 16.3(c)(5))**

The issues of law which NorthWestern contends remain to be litigated are set forth in detail in NorthWestern's motion for summary judgment and its memoranda of law and additional materials submitted in support thereof, which are incorporated herein by reference. [D.I. 242-48, Case No. 04-1494]. In addition, NorthWestern incorporates herein the issues of fact set forth in Exhibit 3 to extent the Court determines such issues of fact are properly considered issues of law.

1.      In order to prevail, Plaintiffs must carry the burden of proof in showing that the release of Clark Fork as obligor on the QUIPS was obtained through actual fraud or as the result of a fraudulent scheme. *In re: NorthWestern Corp. (Magten Asset Mgmt. Corp. & Law Debenture Trust Co. of N.Y. v. NorthWestern Corp.)*, 313 B.R. 595, 603 (Bankr. D. Del. 2004).

2.      The fraud which Plaintiffs must prove is common law fraud which is applicable to the only theory left to them, i.e. that the release is void because it was obtained by fraud. *Id. See Stanley v. Holms*, 975 P.2d 1242 (Mont. 1999); *Riggs et al. v. Gillespie*, 241 F. 311 (4th Cir. 1917); *Ladenburg Thalmann & Co., Inc. v. Imaging Diagnostic Sys., Inc.*, 176 F. Supp. 2d 199 (S.D.N.Y. 2001); *Ass'n of Unit Owners of the Deer Lodge Condo. v. Big Sky of Montana, Inc.*, 798 P.2d 1018 (Mont. 1990); *Inderdonato v. Interdonato*, 521 A.2d 1124, 1133-34 (D.C. App. 1987). The concept of fraud, including the so-called badges of fraud, referred to and embodied in the Montana fraudulent conveyance statute are irrelevant to that determination.

3.      In order to establish common law fraud sufficient to void the release of Clark Fork under the Third Supplemental Indenture Plaintiffs must prove

1)    a material misrepresentation or omission of fact;

2)    which was false and known to be false by NorthWestern;

3)    made for the purpose of inducing the Bank of New York to rely upon it;

4)    justifiable actual reliance by the Bank of New York in executing the Third
      Supplemental Indenture; and

5)    damages.

*Lama Holding Co. v. Smith Barney, Inc.*, 88 N.Y.2d 413, 646 N.Y.S.2d 76 (1996); *Abry Partners v. F&W Acquisition LLC*, 891 A.2d 1032 (Del. Ch. 2006).

4.    The issue of fraud in the inducement with respect to the release of Clark Fork is governed by New York law because New York law is the governing law of the QUIPS Indenture. *Abry Partners v. F&W Acquisition LLC*, 891 A.2d 1032 (Del. Ch. 2006).

5.    Under New York law the Plaintiffs must prove fraud by clear and convincing evidence which is a higher burden than the ordinary civil burden of proof. *Vermeer Owners, Inc. v. Guterman*, 78 N.Y.2d 1114, 585 N.E.2d 377, 578 N.Y.S.2d 128 (1991).

6.    Plaintiffs must prove that the alleged fraud by NorthWestern proximately caused the Going Flat Transaction and that this proximately caused their loss. "But for" causation is insufficient as a matter of law. *McCabe v. Ernst & Young LLP*, 494 F.3d 418 (3rd Cir. 2007); *Hecht v. Commence Clearing House, Inc.*, 897 F.2d 21 (2d Cir. 1990); *Maxwell v. KPMG, LLP*, No. 03 C 3524, 2007 U.S. Dist. LEXIS 52647 (N.D. Ill. June 19, 2007).

7.    Plaintiffs are not entitled to a negative inference that NorthWestern's financial statements were intentionally falsified in order to accomplish the Going Flat Transaction based upon Kipp Orme's invocation of his Fifth Amendment privilege against self-incrimination when questioned about the accuracy of the original financial statements. Because there is no independent evidence corroborating that NorthWestern's financial statements were

-2-

intentionally falsified, Plaintiffs' are not entitled to such an inference. *United States v. Stelmokas*, 100 F.3d 302, 311 (3d Cir. 1996); *RAD Servs., Inc. v. Aetna Cas. & Sur. Co.*, 808 F.2d 271, 277 (3d Cir. 1986); *United States v. Local 560 of the Int'l Brotherhood of Teamsters*, 780 F.2d 267 (3d Cir. 1985); *In re: Winstar Commc'ns, Inc.*, 348 B.R. 234, 281 (Bankr. D. Del. 2005).

8.     In order to prove fraud based on allegations that NorthWestern concealed its insolvency, Plaintiffs must prove that NorthWestern not only was insolvent but that it had a present intention not to pay the QUIPS holders at the time it assumed the obligations on the QUIPS. *In re: Paragon Sec.*, 589 F.2d 1240 (3d Cir. 1978); *Rochford v. New York Fruit Auction Corp.*, 116 F.2d 584 (2d Cir. 1940).

9.     Both Magten and Law Debenture are estopped from litigating whether NorthWestern's statements in April 2003 concerning its financial condition constitute an event of default or whether BoNY was under a duty to conduct an investigation of NorthWestern's financial condition based on those statements or based on the fact that NorthWestern restated its financials for the first three quarters of 2002. *Pinnacle Consultants, Ltd. v. Leucadia Nat'l Corp.*, 94 N.Y.2 426, 706 N.Y.S.2d 46 (2000); *Meagher v. Bd. of Trustees*, 921 F. Supp. 161 (S.D.N.Y. 1995); *Parkoff v. General Tel. & Elec. Corp.*, 53 N.Y.2d 412, 442 N.Y.S.2d 432 (1981).

10.     Plaintiffs may not amend their claims or allegations at this stage of the litigation, through motion or otherwise, and are bound to the allegations contained in their complaint. *Eastern Mineral & Chems. Co. v. Mahan*, 225 F.3d 330, 340 (3d Cir. 2000); *Dimensional Commc'ns, Inc. v. Oz Optics Ltd.*, No. 04-1817, 2005 U.S. App. LEXIS 17111, at

*7 (3d Cir. 2005); *McLaughlin v. Diamond State Port Corp.,* No. 03-617, 2004 U.S. Dist. LEXIS 25513, at *2 (D. Del. Dec. 21, 2004).

        11.     Plaintiffs are precluded from asserting any claim for unjust enrichment because they had a valid contract, the QUIPS Indenture, which forms the basis for their claims. *Goldman v. Metro Life Ins.*, 5 N.Y.3d 561, 807 N.Y.S.2d 583 (2005); *Astropower Liquidating Trust v. KPMG LLP*, No. 06-469, 2007 U.S. Dist. LEXIS 38222 (D. Del. May 29, 2007).

4258281v2

# EXHIBIT 7

**Exhibit No. [7] to Proposed Pre-Trial Order**

**Defendant's Hanson and Kindt**

**Statement of Issues of Law Which Remain to Be Litigated**

**(Local Civil Rule 16.3(c)(5))**

Because Hanson and Kindt believe they are entitled to summary judgment in their favor, there are no issues of law which remain to be litigated if this Court does in fact grant summary judgment to Hanson and Kindt. To the extent this Court does not grant summary judgment in their favor, Hanson and Kindt believe that some or all of the issues of law set forth below are necessary to adjudicate in this matter. Any issues of law that remain after this Court's determination of the pending motion for summary judgment in the Hanson and Kindt Action might also be resolved with the Court's ruling in the NorthWestern Action, either on the motion for summary judgment pending in that case or following a trial in the NorthWestern Action. Thus, Hanson and Kindt reserve the right to further amend this Exhibit 7 at an appropriate time following any such determinations.

Defendants have not specifically addressed each legal assertion contained in Magten's Statement of Issues of Law [Exhibit 5 to this Proposed Pretrial Order] because many such assertions are not issues of law, but rather legal contentions which underlie the following issues of law.

Further, as noted above, many legal issues affecting the outcome of this litigation are addressed in full in the motions for summary judgment currently pending before this Court.

In addition, while Magten acknowledges the inapplicability to the Hanson and Kindt Action of certain issues of law it identifies, it neglects to acknowledge the inapplicability of several other issues of law which do not apply to the Hanson and Kindt Action. Many of Magten's Statement of Issues of Law appear to apply only to the NorthWestern Action and not to the Hanson and Kindt Action as they solely relate to

EXHIBIT 7 TO FINAL PRE-TRIAL ORDER                1

Magten's fraudulent transfer and fraud claims against NorthWestern in Cause No. 04-1494.

Defendants Hanson and Kindt reserve the right to amend or supplement this Exhibit in light of any determinations made by this Court on the pending Motion for Summary Judgments, Daubert Motions, or any motions in limine. The issues of fact set forth herein are applicable only to the Hanson and Kindt Action as neither Hanson nor Kindt are parties to the NorthWestern Action.

In addition to the foregoing, Defendants identify the following issues of law remaining to be litigated in this case.

1. All issues raised in Defendants' Motion for Summary Judgment, as hereby incorporated at length, [see D.I. 273, 274, 275, 276, 277, 278, and 279], which include:

   a. Whether Plaintiff has standing to sue;

   b. Whether there are any material facts in dispute which preclude the granting of summary judgment in favor of the Defendants;

   c. Whether Plaintiff's claim to compensatory damages is barred or limited by application of Montana law;

   d. Whether Plaintiff's claim for punitive damages must be dismissed; and

   e. Whether Plaintiff is entitled to attorneys' fees and costs.

2. Whether Plaintiff is entitled to amend its Complaint and add Law Debenture as an additional plaintiff, as discussed in Plaintiff's Motion for Leave to Amend Complaint and Add Additional Plaintiff and the subsequent briefing including the opposition filed by Defendants Hanson and Kindt arguing amendment it is not timely, does not cure the standing defects, and is futile. [See D.I. 293].

3. Whether Plaintiff's expert witnesses should be precluded from testifying at trial based on the issues identified in the two Motions to Strike Plaintiff's Expert Witnesses filed in both the Hanson and Kindt Action

EXHIBIT 7 TO FINAL PRE-TRIAL    2
ORDER

and in the NorthWestern Action. [See D.I. 302 and 303 and D.I. 304 and 305]

4.  Whether the bankruptcy of NorthWestern, which was an Event of Default under the QUIPS Indenture, was an intervening superseding event which precludes Magten's right to seek recovery from Hanson and Kindt. See Whiting v. State, 810 P.2d 1177, 1183 (Mont. 1991) (superseding, intervening event "will generally serve to cut off defendant's liability.").

5.  Whether Magten has standing to sue and seek recovery on behalf on unnamed QUIPS holders.

6.  Whether Magten can satisfy its burden of proof absent expert testimony in proving Hanson and Kindt breached any fiduciary duty. "Expert testimony is necessary in cases where the understanding and analysis of the issues is beyond the ken of the typical jury." *USH Ventures v. Global Telesystems Group, Inc.*, 2000 WL 1211205, *2 (Del. Sup. Ct. 2000).

7.  Whether Magten can satisfy its burden of proof absent expert testimony in establishing Hanson and Kindt owed any fiduciary duty to Magten or Clark Fork's creditors. "Expert testimony is necessary in cases where the understanding and analysis of the issues is beyond the ken of the typical jury." *USH Ventures v. Global Telesystems Group, Inc.*, 2000 WL 1211205, *2 (Del. Sup. Ct. 2000).

8.  Whether Magten's damages, if any, suffered due to Hanson and Kindt's conduct is determined with reference to the market value of the QUIPS at the time they were allegedly damaged or at the time Magten purchased the QUIPS. *Spackman v. Ralph M. Parsons Co.*, 414 P.2d 918, 921 (Mont. 1966) ("The injured party is to be made as nearly whole as possible-but not to realize a profit. Compensatory damages are designed to compensate the injured party for actual loss or injury-no more, no less.")

