# EXHIBIT 9

**Exhibit No. 9 to Proposed Pre-Trial Order**

**NorthWestern's Trial Exhibit List**
(Local Civil Rule 16.3(c)(6))

The exhibits which NorthWestern may offer as exhibits at trial are set forth below. NorthWestern reserves its right to amend, modify or supplement this trial exhibit list based upon, among other things, Plaintiffs' exhibit list, Plaintiffs' statement of issues of fact that remain to be litigated, Plaintiffs' statement of issues of law that remain to be litigated, and any disputes between the parties concerning the Joint Statement of Admitted Facts. Plaintiffs' Trial Exhibits are incorporated by reference into NorthWestern's Trial Exhibit List to the extent NorthWestern has not objected to them.

| TAB # | DATE | DESCRIPTION | BATES NUMBER | OBJECTIONS[1] | ADMITTED: Y/N |
|---|---|---|---|---|---|
| 600 | 01/01/2002 to 12/31/2002 | Uniform Standards of Professional Appraisal Practice 2002 Edition SMT 3 | N/A | Yes. Relevance. | |
| 601 | 1/31/2002 | Final Order in the matter of the Application of MPSC for Approval of its Electric Utility Restructuring Transition Plan Filed Pursuant to Senate Bill 390 and in the matter of the Joint Application for Approval of the Sale of MPC to NorthWestern, Corp. | NOR00059l-618 | No. | |

---

[1] The legend for the objections is on the last page of the document.

|  |  |  |  |  |
|---|---|---|---|---|
| 602 | 6/14/2002 | Email from M. Atkinson to C. Carpino re: Expanets and Blue Dot Reporting Unit Valuations—SFAS 142 Step 1 | N/A | Yes. Hearsay, Authenticity. |
| 603 | 6/14/2002 | Email from C. Carpino to D. Hummel re: Expanets and Blue Dot Reporting Unit Valuations—SFAS 142 Step 1 | N/A | Yes. Hearsay, Authenticity. |
| 604 | 6/25/2002 | Email from D. Norton to C. Carpino re: 1/1/02 Forecast and Budget for Expanets | N/A | Yes. Hearsay, Authenticity. |
| 605 | 6/28/2002 | Email from C. Carpino to R. Fresia & D. Norton re: contact list for 142 project | N/A | Yes. Hearsay, Authenticity. |
| 606 | 7/2/2002 | Email from S. Lyons to C. Carpino re: Expanets Balance Sheet | N/A | Yes. Hearsay, Authenticity. |
| 607 | 7/2/2002 | Email from D. Norton to C. Carpino re: contact list for 142 project | N/A | Yes. Hearsay, Authenticity. |
| 608 | 7/3/2002 | Email from C. Carpino to D. Norton re: Expanets and Blue Dot | N/A | Yes. Hearsay, Authenticity. |
| 609 | 7/3/2002 | Email from C. Carpino to S. Lyons & T. Gjoraas re: payments for performance based acquisition earnouts | N/A | Yes. Hearsay, Authenticity. |
| 610 | 7/8/2002 | Email from D. Norton to C. Carpino re: discounted cash flow model | N/A | Yes. Hearsay, Authenticity. |
| 611 | 8/7/2002 | Email from C. Carpino to D. Hummel, J. Musto & M. Atkinson re: Deloitte & Touche's Valuation Reports for Expanets & Blue Dot (four attachments) | N/A | Yes. Hearsay, Authenticity. |
| 612 | 8/7/2002 | American Appraisal Associates fax re: valuation of Expanets, Inc. and Blue Dot Services, Inc. & response to Deloitte & Touche's Valuation Review | AAA04107-15 | Yes. Hearsay, Authenticity. |

