# EXHIBIT  11

## Exhibit No. 11 to Proposed Pre-Trial Order

### Plaintiffs' Witness List
### (Local Civil Rule 16.3(c)(7))

Plaintiffs (Magten with respect to the Hanson & Kindt Action) may call any of the following witnesses in their case-in-chief at either or both trials. In addition to those specifically listed below, plaintiffs may also call any witness listed by defendants. Plaintiffs also reserve the right to call additional witnesses to provide foundational testimony if defendants contest the authenticity or admissibility of any materials selected to be used at trial, as well as any additional witnesses necessitated by any of the Court's pre-trial rulings. Plaintiffs reserve the right to object to the testimony of any witness listed by defendants in Exhibit 12 or 13 to this proposed Pre-Trial Order or to the use by Defendants at trial of any deposition excerpts identified in Exhibits 12 or 13.

Live Witnesses

Robert W. Berliner (expert, see report attached to declaration dated December 14, 2007 [Case No. 04-1494, D.I. 264])

Carlo Carpino (American Appraisal)

Talton R. Embry (Magten)

Michael Hanson (NorthWestern and individual defendant)

James D. Heaney (Law Debenture)

Ernie Kindt (NorthWestern and individual defendant)

Kendall Kliewer (NorthWestern)

Mary Lewicki (Bank of New York)

Paul A. Marcus (expert, see report attached to declaration dated December 14, 2007 [Case No. 04-1494, D.I. 263])

Michael Nieman (NorthWestern)

Bonnie Steingart (Fried, Frank, Harris, Shriver & Jacobson LLP, as to attorneys' fees issues only)

A "Keeper of the Records" from Nixon Peabody LLP to verify the fees and disbursements incurred by Law Debenture. Law Debenture reserves the right the call an attorney to testify only with regard to fees and disbursements incurred, if necessary.

Witnesses by Deposition (with transcript designations)

Gary Drook

p.5 line 17 – p.7 line 7;
p.7 line 17 – p.8 line 24;
p.9 line 13 – p. 9 line 21;
p.10 line 4 – p.10 line 16;
p.10 line 23 – p.12 line 14;
p.13 line 9 – p.15 line 3;
p.15 line 16 – p.15 line 25;
p.16 line 9 – p.17 line 6;
p.17 line 12 – p.17 line 22;
p.18 line 19 – p.19 line 4;
p.20 line 15 – p.20 line 25;
p.21 line 3 – p.24 line 25;
p.25 line 12 – p.26 line 5;
p.26 line 22 – p.28 line 7;
p.28 line 12 – p.29 line 23;
p.30 line 2 – p.30 line 14;
p.31 line 3 – p.32 line 8;
p.32 line 15 – p.33 line 18;
p.34 line 9 – p.36 line 4;
p.36 line 20 – p.37 line 10;
p.37 line 14 – p.38 line 22;
p.39 line 14 – p.46 line 20;
p.47 line 2 – p.47 line 15;
p.47 line 19 – p.48 line 3;
p.48 line 14 – p.49 line 19;
p.50 line 4 – p.52 line 5;
p.52 line 18 – pg.53 line 10;
p.53 line 13 – p.53 line 21;
p.54 line 16 – p.55 line 11;
p.55 line 20 – p.56 line 21;
p.57 line 3 – p.58 line 8;
p.58 line 16 – p.59 line 10;
p.59 line 17 – p.64 line 13;
p.64 line 17 – p.65 line 16;
p.66 line 9 – p.67 line 15;
p.68 line 3 – p.68 line 18;
p.69 line 13 – p.75 line 21;
p.76 line 3 – p.79 line 16;
p.79 line 3 – p.81 line 18;
p.83 line 11 – p.84 line 24;
p.85 line 6 – p.85 line 22;
p.87 line 22 – p.89 line 21;

p.90 line 4 – p.102 line 18;
p.102 line 19 – p.102 line 22;
p.104 line 12 – 109 line 3;
p.110 line 2 – p. 110 line 3;
p.110 line 7 – p.111 line 10;
p.112 line 11 – p. 117 line 11;
p. 117 line 13 – p.127 line 19;
p.127 line 25 – p.129 line 15;
p.130 line 9 – p.132 line 18;
p.133 line 12 – p.134 line 15;
p.135 line 19 – p.138 line 15;
p.139 line 4 – p.142 line 2;
p.142 line 25 – p.144 line 8;
p.145 line 8 – p.145 line 23;
p.146 line 12 – p.149 line 16;
p.149 line 23 – p.152 line 9;
p.153 line 12 – p.153 line 20;
p.154 line 2 – p.156 line 19;
p.156 line 25 – p.159 line 19;
p.160 line 4 – p.160 line 24;
p.161 line 12 – p.166 line 10;
p.166 line 19 – p.170 line 23

