# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-1494-JJF |
| NORTHWESTERN CORPORATION, | : : : | |
| Defendant. | : | |
| MAGTEN ASSET MANAGEMENT CORP., | : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-499-JJF |
| MIKE J. HANSON and ERNIE J. KINDT, | : : : | |
| Defendants. | : | |

## MOTION *IN LIMINE* TO
## EXCLUDE THE HYLLAND REPORT

Defendant NorthWestern Corporation by and through its undersigned counsel, hereby submits its motion *in limine* to exclude from evidence the Report of the Special Committee of the Board of Directors of NorthWestern Corporation dated April 25, 2003 at trial currently scheduled for March 3, 2008, and in support hereof, relies upon the Memorandum of Law in Support of Motion *in Limine* to Exclude the Hylland Report filed contemporaneously herewith.

-2-

Dated: January 31, 2008    **GREENBERG TRAURIG LLP**

<u>/s/ Dennis A. Meloro</u>
Victoria W. Counihan (I.D. No. 3488)
Dennis A. Meloro (I.D. No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Tel: (302) 661-7000
Fax: (302) 661-7360
counihanv@gtlaw.com
melorod@gtlaw.com

and

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

Joseph D. Pizzurro
Nancy E. Delaney
Myles K. Bartley
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for NorthWestern Corporation