# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-1494-JJF |
| NORTHWESTERN CORPORATION, | : : : | |
| Defendant. | : | |
| MAGTEN ASSET MANAGEMENT CORP., | : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-499-JJF |
| MIKE J. HANSON and ERNIE J. KINDT, | : : : | |
| Defendants. | : | |

### ORDER GRANTING MOTION IN LIMINE OF
### DEFENDANT NORTHWESTERN CORPORATION
### TO EXCLUDE THE "HYLLAND REPORT"

Upon the Motion filed by Northwestern Corporation, defendant in the above-captioned action (the "Motion"), seeking an order excluding from evidence the Report of the Special Committee of the Board of Directors of NorthWestern Corporation, dated April 25, 2003 (the "Hylland Report") at trial currently scheduled for March 3, 2008, and after due and sufficient notice of the Motion having been given; and after due deliberation and sufficient cause therefor,

-2-

It is hereby ORDERED that the Motion is GRANTED, and the Hylland Report, Exhibit 294 of Exhibit 8 to the Pretrial Order, is excluded from evidence at trial currently scheduled before this Court on March 3, 2008.

SO ORDERED this _____ day of February 2008.

_____
The Honorable Joseph J. Farnan
United States District Court Judge