## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. Action No. 05-499 (JJF) |
| | ) |
| MICHAEL J. HANSON and ERNIE J. KINDT, | ) |
| | ) |
| Defendants. | ) |

### [PROPOSED] ORDER

AND NOW, upon consideration of the Motion in Limine of Magten Asset Management

Corporation to Exclude the Expert Report and Testimony of Stephen J. Scherf (the "Motion to

Exclude"), and the arguments of counsel with respect thereto;

IT IS HEREBY ORDERED that the Motion to Exclude is GRANTED.

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

120087.01600/40173253v.1