## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-1494-JJF |
| NORTHWESTERN CORPORATION, | : : : | |
| Defendant. | : | |
| MAGTEN ASSET MANAGEMENT CORP., | : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-499-JJF |
| MIKE J. HANSON and ERNIE J. KINDT, | : : : | |
| Defendants. | : | |

### ORDER GRANTING MOTION *IN LIMINE* OF DEFENDANT
### NORTHWESTERN CORPORATION TO EXCLUDE SEC EVIDENCE

Upon the Motion filed by Northwestern Corporation ("NorthWestern"), defendant in the above-captioned action (the "Motion"), seeking an order excluding certain documents related to the Securities and Exchange Commission's ("SEC") investigation of NorthWestern and certain of its or its subsidiary's former directors and officers concerning NorthWestern's restated 2002 quarterly financial statements from evidence at trial currently scheduled for March 3, 2008, and after due and sufficient notice of the Motion having been given; and after due deliberation and sufficient cause therefor,

It is hereby ORDERED that the Motion is GRANTED, and Exhibit 338, Order Instituting Cease-And-Desist Proceedings, Making Findings and Imposing a Cease-And-Desist Order; Exhibit 339, Consent of Merle Lewis; Exhibit 340, Final Judgment as to Defendant Merle D. Lewis; Exhibit 348, Consent of Richard R. Hylland; Exhibit 349, Final Judgment as to Defendant Richard Hylland; Exhibit 350, Consent of Kipp D. Orme; Exhibit 351, Final Judgment as to Defendant Kipp D. Orme; Exhibit 352, Kipp Orme Complaint; Exhibit 353, Kurt Whitesel Complaint; Exhibit 354, Richard Hylland Complaint; Exhibit 355, Merle Lewis Complaint; Exhibit 356, Consent of John Charters; Exhibit 357, Final Judgment as to Defendant John C. Charters; Exhibit 360, John Charters Complaint, and any testimony of the contents of these documents are excluded from evidence at the trial currently scheduled before this Court on March 3, 2008.

SO ORDERED this _____ day of February 2008.

_____
The Honorable Joseph J. Farnan
United States District Court Judge