# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-1494-JJF |
| NORTHWESTERN CORPORATION, | : : : | |
| Defendant. | : | |
| MAGTEN ASSET MANAGEMENT CORP., | : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-499-JJF |
| MIKE J. HANSON and ERNIE J. KINDT, | : : : | |
| Defendants. | : | |

**ORDER GRANTING MOTION *IN LIMINE* OF DEFENDANT
NORTHWESTERN CORPORATION TO EXCLUDE LAW
DEBENTURE'S REQUEST FOR ATTORNEYS FEES AND EXPENSES**

Upon the Motion filed by Northwestern Corporation ("NorthWestern"), defendant in the above-captioned action (the "Motion"), seeking an order excluding certain evidence related to Plaintiff Law Debenture's ("Law Debenture") request for attorneys fees and expenses at trial currently scheduled for March 3, 2008, and after due and sufficient notice of the Motion having been given; and after due deliberation and sufficient cause therefor,

-2-

It is hereby ORDERED that the Motion is GRANTED, and any evidence pertaining to Law Debenture's request for attorneys fees and expenses from NorthWestern is excluded from evidence at trial currently scheduled before this Court on March 3, 2008.

SO ORDERED this _____ day of February 2008.

_____
The Honorable Joseph J. Farnan
United States District Court Judge