IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>            Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 05-499-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF DEFENDANTS MICHAEL J. HANSON AND ERNIE J. KINDT
TO STRIKE PLAINTIFF'S JURY DEMAND**

Defendants Michael J. Hanson ("Hanson") and Ernie J. Kindt ("Kindt"), by and through their counsel of record, hereby respectfully request this Court to Strike Plaintiff's Jury Demand for the reasons more fully set forth in its Brief in Support of Motion to Strike Plaintiff's Jury Demand filed contemporaneously herewith and expressly incorporated herein by reference.

Dated: January 31, 2008               EDWARDS ANGELL PALMER & DODGE LLP


                                       */s/ Denise Seastone Kraft*
                                       Denise Seastone Kraft (#2778)
                                       919 N. Market Street
                                       Suite 1500
                                       Wilmington, DE  19801
                                       302-425-7106
                                       888-325-9741 Fax

                                       *Counsel for Michael J. Hanson & Ernie J. Kindt*

OF COUNSEL:
Stanley T. Kaleczyc
Kimberly A. Beatty
BROWNING KALECZYC BERRY & HOVEN P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT  59624
(406) 443-6820

WLM 512410.1