IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | )<br>)<br>) |
| Plaintiff, | ) C.A. No. 05-499-JJF<br>) |
| v. | )<br>) |
| MICHAEL J. HANSON and ERNIE J. KINDT, | )<br>)<br>) |
| Defendants. | ) |

## **ORDER**

IT IS HEREBY ORDERED this ____ day of February, 2008 that Defendants' Michael J. Hanson and Ernie J. Kindt's Motion to Strike Plaintiff's Jury Demand is GRANTED.

                                                          Honorable Joseph J. Farnan, Jr.

WLM 512410.1