# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2008, the attached **Defendants Michael J. Hanson and Ernie J. Kindt's Brief in Support of Their Motion To Strike Plaintiff's Jury Demand** was electronically filed with the Clerk of the Court using its CM/ECF system, which will send notification of such filing(s) to the following counsel of record:

>Victoria Watson Counihan, Esquire
>Greenberg Traurig, LLP
>
>Dale R. Dube, Esquire
>Blank Rome LLP
>
>Kathleen M. Miller, Esquire
>Smith, Katzenstein & Furlow LLP

In addition, the undersigned forwarded a copy of same in the manner indicated below to:

**BY E-MAIL AND HAND-DELIVERY**

Victoria W. Counihan, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
Wilmington, DE  19801

Dale R. Dube, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

WLM 512409.2

**BY E-MAIL AND FIRST-CLASS MAIL**

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY  10178-0061

Bonnie Steingart, Esquire
Gary L. Kaplan, Esquire
John W. Brewer
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  1004-1980

John Snellings, Esquire
Nixon Peabody, LLP
100 Summer Street
Boston, MA  02110-2131


　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Denise Seastone Kraft*
　　　　　　　　　　　　　　　　　　　　　　　Denise Seastone Kraft (#2778)

WLM 512409.2                               2