**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | ) ) |
| | ) |
| Plaintiff, | ) ) C.A. No. 05-499-JJF |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. HANSON and ERNIE J. KINDT, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION *IN LIMINE* OF DEFENDANTS
MICHAEL J. HANSON AND ERNIE J. KINDT TO EXCLUDE
ALL OPINION TESTIMONY RELATED TO EVIDENCE OF INSOLVENCY**

Defendants Michael J. Hanson ("Hanson") and Ernie J. Kindt ("Kindt"), by and through

their counsel of record, hereby respectfully request this Court to Exclude All Opinion Testimony

Related to Evidence of Insolvency for the reasons more fully set forth in its Brief in Support of

Motion in Limine to Exclude All Opinion Testimony Related to Evidence of Insolvency filed

contemporaneously herewith and expressly incorporated herein by reference.

Dated: January 31, 2008                    EDWARDS ANGELL PALMER & DODGE LLP


    */s/ Denise Seastone Kraft*
Denise Seastone Kraft (#2778)
919 N. Market Street
Suite 1500
Wilmington, DE  19801
302-425-7106
888-325-9741 Fax

*Counsel for Michael J. Hanson & Ernie J. Kindt*

WLM 512431.1

OF COUNSEL:

Stanley T. Kaleczyc
Kimberly A. Beatty
BROWNING KALECZYC BERRY & HOVEN P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT  59624
(406) 443-6820