IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,  ) | |
| ) | |
| Plaintiff,  ) | C.A. No. 05-499-JJF |
| ) | |
| v.  ) | |
| ) | |
| MICHAEL J. HANSON and ERNIE J. KINDT,  ) | |
| ) | |
| Defendants.  ) | |

## ORDER

IT IS HEREBY ORDERED this ____ day of February, 2008 that Defendants' Michael J. Hanson and Ernie J. Kindt's Motion in Limine to Exclude All Opinion Testimony Related to Evidence of Insolvency is GRANTED.

                                                                                    _____
                                                                                    Honorable Joseph J. Farnan, Jr.

WLM 512431.1