## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on January 31, 2008, the attached **Defendants Michael J. Hanson and Ernie J. Kindt's Brief in Support of Motion** *in Limine* **to Exclude all Opinion Testimony Related to Evidence of Insolvency** was electronically filed with the Clerk of the Court using its CM/ECF system, which will send notification of such filing(s) to the following counsel of record:

    Victoria Watson Counihan, Esquire
    Greenberg Traurig, LLP

    Dale R. Dube, Esquire
    Blank Rome LLP

    Kathleen M. Miller, Esquire
    Smith, Katzenstein & Furlow LLP

In addition, the undersigned forwarded a copy of same in the manner indicated below to:

**BY E-MAIL AND HAND-DELIVERY**

Victoria W. Counihan, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
Wilmington, DE  19801

Dale R. Dube, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

WLM 512425.1

**BY E-MAIL AND FIRST-CLASS MAIL**

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY  10178-0061

Bonnie Steingart, Esquire
Gary L. Kaplan, Esquire
John W. Brewer
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  1004-1980

John Snellings, Esquire
Nixon Peabody, LLP
100 Summer Street
Boston, MA  02110-2131


　　　　　　　　　　　　　　　　　　　　  /s/ *Denise Seastone Kraft*　　　　　　　　
　　　　　　　　　　　　　　　　　　　Denise Seastone Kraft (#2778)