IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 05-499-JJF |
| v. | ) ) ) |
| MICHAEL J. HANSON and ERNIE J. KINDT, | ) ) |
| Defendants. | ) ) ) |

MOTION *IN LIMINE* OF DEFENDANTS
MICHAEL J. HANSON AND ERNIE J. KINDT TO EXCLUDE EVIDENCE
OF EVENTS OCCURRING POST NOVEMBER 15, 2002

Defendants Michael J. Hanson ("Hanson") and Ernie J. Kindt ("Kindt"), by and through their counsel of record, hereby respectfully request this Court to Exclude Evidence of Events Occurring Post November 15, 2002 for the reasons more fully set forth in its Brief in Support of Motion in Limine to Exclude Evidence of Events Occurring Post November 15, 2002 filed contemporaneously herewith and expressly incorporated herein by reference.

Dated: January 31, 2008                    EDWARDS ANGELL PALMER & DODGE LLP

   */s/ Denise Seastone Kraft*
Denise Seastone Kraft (#2778)
919 N. Market Street
Suite 1500
Wilmington, DE  19801
302-425-7106
888-325-9741 Fax

   *Counsel for Michael J. Hanson & Ernie J. Kindt*

WLM 512422.1

OF COUNSEL:

Stanley T. Kaleczyc
Kimberly A. Beatty
BROWNING KALECZYC BERRY & HOVEN P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59624
(406) 443-6820