IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | ) <br> ) <br> ) |
| Plaintiff, | )    C.A. No. 05-499-JJF <br> ) |
| v. | ) <br> ) |
| MICHAEL J. HANSON and ERNIE J. KINDT, | ) <br> ) |
| Defendants. | ) <br> ) |

## ORDER

IT IS HEREBY ORDERED this ____ day of February, 2008 that Defendants' Michael J. Hanson and Ernie J. Kindt's Motion in Limine to Exclude Evidence of Events Occurring Post November 15, 2002 is GRANTED.

 

_____
Honorable Joseph J. Farnan, Jr.

WLM 512422.1