# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)  C.A. No. 05-499-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION *IN LIMINE* OF DEFENDANTS
## MICHAEL J. HANSON AND ERNIE J. KINDT
## TO BIFURCATE LIABILITY AND DAMAGES PHASES OF TRIAL

　　Defendants Michael J. Hanson ("Hanson") and Ernie J. Kindt ("Kindt"), by and through their counsel of record, hereby respectfully request this Court to Bifurcate Liability and Damages Phases of Trial for the reasons more fully set forth in its Brief in Support of Motion in Limine to Bifurcate Liability and Damages Phases of Trial filed contemporaneously herewith and expressly incorporated herein by reference.

Dated: January 31, 2008　　　　　　　　　　EDWARDS ANGELL PALMER & DODGE LLP


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Denise Seastone Kraft*
　　　　　　　　　　　　　　　　　　　　　　Denise Seastone Kraft (#2778)
　　　　　　　　　　　　　　　　　　　　　　919 N. Market Street
　　　　　　　　　　　　　　　　　　　　　　Suite 1500
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　　　302-425-7106
　　　　　　　　　　　　　　　　　　　　　　888-325-9741 Fax

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Michael J. Hanson & Ernie J. Kindt*

WLM 512445.1

OF COUNSEL:

Stanley T. Kaleczyc
Kimberly A. Beatty
BROWNING KALECZYC BERRY & HOVEN P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT  59624
(406) 443-6820