IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | )<br>)<br>)<br>)  C.A. No. 05-499-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

IT IS HEREBY ORDERED this ____ day of February, 2008 that Defendants' Michael J. Hanson and Ernie J. Kindt's Motion in Limine to Bifurcate Liability and Damages Phases of Trial is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Joseph J. Farnan, Jr.

WLM 512445.1