# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>  Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 05-499-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION *IN LIMINE* OF DEFENDANTS MICHAEL J. HANSON AND ERNIE J. KINDT TO EXCLUDE EVIDENCE RELATING TO DAMAGES AND RELIEF NOT PERMITTED BY LAW

Defendants Michael J. Hanson ("Hanson") and Ernie J. Kindt ("Kindt"), by and through their counsel of record, hereby respectfully request this Court to Exclude Evidence Relating to Damages and Relief Not Permitted by Law for the reasons more fully set forth in its Brief in Support of Motion in Limine to Exclude Evidence Relating to Damages and Relief Not Permitted by Law filed contemporaneously herewith and expressly incorporated herein by reference.

Dated: January 31, 2008              EDWARDS ANGELL PALMER & DODGE LLP

                                     */s/ Denise Seastone Kraft*
                                     Denise Seastone Kraft (#2778)
                                     919 N. Market Street
                                     Suite 1500
                                     Wilmington, DE  19801
                                     302-425-7106
                                     888-325-9741 Fax

                                     *Counsel for Michael J. Hanson & Ernie J. Kindt*

WLM 512452.1

OF COUNSEL:

Stanley T. Kaleczyc
Kimberly A. Beatty
BROWNING KALECZYC BERRY & HOVEN P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT  59624
(406) 443-6820