IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. HANSON and ERNIE J. KINDT, <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 05-499-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

IT IS HEREBY ORDERED this ____ day of February, 2008 that Defendants' Michael J. Hanson and Ernie J. Kindt's Motion in Limine to Exclude Evidence Relating to Damages and Relief Not Permitted by Law is GRANTED.

_____
Honorable Joseph J. Farnan, Jr.

WLM 512452.1