IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>          Defendants. | )<br>)<br>)<br>)  C.A. No. 05-499-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION *IN LIMINE* OF DEFENDANTS MICHAEL J. HANSON
AND ERNIE J. KINDT TO EXCLUDE EVIDENCE RELATING TO INCREASED
COST OF CAPITAL AND/OR EVIDENCE OF UNDERCAPITALIZATION**

Defendants Michael J. Hanson ("Hanson") and Ernie J. Kindt ("Kindt"), by and through their counsel of record, hereby respectfully request this Court to Exclude Evidence Relating to Increased Cost of Capital and/or Evidence of Undercapitalization for the reasons more fully set forth in its Brief in Support of Motion in Limine to Exclude Evidence Relating to Increased Cost of Capital and/or Evidence of Undercapitalization filed contemporaneously herewith and expressly incorporated herein by reference.

Dated: January 31, 2008

EDWARDS ANGELL PALMER & DODGE LLP

   */s/ Denise Seastone Kraft*
Denise Seastone Kraft (#2778)
919 N. Market Street
Suite 1500
Wilmington, DE  19801
302-425-7106
888-325-9741 Fax

*Counsel for Michael J. Hanson & Ernie J. Kindt*

WLM 512448.1

OF COUNSEL:

Stanley T. Kaleczyc
Kimberly A. Beatty
BROWNING KALECZYC BERRY & HOVEN P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT  59624
(406) 443-6820