IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)　C.A. No. 05-499-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

　　　　IT IS HEREBY ORDERED this ____ day of February, 2008 that Defendants' Michael J. Hanson and Ernie J. Kindt's Motion in Limine to Exclude Evidence Relating to Increased Cost of Capital and/or Evidence of Undercapitalization is GRANTED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Joseph J. Farnan, Jr.

WLM 512448.1