IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1494-(JJF)<br>)<br>)<br>)<br>)<br>)<br>) |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. Action No. 05-499 (JJF)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

AND NOW, upon consideration of the Motion of Magten Asset Management Corporation and the Law Debenture Trust Company of New York to Exclude the Testimony of Charles A. Patrizia pursuant to Rule 37(c) of the Federal Rules of Civil Procedure (the "Motion to Exclude"), and the arguments of counsel with respect thereto;

IT IS HEREBY ORDERED that the Motion to Exclude is GRANTED.

SO ORDERED this _____ day of _____, 2008.

                                                                            The Honorable Joseph J. Farnan, Jr.
                                                                            United States District Court Judge