IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | Civil Action No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | Civil Action No. 05-499-JJF |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

The undersigned attorney hereby certifies, pursuant to D. Del. LR 7.1.1 that counsel for NorthWestern Corporation has made reasonable efforts to reach agreement with opposing counsel on the matters set forth in the following motions filed on January 31, 2008 to no avail:

(i) Motion *in Limine* to Exclude the Hylland Report;

(ii) Motion *in Limine* to Exclude SEC Evidence;

(iii) Motion *in Limine* to Exclude Testimony of Kipp Orme; and

(iv) Motion *in Limine* to Exclude Law Debenture's Request for Attorneys Fees and Expenses.

Dated: February 1, 2008

/s/ Myles K. Bartley
Myles K. Bartley

DEL 86,207,223v1 2/1/2008