IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | )<br>)<br>)<br>) C.A. No. 05-499-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

The undersigned attorney hereby certifies, pursuant to D. Del. LR 7.1.1 that counsel for Michael J. Hanson and Ernie J. Kindt has made reasonable efforts to reach agreement with opposing counsel on the matters set forth in the following motions filed on January 31, 2008 to no avail:

1. Defendants Michael J. Hanson and Ernie J. Kindt's Motion To Strike Plaintiff's Jury Demand;

2. Defendants Michael J. Hanson and Ernie J. Kindt's Motion *in Limine* To Exclude All Opinion Testimony Related To Evidence of Insolvency;

3. Defendants Michael J. Hanson and Ernie J. Kindt's Motion *in Limine* To Exclude Evidence of Events Occurring Post November 15, 2002;

4. Defendants Michael J. Hanson and Ernie J. Kindt's Motion *in Limine* To Bifurcate Liability and Damages Phases of Trial;

5. Defendants Michael J. Hanson and Ernie J. Kindt's Motion *in Limine* To Exclude Evidence Relating To Damages and Relief Not Permitted By Law; and

WLM 512464.1

6. Defendants Michael J. Hanson and Ernie J. Kindt's Motion *in Limine* To Exclude Evidence Relating To Increased of Capital and/or Evidence of Undercapitalization.

Dated: February 1, 2008

_____
Denise Seastone Kraft (#2778)