## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>         Plaintiffs,<br><br>    - against -<br><br>NORTHWESTERN CORPORATION,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-1494 (JJF)<br>)<br>)<br>)<br>)<br>) |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>         Plaintiff,<br><br>    - against -<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-499 (JFF)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE OF RESPONSES OF CHARLES A. PATRIZIA, ESQUIRE TO PLAINTIFF MAGTEN ASSET MANAGEMENT CORPORATION'S SUBPOENA FOR PRODUCTION OF DOCUMENTS

       **PLEASE TAKE NOTICE** that on February 4, 2008, copies of the Response Of Charles A. Patrizia, Esquire To Plaintiff Magten Asset Management Corporation's Subpoena For Production Of Documents were served in the manner indicated upon the entities identified on the attached service list.

Dated: February 4, 2008

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Fax: (302) 658-3989

- and -

DAVIS POLK & WARDWELL
Paul Spagnoletti
450 Lexington Avenue
New York, NY  10017
Telephone:  (212) 450-4000

Counsel for Charles A. Patrizia

508101.3

# SERVICE LIST

### BY HAND DELIVERY

Office Of The United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

U.S. District Court
Clerk's Office
884 N. King Street
Wilmington, DE 19801

John E. James, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

Victoria W. Counihan, Esq.
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

David A. Jenkins, Esq.
Kathleen M. Miller, Esq.
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

### BY FIRST CLASS MAIL

Gary Kaplan, Esq.
Bonnie Steingart, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Bijan Amini, Esq.
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017

Jesse H. Austin, III, Esq.
Karol K. Denniston, Esq.
Paul Hastings Janofsky & Walker LLP
600 Peachtree Street, N.E.
Atlanta, GA 30308

Amanda D. Darwin, Esq.
John V. Snellings, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Alan W. Kornberg, Esq.
Margaret A. Phillips, Esq.
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019

Stanley T. Kaleczyc, Esq.
Browning Kaleczyc Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59624

Miriam Harwood, Esq.
Steven J. Reisman, Esq.
Joseph D. Pizzurro, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

**BY HAND DELIVERY**

David L. Finger, Esq.
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

Denise Seastone Kraft, Esq.
Edwards & Angell, LLP
919 North Market Street
Wilmington, DE 19801

Dale R. Dubè, Esq.
Elio Battista, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

1466043.1

**BY FIRST CLASS MAIL**

Paul Spagnoletti, Esq.
Dennis E. Glazer, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Alan B. Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153