# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, )<br><br>Plaintiffs, )<br><br>v. )<br><br>NORTHWESTERN CORPORATION, )<br><br>Defendant. ) | Civil Action No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>MICHAEL J. HANSON and ERNIE J. KINDT, )<br><br>Defendants. ) | Civil Action No. 05-499-JJF |

## DEFENDANTS MICHAEL J. HANSON & ERNIE J. KINDT'S JOINDER TO NORTHWESTERN CORPORATION'S MOTION IN LIMINE TO EXCLUDE SEC EVIDENCE

Defendants Michael J. Hanson & Ernie J. Kindt ("Hanson & Kindt") hereby joins (the "Joinder") in Northwestern Corporation's Motion *in Limine* to Exclude SEC Evidence and Memorandum of Law in Support of its Motion *in Limine* dated January 31, 2008 [D.I. 326 and 327] (together, the "Motion"), and requests the relief sought therein, for substantially the same reasons set forth in the Motion.  Hanson & Kindt expressly reserve all rights to participate in additional briefing or argument on this matter.

WLM 512487.1

Dated: February 5, 2008                    EDWARDS ANGELL PALMER & DODGE LLP


                                            */s/ Denise Seastone Kraft*
                                            Denise Seastone Kraft (#2778)
                                            919 N. Market Street
                                            Suite 1500
                                            Wilmington, DE  19801
                                            302-425-7106
                                            888-325-9741 Fax

                                            *Counsel for Michael J. Hanson & Ernie J. Kindt*

OF COUNSEL:

Stanley T. Kaleczyc
Kimberly A. Beatty
BROWNING KALECZYC BERRY & HOVEN P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT  59624
(406) 443-6820