IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-1494-JJF<br>)<br>)<br>)<br>)<br>)<br>) |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-499-JJF<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS MICHAEL J. HANSON & ERNIE J. KINDT'S JOINDER TO
NORTHWESTERN CORPORATION'S MOTION IN LIMINE
<u>TO EXCLUDE TESTIMONY OF KIPP ORME</u>**

Defendants Michael J. Hanson & Ernie J. Kindt ("Hanson & Kindt") hereby joins (the "Joinder") in Northwestern Corporation's Motion *in Limine* to Exclude Testimony of Kipp Orme and Memorandum of Law in Support of its Motion *in Limine* dated January 31, 2008 [D.I. 329 and 330] (together, the "Motion"), and requests the relief sought therein, for substantially the same reasons set forth in the Motion. Hanson & Kindt expressly reserve all rights to participate in additional briefing or argument on this matter.

WLM 512486.2

Dated: February 5, 2008  EDWARDS ANGELL PALMER & DODGE LLP

  */s/ Denise Seastone Kraft*
 Denise Seastone Kraft (#2778)
 919 N. Market Street
 Suite 1500
 Wilmington, DE  19801
 302-425-7106
 888-325-9741 Fax

 *Counsel for Michael J. Hanson & Ernie J. Kindt*

OF COUNSEL:

 Stanley T. Kaleczyc
 Kimberly A. Beatty
 BROWNING KALECZYC BERRY & HOVEN P.C.
 139 North Last Chance Gulch
 P.O. Box 1697
 Helena, MT  59624
 (406) 443-6820