IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| NORTHWESTERN CORPORATION, | : | Chapter 11 |
| | : | |
| Reorganized Debtor. | : | Case No. 03-12872-KJC |
| | : | |

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 04-1494-JJF |
| | : | |
| NORTHWESTERN CORPORATION | : | |
| | : | |
| Defendant. | : | |
| | : | |

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORP., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-499-JJF |
| | : | |
| MIKE J. HANSON and ERNIE J. KINDT, | : | |
| | : | |
| Defendants. | : | |

## O R D E R

WHEREAS, Plaintiffs have filed a letter (D.I. 302) in Civil Action 04-1494-JJF indicating that the parties have reached a "global compromise and settlement" as to Civil Action 04-1494, and all related actions, and requesting the Court to stay or adjourn all matters pending before the Court;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.    The above-captioned actions are **STAYED** and

**ADMINISTRATIVELY CLOSED**.

2.    The parties shall file a status report with the Court

**every ninety (90) days until Stipulations of Dismissal are filed**

**with the Court,** and may seek to reopen these actions in the event

that the Stipulations of Dismissal are not executed.


_____February 31, 2008_____                    _____
        DATE                              UNITED STATES DISTRICT JUDGE

2