# Greenberg Traurig

Victoria W. Counihan
Tel. 302.661.7377
Fax 302.661.7360
CounihanV@gtlaw.com

May 19, 2008

**BY CM/ECF AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

           Re:  *Magten Asset Management Corp. and Law Debenture Trust Co. v. Northwestern Corp.; C.A. No. 04-1494-JJF*
                *Magten Asset Management Corp. v. Mike J. Hanson and Ernie J. Kindt; C.A. No. 05-0499-JJF*

Your Honor:

      In accordance with the Court's Order, dated February 21, 2008 (D.I. 304 in C.A. No. 04-1494; and D. I. 362 in C.A. No. 05-0499), please accept this as a status letter submitted jointly by all parties to the above-captioned actions (the "Parties").

      The Parties, together with the Plan Committee, have entered into a global settlement that resolves all matters presently pending before this Court and the Third Circuit. A motion (the "Motion") to approve the proposed settlement was filed by NorthWestern Corp. on March 17, 2008 and presented to the Bankruptcy Court (*In re NorthWestern Corporation*; Case No. 03-12872) at a noticed hearing on May 7, 2008. Two objections to the Motion were filed, one by an unofficial "*ad hoc* committee" and one by an individual creditor. At the conclusion of the May 7 hearing, the Bankruptcy Court reserved its ruling and stated that it will likely render its decision on the Motion at a hearing currently scheduled for July 10, 2008.

      Counsel for the Parties are available by telephone, should the Court have any questions.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
Tokyo-Office/Strategic Alliance

www.gtlaw.com

Respectfully submitted,

/s/ Dale R. Dubé
Dale R. Dubé (No. 2863)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Counsel for Plaintiff Magten Asset Management Corporation*

/s/ Kathleen M. Miller
Kathleen M. Miller (No. 2898)
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899
*Counsel for Plaintiff Law Debenture Trust Company of New York*

/s/ Victoria W. Counihan
Victoria Watson Counihan (No. 3488)
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
*Counsel for Reorganized Debtors/Defendant NorthWestern Corporation*

/s/ Denise Seastone Kraft
Denise Seastone Kraft (No. 2778)
EDWARDS ANGELL PALMER & DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
*Counsel for Individual Defendants Messrs. Hanson and Kindt*

cc:  Clerk of Court (via hand delivery)
Kimberly A. Beatty, Esquire (via e-mail)
John W. Brewer, Esquire
David W. Carickhoff, Jr.
Amanda Darwin, Esquire (via e-mail)
Joseph D. Pizzurro, Esquire (via e-mail)
Steven J. Reisman, Esquire (via e-mail)
Nancy E. Delaney, Esquire (via e-mail)
Jerrold L. Bregman, Esquire (via e-mail)
Stanley T. Kaleczyc, Esquire (via e-mail)
Gary L. Kaplan, Esquire
Dennis A. Meloro, Esquire (via e-mail and hand delivery)
Jordanna L. Nadritch, Esquire
Peter B. Siroka, Esquire
John V. Snellings (via e-mail)
Bonnie Steingart, Esquire