IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MIKE J. HANSON & ERNIE J. KINDT,<br><br>Defendants. | C.A. No. 05-499-JJF |

### STIPULATION AND ORDER OF DISMISSAL

Plaintiff Magten Asset Management Corporation and Defendants Mike J. Hanson and Ernie J. Kindt, comprising all of the parties in the above action, represent and stipulate by and through their undersigned counsel that the above matter has been settled and subject to the Court's approval is hereby DISMISSED with prejudice, with each party to bear its or his own costs.

Dated: July 30, 2008

| **BLANK ROME LLP** | **EDWARDS ANGELL PALMER & DODGE LLP** |
|---|---|
| /s/ Dale R. Dubé<br>Dale R. Dubé (No. 2863)<br>David W. Carickhoff, Jr. (No. 3715)<br>1201 Market Street, Suite 800<br>Wilmington DE 19801<br>(302) 425-6400<br>dube@blankrome.com<br>carickhoff@blankrome.com<br><br>- and - | /s/ Denise Seastone Kraft<br>Denise Seastone Kraft (No. 2778)<br>919 North Market Street<br>15th Floor<br>Wilmington, DE 19801<br>(302) 425-7106<br>dkraft@eapdlaw.com<br><br>- and - |

120087.01600/40175859v.1

| | |
|---|---|
| **FRIED FRANK HARRIS SHRIVER & JACOBSON LLP** <br> Bonnie Steingart, Esq. <br> Gary L. Kaplan, Esq. <br> One New York Plaza <br> New York NY 10004 <br><br> *Attorneys for Magten Asset Management Corporation* | **BROWNING, KALECZYC, BERRY & HOVEN, P.C.** <br> Stanley T. Kaleczyc <br> Kimberly A. Beatty <br> 139 North Last Chance Gulch <br> P.O. Box 1697 <br> Helena, Mt 59624 <br><br> *Attorneys for Mike J. Hanson and Ernie J. Kindt* |

SO ORDERED this ___1___ day of __August__, 2008.

_____
United States District Court Judge

-2-