EXHIBIT 7 TO FINAL PRE-TRIAL ORDER                    3

9.   Whether Magten is entitled to prejudgment interest despite the fact (a) such relief was not specifically requested in its Complaint, and (b) its damages are not capable of being made certain prior to the jury's award. . *See American Music Co. v. Higbee*, 103 P.3d 518, 523 (Mont. 2004). Additionally, Magten cannot obtain prejudgment interest if it receives a judgment in an amount less than it seeks in damages and the amount recovered is not the result of a readily calculable offset. *Id.* at 524.

10.  To the extent Magten recovers damages from Hanson and Kindt for a derivative claim, whether Magten is required to remit any recovery to Clark Fork. *See* Mont. Code Ann. § 35-8-1104(4).

11.  To the extent Magten recovers damages from Hanson and Kindt, any such recovery would be subject to a *pro tanto* set-off for any damages Magten recovers from NorthWestern in Cause No. 04-1494.

12.  Whether Hanson and Kindt, as officers of Clark Fork, breached their fiduciary duties of loyalty and care when they carried out the directives of Clark Fork's sole member, NorthWestern. Hanson and Kindt's duty of care is limited to "refraining from engaging in grossly negligent or reckless conduct, intentional misconduct, or a knowing violation of law." *See* Mont. Code Ann. § 35-8-310.[1]

13.  Whether Hanson and Kindt's conduct was protected by the Business Judgment Rule. *See, e.g., Cede & Co. v. Technicolor, Inc.*, 634 A.2d 345, 367-68 (Del. 1993) (A corporate director must "inform himself and his

---

[1] Hanson and Kindt disagree with Magten's contention of the applicable law relating to the fiduciary duties of subsidiary officers, as discussed in Number 19 of Magten's Statement of Issues of Law. Instead, as discussed in the briefing relating to Hanson and Kindt's Motion for Summary Judgment, the applicable rule of law is that officers of a wholly-owned, solvent subsidiary are entrusted to carry out the directives of the corporate parent and owe fiduciary duties solely to the controlling parent as the sole shareholder of the subsidiary. *See Teleglobe Commcns Corp.*, 493 F.3d 345, 367 n. 24 (3d. Cir. 2007). Additionally, Magten misstates the rule of law established by *Scott Acquisition Corp., v. Morris*, 344 B.R. 283 (Bankr. D. Del. 2006). The relevant holding of Scott is limited to the rule providing: "upon insolvency directors of a wholly-owned subsidiary owe fiduciary duties to the subsidiary and its creditors." *Scott*, 344 B.R. at 290.

EXHIBIT 7 TO FINAL PRE-TRIAL          4
ORDER

fellow directors of all material information that is reasonably available to them." However, "a trial court will not find a board to have breached its duty of care unless the directors individually and the board collectively have failed to inform themselves fully and in a deliberate manner before voting as a board upon a transaction as significant as a proposed merger or sale of the company.").[2]

14. Whether Magten pled its cause of action against Hanson and Kindt as a derivative claim or a direct claim.

15. Whether Magten sufficiently mitigated its damages and appropriately acted to avoid unnecessarily enlarging its damages. *See Tiggerman v. City of Butte*, 119 P. 477, 478 (Mont. 1911) ("[O]ne who has been injured by the negligence of another must use ordinary diligence to effect a cure, and there can be no recovery for damages that might have been avoided by the exercise of such care."); *see also Town Pump, Inc. v. Diteman*, 622 P.2d 212, 216 (Mont. 1981) (injured party has a duty to "act reasonably under the circumstances so as not to unnecessarily enlarge damages").

16. Whether Magten has alleged sufficient facts and demonstrated evidence to allow the issue of punitive damages to be presented to the jury.

17. Whether Magten is entitled to attorney's fees if Magten is successful in it claim against Hanson and Kindt and the amount, if any, of such award which must be limited to only those fees and costs specifically incurred in the Hanson and Kindt Action and must specifically exclude those fees and costs incurred in the NorthWestern Action. Absent statutory or contractual authority, attorney's fees will not be awarded to the prevailing

---

[2] Magten's reliance on Mont. Code Ann. §§ 35-1-452 and 35-1-457 in number 18 of its Statement of Issues of Law is inappropriate for two principal reasons. First, these sections deal with corporate officers, not officers of limited liability companies. Second, these statutes do not support the proposition set forth by Magten. Mont. Code Ann. §§ 35-1-452 and 35-1-457 address limitations on a corporation's ability to indemnify its directors and officers, not whether a limited liability company's officers can be held liable for negligent conduct.

EXHIBIT 7 TO FINAL PRE-TRIAL
ORDER                                    5

party in a lawsuit. *Erker v. Kestner*, 988 P.2d 1221, 1228 (Mont. 1999).

Magten relies on Mont. Code Ann. § 35-8-1104(4), which allows the court

discretion to award attorney's fees to a successful plaintiff in a derivative

action, however Magten has not pled and does not have standing to plead a

derivative action. *See* D.I. 274, at 20-29; *see also* D.I. 307, at 3-8. Even if

Magten successfully asserts a derivative claim against Hanson and Kindt,

the statute cited by Magten requires only that "the court may award

[Magten] reasonable expenses, including reasonable attorney fees, and

shall direct [Magten] to remit to the limited liability company the

remainder of the proceeds received." Mont. Code Ann. § 35-8-1104(4).

And thus, Magten would not be entitled to a recovery of compensatory or

punitive damages.

EXHIBIT 7 TO FINAL PRE-TRIAL
ORDER                                     6

# EXHIBIT 8

**Exhibit No. 8 to Proposed Pre-Trial Order**

**Plaintiffs' Trial Exhibit List**
**(Local Civil Rule 16.3(c)(6))**

The exhibits which plaintiffs may offer as exhibits at trial are set forth below.  Plaintiffs reserve their right to amend, modify or supplement this

trial exhibit list, including without limitation in light of additional discovery that may occur prior to trial, any motions currently pending or that

will be made prior to trial, or the impact of any pre-trial rulings by the Court.  Defendants' Trial Exhibits are also incorporated by reference into

Plaintiffs' Trial Exhibit List.  Plaintiffs reserve their right to supplement all exhibits having to do with fees and expenses of attorneys, experts, and

the trustee to the extent necessary in light of additional developments and expenses through the completion of trial.

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 1. | 11/01/1996 | The Montana Power Company to The Bank of New York Indenture (For Unsecured Subordinated Debt Securities Related to Trust Securities) | NOR009214 – 296 | none | No. | |
| 2. | 11/01/1996 | Amended and Restated Trust Agreement among The Montana Power Company, The Bank of New York and Delaware Bank of NY | NOR009145 – 213 | none | No. | |
| 3. | 11/01/1996 | Prospectus for the 8.45% Cumulative Quarterly Income Preferred Securities | N/A | none | No. | |
| 4. | 11/06/1996 | The Montana Power Company's Officer's Certificate | N/A | none | No | |

[1] The legend for Hanson/Kindt's objections is on the last page of the document

[2] The legend for NorthWestern's objections is on the last page of the document.

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 5. | 09/19/2000 | NW Corporation Board of Directors Minutes of the Special Meeting | NOR009460 – 464 | none | No. | |
| 6. | 09/28/2000 | Articles of Organization of The Montana Power Company | NOR200843 – 849 | none | No. | |
| 7. | 09/28/2000 | Limited Liability Company Operating Agreement of The Montana Power Company | NOR200850 – 855 | none | No. | |
| 8. | 09/29/2000 | Unit Purchase Agreement By and Between NW Corporation, Touch America Holdings, Inc. and The Montana Power Company with Respect to All Outstanding Membership Interests in The Montana Power LLC – Annex B of Document | NOR002632 – 700 | none | No. | |
| 9. | 10/03/2000 | NW's Form 8-K Filed October 3, 2000 | N/A | none | No. | |
| 10. | 12/20/2000 | Joint Application of the Montana Power Co. and NW Corp. for Approval of Disposition of Jurisdictional Facilities, Submitted to Federal Energy Regulatory Commission (Docket No. EC01-47-000) | N/A | none | No. | |
| 11. | 01/11/2001 | Public Service Commission of the State of Montana Joint Application of the Montana Power Company and NW Corporation | NOR044299 – 695 | none | No. | |
| 12. | 01/26/2001 | Blue Dot Services Inc. Board of Directors Minutes of Regular | DT001687 – 793 | Relevance, Authenticity | Yes. Authenticity, hearsay, relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| | | Meeting | | Hearsay | | |
| 13. | 02/04/2001 – 11/06/2001 | Various Minutes from the Meetings of the NW Board of Directors Regular and Special Meetings, as well as from the Audit Committee of the Board of Directors of NW Corporation and Other Special Committees, Along with Ballots for Said Meetings for February 2001 through November 2001. | DT000520 – 606 | Relevance. Many are not relevant to Defendants Hanson and Kindt. Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 14. | 02/20/2001 | FERC Order Authorizing Disposition of Jurisdictional Facilities | NOR199330 – 333 | none | No. | |
| 15. | 08/27/2001 | Supplemental Filing - Department of Public Service Regulation Before the Montana Public Service Commission of the State of Montana Joint Application of the Montana Power Company and NW Corporation | NOR044696 – 743 | none | No. | |
| 16. | 11/6-7/2001 | NW Corporation Board of Directors Minutes of Regular Meeting | NOR009503 – 537 | Relevance | No. | |
| 17. | 11/20/2001 | E-mail from Cushla Thomson to James Finch, Doreen Welch Re: Moody's Press Release | CSFB010284 – 286 | Relevance Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 18. | 11/28/2001 | Expanets Board of Directors Meeting | NORS21207 – 235 | Relevance Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 19. | 12/26/2001 | Standard and Poors – NW Corporation – Credit Ratings | CSFB009049 – 056 | Relevance Authenticity, Hearsay | Yes. Authenticity, relevance, hearsay. | |
| 20. | 12/27/2001 | Memo to Public Utility Staff | NOR003287 – 343 | none | No. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| | | Investment Division SEC from Charles A. Patrizia cc Jacobsen Re: Application of Section 3 of the Public Utility Holding Company Act of 1935 | | | | |
| 21. | 12/31/2001 | NW Management Financial and Information Report | NOR361885 – 897 | none | Yes. Relevance. | |
| 22. | 00/00/2002 | Management Financial and Information Report Meeting 2002 Calendar | NOR044943 | Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 23. | 00/00/2002 | Timeline of Key Events (2002) Accruals – Rick Fresia – and Attached documents | NOR306834 – 843 | Relevance, Hearsay | Yes to NOR306834. Hearsay, relevance. Yes to NOR306835-43. There is no indication that these documents were attached to timeline in original. | |
| 24. | 01/01/2002 to 12/31/2002 | Uniform Standards of Professional Appraisal Practice 2002 Edition – Standard 9 | N/A | none | No. | |
| 25. | 01/01/2002 to 12/31/2002 | Uniform Standards of Professional Appraisal Practice 2002 Edition – SMT 2 | N/A | none | No. | |
| 26. | Valuation as of 01/01/2002 | Expanets, Inc. and Subsidiaries Englewood, Colorado – Fair Value | NOR305018 – 081 | Relevance | No. | |
| 27. | Valuation as of 01/01/2002 | Blue Dot – Fair Value - American Appraisal Associates | NOR365584 - 647 | Relevance | No. | |
| 28. | 01/02/2002 | NW Board of Directors Minutes of the Special Meeting | NOR009538 – 539 | none | Yes. Relevance. | |
| 29. | 01/05/2002 | E-mail from Younger to Hylland ccing Jim Walker Re: Bookings Report | NOR405633 – 634 | Relevance, Hearsay | Yes. Hearsay, relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 30. | 01/14/2002 | Credit Agreement Among NW Corp. and Certain Lenders | CSFB001264 – 414 | Relevance | No. | |
| 31. | 01/16/2002 | Transcript of Proceedings In The Matter of the Joint Application for Approval of the State of Montana Power Company to NW Corporation – Attached Cover Letter from Alke to Corcoran Dated June 27, 2005 | NOR044802 – 855 | none | Yes to NOR044802. Authenticity, hearsay, relevance. | |
| 32. | 01/16/2002 | E-mail from Younger to Walker Re: Expert System Update | NOR405637 | Relevance, Hearsay | Yes.  Hearsay, relevance. | |
| 33. | 01/17/2002 | E-mail from Hylland to Bradley and Lewis Re: Scorecard for January | NOR406191 – 192 | Relevance, Hearsay | Yes.  Hearsay, relevance. | |
| 34. | 01/22/2002 | 8-K Filed for the Period of January 18, 2002 | N/A | none | No. | |
| 35. | 01/28/2002 | NW Memo to the Board of Directors from Hanson and Jacobsen Re: Update on Montana Power Acquisition | NOR142389 – 392 | none | No. | |
| 36. | 01/28/2002 | 8-K Filed for the Period of January 24, 2002 | N/A | none | No. | |
| 37. | 01/28/2002 | NW Corporation Staff Meeting/Executive Committee Meeting Minutes | NOR365802 – 804 | none | No. | |
| 38. | 01/29/2002 | A.G. Edwards – Equity Research, Electric Utilities – Montana Commission Approves Acquisition of MTP T&D Business | NOR101960 – 962 | Relevance, Hearsay, Authenticity | Yes.  Authenticity, hearsay, relevance. | |
| 39. | 01/29/2002 | 8-K Filed for the Period of January 29, 2002 | N/A | none | No. | |
| 40. | 01/31/2002 | Final Order No. 6353c - Opinion Approving Montana Power | NOR044756 – 799 | none | No. | |