-2-

| | | | |
|---|---|---|---|
| 613 | 9/12/2002 | Deloitte & Touche's Going Concern Memo | DT006613-006615 | Yes. Hearsay, Authenticity, and improper to the extent offered as de facto expert testimony. |
| 614 | 12/18/2002 | NorthWestern Corp.'s $390m Credit Facility Road Show Presentation | CSFB018729-69 | Yes. Hearsay, Authenticity, Relevance. |
| 615 | 9/10/2003 | Confidential Settlement Agreement and Mutual Release among Atlantic Richfield Co., NorthWestern Corp. and Clark Fork and Blackfoot, LLC | N/A | Yes. Hearsay, Authenticity, Relevance. |
| 616 | 5/9/2007 | Magten Asset Management Corporation's Response to NorthWestern Corporation's First Set of Interrogatories | N/A | No. |
| 617 | 6/7/2007 | Law Debenture Trust Company of New York's Objections and Responses to NorthWestern Corporation's First Set of Interrogatories and First Request for the Production of Documents | N/A | No. |
| 618 | 10/4/2007 | Standard and Poor's LCD and S&P Leveraged Loan Index | NOR(EXP)00013-NOR(EXP)00029 | Yes. Hearsay, Authenticity, Relevance. |

LEGEND
Objections in the form: "Relevance" are to Fed. R. Evid. 402; "Authenticity" are to Fed. R. Evid. 901; "Hearsay" are to Fed. R. Evid. 802 and/or 805; "de facto expert testimony" are to Fed. R. Evid. 701 *ex seq.* as well as relevant provisions of the scheduling order in this case.

428725v4

# EXHIBIT 10

# Exhibit No. 10 to Proposed Pre-Trial Order

## Defendants Hanson and Kindt Trial Exhibit List
### (Local Civil Rule 16.3(c)(6))

The exhibits which Defendants Hanson and Kindt may offer as exhibits at trial are set forth below. [Defendants Hanson and Kindt reserve their right to amend, modify or supplement this trial exhibit list based upon, among other things, NorthWestern and Plaintiff's exhibit list, NorthWestern's and Plaintiff's statement of issues of fact that remain to be litigated, NorthWestern and Plaintiff's statement of issues of law that remain to be litigated, and any disputes between the parties concerning the Joint Statement of Admitted Facts and any rulings by the Court on the pending motions for summary judgment, the pending Daubert Motions, any motions in limine or other pre-trial rulings.]

The vast majority of the Magten's objections on the grounds of authentication will be mooted if the Pre-Trial Order as approved by the court contains a satisfactory clause regarding the presumption of authenticity.

| EXH NO. | DESCRIPTION | OBJECTIONS[1] | ADMITTED: Y/N |
|---|---|---|---|
| 1. | Any exhibit listed by Magten Asset Management Corporation | | |
| 2. | Guarantee Agreement Between The Montana Power Company and The Bank of New York dated November 1, 1996 (NOR009092-009113) | No. | |
| 3. | NorthWestern Corporation's Form 10-K for the fiscal year ended December 31, 2002 | Yes, Hearsay. | |
| 4. | *Memorandum Decision* dated July 23, 2004 | Yes, Relevance, Danger of Prejudice / Confusion / Misleading the Jury. | |
| 5. | Under Advisement Decision re: Motion to Dismiss dated August 20, 2004 | Yes, Relevance, Danger of Prejudice / Confusion / | |

---

[1] The legend for the objections is on the last page of the document.

EXHIBIT 10 TO FINAL PRE-TRIAL ORDER     1

| EXH NO. | DESCRIPTION | OBJECTIONS[1] | ADMITTED: Y/N |
|---|---|---|---|
| 6. | Deposition of Mary Lewicki dated May 2, 2007 | Misleading the Jury. Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. Also hearsay. | |
| 7. | Deposition of Michael J. Hanson dated June 27, 2007 | Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. Also hearsay. | |
| 8. | Deposition of Ernie Kindt dated June 28, 2007 | Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. Also hearsay. | |
| 9. | Deposition of Robert W. Berliner dated November 8, 2007 and all exhibits thereto | Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. Also hearsay. The exhibits should be entered separately, as well, and Magten reserves any and all objections to such exhibits. | |
| 10. | Deposition of Paul A. Marcus dated November 13, 2007 and all exhibits thereto | Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and | |