Richard Fresia

p.7 line 2 – p.8 line 25;
p.9 line 7 – p.12 line 12;
p.12 line 17 – p.13 line 12;
p.13 line 18 – p.16 line 17;
p.17 line 3 – p. 17 line 20;
p.18 line 1 – p.20 line 23;
p.21 line 2 – p.21 line 21;
p.22 line 21 – p.24 line 18;
p.25 line 1 – p.27 line 18;
p.28 line 17 – p.33 line 14;
p.34 line 13 – p.37 line 2;
p.37 line 19 – p.38 line 23;
p.39 line 6 – p.40 line 13;
p.40 line 25 – p.41 line 19;
p.42 line 5 – p.42 line 19;
p.43 line 22 – p.45 line 6;
p.45 line 8 – p.45 line 13;
p.46 line 15 – p.47 line 19;
p.48 line 12 – p.49 line 2;
p.49 line 4 – p.49 line 21;
p.50 line 13 – p.50 line 24;

4

p.51 line 5 – p.53 line 13;
p.54 line 1 – p.56 line 21;
p.58 line 8 – p.58 line 24;
p.59 line 10 – p.61 line 3;
p.61 line 14 – p.66 line 16;
p.66 line 18 – p.68 line 8;
p.68 line 22 – p.71 line 1;
p.71 line 11 – p.73 line 20;
p.74 line 19 – p.75 line 18;
p.75 line 20 – p.75 line 25;
p.76 line 16 – p.76 line 22;
p.77 line 6 – p.77 line 13;
p.78 line 15 – p.80 line 11;
p.82 line 2 – p.82 line 7;
p.82 line 13 – p.83 line 3;
p.83 line 10 – p.84 line 23;
p.85 line 17 – p.86 line 11;
p.86 line 22 – p.87 line 8;
p.87 line 14 – p.89 line 7;
p.91 line 12 – p.93 line 23;
p.94 line 12 – p.96 line 15;
p.97 line 3 – p.101 line 21;
p.103 line 24 – p.104 line 3;
p.104 line 12 –p.105 line 4;
p.105 line 6 – p.109 line 20;
p.110 line 12 – p.112 line 16;
p.112 line 23 – p.114 line 6;
p.114 line 9 – p.115 line 16

Michael Hanson

p.8 line 16 – p.10 line 14;
p.10 line 17 – p.11 line 11;
p.13 line 1 – p.14 line 18;
p.15 line 15 – p.21 line 14;
p.22 line 12 – p.29 line 6;
p.29 line 14 – p.30 line 9;
p.30 line 20 – p.34 line 23;
p.35 line 5 – p.35 line 16;
p.36 line 5 – p.38 line 12;
p.39 line 3 – p.41 line 6;
p.41 line 11 – p.42 line 16;
p.42 line 20 – p.45 line 21;
p.46 line 3 – p.47 line 2;
p.47 line 10 – p.49 line 5;
p.49 line 10 – p.51 line 24;

p.52 line 9 – p.53 line 13;
p.53 line 17 – p.54 line 10;
p.54 line 14 – p.56 line 21;
p.58 line 4 – p.59 line 14;
p.59 line 23 – p.61 line 22;
p.65 line 2 – p.65 line 20;
p.66 line 6 – p.66 line 18;
p.66 line 25 – p.68 line 6;
p.70 line 3 – p.70 line 16;
p.72 line 2 – p.72 line 16;
p.72 line 25 – p.77 line 9;
p.77 line 15 – p.78 line 16;
p.78 line 21 – p.81 line 22;
p.82 line 2 – p.84 line 6;
p.84 line 9 – p.85 line 12;
p.85 line 17 – p.90 line 8;
p.90 line 15 – p.92 line 2;
p.94 line 2 – p.95 line 20;
p.96 line 4 – p.97 line 13;
p.97 line 23 – p.98 line 8;
p.99 line 9 – p.102 line 9;
p.102 line 15 – p.103 line 4;
p.103 line 18 – p.107 line 15;
p.108 line 13 – p.110 line 23;
p.111 line 4 – p.118 line 8;
p.118 line 15 – p.120 line 5;
p.120 line 21 – p.121 line 12;
p.121 line 21 – p.123 line 6;
p.123 line 19 – p.126 line 8;
p.126 line 16 – p.127 line 15;
p.128 line 2 – p.136 line 12;
p.136 line 24 – p.138 line 3;
p.138 line 20 – p.142 line 6;
p.142 line 13 – p.145 line 24;
p.146 line 2 – p.146 line 18;
p.147 line 4 – p.148 line 2;
p.150 line 1 – p.150 line 9;
p.150 line 15 – p.152 line 25;
p.153 line 17 – p.160 line 11;
p.160 line 15 – p.163 line 5;
p.163 line 17 – p.165 line 25;
p.166 line 4 – p.166 line 8;
p.167 line 14 – p.169 line 11;
p.169 line 15 – p.170 line 4;
p.171 line 1 – p.173 line 24;
p.174 line 1 – p.178 line 5;