| TAB# | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| | | Purchase and Stipulation of the Various Parties. | | | | |
| 41. | 01/31/2002 | NW Management Financial and Information Report | NOR361898 – 915 | none | Yes. Relevance. | |
| 42. | 01/31/2002 | Presentation Sent to Lewis and Hylland on Expert and Expanets Financial Overview | NOR349375 – 391 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 43. | 01/31/2002 | 8-K Filed for the Period of January 31, 2002 | N/A | none | No. | |
| 44. | 02/00/2002 | NW Corporation Finance Summit Session | NOR182470 – 524 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 45. | 02/05/2002 | Audit Committee of the Board of Directors of NW Corporation Meeting Minutes | NOR138132 – 134 | Relevance | Yes.  Relevance. | |
| 46. | 02/06/2002 | NW Corporation Board of Directors Minutes of Regular Meeting | NOR009540 – 550 | none | Yes. Relevance. | |
| 47. | 02/07/2002 | Analyst Conference Call | NOR159817 – 879 | Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 48. | 02/07/2002 | 8-K Filed for the Period of February 7, 2002 | N/A | none | No. | |
| 49. | 02/13/2002 | The Montana Power, LLC to The Bank of New York Trustee First Supplemental Indenture (For Unsecure Subordinated Debt Securities Relating to Trust Securities) | BNY-M00422 – 428 | none | No. | |
| 50. | 02/13/2002 | Opinion of Milbank, Tweed, Hadley & McCloy LLP Relating to the First Supplemental Indenture | N/A | none | No. | |
| 51. | 02/13/2002 | Officer's Certificate of J.P. | N/A | none | No. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 52. | 02/13/2002 | Pederson, Vice President, Chief Financial Office and Treasurer Relating to the First Supplemental Indenture Application Seeking Exemption Under Section 3(a)(3) of PUHCA | NOR002701 – 730 | none | No. | |
| 53. | 02/14/2002 | NorthWestern Corporation – Merrill Lynch Release – 2002: A Year of Transformation | NOR182525 – 528 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 54. | 02/25/2002 | E-mail from Forinash to Smook with NOR Staff/Executive Committee Materials Attached For Tomorrow's Meeting | NOR365805 | none | Yes. Relevance. | |
| 55. | 02/27/2002 | Audit Committee of the Board of Directors of NW Corporation Meeting Minutes | NOR364405 – 406 | Relevance | Yes. Relevance. | |
| 56. | 02/28/2002 | NW Corporation Presentation to the Investment Banking Committee | CSFB018644 – 669 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 57. | 02/28/2002 | NW Management Financial and Information Report | NOR361916 – 933 | none | Yes. Relevance. | |
| 58. | 03/01/2002 | 8-K Filed for the Period of March 1, 2002 | N/A | none | No. | |
| 59. | 03/04/2002 | 8-K Filed for the Period of February 15, 2002 | N/A | none | No. | |
| 60. | 03/12/2002 | NW's Press Release | NOR182534 – 535 | none | No. | |
| 61. | 03/14/2002 | E-mail from Chris Younger to Orme Re: Expanets Forecast | NOR405677 – 679 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 62. | 03/14/2002 | E-mail from Chris Younger to Orme Re: Expanets Forecast | NOR405680 – 681 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 63. | 03/18/2002 | MPC Compensation Proposal Confidential Memo from Jacobsen and Hanson to Lewis, | NOR398129 – 135 | none | No. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 64. | 03/18/2002 | Hylland, and Van Camp / NW Corporation Board of Directors Minutes of the Special Meeting | NOR009551 – 553 | Relevance | No. | |
| 65. | 03/19/2002 | E-mail from Chris Younger to Jim Walker Re: Partner Entity Q1 Forecasts | NOR405682 | No objection to email of March 19, 2002 at 9:58 a.m. to recipients including Hanson; Object to balance of exhibit: Relevance | Yes. Hearsay, relevance. | |
| 66. | 03/19/2002 | AG Edwards, NW Corporation – Will Investor Attention on Accounting Issues Result in Lower Share Price? We Think Yes | NOR101965 – 980 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 67. | 03/31/2002 | NW Management Financial and Information Report | NOR361971 – 988 | none | Yes. Relevance. | |
| 68. | 04/03/2002 | Checklist of "Flat" Restructuring Issues | NOR411451 – 454 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay. | |
| 69. | 04/05/2002 | Audit Committee of the Board of Directors of NW Corporation Meeting Minutes | NOR210742 | Relevance | Yes. Relevance. | |
| 70. | 04/07/2002 | E-mail from Orme to Hylland Re: Draft 1st Quarter Forecast Release | NOR405696 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 71. | 04/09/2002 | E-mail from Lewis to Hylland Re: Board | NOR406200 | Relevance | Yes. Relevance. | |
| 72. | 04/15/2002 | 8-K Filed for the Period of April 15, 2002 | N/A | none | No. | |
| 73. | 04/16/2002 | E-mail from Paul Wyche to Hanson, Monaghan and Newell Re: First Quarter Earnings Release | NOR131551 – 553 | none | Yes. Relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT¹ | OBJECTIONS BY NORTHWESTERN² | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 74. | 04/22/2002 | Minutes of Initial Meeting of Board of Directors of NW Energy | DT 006446 – 448 | none | Yes. Relevance, hearsay. | |
| 75. | 04/25/2002 | Morgan Stanley – NW Corporation – New, More Regulated Look, Attractive Valuation | NOR053319 – 328 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 76. | 04/30/2002 | Transcript of a NW Corporation First Quarter Earnings Conference Call | NOR379763 – 880 | Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 77. | 04/30/2002 | NW Management Financial and Information Report | NOR362012 – 031 | none | Yes. Relevance. | |
| 78. | 04/30/2002 | Audit Committee of the Board of Directors of NW Corporation Meeting Minutes | NOR210743 – 744 | Relevance | Yes. Relevance. | |
| 79. | 04/30/2002 – 05/01/2002 | NW Corporation Board of Directors Minutes of Annual Meeting | NOR009556 – 565 | None | No. | |
| 80. | 05/01/2002 | 8-K Filed for the Period of May 1, 2002 | N/A | none | No. | |
| 81. | 00/00/2002 | Various NW Board of Directors Meeting Minutes for Regular, Special, and Annual Meetings Along with Related Documents for February 2002 Through March 2003. | DT006201 – 417 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 82. | 05/01/2002 | Merrill Lynch, NW Corporation – Transformation Underway. But Execution Risk Remains High | NOR101990 – 992 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 83. | 05/10/2002 | E-mail from Thomas Batina of Andersen to Charters and Hylland Re: Expert System Meeting | NOR406210 – 211 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 84. | 05/14/2002 | Audit Committee of the Board of Directors of NW Corporation Meeting Minutes | NOR210745 – 746 | Relevance | Yes. Relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 85. | 05/15/2002 | 10Q Filed for the Period of March 31, 2002 | N/A | none | No. | |
| 86. | 05/17/2002 | Merrill Lynch – NW Corporation – Volatility Belies Fundamentals | NOR101994 – 995 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 87. | 05/17/2002 | Morgan Stanley – NW Corporation – Concerns Over Late Filing Overblown | NOR053430 – 433 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 88. | 05/17/2002 | Analyst Conference Call | NOR074489 –592 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 89. | 05/18/2002 | E-mail from Hylland to Charters, Lewis, and Hylland Re: PRC Visit | NOR405389 – 392 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 90. | 05/20/2002 | E-mail from Hylland to Charters Re: April Summary Financials (Confidential) | NOR405393 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 91. | 05/22/2002 | 8-K Filed for the Period of May 16, 2002 | N/A | none | No. | |
| 92. | 05/28/2002 | Memo from Orme to Lewis, Hylland, and Jacobsen Re: Financing Plans and Considerations | NOR056238 – 245 | Relevance | Yes. Hearsay, relevance. | |
| 93. | 05/30/2002 | E-mail from Rick Fresia to Tim Gentry Re: Ops Meeting Question | NOR405401 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 94. | 05/31/2002 | NW Management Financial and Information Report – Includes an E-mail from Karen Smook to Multiple Recipients dated June 3, 2002. | NOR458098– 119 | none | Yes. Relevance. | |
| 95. | 06/01/2002 | E-mail from Hylland to Charters Re: Confidential PRC Cash Receipts | NOR405404 – 405 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 96. | 06/03/2002 | E-mail from Charters to Hylland, | NOR406229 – 234 | Relevance, | Yes. Hearsay, relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 97. | | Lewis, Hylland, and Orme Re: Updates from the Op's Meetings | | Hearsay | | |
| 98. | 06/05/2002 | E-mail String, Top E-mail to Fresia and Others from Charters Re: Comment on Daily Flash Report | NOR138256 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 99. | 06/05/2002 | E-mail from Charters to Multiple Recipients Re: Comment on Daily Flash Report | NOR405406 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 100. | 06/08/2002 | E-mail from Hylland to John Charters and bcc Orme and Lewis Re: Confidential | NOR405409 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 101. | 06/08/2002 | E-mail from Hylland to Charters, bccing Lewis Re: Confidential | NOR405412 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 102. | 06/10/2002 | E-mail from Lewis to Bruce Smith; Drook; Jerry Johnson; Larry Ness; Marilyn Seymann; Lewis; Randy Darcy; and Hylland Re: NOR Update | NOR405410 – 411 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 103. | 06/14/2002 | E-mail from Charters to Lewis Re: Daily Flash Report June 12, 2002 | NOR405494 – 495 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 104. | 06/14/2002 | E-mail from Hylland to Charters Re: Daily Flash Report 6-14-02 | NOR405413 – 414 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 105. | 06/17/2002 | E-mail from Fresia to Hylland, Lewis, Orme, and ccing Charters Re: Mid-Month Collections Report | NOR405415 – 417 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 106. | 06/21/2002 | Memo from Orme to NW Board of Directors Re: Financing and IR Plans | NOR053464 – 469 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 107. | 06/21/2002 | NW Energy Monthly Operational Update | NOR321201 – 296 | none | Yes. Hearsay, relevance. | |
| | | NW Corporation Board of | NOR009566 – 567 | Relevance | Yes. Relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 108. | | Directors Minutes of the Special Meeting | | | | |
| | 06/24/2002 | Memo to Audit File from Kerri Kotsmith Re: SFAS 121 Cornerstone, Blue Dot, & Expanets | DT000748 – 749 | Relevance | No. | |