EXHIBIT 10 TO FINAL PRE-TRIAL ORDER    2

| EXH NO. | DESCRIPTION | OBJECTIONS[1] | ADMITTED: Y/N |
|---|---|---|---|
|  |  | 16.3(d)(2), not listed as exhibits. Also hearsay. The exhibits should be entered separately, as well, and Magten reserves any and all objections to such exhibits. |  |
| 11. | NorthWestern's U-1 Application Under the Public Utility Holding Company Act of 1935 dated February 14, 2002 (NOR002701-002730) | Yes. Hearsay. |  |
| 12. | Litigation Release No. 13777, 54 S.E.C. Docket 2038 1993 WL 342039, SEC v. Talton R. Embry and Magten Asset Management Corp. dated September 9, 1993 | Yes. Relevance, Danger of Prejudice / Confusion / Misleading the Jury. |  |
| 13. | New York Times Article, Company News: NorthWestern Corp. Is Seeking Bankruptcy Protection dated September 16, 2003 | Yes. Hearsay, Relevance. |  |
| 14. | Business Wire Article, Fitch Dwngrs NorthWestern Corp. & Places Rtgs on Watch Neg. dated August 4, 2003 | No. |  |
| 15. | The Montana Standard Article via Knight-Ridder/Tribune Business News, Montana Energy Provider Faces Financial Problems, Possible Credit Downgrade, dated August 2, 2002 | Yes. Hearsay. |  |
| 16. | PR Newswire Article, NorthWestern Corporation Outlines Turnaround Plan, dated February 19, 2003 | Yes. Hearsay. |  |
| 17. | PR Newswire Article, NorthWestern Corporation Reports 2002 Financial Results; Company Reports Loss of $892.9 Million for Full-Year 2002, dated April 16, 2003 | Yes. Hearsay. |  |
| 18. | PR Newswire Article, NorthWestern to Defer Distributions on All Series of Trust Preferred Securities; Company Working to Improve Liquidity and Reduce Debt, dated May 23, 2003 | Yes. Hearsay. |  |

EXHIBIT 10 TO FINAL PRE-TRIAL ORDER    3

| EXH NO. | DESCRIPTION | OBJECTIONS[1] | ADMITTED: Y/N |
|---|---|---|---|
| 19. | PR Newswire Articles, *NorthWestern's Board of Directors Defers Dividend Decision*, dated February 6, 2003 | No. | |
| 20. | Article by the Associated Press The Missoulian, *NorthWestern Corp. files for bankruptcy*, dated September 15, 2003 | Yes. Hearsay, Relevance. | |
| 21. | The New York Times Article, *Firm Settles S.E.C. Lawsuit*, dated September 10, 1993 | Yes. Hearsay, Relevance, Danger of Prejudice / Confusion / Misleading the Jury. | |
| 22. | Deposition of Bart Thielbar dated June 21, 2007 | Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. Also hearsay. | |
| 23. | Deposition of Ernie Kindt dated June 28, 2007 | Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. Also hearsay. | |
| 24. | Deposition of Gary Drook dated April 25, 2007 | Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. Also hearsay. | |
| 25. | Deposition of Eric Jacobsen dated June 19, 2007 | Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. Also hearsay. | |
| 26. | Deposition of Kendall Kliewer dated June 29, 2007 | Yes. Transcripts should be | |