p.178 line 19 – p.183 line 9;
p.183 line 20 – p.186 line 8;
p.186 line 12 – p.193 line 17;
p.193 line 21 – p.193 line 22;
p.197 line 3 – p.199 line 17;
p.200 line 9 – p.208 line 2;
p.208 line 5 – p.208 line 24;
p.209 line 7 – p.210 line 15;
p.210 line 19 – p.213 line 11;
p.214 line 5 – p.214 line 25;
p.215 line 7 – p.215 line 25;
p.216 line 4 – p.220 line 19;
p.220 line 23 – p.230 line 17;
p.230 line 21 – p.230 line 25;
p.231 line 4 – p.232 line 16;
p.232 line 20 – p.241 line 5;
p.241 line 17 – p.251 line 25;
p.254 line 16 – p.257 line 20;
p.258 line 5 – p.265 line 3;
p.266 line 12 – p.270 line 11;
p.270 line 15 – p.282 line 5;
p.283 line 1 – p.285 line 15;
p.288 line 12 – p.289 line 16;
p.289 line 23 – p.290 line 14;
p.290 line 18 – p.293 line 2;
p.293 line 11 – p.293 line 20;
p.295 line 18 – p.302 line 3

Richard Hylland

p.8 line 3 – p. 8 line 9;
p.9 line 22 – p.10 line 12;
p.10 line 16 – p.14 line 19;
p.14 line 22 – p.15 line 15;
p.15 line 25 – p.17 line 14;
p.17 line 19 – p.20 line 11;
p.20 line 20 – p.20 line 25;
p.22 line 17 – p.24 line 13;
p.24 line 15 – p.25 line 4;
p.25 line 7 – p.25 line 22;
p.25 line 25 – p.28 line 23;
p.29 line 2 – p.29 line 4;
p.29 line 6 – p.31 line 22;
p.31 line 24 – p.33 line 2;
p.33 line 5 – p.34 line 3;
p.34 line 7 – p.37 line 18;

p.39 line 17 – p.39 line 19;
p.39 line 21 – p.40 line 5;
p.40 line 7 – p.40 line 14;
p.40 line 23 – p.43 line 6;
p.43 line 21 – p.46 line 25;
p.47 line 13 – p.47 line 15;
p.47 line 17 – p.47 line 22;
p.47 line 24 – p.48 line 4;
p.48 line 7 – p.53 line 10;
p.53 line 12 – p.56 line 10;
p.56 line 12 – p.58 line 2;
p.58 line 14 – p.59 line 25;
p.60 line 23 – p.61 line 13;
p.61 line 24 – p.62 line 10;
p.62 line 25 – p.64 line 9;
p.64 line 21 – p.65 line 22;
p.64 line 25 – p.66 line 16;
p.66 line 19 – p.66 line 22;
p.66 line 25 – p.67 line 16;
p.67 line 18 – p.67 line 20;
p.67 line 25 – p.71 line 15;
p.71 line 18 – p.72 line 1;
p.72 line 4 – p.72 line 20;
p.73 line 9 – p.73 line 16;
p.74 line 1 – p.74 line 5;
p.74 line 7 – p.74 line 15;
p.74 line 18 – p.76 line 12;
p. 76 line 15 – p.77 line 1;
p.77 line 3 – p. 78 line 2;
p. 78 line 4 – p.78 line 15;
p.78 line 19 – p.79 line 23;
p.80 line 4 – p.81 line 6;
p.81 line 11 – p.81 line 16;
p.81 line 19 – p.82 line 23;
p.83 line 1 – p.86 line 8;
p.86 line 10 – p.87 line 3;
p.87 line 6 – p.87 line 20;
p.87 line 22 – p.88 line 9;
p.88 line 12 – p.88 line 21;
p.88 line24 – p.89 line 20;
p.90 line 22 – p.92 line 8;
p.92 line 14 – p.95 line 11;
p.95 line 13 – p.95 line 21;
p.95 line 23 – p.98 line 18;
p.98 line 21 – p.100 line 1;
p.100 line 5 – p.105 line 11;