| 109. | 06/25/2002 | E-mail from Hylland to Bradley and Lewis Re: IT Issues | NOR405325 – 326 | Relevance, Hearsay | Yes.  Hearsay, relevance. | |
| 110. | 06/25/2002 | Expanets Summary Financial Information Package | NOR259069 – 117 | Relevane | No. | |
| 111. | 06/30/2002 | NW Management Financial and Information Report | NOR362049 – 064 | none | Yes. Relevance. | |
| 112. | 07/03/2002 | E-mail to Orme from Fresia Re: Update – Billings and Collections IT Fix Schedule | NOR405327 | Relevance | Yes. Relevance. | |
| 113. | 07/03/2002 | E-mail from Smook to Multiple Recipients Re: May 31, 2002 MFIR for the Month Ended | NOR458098 – 119 | none | Yes. Relevance. | |
| 114. | 07/09/2002 | NW Energy LTIP Confidential Memo | NOR247179 – 181 | none | Yes. Relevance. | |
| 115. | 07/12/2002 | Paul Hastings Letter to SEC re S-4, 10-K, and 10-Q | NOR080418 – 470 | Relevance | Yes. Relevance. | |
| 116. | 07/15/2002 | E-mail from Charters to Hylland Re: A follow up to the ongoing Expert Files | NOR406244 | Relevance, Hearsay | Yes.  Hearsay, relevance. | |
| 117. | 07/16/2002 | E-mail from Orme to Hylland Re: 02 Forecast | NOR521023 – 024 | Relevance, Hearsay | Yes.  Hearsay, relevance. | |
| 118. | 07/22/2002 | E-mail from Hanson to Hylland Re: Advancement | NOR134266 | none | Yes. Relevance. | |
| 119. | 07/22/2002 | NW Energy Monthly Operational Update | NOR321356 – 381 | none | Yes. Hearsay, relevance. | |
| 120. | 07/30/2002 | Memo from Hanson to the Board of Directors Re: Update on NW Energy Integration | NOR053568 – 571 | none | Yes.  Hearsay, relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN2 | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 121. | 07/31/2002 | Memo from Jacobsen to NW Board of Directors Re: "Going Flat" Resolution | NOR066673 | Relevance | No. | |
| 122. | 07/31/2002 | E-mail from Hanson to Ming Re: NCS August Update | NOR317466 – 467 | none | Yes. Hearsay, relevance. | |
| 123. | 07/31/2002 | NW Management Financial and Information Report for July 2002 | NOR362065 – 080 | none | Yes. Relevance. | |
| 124. | 08/00/2002 | NW Energy, L.L.C. Officer's Certificate Pursuant to Section 102 of the Indenture Dated November 1, 1996 | BNY-M 00446 – 447 | none | No. | |
| 125. | 08/01/2002 | Moody's Places Credit Ratings of NW Corporation and its Subsidiary NW Energy Under Review for Possible Downgrade | NOR076208 – 209 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 126. | 08/02/2002 | 8-K Filed for the Period of August 2, 2002 | N/A | none | No. | |
| 127. | 08/02/2002 | SAS73 Appraisal Review, Memo of Findings to Steve Polacek from Daniel Lynn Re Valuation Report of Blue Dot Corporation | NOR369197 – 201 | Relevance | No. | |
| 128. | 08/02/2002 | SAS73 Appraisal Review, Memo of Findings to Steve Polacek from Daniel Lynn Re Valuation Report of Expanets, Inc. | NOR369202 – 205 | Relevance | No. | |
| 129. | 08/02/2002 | Responses to D&T SAS73 Review – Valuation Report Re: Blue Dot Corporation | NOR369206 – 209 | Relevance | No. | |
| 130. | 08/06/2002 | Audit Committee of the Board of Directors of NW Corporation Meeting Minutes | NOR260031 – 032 | Relevance | Yes. Relevance. | |
| 131. | 08/06/2002 | E-mail from Chris Younger to John Charters Re: 03 Numbers - Confidential | NOR405505 – 507 | Relevance, Hearsay | Yes. Hearsay, relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 132. | 08/07/2002 | NW Corporation Board of Directors Minutes of Regular Meeting | NOR009568 – 583 | none | No. | |
| 133. | 08/07/2002 | NW Energy Written Consent of Sole Member and Manager to Action in Lieu of Meeting | NOR001290 – 292 | none | No. | |
| 134. | 08/07/2002 | Responses to Deloitte & Touche's SAS73 Review – Valuation Report Re: Blue Dot Corporation | AAA04107-15 | Relevance. | No. | |
| 135. | 08/08/2002 | 8-K Filed for the Period of August 8, 2002 | N/A | none | No. | |
| 136. | 08/08/2002 | NW Corporation Transcript of Earnings Call | NOR063168 – 215 | Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 137. | 08/09/2002 | Merrill Lynch – NW Corporation – Focusing on Cash | NOR234617 – 620 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 138. | 08/12/2002 | E-mail from Thielbar to Monaghan, Quam, Beachler, and Griswold Re: NCS Audit | NOR184997 – 041 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 139. | 08/12/2002 | E-mail from Travis Gjoraas to Hylland, Orme, Whitesel, and Nieman Re: Expanets Cash Update | NOR406260 | Relevance | Yes. Hearsay, relevance. [same document as #140] | |
| 140. | 08/12/2002 | E-mail from Travis Gjoraas to Hylland, Orme, Whitesel, and Nieman Re: Expanets Cash Update | NOR406260 | Relevance; Duplicate of Exhibit 139 | Yes. Hearsay, relevance. [same document as #139] | |
| 141. | 08/13/2002 | Amendment to Guarantee Agreement | NOR009397 – 401 | none | No. | |
| 142. | 08/13/2002 | E-mail from Karen Smook to Multiple Recipients | NOR057365 – 366 | none | Yes. Hearsay, relevance. | |
| 143. | 08/13/2002 | Second Supplemental Indenture | NOR009999 – 010005 | none | No. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 144. | 08/13/2002 | Opinion of Paul, Hastings, Janofsky & Walker LLP Relating to the Second Supplemental Indenture | N/A | none | No. | |
| 145. | 08/13/2002 | Officer's Certificate of David A. Monaghan, Chief Financial Officer Relating to the Second Supplemental Indenture | N/A | none | No. | |
| 146. | 08/13/2002 | Audit Committee of the Board of Directors of NW Corporation Meeting Minutes | NOR210747 – 748 | Relevance | Yes. Relevance. | |
| 147. | 08/14/2002 | 10Q Filed for the Period of June 30, 2002 | N/A | none | No. | |
| 148. | 08/14/2002 | Form of Compliance Certificate of NW Corp. | NOR466249 –265 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 149. | 08/14/2002 | 8-K Filed for the Period of August 14, 2002 | N/A | none | No. | |
| 150. | 08/14/2002 | E-mail String, Top E-mail to Whitesel from Fresia Re: Draft Language on Billing Adjustments | NOR405358 – 367 | Relevance | Yes. Relevance. | |
| 151. | 08/14/2002 | Letter from Lewis, Orme, Whitesel to Deloitte & Touche Re: Review of Condensed Consolidated Financial Statements of NW Corporation | DT006600 – 606 | Relevance | Yes. Relevance. | |
| 152. | 08/14/2002 | Audit Committee of the Board of Directors of NW Corporation Meeting Minutes | NOR364461 – 462 | Relevance | Yes. Relevance. | |
| 153. | 08/15/2002 | E-mail from Rick Fresia to John Charters Re: 02 Forecast | NOR405360 – 361 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 154. | 08/16/2002 | 8-K Filed for the Period of August 16, 2002 | N/A | none | No. | |
| 155. | 08/16/2002 | Letter from Schwitter to Hearne | NOR080471 – 497 | Relevance | Yes. Relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| | | and Fred Frank Re: Copies of NW's Response to the Staff's Comments in the Staff Comment Letter of August 1, 2002 | | | | |
| 156. | 08/16/2002 | E-mail from Charters to Hylland Re: Daily Flash Report 8-16-02 | NOR405522 – 523 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 157. | 08/19/2002 | NW Energy Monthly Operational Update | NOR321446 – 464 | none | Yes. Hearsay, relevance. | |
| 158. | 08/19/2002 | Merrill Lynch – NW Corporation – Too Many Uncertainties for Today's Market | NOR026460 – 463 | Relevance, Authenticity, Hearsay | Yes. Authenticity, relevance, hearsay. | |
| 159. | 08/31/2002 | E-mail from Richard Hylland to Multiple Recipients | NOR405820 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 160. | 08/31/2002 | NW Management Financial and Information Report | NOR362085 – 100 | none | Yes. Relevance. | |
| 161. | 09/01/2002 | E-mail from Fresia to Hylland and Orme Re: Expanets Case Forecast | NOR406268-270 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 162. | 09/02/2002 | E-mail from Younger to Hylland Re: Expanets Agenda | NOR405592 – 593 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 163. | 09/02/2002 | E-mail from Randy Darcy to Lewis, Smith, Drook, Johnson, Ness, Seyman, and Hylland Re: August Update | NOR053654 – 656 | Relevance, Hearsay | Yes. Hearsay, relevance. (Part of #163). | |
| 164. | 09/06/2002 | E-mail from Charters to Lewis, Newell, and Hylland Re: August Update | NOR406274 – 278 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 165. | 09/06/2002 | Letter from Schwitter to Hearne and Fred Frank Re: Copies of NW's Response to the Staff's Comments in the Staff Comment Letter of August 28, 2002 | NOR080498 – 505 | Relevance | Yes. Relevance. | |
| 166. | 09/10/2002 | NW Corporation Board of Directors Minutes of the Special | NOR009584 – 585 | Relevance | Yes. Relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT¹ | OBJECTIONS BY NORTHWESTERN² | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 167. | 09/12/2002 | NW Corporation Board of Directors Minutes of the Special Meeting | NOR009586 – 587 | Relevance | Yes. Relevance. | |
| 168. | 09/12/2002 | Bear Stearns Presentation to NW Corporation Regarding Financing Alternatives | NOR349336 – 374 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 169. | 09/13/2002 | E-mail from Hanson to Ming Re: Norcom Audit | NOR317471 | none | Yes. Hearsay, relevance. | |
| 170. | 09/18/2002 | E-mail from Janecke to Audit Services Re: Resolving Audit Issues | NOR341732 – 733 | none | Yes. Hearsay, relevance. | |
| 171. | 09/18/2002 | NW Corporation Board of Directors Minutes of the Special Meeting | NOR009588 – 589 | Relevance | Yes. Relevance. | |
| 172. | 09/20/2002 | 8-K Filed for the Period of September 20, 2002 | N/A | none | No. | |
| 173. | 09/20/2002 | Bear Stearns Presentation to NW Corporation Regarding Financing Alternatives | NOR057784 – 792 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 174. | 09/20/2002 | NW Corporation Board of Directors Minutes of the Special Meeting | NOR009590 – 593 | Relevance | Yes. Relevance. | |
| 175. | 09/20/2002 | Audit Committee of the Board of Directors of NW Corporation Meeting Minutes | NOR210749 – 750 | Relevance | Yes. Relevance. | |
| 176. | 09/20/2002 | 10Q/A Filed for the Period of June 30, 2002 | N/A | None | No. | |
| 177. | 09/20/2002 | 10Q/A Filed for the Period of March 31, 2002 | N/A | None | No. | |
| 178. | 09/22/2002 | E-mail from Dontelco@aol.com to Lewis Re: Expanets Subsidiary's Billing Problems | NOR406280 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 179. | 09/23/2002 | Bear Stearns Presentation to NW | NOR057816 – 826 | Relevance, | Yes. Authenticity, | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN2 | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| | | Corporation Board of Directors | | Authenticity, Hearsay | hearsay, relevance. | |