EXHIBIT 10 TO FINAL PRE-TRIAL ORDER  4

| EXH NO. | DESCRIPTION | OBJECTIONS[1] | ADMITTED: Y/N |
|---|---|---|---|
|  |  | designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. Also hearsay. |  |
| 27. | Deposition of Richard Hylland dated May 2, 2007 | Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. Also hearsay. |  |
| 28. | Deposition of Kipp Orme dated April 12, 2007 | Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. Also hearsay. |  |
| 29. | Deposition of Merle Lewis dated June 20, 2007 | Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. Also hearsay. |  |
| 30. | Deposition of Richard Fresia dated April 30, 2007 | Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. Also hearsay. |  |
| 31. | Deposition of Michael Nieman dated June 29, 2007 | Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. Also hearsay. |  |

EXHIBIT 10 TO FINAL PRE-TRIAL ORDER    5

| EXH NO. | DESCRIPTION | OBJECTIONS[1] | ADMITTED: Y/N |
|---|---|---|---|
| 32. | Memorandum from Kipp Orme to NorthWestern Board of Directors RE: NorthWestern Liquidity Updated, dated December 8, 2002 (NOR174528-174529) | Yes. Authentication and hearsay. | |
| 33. | Email chain between Travis Gjoraas and Richard Hylland, Kipp Orme, Trey Bradley, Michael Nieman RE: Cash Receipts Update dated May 8, 2002 (NOR406205) | Yes. Authentication and hearsay. | |
| 34. | Memorandum from Merle Lewis and Richard Hylland to All NorthWestern, Expanets, Blue Dot and Energy Team Members RE: NorthWestern Financing Updated dated December 18, 2002 (NOR129410) | Yes. Authentication and Hearsay. | |
| 35. | Memorandum from Kipp Orme to NorthWestern Board of Directors RE: Cash Flow Projections dated February 23, 2003 (NOR 369571-369572) | Yes. Authentication and hearsay. | |
| 36. | Email chain between Michael Nieman and Kipp Orme RE: Cash Flow Reconciliation dated May 7, 2002 (NOR277366-277367) | Yes. Authentication and hearsay. | |
| 37. | Schedule of various action plans and statuses of their progress (NOR025086-025095) | Yes. Authentication and hearsay. | |
| 38. | Email chain between Richard Hylland and John Charters, BCC: Kipp Orme RE: Cash Situation update dated October 10, 2002 (NOR405610-405611) | Yes. Authentication and hearsay. | |
| 39. | Email chain between Kipp Orme and Gary Drook RE: Updated Liquidity Analysis dated October 10, 2002 (NOR405886-405887) | Yes. Hearsay. | |
| 40. | NorthWestern Corporation Reports 1st Q 2002 EPS of 65 Cents | Yes. Hearsay. | |

EXHIBIT 10 TO FINAL PRE-TRIAL ORDER

6

| EXH NO. | DESCRIPTION | OBJECTIONS[1] | ADMITTED: Y/N |
|---|---|---|---|
| 41. | from Continuing Operations Press Release dated April 30, 2002 (NOR145392-145397) | | |
| | NorthWestern Corporation Completes Sale of $720 Million in Senior Notes in Rule 144A Offering Press Release, dated March 13, 2002 (NOR378593-378595) | Yes. Hearsay. | |
| 42. | Email chain between Kipp Orme and Eric Jacobsen RE: Board Update Memo dated December 4, 2002 (NOR092311-092313) | Yes. Authentication and hearsay. | |
| 43. | Email chain between Travis Gjoraas and Richard Hyland, Kipp Orme, Kurt Whitesel, Michael Nieman RE: Expanets Cash Update dated July 26, 2002 (NOR406247) | Yes. Authentication and hearsay. Also, does not seem to be a chain but rather a single E-mail | |
| 44. | NorthWestern Corporation Reaffirms 2002 Performance and Annualized Free Cash Flow Targets; Selects New Independent Accountants for 2002 Press Release dated May 17, 2002 (NOR377088-377091) | Yes. Hearsay. | |
| 45. | Draft of NorthWestern lowers guidance for estimated 2002 results year end charges being reviewed Press Release, dated December 2002 (NOR192453-192457) | Yes. Authentication, hearsay, relevance. | |
| 46. | NorthWestern Corporation Outlines Turnaround Plan Press Release dated February 9, 2003 (NOR159256-159260) | Yes. Authentication, hearsay, relevance. This is a draft, not a final copy. | |
| 47. | Draft of NorthWestern to defer distributions on all series of trust preferred securities Press Release dated May 23, 2003 (NOR001173-001175) | Yes. Hearsay. This is not a draft. | |
| 48. | Memorandum from Kipp Orme to NorthWestern Board of Directors RE: Bond Offering undated (NOR464756-464761) | Yes. Authentication and hearsay. | |