8

p.106 line 17 – p. 107 line 17;
p.107 line 21 – p.108 line 12;
p.110 line 15 – p.112 line 10;
p. 112 line 12 – p.113 line 9;
p.113 line 12 – p.113 line 18;
p.114 line 5 – p.115 line 5;
p.115 line 7 – p.118 line 17;
p.118 line 21 – p.121 line 11;
p.122 line 10 – p.122 line 25;
p.123 line 2 – p.124 line 1;
p.124 line 4 – p.125 line 18;
p.125 line 21 – p.126 line 24;
p.128 line 12 – p.131 line 13;
p.131 line 17 – p.141 line 9;
p.141 line 13 – p.146 line 24;
p.147 line 1 – p.152 line 1;
p.152 line 8 – p.157 line 18;
p.157 line 24 – p.159 line 23;
p. 160 line 5 – p.160 line 8;
p.160 line 11 – p.160 line 17;
p.160 line 21 – p.161 line 10;
p.161 line 13 – p.165 line 6;
p.165 line 10 – p.165 line 24;
p.166 line 3 – p.170 line 25;
p.171 line 2 – p.171 line 4;
p.171 line 8 – p.172 line 7;
p.172 line 9 – p.173 line 15;
p.173 line 17 – p.174 line 2;
p.178 line 1 – p.178 line 14;
p.178 line 17 – p.178 line 22;
p.179 line 20 – p.180 line 5;
p.180 line 7 – p.180 line 19;
p.180 line 21 – p.181 line 7;
p.181 line 17 – p.182 line 9;
p.183 line 16 – p.183 line 25;
p.184 line 3 – p.185 line 16;
p.185 line 22 – p.190 line 2;
p.190 line 5 – p.190 line 25;
p.191 line 4 – p.191 line 22;
p.192 line 3 – p. 193 line 2;
p.193 line 8 – p.194 line 2;
p.194 line 11 – p.195 line 8;
p.195 line 13 – p.199 line 22;
p.200 line 1 – p.204 line 7;
p.204 line 18 – p.205 line 20;
p.206 line 6 – p.212 line 10;

p.212 line 14 – p.213 line 6;
p.213 line 9 – p.229 line 16;
p.229 line 19 – p.235 line 13;
p.235 line 17 – p.236 line 16;
p.236 line 25 – p. 239 line 9;
p.239 line 15 – p. 241 line 5;
p.242 line 5 – p.248 line 19;
p.249 line 12 – p.250 line 13;
p.250 line 16 – p.253 line 24;
p.254 line 3 – p.255 line 4;
p.255 line 8 – p.256 line 7;
p.256 line 13 – p.257 line 21;
p.258 line 3 – p.284 line 8;
p.284 line 11 – p.287 line 18;
p.287 line 21 – p.290 line 23;
p.291 line 2 – p.295 line 7

Eric Jacobsen

p.8 line 6 – p.9 line 20;
p.11 line 10 – p.14 line 4;
p.14 line 18 – p.15 line 23;
p.17 line 18 – p.18 line 18;
p.19 line 12 – p.20 line 9;
p.21 line 25 – p.26 line 25;
p.27 line 22 – p.32 line 17;
p.32 line 22 – p.39 line 2;
p.39 line 5 – p.39 line 6;
p.39 line 9 – p.45 line 8;
p.45 line 12 – p. 47 line 18;
p.49 line 3 – p.51 line 20;
p.52 line 14 – p.52 line 18;
p.53 line 15 – p.55 line 6;
p.55 line 10 – p.57 line 15;
p.57 line 24 – p.59 line 24;
p.60 line 1 – p.60 line 14;
p.60 line 16 – p.60 line 24;
p.61 line 1 – p.61 line 16;
p.61 line 25 – p.63 line 2;
p.63 line 4 – p.64 line 13;
p.64 line 18 – p.65 line 10;
p.66 line 1 – p.69 line 5;
p.69 line 8 – p.73 line 13;
p.73 line 22 – p.77 line 4;
p.77 line 8 – p.81 line 22;
p.81 line 24 – p.82 line 23;

p.83 line 1;
p.83 line 4 – p.89 line 6;
p.89 line 19 – p.90 line 17;
p.90 line 23 – p.91 line 15;
p.92 line 1 – p.93 line 2;
p.93 line 5 – p.94 line 5;
p.94 line 15 – p.98 line 16;
p.100 line 1 – p.100 line 23;
p.101 line 3 – p.101 line 7;
p.102 line 21 – p.102 line 25;
p.104 line 1 – p.106 line 9;
p.106 line 23 – p.111 line 24;
p.112 line 5 – p.120 line 1;
p.120 line 4 – p.120 line 20;
p.120 line 23 – p.126 line 17;
p.126 line 20 – p.129 line 23;
p.130 line 5 – p.133 line 19;
p.133 line 22 – p.134 line 14;
p.134 line 23 – p.138 line 3;
p.138 line 17 – p.145 line 8;
p.145 line 10 – p.146 line 10;
p.146 line 12 – p.146 line 22;
p.146 line 24 – p.148 line 14;
p.148 line 16 – p.149 line 5;
p.149 line 7 – p.153 line 10;
p.153 line 13 – p.153 line 25;
p.154 line 2 – p.156 line 21;
p.156 line 24 – p.161 line 9;
p.161 line 21 – p.163 line 2;
p.163 line 19 – p.163 line 21;
p.164 line 1 – p. 165 line 18;
p.165 line 20 – p. 166 line 15;
p.167 line 5 – p.167 line 8;
p.167 line 23 – p.169 line 23;
p.170 line 1 – p.170 line 16;
p.170 line 19 – p.171 line 11;
p.171 line 14 – p.171 line 23;
p.171 line 25 – p.172 line 13;
p.174 line 14 – p.180 line 21;
p.181 line 2 – p.182 line 11;
p.183 line 2 – p.187 line 7;
p.187 line 14 – p.188 line 9;
p.188 line 14 – p.189 line 12;
p.189 line 14 – p.190 line 3;
p.191 line 1 – p.192 line 11;
p.192 line 16 -  p.194 line 1;