| 180. | 09/23/2002 | NW Corporation Board of Directors Minutes of the Special Meeting | NOR009594 | Relevance | Yes. Relevance. | |
| 181. | 09/24/2002 | 8-K/A Filed for the Period of September 20, 2002 | N/A | none | No. | |
| 182. | 09/26/2002 | Letter from Paul Hastings to Lewicki and Robert Pedersen of Bryan Cave LLP Re: QUIPs Issued under the Trust Agreement of November 1, 1996, along with executed copies of attached documents and correspondence | NOR009840 – 9912 | Relevance | Yes to NOR009865-912.Not part of original document. | |
| 183. | 09/26/2002 | Memo from Orme to NW Board of Directors Re: NW Financing Plan Update | NOR384018 – 019 | Relevance | Yes. Relevance. | |
| 184. | 09/27/2002 | Bear Stearns Presentation to NW Corporation Board of Directors | NOR255870 – 877 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 185. | 09/27/2002 | NW Corporation Board of Directors Minutes of the Special Meeting | NOR009595 – 597 | Relevance | Yes. Relevance. | |
| 186. | 09/30/2002 | NW Management Financial and Information Report | NOR362105 – 120 | none | Yes. Relevance. | |
| 187. | Valuation as of 10/01/2002 | Blue Dot Services, Inc., and Subsidiaries Sioux Falls, South Dakota AAA Appraisal of Fair Value – Business Enterprise. | NOR364662 – 719 | Relevance | No. | |
| 188. | Valuation as of 10/01/2002 | Expanets, Inc. and Subsidiaries Englewood, Colorado – Fair Value | NOR305083 – 182 | Relevance | No. | |
| 189. | 10/07/2002 | E-mail from Thielbar to Hanson and Monaghan Re: NCS Audit | NOR036614 – 616 | none | Yes. Relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT | OBJECTIONS BY NORTHWESTERN2 | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| | | Management Responses | | | | |
| 190. | 10/08/2002 | 8-K Filed for the Period of October 2, 2002 | N/A | none | No. | |
| 191. | 10/09/2002 | E-mail from Orme to Drook Copying Hylland and Lewis Re: Updated Liquidity Analysis | NOR405886 – 887 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 192. | 10/15/2002 | Communique from Audit Services to Hanson and Multiple Recipients Re: Audit Report for NW Communication Solutions | NOR417960 – 985 | Hearsay | Yes. Hearsay, relevance. | |
| 193. | 10/16/2002 | Memo from Lewis and Hylland to NW Corporation Board of Directors Re: 2003 Strategic, Operating and Finance Plan Status/Critical Assessments | NOR054382 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 194. | 10/21/2002 | 8-K Filed for the Period of October 18, 2002 | N/A | none | No. | |
| 195. | 10/23/2002 | Order Joining NW Energy as Party Defendant and Restricting Further Transfer of Interest Without Court Approval, in proceeding of Margaret McGreevy, et al. | N/A | Relevance | Yes. Relevance. | |
| 196. | 10/25/2002 | NW's Application to FERC for Authorization of the Assumption of Liabilities and Authorization for Exemption from Competitive Bidding and Negotiated Offer Requirements and Expedited Treatment – Cover Letter 10/30/2002 from Paul Hastings to Hon. Salas Re: Replacement Exhibits | N/A | Relevance | No. | |
| 197. | 10/29/2002 | Affidavit of Dennis Lopach | N/A | Relevance | Yes. Relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 198. | 10/30/2002 | NW Memo to Board of Directors from Orme Re: Revised Proposed 2003 Operating Plan | NOR006177 – 219 | Relevance, Hearsay | Yes.  Hearsay, relevance. | |
| 199. | 10/31/2002 | E-mail from Smith to Janecke Re: Audit Report Distribution Procedures | NOR346085 – 090 | Relevance of emails beginning on NOR346085 to top of NOR346086; Hearsay | Yes. Hearsay, relevance. | |
| 200. | 10/31/2002 | NW Management Financial and Information Report | NOR362125 – 140 | None | Yes. Relevance. | |
| 201. | 11/00/2002 | NW Corporation – Submission to the Credit Committee | CSFB016298 – 341 | Relevance, Authenticity, Hearsay | Yes. Authenticity, relevance, hearsay. | |
| 202. | 11/00/2002 | Handwritten Notes by Hanson Re: Board of Directors Meeting | NOR045232 – 237 | None | Yes. Authenticity, hearsay, relevance. | |
| 203. | 11/05/2002 | Memo from Monaghan and Thielbar to Hanson and Multiple Recipients Re: Management Response to Summary Audit Report for NW Communication Solutions | NOR440099 – 101 | none | Yes.  Hearsay, relevance. | |
| 204. | 11/05/2002 | Audit Committee of the Board of Directors of NW Corporation Meeting Minutes | NOR054723 – 724 | Relevance | Yes. Relevance. | |
| 205. | 11/05/2002 | Governance Committee of the Board of Directors of NW Corporation Meeting Minutes | NOR054721 – 722 | Relevance | Yes. Relevance. | |
| 206. | 11/05/2002 | NW Energy – Written Consent of Sole Member and Manager to Action in Lieu of Meeting | NOR009412 – 16 | none | No. | |
| 207. | 11/05 – 06/2002 | Presentations on Liquidity/Financing Opportunities and Strategic Planning Sensitivities as well as | NOR054638 – 669 | Relevance, Hearsay | Yes to NOR054667-69. Hearsay, relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 208. | 11/06/2002 | NW's 12 Month Strategic/Operating Summary Bear Stearns Presentation to NW Corporation | NOR054683 – 710 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 209. | 11/06/2002 | NW Corporation Board of Directors Minutes of Regular Meeting | NOR009598 – 607 | none | No. | |
| 210. | 11/07/2002 | Analyst Conference Call | NOR128351 – 389 | Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 211. | 11/07/2002 | 8-K Filed for the Period of November 7, 2002 | N/A | none | No. | |
| 212. | 11/08/2002 | Memo from Jacobsen and Orme to the Members of the Disclosure Committee and Each Disclosure Sub-Committee | NOR067162 – 172 | none | Yes. Relevance. | |
| 213. | 11/11/2002 | Morgan Stanley – NW Corporation – Unreg. Expected to Fall Short; Lowering Estimates | NOR026676 – 685 | Relevance, Authenticity, Hearsay | Yes. Authenticity, relevance, hearsay. | |
| 214. | 11/12/2002 | E-mail from Atkinson to Whitesel, Orme, and Jacobsen with Attached Memo | NOR306825 - 827 | Relevance | Yes. Relevance. | |
| 215. | 11/13/2002 | E-mail from Hylland to Drook and Ccing Smith Re: NOR Audit Committee | NOR066801 | Relevance | Yes. Relevance. | |
| 216. | 11/14/2002 | 10Q Filed for the Period of September 30, 2002 | N/A | none | No. | |
| 217. | 11/14/2002 | Letter from Hanson to Lewicki Re: Economic Viability of Milltown Dam Hydroelectric Facility Site | NOR000803 – 804 | none | No. | |
| 218. | 11/15/2002 | Letter from Hanson to Lewicki Re: In Furtherance to my Letter of November 14th, 2002 | NOR000805 | none | No. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT¹ | OBJECTIONS BY NORTHWESTERN² | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| | 11/15/2002 | Memo to Lewis and Hylland from Drook Re: Action Plan and Action Items Chart | NOR024847 – 855 | Relevance, Hearsay | Yes to NOR024847-49. Redundant. | |
| 219. | | Weekly Updates | NOR024884 – 889 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| | | Weekly Updates | NOR024890 – 897 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| | | Weekly Updates | NOR169799 – 808 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| | | Weekly Updates | NOR025086 – 095 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 220. | 11/15/2002 | Asset and Stock Transfer Agreement by and Between NW Energy and NW Corporation | NOR000074 – 163 | none | No. | |
| 221. | 11/15/2002 | Third Supplemental Indenture | NOR009865 – 872 | none | No. | |
| 222. | 11/15/2002 | Officer's Certificate, Executed Version | NOR000920 – 921 | none | No. | |
| 223. | 11/15/2002 | Maintenance and Operating Costs Support Agreement | NOR000217 – 227 | none | No. | |
| 224. | 11/15/2002 | Environmental Liabilities Support Agreement | NOR000230 – 242 | none | No. | |
| 225. | 11/15/2002 | Opinion Letter by Paul Hastings to the Bank of New York | NOR198327 – 328 | none | No. | |
| 226. | 11/15/2002 | Letter from Michael McLaughlin to Alan Dietrich | NOR000452 – 453 | none | No. | |
| 227. | 11/15/2002 | Order Adding NW Corporation as an Additional Party Defendant, in the Proceeding of Margaret McGreevy | N/A | Relevance | Yes. Relevance. | |
| 228. | 11/15/2002 | Notice to the Bank of New York | NOR000909 – 911 | none | No. | |
| 229. | 11/15/2002 | Assumption Agreement (QUIPS Guarantee) | NOR009877 – 879 | none | No. | |
| 230. | 11/15/2002 | Assignment and Assumption Agreement (QUIPS Agreements) | NOR009880 – 882 | none | No. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 231. | 11/19/2002 | 10Q/A Filed for the Period of September 30, 2002 | N/A | Relevance | No. | |
| 232. | 11/20/2002 | 8-K Filed for the Period of November 20, 2002 | N/A | Relevance | No. | |
| 233. | 11/21/2002 | E-mail from Jacobsen to Multiple Recipients Re: Disclosure Considerations | NOR405928 – 930 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 234. | 11/26/2002 | NW Corporation Audit Committee Draft Re: November 14, 2002 Interview of Michael Hanson | NOR521699 – 705 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 235. | 11/30/2002 | NW Management Financial and Information Report | NOR362141 – 156 | Relevance | Yes. Relevance. | |
| 236. | 12/02/2002 | Moody's Investor Service – Moody's Downgrades Ratings of NW Corporation | NOR099652 – 653 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 237. | 12/04/2002 | E-mail from Jacobsen to Forinash Re: NOR Board of Directors Meeting Postponed | NOR063216 – 217 | Relevance | Yes. Hearsay, relevance. | |
| 238. | 12/07/2002 | NOR Financing Status and Recommendations from Lewis and Hylland to NW Board of Directors | NOR063739 | Relevance | Yes. Relevance. | |
| 239. | 12/08/2002 | NW Liquidity Update from Orme to NW Board of Directors | NOR063891 – 909 | Relevance | Yes. Relevance. | |
| 240. | 12/09/2002 | NW Corporation Board of Directors Minutes of the Special Meeting | NOR009608 – 609 | Relevance | Yes. Relevance. | |
| 241. | 12/09/2002 | Audit Committee of the Board of Directors of NW Corporation Meeting Minutes | NOR210753 – 754 | Relevance | No. | |
| 242. | 12/09/2002 | E-mail from Orme to Johnson ccing Multiple Recipients Re: Audit Committee Meeting | NOR064041 – 042 | Relevance, Hearsay | Yes. Hearsay, relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 243. | 12/12/2002 | NW Corporation Board of Directors Minutes of the Special Meeting | NOR009610 – 619 | Relevance | Yes. Relevance. | |
| 244. | 12/12/2002 | Audit Committee of the Board of Directors of NW Corporation Meeting Minutes | NOR210755 | Relevance | Yes. Relevance. | |