EXHIBIT 10 TO FINAL PRE-TRIAL ORDER    7

| EXH NO. | DESCRIPTION | OBJECTIONS[1] | ADMITTED: Y/N |
|---|---|---|---|
| 49. | NorthWestern enters into $390 million secured credit facility Press Release dated December 18, 2003 (NOR129411-129413) | This is a draft, not a final copy. | |
| 50. | NorthWestern Form U-1 dated February 14, 2002 (NOR003477-003497) | Yes. Hearsay. | |
| 51. | Presentation – Liquidity, Financing Opportunities and Strategic planning and sensitivities board summary dated October 2002 (NOR054582-054600) | Yes. Hearsay. | |
| 52. | Presentation – Liquidity, Financing Opportunities and Strategic planning and sensitivities board summary dated October 2002 (NOR351316-351335) | Yes. Authentication and hearsay. | |
| 53. | Gibson Dunn presentation to NorthWestern Audit Committee dated April 10, 2003; Marked as Confidential, Attorney Eyes Only (NOR521370-521440) | Yes. Authentication and hearsay. | |
| 54. | Memorandum from Kipp Orme to NorthWestern Board of Directors RE: Financing plans dated August 2, 2002 (NOR053581-053585) | Yes. NOR053581-053583. Authentication and hearsay. Yes. NOR053584-5 are not part of the referenced document. Authentication, Hearsay, and Relevance. | |
| 55. | NorthWestern Corporation Board of Directors Minutes of Regular Meeting February 5, 2003 (NOR009627-009630) | Yes. Authentication and hearsay. Document is incomplete | |
| 56. | Approval of Minutes of Previous Meetings (NOR009637-009642) | Yes. Hearsay. | |

EXHIBIT 10 TO FINAL PRE-TRIAL ORDER 8

| EXH NO. | DESCRIPTION | OBJECTIONS[1] | ADMITTED: Y/N |
|---|---|---|---|
| 57. | Email chain between Kipp Orme and Peter Otersen RE: Dow Jones Article dated September 18, 2002 (NOR160508-160509) | The referenced document is the minutes of a special meeting held 2/8/2003 regarding Mr. Hylland, not what is indicated in the description. Document is incomplete. | |
| 58. | Department of Public Service Regulation Testimony of Michael J. Hanson of NorthWestern Corporation (NOR044744-044755) | Yes. Authentication and hearsay. | |
| 59. | Annual Report of Major Electric Utilities, Licensees and Others (NOR044026-044298) | Yes. Hearsay. | |
| 60. | NOR Staff Meeting dated December 2, 2002 (NOR045006-045221) | Yes. Hearsay. | |
| 61. | 2002 NOR Management Report (NOR044873-045005) | Yes. Authentication (including unknown handwriting), hearsay. | |
| 62. | Form 10-Q for NorthWestern Corporation for March 31, 2001 (NOR043146-043165) | Yes. Hearsay. | |
| 63. | Form 10-Q for NorthWestern Corporation for March 31, 2003 (NOR043166-043233) | Yes. Hearsay. | |
| 64. | Form 10-Q for NorthWestern Corporation for June 30, 2004 (NOR043234-043301) | Yes. Hearsay. | |
| 65. | Form 10-Q for NorthWestern Corporation for September 30, 2004 (NOR043302-043377) | Yes. Hearsay. | |
| 66. | Form 10-K for NorthWestern Corporation for December 31, 2003 (NOR043378-043497) | Yes. Hearsay. | |
| 67. | Form 10-K/A for NorthWestern Corporation for December 31, 2001 (NOR043498-043613) | Yes. Hearsay. | |
| 68. | FERC form No. 1 dated December 31, 2003 (NOR043614- | Yes. Hearsay. | |