p.195 line 2 – p.204 line 4

Ernie Kindt

p.6 line 20 – p.10 line 18;
p.10 line 20 – p.13 line 12;
p.14 line 14 – p.14 line 16;
p.14 line 18 – p.17 line 18;
p.17 line 20 – p.19 line 5;
p.19 line 7 – p.19 line 10;
p.20 line 6 – p.20 line 18;
p.21 line 4 – p.21 line 7;
p.21 line 20 – p.24 line 15;
p.24 line 18 – p.24 line 25;
p.25 line 2 – p.25 line 25;
p.26 line 3 – p.26 line 18;
p.27 line 3 – p.27 line 10;
p.27 line 12 – p.27 line 18;
p.28 line 6 – p.30 line 5;
p.30 line 9 – p.30 line 19;
p.30 line 22 – p.31 line 22;
p.31 line 24 – p.32 line 25;
p.33 line 2 – p.33 line 16;
p.33 line 19 – p.34 line 4;
p.35 line 10 – p.36 line 1;
p.36 line 3 – p.36 line 14;
p.36 line 17 – p.36 line 18;
p.36 line 20 – p.37 line 12;
p.37 line 15 – p.38 line 3;
p.38 line 14 – p.38 line 16;
p.38 line 19 – p.38 line 24;
p.39 line 2 – p.39 line 20;
p.39 line 22 – p.39 line 25;
p.40 line 3 – p. 40 line 19;
p.40 line 21 – p.42 line 1;
p.42 line 3 – p.42 line 12;
p.42 line 20 – p.42 line 22;
p.42 line 24 – p.43 line 6;
p.43 line 13 – p.43 line 19;
p.43 line 21 – p.44 line 6;
p.44 line 8 – p.44 line 15;
p.44 line 17 – p.46 line 20;
p.46 line 22 – p.47 line 3;
p.47 line 7 – p.48 line 1;
p.48 line 20 – p.48 line 24;
p.49 line 2 – p.49 line 10;

p.49 line 14 – p.50 line 10;
p.50 line 13 – p.51 line 24;
p.52 line 1 – p.53 line 3;
p.53 line 5 – p.53 line 15;
p.53 line 17 – p.53 line 23;
p.54 line 2 – p.54 line 5;
p.54 line 17 – p.54 line 25;
p.55 line 5 – p.55 line 10;
p.55 line 24 – p.56 line 14;
p.56 line 18 – p.57 line 1;
p.57 line 4 – p.57 line 21;
p.57 line 24 – p.58 line 6;
p.58 line 11 – p.58 line 23;
p.60 line 10 – p.61 line 2;
p.61 line 10 – p.62 line 4;
p.62 line 7 – p.62 line 13;
p.62 line 20 – p.63 line 18;
p.63 line 24 – p.64 line 5;
p.64 line 8 – p.64 line 16;
p.64 line 18 – p.65 line 2;
p.65 line 7 – p.65 line 9;
p.65 line 12 – p.65 line 22;
p.66 line 1 – p.66 line 9;
p.67 line 18 – p.68 line 9;
p.69 line 6 – p.69 line 20;
p.69 line 24 – p.70 line 24;
p.70 line 1 – p.70 line 24;
p.71 line 3 0 p.71 line 10;
p.71 line 12 – p.75 line 13;
p.75 line 16 – p.75 line 19;
p.75 line 23 – p.78 line 13;
p.78 line 17 – p.79 line 4;
p.79 line 11 – p.82 line 10;
p.82 line 12 – p.82 line 17;
p.87 line 16 – p.90 line 22;
p.90 line 25;
p.91 line 3 – p.91 line 8;
p.91 line 11 – p.92 line 8;
p.92 line 11 – p.93 line 17;
p.93 line 19 – p.93 line 24