| 245. | 12/13/2002 | 8-K Filed for the Period of December 13, 2002 | N/A | Relevance | No. | |
| 246. | 12/16/2002 | Morgan Stanley – NW Corporation – Lowering Ests. On Guidance – A Real Workout Story Now | NOR053356 – 361 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 247. | 12/17/2002 | Credit Agreement Between NW and CSFB | CSFB015970 – 072 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 248. | 12/20/2002 | 8-K Filed for the Period of December 18, 2002 | N/A | Relevance | No. | |
| 249. | 12/24/2002 | Memo from Hylland to NW Corporation Board of Directors Re: 2003 Strategic and Operating Plan, Including Implementation Activities. Draft for Finance Committee Review. | NOR036092 – 095 | Relevance, Hearsay | Yes. Relevance, hearsay. | |
| 250. | 12/30/2002 | Standard and Poor's – Utilities Ratings Team, NW Corporation Credit Rating Lowered to BB+, Outlook Remains Negative | NOR058328 – 332 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 251. | 12/31/2002 | Timeline to Key Events (Ultimately) | NOR306791 – 843 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 252. | 12/31/2002 | Valuation Report Prepared for NW Corp. By BearingPoint | NOR266670 – 725 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 253. | 01/03/2003 | NW Corporation Board of Directors Minutes of the Special | NOR009620 – 622 | Relevance | Yes. Relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 254. | 01/05/2003 | NW Corporation Board of Directors Minutes of Special Meeting | NOR009623 – 626 | Relevance | Yes. Relevance. | |
| 255. | 01/07/2003 | 8-K Filed for the Period of January 7, 2003 | N/A | Relevance | No. | |
| 256. | 01/16/2003 | NW Downgraded by Fitch Ratings, Rating Outlook Negative | NOR035384 – 385 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 257. | 01/21/2003 | Memo from Orme to NW Board of Directors Re: Cash Flow Projections | NOR224637 – 638 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 258. | 01/24/2003 | Impairment Analysis Documentation to Accounting Files, NW Corporate Accounting Department from Expanets RE: Expanets Impairment Analysis of Intangible Assets | DT003506 – 513 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 259. | 01/27/2003 | MPSC Document – Opinion – Final Order | NOR001606 – 617 | Relevance | Yes. Relevance. | |
| 260. | 01/28/2003 | 8-K Filed for the Period of January 28, 2003 | N/A | Relevance | No. | |
| 261. | 01/31/2003 | Confidential Information Memo $390 Million Secured Credit Facility | CSFB016094 – 162 | Relevance, Hearsay | Yes.  Hearsay, relevance. | |
| 262. | 02/03/2003 | E-mail from Orme to Nieman Re: Final Valuation Reports – NW Corporation Assets | NOR266668 – 725 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 263. | 02/03/2003 | Memo from Alan Dietrich to Jacobsen Re: Diversified Investment Resolutions – NOR Board of Directors | NOR521191 – 206 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 264. | 02/04/2003 | Audit Committee of the Board of Directors of NW Corporation | NOR210756 – 757 | Relevance | Yes. Relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| | | Meeting Minutes | | | | |
| 265. | 02/06/2003 | Fitch Ratings, NW Corporation – Corporate Finance | NOR058336 – 339 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 266. | 02/10/2003 | 8-K Filed for the Period of February 10, 2003 | N/A | Relevance | No. | |
| 267. | 02/18/2003 | NW Corporation Board of Directors Minutes of the Special Meeting | NOR009637 – 642 | Relevance | Yes. Relevance. | |
| 268. | 02/19/2003 | 8-K Filed for the Period of February 19, 2003 | N/A | Relevance | No. | |
| 269. | 03/14/2003 | 8-K Filed for the Period of March 14, 2003 | N/A | Relevance | No. | |
| 270. | 03/20/2003 | E-mail from Janecke to Knapp, Van Camp, and Hanson Re: NCS Audit | NOR521899 – 900 | None | Yes. Hearsay, relevance. | |
| 271. | 03/20/2003 | Audit Committee of the Board of Directors of NW Corporation Meeting Minutes | NOR210758 – 759 | Relevance | Yes. Relevance. | |
| 272. | 03/25/2003 | Memo to Disclosure Committee from Expanets' Disclosure Subcommittee | NOR365792 – 797 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 273. | 03/28/2003 | Audit Committee of the Board of Directors of NW Corporation Meeting Minutes | NOR364500 – 501 | Relevance | Yes. Relevance. | |
| 274. | 03/28/2003 | Memo from Kliewer to Disclosure Committee and Expanets Disclosure Subcommittee | NOR388357 – 360 | Relevance, Hearsay | Yes. Relevance, hearsay. | |
| 275. | 04/00/2003 | Declaration of Paul Hastings Janofsky & Walker LLP – Not Executed | NOR519910 – 912 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 276. | 04/01/2003 | Memo from Expanets Disclosure Subcommittee to Kliewer | NOR388356 | Relevance, Hearsay | Yes. Hearsay, relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 277. | 04/01/2003 | 8-K Filed for the Period of April 1, 2003 | N/A | Relevance | No. | |
| 278. | 04/02/2003 | Memo from Cliff Hoffman and Craig Arends Re: Going Concern | DT005419 – 421 | None | No. | |
| 279. | 04/06/2003 | E-mail from Thielbar to Monaghan and Hanson Re: NCS Audit | NOR521869 | None | Yes. Relevance. | |
| 280. | 04/07/2003 | Memo from Kliewer to Disclosure Committee and Expanets Disclosure Subcommittee | NOR386844 – 847 | Relevance | No. | |
| 281. | 04/10/2003 | Memo from Monaghan and Thielbar to Hanson and Recipients Re: NCS Audit | NOR323331 – 347 | None | Yes. Hearsay, relevance. | |
| 282. | 04/10/2003 | Declaration to Paul Hastings from Merle Lewis | NOR519880 – 882 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 283. | 04/10/2003 | Declaration to Paul Hastings from Kurt Whitesel | NOR519892 – 898 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 284. | 04/11/2003 | Declaration to Paul Hastings Janofsky & Walker LLP Re: Michael Nieman | NOR519900 – 902 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 285. | 04/11/2003 | Memo from John Van Camp to Hanson and Orme | NOR521859 – 862 | None | Yes. Hearsay, relevance. | |
| 286. | 04/14/2003 | Audit Committee of the Board of Directors of NW Corporation Meeting Minutes | NOR364502 – 503 | Relevance | Yes. Relevance. | |
| 287. | 04/15/2003 | Declaration to Paul Hastings from Martin Snella | NOR520030 – 032 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 288. | 04/15/2003 | NW's Form 10-K Filed April 15, 2003 (Fiscal Year Ended December 31, 2002) | N/A | Relevance | No. | |
| 289. | 04/15/2003 | 10Q/A Filed for the Period of March 31, 2002 | N/A | Relevance | No. | |
| 290. | 04/15/2003 | 10Q/A Filed for the Period of | N/A | Relevance | No. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT¹ | OBJECTIONS BY NORTHWESTERN² | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| | | June 30, 2002 | | | | |
| 291. | 04/15/2003 | 10Q/A Filed for the Period of September 30, 2002 | N/A | Relevance | No. | |
| 292. | 04/16/2003 | 8-K Filed for the Period of April 16, 2003 | N/A | Relevance | No. | |
| 293. | 04/21/2003 | E-mail from Orme to Charters, Hanson, Daniel Newell Re: NW Corporation Rating Lowered, Still on Credit Watch Negative | NOR034685 – 688 | Relevance | Yes. Authenticity, hearsay, relevance. | |
| 294. | 04/25/2003 | Report of the Special Committee of the Board of Directors of NW Corporation – Hylland Report | NOR519769 – 827 | None | Yes. Hearsay, relevance. | |
| | | Hylland Employment Agreement | NOR519828 – 876 | None | Yes. Hearsay, relevance. | |
| | | Chart of Interviewees | NOR519877 – 879 | None | Yes. Hearsay, relevance. | |
| | | Merle Lewis Statement | NOR519880 – 882 | None | Yes. Hearsay, relevance. | |
| | | Richard Hylland Statement | NOR519883 – 887 | None | Yes. Hearsay, relevance. | |
| | | Kipp Orme Statement | NOR519888 – 891 | None | Yes. Hearsay, relevance. | |
| | | Kurt Whitesel Statement | NOR519892 – 898 | None | Yes. Hearsay, relevance. | |
| | | Michael Nieman Statement | NOR519899 – 902 | None | Yes. Hearsay, relevance. | |
| | | Michael Hanson Statement | NOR519903 – 905 | None | Yes. Hearsay, relevance. | |
| | | David Monaghan Statement | NOR519906 – 908 | None | Yes. Hearsay, relevance. | |
| | | John Charters Statement | NOR519909 – 912 | None | Yes. Hearsay, relevance. | |
| | | Richard Fresia Statement | NOR519913 – 976 | None | Yes. Hearsay, relevance. | |
| | | Christopher Younger Statement | NOR519977 – 979 | None | Yes. Hearsay, relevance. | |
| | | Reggie Vegliante Statement | NOR519980 – 982 | None | Yes. Hearsay, relevance. | |
| | | Timothy Atkinson Statement | NOR519998 – 015 | None | Yes. Hearsay, relevance. | |
| | | Lonnie Clark Statement | NOR520016 – 029 | None | Yes. Hearsay, relevance. | |
| | | Martin Snella Statement | NOR520030 – 032 | None | Yes. Hearsay, relevance. | |
| | | Daniel Newell Statement | NOR520033 – 037 | None | Yes. Hearsay, relevance. | |
| | | Robert Kennedy Statement | NOR520038 – 064 | None | Yes. Hearsay, relevance. | |
| | | Daniel Rausch Statement | NOR520065 – 067 | None | Yes. Hearsay, relevance. | |
| | | Mark Toney Statement | NOR520068 – 070 | None | Yes. Hearsay, relevance. | |
| | | Steve Polacek Statement | NOR520071 – 074 | None | Yes. Hearsay, relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| | | Clifford Hoffman Statement | NOR520075 – 078 | None | Yes. Hearsay, relevance. | |
| | | Additional Information which Mr. Hylland did not Provide to the Special Committee | NOR520079 – 091 | None | Yes. Hearsay, relevance. | |
| | | Letter from Mr. Hylland's Attorney | NOR520092 – 093 | None | Yes.  Hearsay, relevance. | |
| | | Summary of Public Statements | NOR520094 – 110 | None | Yes. Hearsay, relevance. | |
| | | Summary of Management Financial and Information Reports | NOR520111 – 118 | None | Yes. Hearsay, relevance. | |
| | | Summary of the 2002 Board Materials | NOR520119 – 128 | None | Yes. Hearsay, relevance. | |
| | | February 4, 2002 Expanets Board Materials | NOR520129 – 328 | None | Yes. Hearsay, relevance. | |
| | | April 26, 2002 Expanets Board Materials | NOR520329 – 461 | None | Yes. Hearsay, relevance. | |
| | 04/25/2003 | Report of the Special Committee of the Board of Directors of NW Corporation – Volume 2 | NOR520462 | None | Yes. Hearsay, relevance. | |
| | | October 25, 2002 Expanets Board Materials | NOR520463 – 550 | None | Yes. Hearsay, relevance. | |
| | | Summary of Minute Books of Expanets and Blue Dot | NOR520551 – 554 | None | Yes. Hearsay, relevance. | |
| | | Code of Ethics | NOR520555 – 556 | None | Yes. Hearsay, relevance. | |