EXHIBIT 10 TO FINAL PRE-TRIAL ORDER

9

| EXH NO. | DESCRIPTION | OBJECTIONS[1] | ADMITTED: Y/N |
|---|---|---|---|
| 69. | 043849) NorthWestern Corporation Letter of Recommendations dated April 4, 2003 (NOR045433-045476) | Yes. Hearsay. | |
| 70. | NorthWestern Corporation Board of Directors Meeting dated November 2002 (NOR045232-045432) | Yes. Authentication (including unknown handwriting),hearsay. | |
| 71. | Memo from B. Hare to audit file re: NOR going concern analysis (DT006613-006615) | Yes. Authentication and hearsay. | |
| 72. | Magten Asset Management Corporation's Response to Michael Hanson and Ernie Kindt's First Set of Document Requests dated March 30, 2007 | Yes. Relevance. | |
| 73. | Magten Asset Management Corporation's Response to Michael Hanson and Ernie Kindt's First set of Interrogatories dated March 30, 2007 | No. | |
| 74. | Magten Asset Management Corporation's Response to Michael Hanson and Ernie Kindt's First set of Requests to Admit dated March 30, 2007 | No. | |
| 75. | Magten Asset Management Corporation's Response to NorthWestern Corporation's First Set of Interrogatories dated June 1, 2007 | No. | |
| 76. | Magten Asset Management Corporations Response to NorthWestern Corporation's Second Request for Production of Documents dated June 1, 2007 | Yes. Relevance. | |
| 77. | Magten Asset Management Corporation's Supplemental Responses to Michael Hanson and Ernie Kindt's First Set of Interrogatories dated October 10, 2007 | No. | |
| 78. | Magten Asset Management Corporation's and Law Debenture Trust Company of New York's Objections and Responses to NorthWestern Corporation's Request for Production of | Yes. Relevance. | |

EXHIBIT 10 TO FINAL PRE-TRIAL ORDER

10

| EXH NO. | DESCRIPTION | OBJECTIONS[1] | ADMITTED: Y/N |
|---|---|---|---|
| | Documents dated November 1, 2007 | | |
| 79. | Magten Asset Management Corporation's Objection to NorthWestern Corporation's Third Request for Production of Documents dated November 6, 2007 | Yes. Relevance. | |
| 80. | Letter from Bonnie Steingart to Stanley Kaleczyc and Kimberly Beatty RE: Magten Asset Management Corp v. Mike J. Hanson and Ernie J. Kindt, C.A. No. 05-0499-JJF dated October 6, 2006 | Yes. Relevance. | |
| 81. | Letter from Bonnie Steingart to Joseph Pizzuro and Steven Reisman RE: Magten Asset Management Corp v. Mike J. Hanson and Ernie J. Kindt, C.A. No. 05-0499-JJF dated November 2, 2006 | Yes. Relevance. | |
| 82. | Letter from Bonnie Steingart to Stanley Kaleczyc and Kimberly Beatty RE: Magten Asset Management Corp v. Mike J. Hanson and Ernie J. Kindt, C.A. No. 05-0499-JJF dated November 3, 2006 | Yes. Relevance. | |
| 83. | Letter from Kimberly Beatty to Bonnie Steingart RE: Magten Asset Management Corp v. Mike J. Hanson and Ernie J. Kindt, C.A. No. 05-0499-JJF dated November 8, 2006 | Yes. Hearsay, Relevance, Danger of Prejudice / Confusion / Misleading the Jury. | |
| 84. | Letter from John Brewer to Stanley Kaleczyc and Kimberly Beatty RE: Responses to Michael Hanson and Ernie Kindt's First Set of Interrogatories dated March 30, 2007 | Yes. Relevance. | |
| 85. | Letter from John Brewer to Stanley Kaleczyc and Kimberly Beatty RE: Documents responsive to Hanson and Kindt's First Request for Production of Documents to Magten dated April 2, 2007 | Yes. Relevance. | |
| 86. | Letter from Stanley Kaleczyc and Kimberly Beatty to John Brewer and Bonnie Steingart RE: Magten Responses to | Yes. Hearsay, Relevance, Danger of Prejudice / Confusion | |