Kendall Kliewer

p.8 line 18 – p.9 line 15;
p.11 line 12 – p.16 line 19;
p.17 line 16 – p.19 line 6;

p. 19 line 14 – p.21 line 2;
p.21 line 18 – p.23 line 6;
p.24 line 8 – p.25 line 23;
p.26 line 2 – p.26 line 9;
p.27 line 14 – p.28 line 12;
p. 28 line 16 – p.32 line 21;
p.32 line 25 – p.36 line 11;
p.37 line 1 – p.39 line 2;
p.39 line 6 – p.39 line 9;
p.39 line 20 – p.39 line 25;
p.40 line 4 – p.40 line 13;
p.40 line 20 – p.42 line 2;
p.44 line 8 – p.46 line 19;
p.47 line 7 – p. 48 line 7;
p.48 line 17 – p.50 line 4;
p.50 line 10 – p.53 line 1;
p.53 line 4 – p.53 line 10;
p.53 line 18 – p.56 line 17;
p.56 line 21 – p. 57 line 21;
p.57 line 25 – p.60 line 13;
p.60 line 21 – p.61 line 15;
p.62 line 5 – p.65 line 7;
p.65 line 10 – p.69 line 3;
p.69 line 13 – p.75 line 3;
p.75 line 12 – p.76 line 10;
p.76 line 14 – p.79 line 8;
p.79 line 17 – p.80 line 1;
p.80 line 19 – p.84 line 15;
p.85 line 14 – p.86 line 13;
p.87 line 1 – p.88 line 9;
p.88 line 14 – p.91 line 4;
p.92 line 4 – p.99 line 2;
p.99 line 15 – p.102 line 1;
p.102 line 5 – p.103 line 2;
p.103 line 12 – p.105 line 1;
p.105 line 5 – p.105 line 6;
p.105 line 10 – p.108 line 17;
p.109 line 8 – p.109 line 25;
p.112 line 24 – p.113 line 6;
p.115 line 5 – p.117 line 7;
p.117 line 11 – p.117 line 16;
p.118 line 7 – p.126 line 21;
p.127 line 20 – p.130 line 3;
p.130 line 21 – p.137 line 21;
p.138 line 17 – p.139 line 5;
p.139 line 11 – p.146 line 25;

p.147 line 16 – p.151 line 22;
p.152 line 20 – p.155 line 22;
p.156 line 3 – p.158 line 5;
p.158 line 8 – p.163 line 9;
p.163 line 19 – p.164 line 18;
p.165 line 5 – p.165 line 11;
p.165 line 16 – p.174 line 17;
p.174 line 21 – p.175 line 19;
p.177 line 4 – p.177 line 15;
p.179 line 14 – p.180 line 18;
p.181 line 2 – p.181 line 5;
p.181 line 10 – p.182 line 21;
p.183 line 8 – p. 183 line 13;
p.184 line 11 – p.185 line 11;
p.185 line 17 – p.187 line 25;
p.189 line 12 – p.189 line 15;
p.189 line 18 – p.191 line 9;
p.191 line 16 – p.191 line 22;
p.192 line 4 – p.192 line 11;
p.193 line 2 – p.197 line 25;
p.198 line 12 – p.202 line 2;
p.202 line 7 – p.209 line 25;
p.210 line 10 – p.211 line 19;
p.212 line 2 – p.213 line 3;
p.213 line 21 – p.214 line 16;
p.215 line 1 – p.218 line 13;
p.220 line 3 – p.227 line 15;
p.228 line 24 – p.229 line 19;
p.230 line 1 – p.233 line 11;
p.233 line 24 – p.237 line 2;
p.237 line 11 – p.237 line 23

Mary Lewicki

p.11 line 14 – p.13 line 17;
p.14 line 7 – p.15 line 14;
p.17 line 21 – p.17 line 25;
p.18 line 6 – p.18 line 12;
p.19 line 11 – p.27 line 22;
p.31 line 4 – p.34 line 2;
p.34 line 8 – p.38 line 20;
p.39 line 5 – p.43 line 3;
p.43 line 24 – p.44 line 12;
p.46 line 2 – p.48 line 21;
p.49 line 4 – p.51 line 6;
p.51 line 20 – p.52 line 5;

15

p.52 line 21 – p.53 line 6;
p.55 line 17 – p.56 line 3;
p.56 line 10 – p.59 line 22;
p.60 line 22 – p.61 line 2;
p.61 line 5 – p.61 line 20;
p.63 line 3 – p.63 line 22;
p.64 line 2 – p.65 line 16;
p.66 line 4 – p.67 line 21;
p.68 line 3 – p.68 line 24;
p.69 line 25 – p.70 line 24;
p.72 line 11 – p.73 line 6;
p.73 line 10 – p.74 line 25;
p.76 line 18 – p.77 line 3;
p.77 line 6 – p.78 line 9;
p.78 line 12 – p.79 line 4;
p.79 line 8 – p.79 line 13;
p.82 line 18 – p.84 line 21;
p.87 line 4 – p.87 line 19;
p.88 line 6 – p.88 line 8;
p.88 line 17 – p.89 line 24;
p.90 line 19 – p.91 line 10;
p.91 line 25 – p.92 line 22;
p.93 line 11 – p.93 line 14;
p.94 line 11 – p.96 line 3;
p.98 line 14 – p.99 line 21;
p.99 line 25 – p.100 line 8;
p.103 line 3 – p.103 line 8