| | | Accountability Chart | NOR520557 – 558 | None | Yes. Hearsay, relevance. | |
| | | Expert Status Reports from February 20, 2002 through March 22, 2002 | NOR520559 – 787 | None | Yes. Hearsay, relevance. | |
| | | Mr. Hylland's Resume | NOR520788 – 790 | None | Yes. Hearsay, relevance. | |
| | | November 6, 2001 Minutes of Special Meeting of Expanets Board | NOR520791 – 793 | None | Yes. Hearsay, relevance. | |
| | | December 15, 2001 Email from Mr. Hylland | NOR520794 – 796 | None | Yes. Hearsay, relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT¹ | OBJECTIONS BY NORTHWESTERN² | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| | | Inter-Company Ledger | NOR520797 – 798 | None | Yes. Hearsay, relevance. | |
| | | January 16, 2002 E-mail from Mr. Hylland | NOR520799 – 800 | None | Yes. Hearsay, relevance. | |
| | | February 5-6, 2002 Board Presentation | NOR520801 – 832 | None | Yes. Hearsay, relevance. | |
| | | Expanets Analysis of Q1 Forecast | NOR520833 – 856 | None | Yes. Hearsay, relevance. | |
| | | April 9, 2002 E-mail from Mr. Walker | NOR520857 – 858 | None | Yes. Hearsay, relevance. | |
| | | May 8, 2002 E-mail from Mr. Gjoraas | NOR520859 – 879 | None | Yes. Hearsay, relevance. | |
| | | May 10, 2002 E-mail from Mr. Batina | NOR520880 – 882 | None | Yes. Hearsay, relevance. | |
| | | May 17, 2002 E-mail from Mr. Hylland | NOR520883 – 884 | None | Yes. Hearsay, relevance. | |
| | | May 20, 2002 E-mail string Between Mr. Hylland and Mr. Charters | NOR520885 – 886 | None | Yes. Hearsay, relevance. | |
| | | May 30, 2002 Memorandum from Mr. Fresia | NOR520887 – 892 | None | Yes. Hearsay, relevance. | |
| | | May 30, 2002 Expanets Powerpoint Presentation | NOR520893 – 934 | None | Yes. Hearsay, relevance. | |
| | | Ms. Clark's Report on Status of Accruals | NOR520935 – 936 | None | Yes. Hearsay, relevance. | |
| | | May 31, 2002 Executive Summary | NOR520937 – 018 | None | Yes. Hearsay, relevance. | |
| | | June 8, 2002 E-mail from My. Hylland | NOR521019 – 020 | None | Yes. Hearsay, relevance. | |
| | | June 11, 2002 E-mail from Mr. Charters | NOR521021 – 022 | None | Yes. Hearsay, relevance. | |
| | | July 16, 2002 E-mail from Mr. Fresia | NOR521023 – 024 | None | Yes. Hearsay, relevance. | |
| | | July 22, 2002 E-mail from Mr. Smith | NOR521025 – 026 | None | Yes. Hearsay, relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| | | August 2, 2002 E-mail from Mr. Charters | NOR521027 – 030 | None | Yes. Hearsay, relevance. | |
| | | August 7, 2002 Expanets Power Point Presentation | NOR521031 – 055 | None | Yes. Hearsay, relevance. | |
| | | August 12, 2002 E-mail from Mr. Gjoraas | NOR521056 – 057 | None | Yes. Hearsay, relevance. | |
| | | September 1, 2002 E-mail from Mr. Fresia to Mr. Hylland | NOR521058 – 060 | None | Yes. Hearsay, relevance. | |
| | | September 2, 2002 E-mail from Mr. Smith | NOR521061 – 062 | None | Yes. Hearsay, relevance. | |
| | | September 3-6, 2002 E-mail String Started by Mr. Lewis | NOR521063 – 068 | None | Yes. Hearsay, relevance. | |
| | | September 11, 2002 E-mail from Mr. Charters | NOR521069 – 075 | None | Yes. Hearsay, relevance. | |
| | | September 18, 2002 Expanets Power Point Presentation | NOR521076 – 091 | None | Yes. Hearsay, relevance. | |
| | | September 20, 2002 Deloitte & Touche Letter | NOR521092 – 132 | None | Yes. Hearsay, relevance. | |
| | | October 9, 2002 E-mail from Mr. Charters | NOR521133 – 134 | None | Yes. Hearsay, relevance. | |
| | | October 11, 2002 E-mail from Ms. Vegliante | NOR521135 – 153 | None | Yes. Hearsay, relevance. | |
| | | Clark Memorandum | NOR521154 – 155 | None | Yes. Hearsay, relevance. | |
| | | Expanets September Green Book | NOR521156 – 157 | None | Yes. Hearsay, relevance. | |
| | | Expanets Fourth Quarter EBITDA Targets | NOR521158 – 159 | None | Yes. Hearsay, relevance. | |
| | | October 22, 2002 E-mail Strings from Mr. Fresia | NOR521160 – 162 | None | Yes. Hearsay, relevance. | |
| | | Expanets September Green Book (Revised) | NOR521163 – 164 | None | Yes. Hearsay, relevance. | |
| | | Expanets Journal Entries | NOR521165 – 166 | None | Yes. Hearsay, relevance. | |
| | | October 31, 2002 Memorandum from Mr. Charters | NOR521167 – 169 | None | Yes. Hearsay, relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT | OBJECTIONS BY NORTHWESTERN2 | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| | | November 6, 2002 Expanets Power Point Presentation | NOR521170 – 186 | None | Yes. Hearsay, relevance. | |
| | | November 15, 2002 Memorandum from the Board | NOR521187 – 190 | None | Yes. Hearsay, relevance. | |
| | | Authorization Memorandum | NOR521191 – 206 | None | Yes. Hearsay, relevance. | |
| | | November 28, 2001 Expanets Board Materials | NOR521207 – 235 | None | Yes. Hearsay, relevance. | |
| | | Ms. Clarks Report Regarding Reversal of Accruals | NOR521236 – 238 | None | Yes. Hearsay, relevance. | |
| 295. | 04/30/2003 | 8-K Filed for the Period of April 30, 2003 | N/A | Relevance | No. | |
| 296. | 05/06/2003 | NW Corporation Board of Directors Minutes of Special Meeting | NOR352877 – 882 | Relevance | Yes. Relevance. | |
| 297. | 05/06/2003 | NW Corporation Board of Directors Minutes of Regular Meeting | NOR364504 – 517 | Relevance | Yes. Relevance. | |
| 298. | 05/07/2003 | Letter from Alan Dietrich to Hylland Re: Special Meeting of Board of Directors Relating to the Recommendation to Terminate in Pursuant to the Comprehensive Employment Agreement and Equity Participation Program | NOR459163 – 164 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 299. | 05/13/2003 | Meeting with the Enforcement Staff of the SEC Central Region Office | NOR519547 – 559 | Relevance, Authenticity, Hearsay | Yes.  Authenticity, hearsay, relevance. | |
| 300. | 05/15/2003 | NW's Form 8-K Filed May 15, 2003 for the Period of May 15, 2003 | N/A | Relevance | No. | |
| 301. | 05/23/2003 | Standard and Poors – Utilities Ratings Team, NW Preferred Stock Rating Lowered to C, Still on Watch Negative | NOR034840 – 843 | Relevance, Authenticity, Hearsay | Yes.  Authenticity, hearsay, relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 302. | 05/27/2003 | NW's Form 8-K Filed May 27, 2003 for the Period of May 23, 2003 | N/A | Relevance | No. | |
| 303. | 09/15/2003 | NW Corporation's Form 8-K Filed for the Period of September 12, 2003 | N/A | Relevance | No. | |
| 304. | 09/15/2003 | NW Corporation's Form 8-K Filed for the Period of September 14, 2003 | N/A | Relevance | No. | |
| 305. | 11/06/2003 | American Appraisal Associates Expanets, Inc. & Subsidiaries Fair Value 1/1/2002 | NOR305016 – 082 | Relevance | No. | |
| 306. | 12/17/2003 | Agreement of Resignation, Appointment and Acceptance by and among NW Corporation, The Bank of New York, and Law Debenture Trust Company of New York | N/A | None | No. | |
| 307. | 01/14/2004 | Received - Addendum to Proof of Claim of Magten Asset Management Corp. | N/A | Relevance | We need this document. We will provide our response when we receive it. | |
| 308. | 01/14/2004 | Proof of Claim by Law Debenture Trust Company of New York, as Successor Indenture Trustee, for Holders of the 8.45% Junior Subordinated Debentures, and as Successor Guarantee Trustee, for Holders of the 8.45% Cumulative Quarterly Income Preferred Securities, Series A, dated January 12, 2004 and filed on January 14, 2004 with Kurtzman Carson | N/A | Relevance, Hearsay | Yes. Hearsay. Relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 309. | 03/11/2004 | Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor | N/A | Relevance | Yes. Relevance. | |
| 310. | 03/11/2004 | Debtor's Plan of Reorganization Under Chapter 11 of the Bankruptcy Code | N/A | Relevance | Yes. Relevance. | |
| 311. | 04/15/2004 | Magten v. Hanson and Kindt Complaint and Demand for Jury Trial | N/A | None | Yes. Hearsay, relevance. | |
| 312. | 04/16/2004 | Complaint to Avoid the Transfer of Assets of Clark, Fork & Blackfoot LLC to NW Corp. No – 04-53324 | N/A | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 313. | 04/21/2004 | Answer of Defendants Michael J. Hanson and Ernie J. Kindt | N/A | None | Yes. Relevance. | |
| 314. | 05/14/2004 | First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor | N/A | Relevance | Yes. Relevance. | |
| 315. | 05/14/2004 | Debtor's First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code | N/A | Relevance | Yes. Relevance. | |
| 316. | 07/17/2004 | Magten Asset Management Corporation's Master Summary of Holdings | Magten (H&K) 000026-33 | None | No. | |
| 317. | 07/19/2004 | Agreement of Resignation, Appointment and Acceptance by and between The Bank of New York, and Law Debenture Trust Company of New York (Property Trustee) | N/A | None | No. | |
| 318. | 07/23/2004 | In re Northwestern Corp., 313 | N/A | Relevance | Yes. Relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT¹ | OBJECTIONS BY NORTHWESTERN² | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 319. | 08/18/2004 | B.R. 595 (Bankr. D. Del. 2004) Memo of Law in Support of Confirmation of Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code – Hearing August 25, 2004 | N/A | Relevance | Yes. Relevance. | |
| 320. | 08/18/2004 | Second Amended and Restated Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor | N/A | Relevance | No. | |
| 321. | 08/18/2004 | Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code | N/A | Relevance | No. | |
| 322. | 08/20/2004 | Notice of Motion – Motion Pursuant to Sections 105a, 363b, and 502c of the Bankruptcy Code for Estimation of Magten Asset Management's Claim and to Establish Disputed Claim Reserve – Hearing September 15, 2004 and Objection Deadline September 3, 2004. | N/A | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 323. | 08/25/2004 | Transcript of Confirmation Hearing Before Honorable Charles Case, II | N/A | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 324. | 09/27/2004 | Reply in Support of Motion for SJ [H & K Only] | N/A | Relevance | N/A | |
| 325. | 10/01/2004 | Memo of Law in Further Support of Confirmation of Debtors Second Amended and Restated Plan of Reorganization Under | N/A | Relevance | Yes. Relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| | | Chapter 11 of the Bankruptcy Code and in Response to Supplemental Objections to Confirmation – Hearing Date October 6, 2004 | | | | |
| 326. | 10/04/2004 | First Amended Complaint to Avoid the Transfer of Assets of Clark, Fork & Blackfoot LLC to NW Corp. No. 04-53324 | N/A | Relevance | No. | |