EXHIBIT 10 TO FINAL PRE-TRIAL ORDER

11

| EXH NO. | DESCRIPTION | OBJECTIONS[1] | ADMITTED: Y/N |
|---|---|---|---|
| | Discovery from Hanson and Kindt dated April 5, 2007 | / Misleading the Jury. | |
| 87. | Letter from John Brewer to Joe Pizzurro RE: Modifying Responses dated April 10, 2007 | Yes. Relevance. | |
| 88. | Letter from John Brewer to Joseph Pizzurro, Nancy Delaney and Jennifer Bagnato RE: Untimely Discovery Requests dated May 10, 2007 | Yes. Relevance. | |
| 89. | Letter from John Brewer to Joseph Pizzurro, Nancy Delaney and Jennifer Bagnato RE Discover dated May 10, 2007 | Yes. Relevance. | |
| 90. | Letter from Stanley Kaleczyc and Kimberly Beatty to Bonnie Steingart and Gary Kaplan RE: Supplementation of Magten's Discovery Responses dated September 18, 2007 | Yes. Hearsay, Relevance, Danger of Prejudice / Confusion / Misleading the Jury. | |
| 91. | Letter from Stanley Kaleczyc and Kimberly Beatty to John Brewer RE: Supplementation of Magten's Responses to Hanson/Kindt Discovery Requests dated October 4, 2007 | Yes. Hearsay, Relevance, Danger of Prejudice / Confusion / Misleading the Jury. | |
| 92. | Letter from John Brewer to Stanley Kaleczyc and Kimberly Beatty RE: Supplementation of Magten's Discovery Responses dated October 5, 2007 | Yes. Relevance. | |
| 93. | Letter from Stanley Kaleczyc and Kimberly Beatty to John Brewer RE: Supplementation of Magten's Responses to Hanson/Kindt Discovery Requests dated October 8, 2007 | Yes. Hearsay, Relevance, Danger of Prejudice / Confusion / Misleading the Jury. | |
| 94. | Letter from Bonnie Steingart to Stanley Kaleczyc and Kimberly Beatty RE: Supplementation of Magten's Discovery Responses dated October 10, 2007 | Yes. Relevance. | |
| 95. | Letter from Stanley Kaleczyc to Bonnie Steingart RE: Magten v. Hanson, et al. dated October 12, 2007 | Yes. Relevance. | |
| 96. | Letter from Stanley Kaleczyc and Kimberly Beatty to Bonnie Steingart RE: Magten v. Hanson, et al. dated November 13, | Yes. Relevance. | |

EXHIBIT 10 TO FINAL PRE-TRIAL ORDER        12

| EXH NO. | DESCRIPTION | OBJECTIONS[1] | ADMITTED: Y/N |
|---|---|---|---|
| | 2007 | | |
| 97. | Expert report of Bruce E. Bingham dated October 17, 2007, plus all exhibits attached and any documents relied upon by expert in rendering his opinion. | Yes. Hearsay, Relevance. Beyond the report, it is overreaching to attempt to include all documents relied on and exhibits to the report. These separate exhibits should each be entered separately, and Magten reserves any and all objections to such exhibits. | |
| 98. | Deposition of Stephen J. Scherf dated January 9, 2008 | Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. Also hearsay. Plaintiffs likewise incorporate by reference all objections raised in their motion in limine objecting to Mr. Scherf's testimony. | |
| 99. | Deposition of Bruce E. Bingham dated January 8, 2008 | Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. Also hearsay. | |
| 100. | Deposition of Christopher J. Kearns dated January 10, 2008 | Yes. Transcripts should be designated pursuant to Local Civil Rules 16.3(c)(7) and 16.3(d)(2), not listed as exhibits. | |