Merle Lewis

p.8 line 6 – p.10 line 5;
p.12 line 13 – p.12 line 24;
p.13 line 3 – p.19 line 14;
p.21 line 6 – p.22 line 2;
p.22 line 16 – p.29 line 6;
p.29 line 9 – p.33 line 5;
p.33 line 9;
p.33 line 13 – p.35 line 2;
p.35 line 4 – p.37 line 25;
p.38 line 16 – p.39 line 5;
p.39 line 9 – p.41 line 3;
p.41 line 6 – p.41 line 12;
p.41 line 14 – p.43 line 1;
p.43 line 4 – p.45 line 22;
p.47 line 11 – p.48 line 1;
p.48 line 6 – p.49 line 7;

p.49 line 9 – p.55 line 3;
p.55 line 8 – p.57 line 8;
p.57 line 11 – p.61 line 12;
p.62 line 3 – p. 63 line 8;
p.63 line 11 – p.63 line 14;
p.63 line 23 – p.64 line 2;
p.64 line 15 – p.65 line 19;
p.66 line 5 – p. 66 line 15;
p.66 line 17 – p.67 line 12;
p.67 line 20 – p.72 line 1;
p.72 line 4 – p.72 line 17;
p.73 line 10 – p.75 line 12;
p.75 line 15 – p.76 line 3;
p.76 line 5 – p.76 line 25;
p.78 line 21 – p.80 line 1;
p.80 line 4 – p.81 line 17;
p.81 line 19 – p.81 line 25;
p.82 line 9 – p.84 line 1;
p.84 line 4 – p.88 line 12;
p.88 line 15 – p.89 line 14;
p.89 line 17 – p.89 line 22;
p.90 line 6 – p.95 line 2;
p.95 line 5 – p.96 line 19;
p.97 line 9 – p.97 line 15;
p.97 line 18 – p.97 line 21;
p.98 line 1 – p.100 line 18;
p.100 line 24 – p.104 line 10;
p.104 line 12 – p.105 line 23;
p.106 line 23 – p.110 line 5;
p.110 line 19 – p. 112 line 14;
p.112 line 23 – p.113 line 22;
p.113 line 23 – p.114 line 15;
p.114 line 16 – p.116 line 4;
p.116 line 5 – p.116 line 15;
p.116 line 15 – p.116 line 16;
p. 117 line 12 – p. 120 line 14;
p. 120 line 17 – p.122 line 3;
p. 122 line 17 – p.123 line 10;
p.123 line 13 – p.123 line 16;
p.124 line 20 – p.126 line 17;
p.127 line 15 – p.129 line 21;
p.129 line 24 – p.132 line 9;
p.132 line 15 – p.132 line 19;
p.132 line 23 –p.135 line 5;
p.135 line 8 – p.135 line 21;
p.135 line 23 – p.138 line 2;

17

p.138 line 4 – p.140 line 21;
p.140 line 24 – p.141 line 12;
p.141 line 14 – p.150 line 6;
p.150 line 9 – p.161 line 9;
p.161 line 12 – p.162 line 6;
p.162 line 9 – p.164 line 17;
p.164 line 21 – p.165 line 14;
p.165 line 18 – p.169 line 5;
p.169 line 15 – p.170 line 17;
p.170 line 20 – p.171 line 16;
p.171 line 19 – p.174 line 6;
p.174 line 9 – p.174 line 14;
p.174 line 17 – p.174 line 18;
p.174 line 21 – p.175 line 9;
p.175 line 12 – p.176 line 20;
p.177 line 9 – p.178 line 8;
p.178 line 19 – p.182 line 3;
p.182 line 6 – p.182 line 15;
p.182 line 17 – p.184 line 20;
p.186 line 11 – p.187 line 21;
p.188 line 22 – p.189 line 3;
p.189 line 6 – p.190 line 21;
p.191 line 16 – p.192 line 6;
p.192 line 8 – p.192 line 13;
p.192 line 16 – p.193 line 10;
p.193 line 13 – p.193 line 22;
p.194 line 3 – p.194 line 15;
p.194 line 17 – p.200 line 11