| 327. | 10/06/2004 | Transcript of Proceedings Before Honorable Charles Case II | N/A | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 328. | 10/19/2004 | Order Confirming Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code No. 03-12872 | N/A | Relevance | No. | |
| 329. | 10/29/2004 | Stipulation and Order Establishing A Disputed Claims Reserve | N/A | Relevance | No. | |
| 330. | 11/19/2004 | Answer, Affirmative Defenses and Counterclaims to First Amended Complaint | N/A | Relevance | No. | |
| 331. | 01/27/2005 | Order/Decision by Judge Cebull No. CV-04-26-BU-RFC [H & K Only] | N/A | Relevance | N/A | |
| 332. | 04/12/2005 | Order/Decision by Judge Cebull No. CV-04-26-BU-RFC [H & K Only] | N/A | Relevance | N/A | |
| 333. | 05/17/2005 | Defendants' Preliminary Pretrial Statement | N/A | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 334. | 01/18/2006 | Plaintiff Magten Asset Management Corporation's Initial Disclosures Pursuant to Rule 26(A)(1) of the Federal Rules of | N/A | Relevance, Hearsay | Yes. Hearsay, relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 335. | 01/20/2006 | Civil Procedure Defendant NorthWestern Corporation's Initial Disclosures | N/A | Relevance | No. | |
| 336. | 08/18/2006 | Letter from Paul Hastings to Donald Hoerl, Laura Metcalfe, and Kurt Gottschall Re: In the Matter of NW Corporation SEC File No. D-02572-A | NOR519573 – 620 | Relevance, Fed. R. Evid. 408 | Yes. Relevance, Fed. R. Evid. 408. | |
| 337. | 09/29/2006 | Memo Opinion Dismissing the Plaintiffs' Appeal of the Bankruptcy Court's Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 No. 04-1389 | N/A | Relevance | No. | |
| 338. | 03/07/2007 | Order Instituting Cease-And-Desist Proceedings, Making Findings and Imposing a Cease-And-Desist Order | N/A | Relevance, Hearsay, Fed. R. Evid. 408 | Yes. Hearsay, relevance, Fed. R. Evid. 408. | |
| 339. | 03/07/2007 | Consent of Merle Lewis | N/A | Relevance, Hearsay, Fed. R. Evid. 408 | Yes. Hearsay, relevance, Fed. R. Evid. 408. | |
| 340. | 03/07/2007 | Final Judgment as to Defendant Merle D. Lewis | N/A | Relevance, Hearsay, Fed. R. Evid. 408 | Yes. Hearsay, relevance, Fed. R. Evid. 408. | |
| 341. | 03/30/2007 | Objections and Responses of Defendant NW Corp. to Plaintiffs' First Request for Admissions | N/A | None | No. | |
| 342. | 03/30/2007 | Responses and Objections of NorthWestern Corporation to Plaintiffs' Magten Asset Management Corporation and Law Debenture Trust Company | N/A | None | No. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 343. | 04/05/2007 | Michael J. Hanson's Responses to Plaintiff's First Set of Interrogatories for Defendant NorthWestern Corporation of New York's First Set of Interrogatories for Defendant NorthWestern Corporation | N/A | None | Yes. Relevance. | |
| 344. | 04/05/2007 | Michael Hanson's Responses to Plaintiff's Requests for Admission | N/A | None | Yes. Relevance. | |
| 345. | 04/05/2007 | Ernie J. Kindt's Responses to Plaintiff's First Set of Interrogatories | N/A | None | Yes. Relevance. | |
| 346. | 04/05/2007 | Ernie J. Kindt's Responses to Plaintiff's Requests for Admission | N/A | None | Yes. Relevance. | |
| 347. | 04/05/2007 | Notice of Service Re: Responses to First Set of Interrogatories and Requests for Admission | N/A | Relevance | Yes. Relevance. | |
| 348. | 04/12/2007 | Consent of Richard R. Hylland | N/A | Relevance, Hearsay, Fed. R. Evid. 408 | Yes. Hearsay, relevance, Fed. R. Evid. 408. | |
| 349. | 04/12/2007 | Final Judgment as to Defendant Richard Hylland | N/A | Relevance, Hearsay, Fed. R. Evid. 408 | Yes. Hearsay, relevance, Fed. R. Evid. 408. | |
| 350. | 04/13/2007 | Consent of Kipp D. Orme | N/A | Relevance, Hearsay, Fed. R. Evid. 408 | Yes. Hearsay, relevance, Fed. R. Evid. 408. | |
| 351. | 04/13/2007 | Final Judgment as to Defendant Kipp D. Orme | N/A | Relevance, Hearsay, Fed. R. Evid. 408 | Yes. Hearsay, relevance, Fed. R. Evid. 408. | |
| 352. | 04/24/2007 | Kipp Orme Complaint | N/A | Relevance, Hearsay, Fed. R. Evid. 408 | Yes. Hearsay, relevance. | |
| 353. | 04/24/2007 | Kurt Whitesel Complaint | N/A | Relevance, | Yes. Hearsay, relevance. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 354. | 04/24/2007 | Richard Hylland Complaint | N/A | Hearsay, Fed. R. Evid. 408 Relevance, Hearsay, Fed. R. Evid. 408 | Yes. Hearsay, relevance. | |
| 355. | 04/24/2007 | Merle Lewis Complaint | N/A | Relevance, Hearsay, Fed. R. Evid. 408 | Yes. Hearsay, relevance. | |
| 356. | 04/23/2007 | Consent of John Charters | N/A | Relevance, Hearsay, Fed. R. Evid. 408 | Yes. Hearsay, relevance, Fed. R. Evid. 408. | |
| 357. | 04/23/2007 | Final Judgment as to Defendant John C. Charters | N/A | Relevance, Hearsay, Fed. R. Evid. 408 | Yes. Hearsay, relevance, Fed. R. Evid. 408. | |
| 358. | 05/02/2007 | Deposition Exhibit 1 – Lewicki – Spreadsheet | BNY0105 – 131 | None | No. | |
| 359. | 07/12/2007 | Deposition Transcript – Talton Embry | N/A | Hearsay; transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and number 16.3(d)(2)d and not listed as exhibits | Yes. Hearsay. | |
| 360. | 07/23/2007 | John Charters Complaint | N/A | Relevance | Yes. Hearsay, relevance. | |
| 361. | 09/14/2007 | E-mail from Kim Beatty to Scherf Re: Magten Asset Management Corporation v. Hanson and Kindt [H&K ONLY] | Hanson/Kindt(Scherf)00072 | Relevance | N/A | |
| 362. | 09/19/2007 | Paul Marcus Expert Report | N/A | Relevance, qualifications, reliability, fit | Yes. Relevance, qualifications, reliability, fit. | |
| 363. | 09/19/2007 | Berliner Expert Report | N/A | Relevance, qualifications, reliability, fit | Yes. Relevance, qualifications, reliability, fit. | |
| 364. | 09/25/2007 | Retention Letter by Browning, | Hanson/Kindt(Sche | Relevance | N/A | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT¹ | OBJECTIONS BY NORTHWESTERN² | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| | | Kaleczyc, Berry & Hoven on behalf of clients Hanson and Kindt Re: Scherf [H&K ONLY] | rfj00081 – 085 | | | |
| 365. | 10/01/2007 | E-mail from Chris Kearns to Jay Borow; Bruce Bingham; and Rick Wright Re: Deloitte Question | NOR(EXP)00042 – 045 | Relevance | Yes. Relevance. | |
| 366. | 10/11/2007 | E-mail from Kim Beatty to gurbanchuk@esba.com and Scherf Re: SEC v, Thielbar [H&K ONLY] | Hanson/Kindt(Scherf)00062 | Relevance | N/A | |
| 367. | 10/17/2007 | Christopher J. Kearns Expert Report | N/A | None | No. | |
| 368. | 10/17/2007 | Stephen Scherf's Expert Report | N/A | None | No. | |
| 369. | 10/17/2007 | Bruce Bingham Expert Report | N/A | None | No. | |
| 370. | 10/17/2007 | E-mail from Kim Beatty to Scherf Re Finalizing Your Report [H&K ONLY] | Hanson/Kindt(Scherf)00061 | Relevance | N/A | |
| 371. | 10/17/2007 | E-mail from Kim Beatty to cpatton@esba.com Re Additional Documents [H&K ONLY] | Hanson/Kindt(Scherf)00055 | Relevance | N/A | |
| 372. | 10/23/2007 | Invoice Re Experts [H&K ONLY] | Hanson/Kindt(Scherf)00087 – 091 | Relevance | N/A | |
| 373. | 11/13/2007 | Invoice Re Experts [H&K ONLY] | Hanson/Kindt(Scherf)00092 – 095 | Relevance | N/A | |
| 374. | 01/08/2008 | Plaintiffs' Preliminary Draft for Discussion Purposes | N/A | Relevance | Yes. | |
| 375. | N/A | 2006 ACFE Report to the Nation [H&K ONLY] | Hanson/Kindt(Scherf)00136 – 199 | None | N/A | |
| 376. | N/A | Trading Records | MAGTEN (H&K)000001 – 000013 | None | No. | |
| 377. | N/A | Trading Records | MAGTEN (H&K)0000026 – 000313 | None | No. | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT | OBJECTIONS BY NORTHWESTERN2 | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| 378. | N/A | Prefiled Testimony of Michael Hanson on Behalf of NW Corporation | NOR044703 – 719 | None | No. | |
| 379. | N/A | Expanets Inter-company Balance Roll-forward Inception to Date | NOR520798 | Relevance, Authenticity, Hearsay | Yes. Authenticity, hearsay, relevance. | |
| 380. | N/A | Draft NCS Audit Report By Janecke and Ming | NOR320107 – 320109 | None | Yes. Authenticity, hearsay, relevance. | |
| 381. | N/A | Expanets Summary by John Charters, CEO, NW Corporation | NOR521031 – 055 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 382. | N/A | Memo to American Appraisal from Expanets Management Re: Significant Items Impacting 2002 Results and Future Forecasts | NOR238766 – 769 | Relevance, Hearsay | Yes. Hearsay, relevance. | |
| 383. | N/A | Spreadsheets - Liquidity Analysis | NOR024943 – 959 | Relevance | Yes. Relevance. Part of #239. | |
| 384. | N/A | Engagement Letter Re Rates | Magten (EXP) 1 – 4 | Relevance | Relevance. | |
| 385. | N/A | Billing Statements from Huron Consulting Group and Marks Paneth & Shron LLP | Magten (EXP) 1263 - 1283 | Relevance | No. | |
| 386. | N/A | Summary Memorandum Quantifying Law Debenture's Compensation, Expenses, Disbursements and Advances, including Fees and Disbursements of Counsel Incurred by Law Debenture Recoverable from NorthWestern Pursuant to Provisions in the Indenture [NOR Only] | N/A | Please produce this document. We will provide a response when the document is received. | We need this document. We will provide our response when we receive it. | |
| 387. | | Fees and Expenses for Fried, Frank, Harris, Shriver & Jacobson LLP [H & K Only] | N/A | Relevance; Please produce this document. We reserve the right to | N/A | |

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS BY HANSON/KINDT[1] | OBJECTIONS BY NORTHWESTERN[2] | ADMITTED: Y/N |
|---|---|---|---|---|---|---|
| | | | | supplement and amend our objections after receipt of the document. | | |
| 388. | | Fees and Expenses for Blank Rome LLP [H & K Only] | N/A | Relevance; Please produce this document. We reserve the right to supplement and amend our objections after receipt of the document. | N/A | |
| 389. | | Fees and Expenses for Goetz, Gallik & Baldwin P.C. [H & K Only] | N/A | Relevance; Please produce this document. We reserve the right to supplement and amend our objections after receipt of the document. | N/A | |
| 390. | | Class-8(b)- Montana Power QUIPS Options 1 and 2 Allocations and Distributions – Available at http://www.northwesternenergy.c om/documents/investor/reorg_cla ss8bconversionformulas.pdf | N/A | Relevance, Authenticity, Hearsay | Yes. Hearsay, relevance. | |

LEGEND

NorthWestern's objections and Hanson/Kindt's objections in the form: "Relevance" are to Fed. R. Evid. 402; "Authenticity" are to Fed. R. Evid. 901; "Hearsay" are to Fed. R. Evid. 802 and/or 805.