EXHIBIT 10 TO FINAL PRE-TRIAL ORDER                                           13

| EXH NO. | DESCRIPTION | OBJECTIONS[1] | ADMITTED: Y/N |
|---|---|---|---|
|  |  | Also hearsay. Plaintiffs likewise incorporate by reference all objections raised in their motion in limine objecting to Mr. Kearns's testimony. |  |
| 101. | Magten Asset Management Corporation v. Paul Hastings Janofsky & Walker LLP, Memorandum Opinion, Civil Action No. 04-1256-JJF dated January 12, 2007 | Yes, Relevance, Danger of Prejudice / Confusion / Misleading the Jury. |  |
| 102. | Final Order in the matter of the Application of MPSC for Approval of its Electric Utility Restructuring Transition Plan Filed Pursuant to Senate Bill 390 and in the matter of the Joint Application for Approval of the Sale of MPC to NorthWestern, Corp. dated January 31, 2002 (NOR000591-618) | No. |  |
| 103. | Email chain between Kurt Whitesel and Mike Hanson Re: Internal Audit and Repor Distribution, dated October 24, 2002 (NOR191328-191329) | Yes. Authentication and Hearsay. |  |
| 104. | Email chain between David Monaghan and Mike Hanson: CC: Barth Thielbar Re: FW: responses dated October 28, 2002 (NOR 317418-317419) | Yes. Authentication and Hearsay. |  |
| 105. | Management Response to NCS Audit Findings to Mike Hanson from Dave Monaghan and Bart Thielbar: CC: Jerry Johnson, Kurt Whitesel, Larry Ness, John Charters, Bruce Smith, Deloitte & Touche Re: NCS Audit, dated April 10, 2003 (NOR320518-320528) | Yes. Authentication and Hearsay. |  |
| 106. | Management Response to NCS Audit Findings to Mike Hanson from Dave Monaghan and Bart Thielbar: CC: Jerry Johnson, Kurt Whitesel, Larry Ness, John Charters, Bruce Smith, Deloitte & Touche Re: NCS Audit, dated April 10, 2003 | Yes. Authentication and Hearsay. |  |

EXHIBIT 10 TO FINAL PRE-TRIAL ORDER    14

| EXH NO. | DESCRIPTION | OBJECTIONS[1] | ADMITTED: Y/N |
|---|---|---|---|
|  | (NOR320529-320544) |  |  |
| 107. | Audit Universe, To Mike Hanson from Audit Services (Bill Janecke) Re: Audit Services Role dated October 21, 2002 (NOR324993-324994) | Yes. Authentication and Hearsay. |  |
| 108. | Confidential Settlement Agreement and Mutual Release by and among Atlantic Richfield Company, NorthWestern Corporation and Clark Fork and Blackfoot, LLC effective September 10, 2003 | Yes. Hearsay, Authenticity, and Relevance |  |

LEGEND

Objections in the form: "Relevance" are to Fed. R. Evid. 402; "Authenticity" are to Fed. R. Evid. 901; "Hearsay" are to Fed. R. Evid.802 and/or 805; "Danger of Prejudice / Confusion / Misleading the Jury" are to Fed. R. Evid. 403; "Incomplete" are to Fed. R. Evid. 106.

EXHIBIT 10 TO FINAL PRE-TRIAL ORDER   15   ffny01\rosenzv\609724.3