Michael Nieman

p.6 line 6 – p.6 line 9;
p.9 line 4 – p.11 line 3;
p.11 line 8 – p.11 line 19;
p.11 line 23 – p.12 line 20;
p.13 line 7 – p.15 line 10;
p.15 line 20 – p.16 line 9;
p.16 line 18 – p.19 line 15;
p.19 line 24 – p.21 line 12;
p.22 line 6 – p.22 line 15;
p.23 line 5 – p.24 line 5;
p.24 line 14 – p.25 line 5;
p.25 line 14 – p.31 line 16;
p.32 line 2 – p.32 line 10;
p.32 line 24 – p.34 line 19;
p.35 line 13 – p.35 line 17;

p.36 line 11 – p.36 line 17;
p.36 line 21 – p.38 line 2;
p.38 line 9 – p.38 line 19;
p.39 line 4 – p.41 line 3;
p.41 line 22 – p.42 line 11;
p.42 line 22 – p.44 line 1;
p.44 line 18 – p.46 line 18;
p.46 line 22 – p.49 line 2;
p.49 line 12 – p.49 line 24;
p.50 line 8 – p.52 line 15;
p.54 line 23 – p.55 line 11;
p.55 line 16 – p.56 line 2;
p.56 line 17 – p.57 line 17;
p.58 line 1 – p.58 line 16;
p.58 line 25 – p.59 line 5;
p.59 line 12 – p.60 line 18;
p.61 line 4 – p.61 line 16;
p.62 line 15 – p.63 line 2;
p.63 line 8 – p.63 line 21;
p.65 line 8 – p.67 line 9;
p.67 line 20 – p.69 line 9;
p.70 line 4 – p.71 line 10;
p.71 line 20 – p.73 line 22;
p.74 line 1 – p.74 line 17;
p.74 line 21 – p.75 line 6;
p.75 line 16 – p.81 line 24;
p.82 line 21 – p.83 line 5;
p.83 line 12 – p.83 line 23;
p.84 line 11 – p.84 line 24;
p.85 line 8 – p.85 line 24;
p.86 line 8 – p.88 line 23;
p.89 line 9 – p.89 line 16;
p.89 line 22 – p.91 line 10;
p.91 line 22 – p.92 line 4;
p.92 line 15 – p.95 line 24;
p.96 line 4 – p.96 line 12;
p.97 line 7 – p.99 line 11;
p.99 line 19 – p.101 line 5;
p.101 line 9 – p.102 line 4;
p.102 line 14 – p.103 line 17

Kipp Orme

p.6 line 24 – p.18 line 9;

p.18 line 15 – p.30 line 12;
p.31 line 6 – p.33 line 15;
p.33 line 19 – p.39 line 19;
p.39 line 22 – p.40 line 20

Bart Thielbar

p.7 line 22 – p.8 line 1;
p.12 line 11 – p.13 line 14;
p.15 line 7 – p.16 line 23;
p.19 line 24 – p.20 line 15;
p.23 line 21 – p.29 line 4;
p.31 line 19 – p.36 line 6;
p.37 line 15 – p.39 line 6;
p.39 line 14 – p.40 line 24;
p.41 line 4 – p.41 line 9;
p.41 line 16 – p.41 line 21;
p.42 line 3 – p.42 line 15;
p.43 line 15 – p.45 line 1;
p.45 line 12 – p.49 line 20;
p.50 line 16 – p.51 line 17;
p.51 line 19 – p.57 line 25;
p.58 line 2 – p.61 line 21;
p.62 line 5 – p.62 line 21;
p.63 line 14 – p.64 line 9;
p.64 line 12 – p.64 line 18;
p.64 line 25 – p.65 line 6;
p.65 line 10 – p.66 line 7;
p.66 line 15 – p.67 line 17;
p.67 line 21 – p.68 line 11;
p.68 line 21 – p.70 line 11;
p.71 line 24 – p.72 line 16;
p.72 line 25 – p.73 line 7;
p.73 line 17 – p.79 line 23;
p.80 line 14 – p.84 line 13;
p.84 line 24 – p.85 line 2;
p.85 line 7 – p.86 line 3;
p.86 line 6 – p.86 line 8;
p.86 line 10 – p.87 line 11;
p.87 line 14 – p.88 line 1;
p.89 line 11 – p.90 line 15;
p.90 line 19 – p.93 line 15;
p.93 line 19 – p.95 line 2;
p.96 line 22 – p.99 line 20;
p.99 line 24 – p.100 line 24;
p.102 line 17 – p.104 line 11;

p.104 line 24 – p.106 line 7;
p.106 line 13 – p.107 line 12;
p.107 line 17 – p.113 line 9;
p.113 line 13 – p.115 line 23;
p.116 line 2 – p.119 line 16;
p.119 line 20 – p.123 line 19;
p.123 line 23 – p.125 line 22;
p.127 line 17 – p.132 line 4;
p.132 line 6 – p.133 line 3;
p.133 line 6 – p.135 line 16;
p.135 line 19 – p.136 line 3;
p.136 line 6 – p.136 line 9;
p.136 line 14 – p.137 line 9;
p.137 line 13 – p.138 line 7;
p.138 line 13 – p.142 line 3;
p.143 line 5 – p.143 line 18;
p.145 line 4 – p.145 line 14;
p.146 line 10 – p.147 line 4;
p.148 line 13 – p.149 line 11;
p.150 line 18 – p.150 line 23;
p.152 line 1 – p.152 line 11;
p.152 line 16 – p.157 line 12;
p.157 line 17 – p.159 line 17